**DeBN, PREV_DSM, APPEAL, 13to7, MEANSU, ASSET**

# United States Bankruptcy Court
## District of South Carolina (Charleston)
### Bankruptcy Petition #: 25–01384–jd

*Assigned to:* Bankruptcy Judge L Jefferson Davis IV
Chapter 7
Previous chapter 13
Original chapter 13
Voluntary
Asset

*Date filed:* 04/10/2025
*Date converted:* 09/09/2025
*341 meeting:* 11/17/2025
*Deadline for filing claims:* 02/17/2026
*Deadline for objecting to discharge:* 12/19/2025
*Deadline for financial mgmt. course:* 12/19/2025

---

*Debtor*
**Jacqueline Elizabeth Ard**
21215 Dartmouth Dr
Southfield, MI 48076–5634
BEAUFORT–SC
SSN / ITIN: xxx–xx–3748
Tax ID / EIN: 61–1604111, 88–1009431
*dba* **Global Management Group LLC**
*dba* **Beachside Estates LLC**

represented by **Jacqueline Elizabeth Ard**
PRO SE

*Joint Debtor*
**Terry Frank Nicola**
21215 Darthmouth
Southfield, MI 48076
BEAUFORT–SC
SSN / ITIN: xxx–xx–8286
Tax ID / EIN: 88–1009431, 61–1604111
*dba* **Beachside Estates LLC**
*dba* **Global Management Group**

represented by **Terry Frank Nicola**
PRO SE

*Defendant*
**Scott M Wild**
Law Office of Scott M Wild LLC
37 New Orleans Road
Suite F
HILTON HEAD ISLAND, SC 29928
United States
8437859453
Tax ID / EIN: 46–3993015

represented by **Scott M Wild**
Law Office of Scott M. Wild, LLC
P.O. Box 6867
Hilton Head Island, SC 29938
843–785–9453
Email: scott@wildlawfirm.com

*Trustee*
**James M. Wyman**
PO Box 997
Mount Pleasant, SC 29465–0997
(843) 388–9844
*TERMINATED: 09/10/2025*

*Trustee*
**Kevin Campbell**
PO Box 684
Mount Pleasant, SC 29465

represented by **Michael H. Conrady**
890 Johnnie Dodds Blvd
PO Box 684
Mount Pleasant, SC 29465–0803

1

(843) 884–6874                                           (843) 884–6874
                                                        Email: mconrady@campbell–law–firm.com

*U.S. Trustee*
**US Trustee's Office**
Strom Thurmond Federal Building
1835 Assembly Street
Suite 953
Columbia, SC 29201

| Filing Date | # | | Docket Text |
|---|---|---|---|
| 04/10/2025 | | 1 | Chapter 13 Voluntary Petition – Case was received at the window. Filed by Jacqueline Elizabeth Ard , Terry Frank Nicola . (Montgomery, S) (Entered: 04/10/2025) |
| 04/10/2025 | | 3 | Certificate of Credit Counseling Filed by Jacqueline Elizabeth Ard , Terry Frank Nicola . (Montgomery, S) (Entered: 04/10/2025) |
| 04/10/2025 | | 4 | Notice of Chapter 13 Bankruptcy Case, Meeting of Creditors & Notice of Appointment of Trustee with a 341(a) meeting to be held on 5/19/2025 at 11:30 AM via Zoom Wyman: Meeting ID: 320 853 8018 Passcode: 2272208201 Telephone: 1–854–228–8680. Confirmation Hearing to be held on 6/25/2025 at 10:00 AM at Charleston. Last day to oppose discharge or dischargeability is 7/18/2025. Proofs of Claims due by 6/20/2025. Document Served. (Entered: 04/10/2025) |
| 04/11/2025 | | 7 | Pro Se Letter of Instruction with Attachments (Related Document # 1 ). (ADI) (Entered: 04/11/2025) |
| 04/11/2025 | | 8 | Notice of Filings Due: Summary of Assets and Liabilities due 4/25/2025. Declaration About an Individual Debtors Schedules due 4/25/2025. Schedule A/B due 4/25/2025. Schedule C due 4/25/2025. Schedule D due 4/25/2025. Schedule E/F due 4/25/2025. Schedule G due 4/25/2025. Schedule H due 4/25/2025. Schedule I due 4/25/2025. Schedule J due 4/25/2025. Statement of Financial Affairs due 4/25/2025.Chapter 13 Stmt of Income/Calculation Due: 4/25/2025. Copies of Payment Advices due by 4/25/2025. Stmt of Increase Income/Exp due by: 4/25/2025. Chapter 13 Plan due by 4/25/2025. Incomplete Filings due by 4/25/2025. (Fleming, Marissa) (Entered: 04/11/2025) |
| 04/13/2025 | | 10 | Certificate of Service of Document as served by the Bankruptcy Noticing Center. Notice Date 04/13/2025. (Related Doc # 8) (Admin.) (Entered: 04/14/2025) |
| 04/13/2025 | | 11 | Certificate of Service of Document as served by the Bankruptcy Noticing Center. Notice Date 04/13/2025. (Related Doc # 7) (Admin.) (Entered: 04/14/2025) |
| 04/16/2025 | | 12 | Notice and Motion to Dismiss or Convert at Confirmation Hearing if Documents Not Provided or Failure to Attend Meetings/Hearings. (Wyman, James) (Entered: 04/16/2025) |
| 04/18/2025 | | 15 | Motion to Impose Automatic Stay, Certificate of Service Filed by Jacqueline Elizabeth Ard, Terry Frank Nicola. (Beaulieu, N) Modified on 4/21/2025 to correct file date (Beaulieu, N). (Entered: 04/21/2025) |
| 04/21/2025 | | 14 | |

| | | | |
|---|---|---|---|
| | | | Notice of Appearance and Request for Notice with Certificate of Service Filed by WEST–AIRCOMM FEDERAL CREDIT UNION. (Masterson, Garry) (Entered: 04/21/2025) |
| 04/21/2025 | | 16 | Notice of Appearance and Request for Notice Filed by Elizabeth H Parrott of McCalla Raymer Leibert Pierce on behalf of Nationstar Mortgage LLC. (Parrott, Elizabeth) (Entered: 04/21/2025) |
| 04/21/2025 | | 17 | Deficiency Notice re: Motion to Impose Automatic Stay (related document(s)15) Deficiency Correction Due By: 5/1/2025 The filing is missing an Affidavit or Unsworn Declaration of the Debtors (Beaulieu, N) (Entered: 04/21/2025) |
| 04/21/2025 | | 18 | Hearing scheduled relating to: Motion to Impose Automatic Stay, filed by Jacqueline Elizabeth Ard and Terry Frank Nicola. (Beaulieu, N) Modified on 4/21/2025 to correct file date. **Document Served**. (related document(s)15) Hearing scheduled for 5/21/2025 at 11:00 AM at Charleston. The case judge is L Jefferson Davis, IV. Objections due by 5/2/2025. (Beaulieu, N) (Entered: 04/21/2025) |
| 04/23/2025 | | 19 | Certificate of Service of Document as served by the Bankruptcy Noticing Center. Notice Date 04/23/2025. (Related Doc # 18) (Admin.) (Entered: 04/24/2025) |
| 04/23/2025 | | 20 | Certificate of Service of Document as served by the Bankruptcy Noticing Center. Notice Date 04/23/2025. (Related Doc # 17) (Admin.) (Entered: 04/24/2025) |
| 04/24/2025 | | 21 | Notice of Appearance and Request for Notice Filed by Capital One Auto Finance, a division of Capital One, N.A., c/o AIS Portfolio Services, LLC. (Sharma, Amitkumar) (Entered: 04/24/2025) |
| 04/25/2025 | | 23 | Schedules Filed: Schedule A/B, Schedule C; for an Individual Filed by Jacqueline Elizabeth Ard , Terry Frank Nicola . (Ting, K) (Entered: 04/25/2025) |
| 04/25/2025 | | 24 | Affidavit Re: Motion to Impose Automatic Stay filed by Debtor Jacqueline Elizabeth Ard (related document(s)15). (Ting, K) (Entered: 04/25/2025) |
| 04/25/2025 | | 27 | Schedules Filed: Schedule D, Schedule E/F, Schedule H; FEE REQUIRED for an Individual Filed by Jacqueline Elizabeth Ard , Terry Frank Nicola . (Ting, K) (Entered: 04/28/2025) |
| 04/25/2025 | | 28 | Schedules Filed: Summary of Assets and Liabilities Schedule G, Schedule I, Schedule J, Schedule J–2, Declaration About an Individual Debtors Schedules; Statements Filed: Statement of Financial Affairs, Statement Disclosing Anticipated Increase in Income or Expenditures, Chapter 13 Statement of Current Monthly Income and Calculation of Commitment Period for an Individual Filed by Jacqueline Elizabeth Ard , Terry Frank Nicola . (Ting, K) (Entered: 04/28/2025) |
| 04/25/2025 | | 29 | Copies of Payment Advices Filed by Jacqueline Elizabeth Ard , Terry Frank Nicola . (Ting, K) (Entered: 04/28/2025) |
| 04/28/2025 | | 30 | Plan – Conduit. Objections Due no later than 7 days prior to the Confirmation Hearing. Filed by Jacqueline Elizabeth Ard, Terry Frank Nicola. (Ting, K) (Entered: 04/28/2025) |

| | | | |
|---|---|---|---|
| 04/28/2025 | | 32 | Deficiency Notice re: Schedules/Statements Filed, Plan (related document(s)30, 27). Additional Creditors added and certificate of service needed for chapter 13 plan. Deficiency Correction Due By: 5/8/2025 (Ting, K) (Entered: 04/28/2025) |
| 04/30/2025 | | 33 | Notice of Appearance and Request for Notice with Certificate of Service Filed by Tara E. Nauful of Best Law, P.A. on behalf of Zeidman's Jewelry & Loan of Michigan. (Nauful, Tara) (Entered: 04/30/2025) |
| 04/30/2025 | | 34 | Notice of Appearance and Request for Notice with Certificate of Service Filed by Tara E. Nauful of Best Law, P.A. on behalf of Zeidman's Jewelry & Loan of Michigan. (Nauful, Tara) (Entered: 04/30/2025) |
| 04/30/2025 | | 35 | Notice of *Appearance*. **Notice and service of this event are delegated pursuant to the Local Rules.** Filed by Julie A. Franklin of Franklin Legal Services LLC on behalf of Estate at Westbury Owners Association, Inc.. (Franklin, Julie) (Entered: 04/30/2025) |
| 04/30/2025 | | 36 | Objection to Motion to Impose Automatic Stay filed by Debtor Jacqueline Elizabeth Ard, Joint Debtor Terry Frank Nicola with Certificate of Service Filed by Estate at Westbury Owners Association, Inc. (related document(s)15). (Franklin, Julie) (Entered: 04/30/2025) |
| 04/30/2025 | | 37 | Certificate of Service of Document as served by the Bankruptcy Noticing Center. Notice Date 04/30/2025. (Related Doc # 32) (Admin.) (Entered: 05/01/2025) |
| 05/02/2025 | | 38 | Objection to Motion to Impose Automatic Stay filed by Debtor Jacqueline Elizabeth Ard, Joint Debtor Terry Frank Nicola with Certificate of Service Filed by TMX Finance dba TitleMax of South Carolina, Inc. (related document(s)15). (Attachments: # 1 Exhibit) (Kelchner, John) (Entered: 05/02/2025) |
| 05/02/2025 | | 39 | Notice of Appearance and Request for Notice with Certificate of Service Filed by Dean S. Haskell of Jones Simpson & Newton P.A. on behalf of Hilton Hear Resort Four Seasons Centre Horizontal Property Regime Council of Co–Owners, Inc our Seasons Centre Horizontal Pr. (Haskell, Dean) (Entered: 05/02/2025) |
| 05/02/2025 | | 40 | Response to Motion to Impose Automatic Stay filed by Debtor Jacqueline Elizabeth Ard, Joint Debtor Terry Frank Nicola with Certificate of Service Filed by James M. Wyman (related document(s)15). (Wyman, James) (Entered: 05/02/2025) |
| 05/02/2025 | | 41 | Notice of Appearance and Request for Notice with Certificate of Service Filed by Lucas S. Fautua of Smith Debnam Narron Drake Saintsing & Myers, LLP on behalf of Spa on Port Royal Sound Horizontal Property Regime, Inc.. (Fautua, Lucas) (Entered: 05/02/2025) |
| 05/02/2025 | | 42 | Objection to Motion to Impose Automatic Stay filed by Debtor Jacqueline Elizabeth Ard, Joint Debtor Terry Frank Nicola with Certificate of Service Filed by Spa on Port Royal Sound Horizontal Property Regime, Inc. (related document(s)15). (Fautua, Lucas) (Entered: 05/02/2025) |
| 05/02/2025 | | 44 | Response to Motion to Impose Automatic Stay filed by Debtor Jacqueline Elizabeth Ard, Joint Debtor Terry Frank Nicola with Certificate of Service Filed by James M. Wyman (related document(s)15). (Wyman, James) (Entered: 05/02/2025) |

4

| | | | |
|---|---|---|---|
| 05/08/2025 | | 46 | Amended Schedules Filed: Schedule D, Schedule EF, Schedule H, Declaration About an Individual Debtors Schedules; Amended Statement of Financial Affairs; Statement of Change; Amended Creditor Matrix FEE REQUIRED for an Individual Filed by Jacqueline Elizabeth Ard , Terry Frank Nicola . (Ting, K) (Entered: 05/12/2025) |
| 05/08/2025 | | 47 | Pre–Confirmation Modified Ch. 13 Plan – Conduit. Objections due no later than 7 days prior to the Confirmation Hearing Filed by Jacqueline Elizabeth Ard, Terry Frank Nicola. (Ting, K) (Entered: 05/12/2025) |



FILED
at 9 O'clock & 38 min. A M

APR 10 2025

United States Bankruptcy Court
Columbia, South Carolina

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

__**District of South Carolina**__

Case number (*If known*): _____

Chapter you are filing under:

☐ Chapter 7
☐ Chapter 11
☐ Chapter 12
☑ Chapter 13

☐ Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

06/24

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint* case—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Identify Yourself

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **1. Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | **Jacqueline**<br>First name<br><br>**Elizabeth**<br>Middle name<br><br>**Ard**<br>Last name<br><br>_____<br>Suffix (Sr., Jr, II, III) | **Terry**<br>First name<br><br>**Frank**<br>Middle name<br><br>**Nicola**<br>Last name<br><br>_____<br>Suffix (Sr., Jr, II, III) |
| **2. All other names you have used in the last 8 years**<br><br>Include your married or maiden names and any assumed, trade names and *doing business as* names.<br><br>Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition. | _____<br>First name<br><br>_____<br>Middle name<br><br>_____<br>Last name<br><br>**Global Management Group LLC**<br>Business name (if applicable)<br><br>**Beachside Estates LLC**<br>Business name (if applicable) | _____<br>First name<br><br>_____<br>Middle name<br><br>_____<br>Last name<br><br>**Beachside Estates LLC**<br>Business name (if applicable)<br><br>**Global Management Group LLC**<br>Business name (if applicable) |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx – xx – 3 7 4 8<br>OR<br>9xx – xx – __ __ __ __ | xxx – xx – 8 2 8 6<br>OR<br>9xx – xx – __ __ __ __ |

| Debtor 1 | Jacqueline | Elizabeth | Ard | |
|---|---|---|---|---|
| Debtor 2 | Terry | Frank | Nicola | Case number *(If known)* _____ |
| | First Name | Middle Name | Last Name | |

**About Debtor 1:**                    **About Debtor 2 (Spouse Only in a Joint Case):**

**4. Your Employer Identification Number (EIN), if any.**

About Debtor 1:
<u>6</u> <u>1</u> - <u>1</u> <u>6</u> <u>0</u> <u>4</u> <u>1</u> <u>1</u> <u>1</u>
EIN

<u>8</u> <u>8</u> - <u>1</u> <u>0</u> <u>0</u> <u>9</u> <u>4</u> <u>3</u> <u>1</u>
EIN

About Debtor 2:
<u>8</u> <u>8</u> - <u>1</u> <u>0</u> <u>0</u> <u>9</u> <u>4</u> <u>3</u> <u>1</u>
EIN

<u>6</u> <u>1</u> - <u>1</u> <u>6</u> <u>0</u> <u>4</u> <u>1</u> <u>1</u> <u>1</u>
EIN

**5. Where you live**

**239 Beach City Rd Unit 3218**
Number          Street

**Hilton Head Island, SC 29926-4718**
City                        State    ZIP Code

**Beaufort**
County

If your mailing address is different from the one above, fill it in here. Note that the court will send any notices to you at this mailing address.

**21215 Dartmouth Dr**
Number     Street

P.O. Box

**Southfield, MI 48076-5634**
City                        State    ZIP Code

**If Debtor 2 lives at a different address:**

**663 William Hilton Parkway Unit 4408**
Number          Street

**Hilton Head Island, SC 29928**
City                        State    ZIP Code

**Beaufort**
County

If Debtor 2's mailing address is different from yours, fill it in here. Note that the court will send any notices to you at this mailing address.

**21215 Dartmouth**
Number     Street

P.O. Box

**Southfield, MI 48076**
City                        State    ZIP Code

**6. Why you are choosing *this district* to file for bankruptcy**

*Check one:*

☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☑ I have another reason. Explain. (See 28 U.S.C. § 1408)

<u>BUSINESS</u>
<u>Primary Residence</u>
_____
_____

*Check one:*

☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☑ I have another reason. Explain. (See 28 U.S.C. § 1408)

_____
_____
_____
_____

Official Form 101                    **Voluntary Petition for Individuals Filing for Bankruptcy**                    page 2

| Debtor 1 | Jacqueline | Elizabeth | Ard | Case number *(if known)* _____ |
|---|---|---|---|---|
| Debtor 2 | Terry | Frank | Nicola | |
| | First Name | Middle Name | Last Name | |

## Part 2: Tell the Court About Your Bankruptcy Case

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy* (Form 2010)). Also, go to the top of page 1 and check the appropriate box.

- ☐ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☑ Chapter 13

**8. How you will pay the fee**

☐ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

☐ No.

☑ Yes.

| | District | When | Case number |
|---|---|---|---|
| | **District of South Carolina** | **10/04/2024** MM / DD / YYYY | **24-03611** |
| | **Eastern District of Michigan** | **01/31/2025** MM / DD / YYYY | **25-40952** |
| | ~~District of South Carolina~~ | ~~10/04/2024~~ MM / DD / YYYY | ~~24-03611~~ |

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☑ No.

☐ Yes.

Debtor _____ Relationship to you _____

District _____ When _____ Case number, if known _____
MM / DD / YYYY

Debtor _____ Relationship to you _____

District _____ When _____ Case number, if known _____
MM / DD / YYYY

**11. Do you rent your residence?**

☑ No. Go to line 12.

☐ Yes. Has your landlord obtained an eviction judgment against you?

　☐ No. *Go to line 12.*

　☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

Official Form 101 **Voluntary Petition for Individuals Filing for Bankruptcy** page 3

| Debtor 1 | Jacqueline | Elizabeth | Ard | | |
|---|---|---|---|---|---|
| Debtor 2 | **Terry** | **Frank** | **Nicola** | | Case number *(if known)* _____ |
| | First Name | Middle Name | Last Name | | |

## Part 3:  Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☑ No. Go to Part 4.

☐ Yes. Name and location of business

_____
Name of business, if any

_____
Number      Street

_____

_____
City                                    State        ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☑ No.    I am not filing under Chapter 11.

☐ No.    I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.   I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☐ Yes.   I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

| Debtor 1 | Jacqueline | Elizabeth | Ard | | |
|---|---|---|---|---|---|
| Debtor 2 | Terry | Frank | Nicola | | Case number (if known) _____ |
| | First Name | Middle Name | Last Name | | |

**Part 4:** **Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention**

14. **Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

    *For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

    ☑ No.

    ☐ Yes.  What is the hazard?  _____
    _____
    _____

    If immediate attention is needed, why is it needed?
    _____
    _____
    _____

    Where is the property?  _____
    Number        Street

    _____

    _____  _____  _____
    City             State   ZIP Code

| | | |
|---|---|---|
| Official Form 101 | Voluntary Petition for Individuals Filing for Bankruptcy | page 5 |

| Debtor 1 | **Jacqueline** | **Elizabeth** | **Ard** | |
|---|---|---|---|---|
| Debtor 2 | **Terry** | **Frank** | **Nicola** | Case number *(if known)* _____ |
| | First Name | Middle Name | Last Name | |

| **Part 5:** | **Explain Your Efforts to Receive a Briefing About Credit Counseling** |
|---|---|

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

| Debtor 1 | Jacqueline | Elizabeth | Ard | |
|---|---|---|---|---|
| Debtor 2 | Terry | Frank | Nicola | Case number *(if known)* |
| | First Name | Middle Name | Last Name | |

## Part 6: Answer These Questions for Reporting Purposes

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☑ No. Go to line 16b.
☐ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.
☑ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts.

_____

**17. Are you filing under Chapter 7?**

Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?

☑ No.   I am not filing under Chapter 7. Go to line 18.

☐ Yes.   I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?
  ☐ No
  ☐ Yes

**18. How many creditors do you estimate that you owe?**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,000-100,000
☐ More than 100,000

**19. How much do you estimate your assets to be worth?**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☑ $500,001-$1 million
☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

☐ $0-$50,000
☐ $50,001-$100,000
☑ $100,001-$500,000
☐ $500,001-$1 million
☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

## Part 7: Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11, 12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

X _____
Jacqueline Elizabeth Ard, Debtor 1

Executed on **04/09/2025**
        MM/ DD/ YYYY

X _____
Terry Frank Nicola, Debtor 2

Executed on **04/09/2025**
        MM/ DD/ YYYY

12

| Debtor 1 | Jacqueline | Elizabeth | Ard | |
|---|---|---|---|---|
| Debtor 2 | Terry | Frank | Nicola | Case number *(if known)* _____ |
| | First Name | Middle Name | Last Name | |

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

X _____        Date **04/09/2025** _____
    Signature of Attorney for Debtor                MM /  DD /  YYYY

**Jacqueline Ard** _____
Printed name

**Global Management Group** _____
Firm name

**21215 Dartmouth** _____
Number      Street

_____

**Southfield** _____ **MI**   **48076** _____
City                        State   ZIP Code

Contact phone **(313) 770-7051** _____        Email address **globalmanagement525@gmail.com**

_____        _____
Bar number                               State

**IN THE UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF SOUTH CAROLINA**
**COLUMBIA DIVISION**

IN RE: **Ard, Jacqueline Elizabeth**
     **Nicola, Terry Frank**

CASE NO

CHAPTER **13**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date _____ **04/09/2025** _____     Signature _____

                                                  Jacqueline Elizabeth Ard, Debtor

Date _____ **04/09/2025** _____     Signature _____

                                                  Terry Frank Nicola, Joint Debtor

**AAdvantage Aviator**
Portfolio Recovery
PO Box 8828
Wilmington, DE 19899-8828

**ADT Security Services**
1501 Yamato Road
Boca Raton, FL 33431

**ADT Security Services**
P.O. Box 650485
Pittsburgh, PA 15250

**ADT, LLC**
Transworld Systems Inc
500 Virginia Dr. Suite 514
Ft Washington, PA19304

**Allstate Indemnity**
PO Box 4310
Carol Stream, IL 60197

**Allstate Insurance**
P.O. Box 21169
Roanoke, VA 24018-0537

**American Express –**
**AXP LEGAL ATTORNEY**
500 North Franklin Turnpike No. 315
MAIL CODE 297
Ramsey, New Jersey 07446

**American Express National Bank**
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

**Americollect Inc**
PO Box 2080
Manitowoc, WI 54221-2080

**Armstrong Cable**
P.O. Box 300
Lancaster, PA 17604-3001

**Associated Credit Services, INC**
P.O. Box 1201
Tewksbury, MA 01876

**Association Services, An Associa Company**
C/O Hilton Head Resort
1040 William Hilton Pky #200
Hilton Head Island, SC 29928

**ATandT**
P.O. BOX 5080
Carol Stream, IL 60197-6080

**AWA Collections**
P.O. BOX 6605
Orange, CA 92863

**Bank of America**
P.O. Box 982238
El Paso TX 79998

**Barclays Bank Delaware**
Attention: Card Services LEGAL
PO. Box 8833
Wilmington, DE 19899-8833

**Barry Mullis**
239 Beach City Road Apt 2213
Hilton Head Island, SC 29926-4713

**Beaufort County Sheriff's Department**
Melissa Hansen
PO. Box 1758
Beaufort, SC 29901

**Beaufort County Treasurer**
P.O. Drawer 487
Beaufort, SC 29901-0487

**Beaumont Medical Transport Services**
950 West Maple St Suite C
Troy, MI 48084

**Braun Kendrick Finkbeiner PLC**
Mitchell G. Piper
4301 Fashion Square Blvd
Saginaw, MI 48603

**Capital One Auto Finance, a division of**
AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

**Capone-Kohls**
P.O. Box 3115
Milwaukee, WI 53201-3115

**Carter-Young, Inc.**
120 2nd St 2nd
Fl Monroe, GA 30655

**CBE Group Spectrum Mobile**
Attn: Client Services
P.O. Box 2547

**Chase Card Services**
P.O. Box 6294
Carol Stream, IL 60197

**Citibank**
PO Box 790034
St. Louis, MO 63179-0034

**Citicorp Credit Services**
Attn: IRU
PO. Box 790034
St. Louis, MO 63179

**Citizens Bank**
One Citizens Plaza
Providence, RI 02903

**City of Detroit - Property Tax**
P.O. Box  33193
Detroit, MI 48232-5193

**Clare County 55th Judicial Circuit**
225 West Main
Harrison, MI 43625

**Comenity Caesars Rewards**
P.O. Box 650960
Dallas, TX 75263-0960

**Comenity - Zales**
PO Box 650971
Dallas, TX 75265-0971

**Comenity Portfolio Refresh**
3095 Loyalty Circle
Columbus, OH 43219

**Consumers Energy Company**
Attn: Legal Dept
One Energy Plaza
Jackson, MI 49201

**County Council Of Beaufort County Assessor**
Real Property Services
P.O. Drawer 1229
Beaufort, SC 29901

**Credit Management Company**
PO Box 16346
Pittsburgh, PA 15242-0346

**Credit One Bank**
PO Box 98875
Las Vegas, NV 89193-8875

**Crown Asset Mgmt**
3100 Breckinridge Blvd Ste 725
Duluth, GA 30096-7605

**Cuyahoga Community College**
700 Carnegie Ave.
Cleveland, OH 44115

**Dave Yost OH Attorney General**
Attn: Timothy Sullivan
18013 Cleveland Pkwy Suite 180
Cleveland, OH 44135

**Dillon McCandless King Coulter and Graham, LLP**
128 West Cunningham Street
Butler, PA 16001

**Dish Network LLC**
9601 S. Meridian Blvd
Englewood, CO 80112

**Diverse Funding**
3580 Harlem Rd Suite 6
Cheektowaga, NY 14215-2045

**DNF Associates**
2351 N Forest Road Suite 110
Getzville, NY 14068

**DTE**
1 Energy Plaza
WCB 735 Attention Legal Dept
Detroit, MI 48226-1221

**Duquesne Light**
Payment Processing Center
P.O. BOX 67
Pittsburgh, PA 15257-0001

**Enterprise Rental Car**
600 Corporate Park Drive
St. Louis, Missouri 63105

**Fifth Third Bank**
MD No. ROPS05 Bankruptcy Dept
1850 East Paris SE
Grand Rapids, MI 49546-6253

**First Energy - Penn Power**
PO Box 16001
Reading, PA 19612-6001

**Firstsource Advantage, LLC**
205 Bryant Woods South
Amherst, NY 14228

**Forefront Dermatology**
801 York Street
Manitowoc, WI 54220

**Fortiva - Bob's Discount Furniture**
P.O. Box 650721
Dallas, TX 75265-0271

**Go Store It**
33 Parameter Road
Bluffton, SC 29910

**Garry Masterson, Weltman,**
Weinberg and Reis Co, LPA
5990 West Creek Road suite 200
Independence, Ohio 44131

**George B. Smythe**
4000 S. Faber Place Dr Suite 300
Charleston, SC 29405

**Georgia Traffic**
PO Box 80447
Conyers, GA 30013

**Go Store It**
1249 Avondale Rd
Hendersonville, TN 37075

**Greensky**
PO. Box 2730
Alpharetta, GA 30023

**Hargray Communications-Cable One Inc**
856 William Hilton Parkway
Hilton Head Island, SC 29928-3423

**Hilton Head Resort-Four Seasons Centre**
HHR Council of Owners
Attn: Board of Directors
663 Wiliam Hilton Parkway
Hilton Head Island, SC 29928-3508

**Home Depot**
Centralized Bankruptcy
P.O. Box 790034
St. Louis, MO 63179-0034

**Home Depot Loan**
PO Box 2730
Alpharetta, GA 30023-2730

**Master In Equity**
102 Ribaut Road 2nd Floor
Beaufort, SC 29902

**Honorable Nicola Henry-Taylor**
Allegheny Court of Common Pleas
712 City-County Building
414 Grant St
Pittsburg, PA 15219

**Ian D. Maguire and Tiffany Buffkin**
Maguire Law Firm
1600 North Oak Street Suite B
Myrtle Beach, SC 29577

**Janet Spineili**
100 Kensington Blvd Apt NO. 918
Bluffton, SC 29910-7481

**Jannine M. Mutterer, Esq.**
5 Cedar Street
Bluffton, SC 29910

**John Curtis**
100 Kensington Blvd Apt NO. 1603
Bluffton, SC 29910-7490

**Jordan Tax Service**
102 Rahway Road
McMurray, PA 15317-3349

**JPMCB Card Services**
PO Box 15369
Wilmington, DE 19850-5369

**JPMORGAN Chase Bank**
Bankruptcy Mail Intake Team
700 Kansas Lane Floor 01
Monroe, LA 71203-4774

**JPMorgan Chase Bank, N.A.**
s/b/m/t Chase Bank USA, NA.
c/o Robertson, Anschutz, Schneid, Crane
6409 Congress Avenue, Suite 100
Boca Raton, FL 33487

**JPMorgan Chase Bank, N.A.**
s/b/m/t Chase Bank USA, N.A.
c/o National Bankruptcy Services, LLC
P.O. Box 9013 Addison, Texas 75001

**Judy Vanderveer**
663 William Hilton Parkway Apt 3121
Hilton Head Island, SC 29928-3524

**Midland Credit Management**
320 East Big Beaver Suite 300
Troy, MI 48083

**Monevo Inc**
8910 University Cntr Lane Suite 400
San Diego, CA 92122

**Morgan S. Templeton**
145 King Street Suite 300
Charleston, SC 29402

**Mr. Cooper**
P.O. Box 619094
Dallas, TX 75261

**National Credit Systems**
Attn: Bankruptcy
PO Box 672288
Marietta, GA 30006-0039

**Nationstar Mortgage**
PO Box 199111
Dallas, TX 75219-9111

**Nationwide Credit Inc**
1225 Washington St Ste 301
Tempe, AZ 85288

**NES**
2479 Edison Blvd Unit A
Twinsburg, OH 44087

**Norman's**
24777 Telegraph Rd
Southfield, MI 48033

**NORTHSTAR LOCATION SERVICES**
4285 GENESEE STREET
CHEEKTOWAGA, NY 14225-1943

**Office Depot Business Credit**
Dept 563-8406380360
P.O. Box 70612
Philadelphia, PA 19176-0612

**Office of Sheriff Beaufort County**
P.O. Box 1758
Beaufort, SC 29901

**Office Depot**
P.O. Box 78004
Phoenix, AZ 85062

**Ohio Turnpike EZ Pass**
PO Box 94672
Cleveland, OH 44101

**PA Dept of Revenue**
Bureau of Individual Taxes
PO. BOX 280504
Harrisburg, PA 17128-0504

**PA Turnpike Toll By Plate**
PO. Box 645631
Pittsburgh, PA 15264-5254

**Peoples Gas**
PO. Box 644760
Pittsburgh, PA 15264-4760

**Pioneer Foot Care**
2021 Freepo Rd
Amold, PA 15068

**Pittsburgh Water and Sewer**
1200 Penn Ave
Pittsburgh, PA 15222

**Pittsburgh, PA 15242**
UPMC
P.O. Box 371472
Pittsburgh, PA 15242

**PLYMOUTH ROCK ASSURANCE**
695 ATLANTIC AVE
BOSTON, MA 02111

**PNC Bank**
1900 E 9th St
Cleveland, OH 44114

**Pods Legal Dept**
280 Leetsdale Industrial Dr, Suite 200
Leetsdale, PA 15056

**Pods Legal Dept**
5585 RioVista Dr
Clearwater, FL 33760

**Portfolio Recovery**
P.O. Box 8828
Wilmington, DE 19899-8828

**Progressive Insurance**
Cainc and Weiner
PO. Box 55848
Sherman Oaks, CA 91413

**Quantum3 Group LLC as agent for**
Crown Asset Management LLC
PO Box 788
Kirkland, WA 98083-0788

**QuantumS Group LLC as agent for**
Crown Asset Management LLC
PO Box 788
Kirkland, WA 98083-0788

**Radius Global Solutions**
7831 Glenroy Road Suite 250
Minneapolis, MN 55439

**Resurgent Receivables, LLC**
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

**Ronald Zold**
1 Long Cane Ct
Bluffton, SC 29909-7113

**S.C. Dept of Revenue and Taxation**
P.O. Box 125
Columbia, SC 29214

**SC Department of Revenue**
Office of General Counsel
300A Outlet Pointe Blvd
Columbia, SC 29210

**Scott M. Wild**
37 New Orleans Road Suite F
Hilton Head Island, SC 29928

**Semina DeLaurentis**
66 Quail Run
Torrington, CT 06790-2549

**Shannon Cummings**
302 N. Lake St
Harrison, Ml 48625

**South Carolina Dept of Motor Vehicles**
PO Box 1498
Blythewood, SC 29016-0028

**Spectrum Mobile**
Credit Control, LLC
3300 Rider Trail S, Suite 500
Earth City, MO 63045

**Synchrony Bank**
PO Box 669809
Dallas, TX 75266-0170

**Synergetic Communication**
PO. Box 680608
Franklin, TN 37068

**T Mobile**
CO American Infosource LP
4515 N Santa Fe Ave
Oklahoma City, OK 73118-7901

**T-Mobile**
PO Box 742596
Cincinnati, OH 45274-2596

**Tamara Slank**
14686 Oakwood Drive
Shelby Township, MI 48315-1530

**Tate and Kirlin Assoc**
4800 East Street Rd Suite 170
Trevose, PA 19053

**TBOM-ATLS-Fortiva**
6 Concourse Parkway
2nd Floor-mailroom
Atlanta, GA 30328-6117

**TD Bank**
PO Box 84037
Columbus, GA 31908-4037

**TD Bank North NA**
70 Gray Road
Falmouth, ME 041052299

**TD Bank USA-Target Credit**
PO Box 673
Minneapolis, MN 55440-0673

**The Hertz Corporation**
8501 Williams Road
Estero, FL 33928-3325

**The Huntington National Bank**
5555 Cleveland Avenue GW4W25
Columbus, OH 43231

**The Huntington National Bank**
PO Box 89424 OPC856
Cleveland, OH 44101-8539

**Ticket Division**
PA Turnpike EZ Pass
300 East Park Dr
Harrisburg, PA 17111

**Traffic Magistrate**
4819 Bluffton Parkway
Bluffton, SC 29910-4622

**UPMC**
Credit Management Company
P.O. Box 16348

**US Department of Education**
C/O Nelnet
121 South 13th Street
Lincoln, NE 68508

**Verizon Wireless Bankruptcy Admin**
500 Technology Drive, Suite 550
Weldon Spring, MO 63304

**Viking Client Services**
Hertz Damage Recovery Team

7500 Office Ridge Circle, Suite 100
Eden Prairie, MO 55344-3763

**Chase Ink Business Card Services**
P.O. Box 15298
Wilmington, DE 198506548

**Wells Fargo Bank**
PO. Box 5058
Portland, OR 97208-5058

**West Virgina Trafc Division**
300 Spruce St
Morgantown, WV 26505

**West Virginia EZ Pass**
PO Box 1469
Charleston, WV 25325

**Woodlands at St Barnabas**
Attn: Tom Breth
128 West Cunningham Street
Butler, PA 16001

**Youngstown State University**
1 Tressel Way
Youngstown, OH 44555

**Zeidmans**
2669 Gratiot Ave
Detroit, MI 48207

**Nationstar Mortgage, LLC**
James Page
Bell Carrington Price & Gregg, LLC
339 Heyward St, Second Floor
Columbia, SC 29201-4390

**Norman Jewelry and Loan**
24777 Telegraph Suite B
Southfield, MI 48034

**Palmetto Electric**
Attn: Michelle Tyler
111 Matthews Drive
Hilton Head Island, SC 29926

**Polly Nicola**
2583 Lower Assembly Drive
Fort Mill, SC 29708

**Progressive Insurance**
30440 Lakeland Blvd
Wickliffe, OH 44092

**Taybron Law Firm LLC**
3399 Churchview Ave
Pittsburgh, PA 15227-4358

**The Spa on Port Royal Sound**
Board of Directors
239 Beach City Rd
Hilton Head, SC 29926-4707

**Title Max Corporation**
15 Bull St
Savannah, GA 31401-2685

**Hilton Head Resort**
Board of Directors
663 William Hilton Pkwy
Hilton Head, SC 29928-3506

**Jones, Simpson, and Newton PA**
Attn: Wm Weston J Newton
7 Plantation Park Drive Suite 3
Bluffton, SC 29910

**Julie A. Franklin, Esq**
Po Box 2976
Bluffton, SC 29910-2976

**Komatsu Benefit Dept**
Mark Harder
401 E Greenfield Ave
Milwaukee, WI 53204-2941

**Law Office of Scott M. Wild LLC**
Scott M. Wild
37 New Orleans Road Suite F
Hilton Head Island, SC 29928

**Morgan Lewis & Bockius LLP**
Attn: Matt Hawes
One Oxford Centre, Thirty-Second FLR
Pittsburgh, PA 15219-6401

**Mutterer Law Firm, LLC**
Jannine M. Mutterer, Esq
5 Red Cedar Street Suite 102
Bluffton, SC 29910

**Nationstar Mortgage, LLC**
Attn: Bankruptcy Department
PO Box 619096
Dallas, TX 75261-9741

**Best Law, PA**
Tara E. Nauful
P.O. Box 2374
Mount Pleasant, SC 29465

**Bromley Law Firm LLC**
Evan K. Bromley
211 Goethe Rd Ste B
Bluffton, SC 29910-6014

**City of Detroit Water and Sewerage Dept**
735 Randolph St
Detroit, MI 48226-2830

**Consumer Energy Company**
Attn: Legal Dept
1 Energy Plaza Dr
Jackson, MI 49201-2357

**Coyne Oil**
Attn: Rose
513 W 5th St
Clare, MI 48617-9405

**Detroit Water and Sewerage Dept**
Po Box 554899
Detroit, MI 48255-4899

**DTE Energy**
WCB 735 Attention Legal Department
1 Energy Plaza
Detroit, MI 48226-1221

**Estate At Westbury Owners Assoc, Inc**
Board of Directors
85 Kensington Blvd
Bluffton, SC 29910-4884

**West-Aircomm FCU**
c/o Weltman, Weinberg & Reis Co LPA
5990 West Creek Road Suite 200
Independence, OH 44131

**Westlake Financial**
2 Equity Way Ste 200
Westlake, OH 44145-1045

**Wright's Custom Body Shop LLC**
1216 Leeson Ave
Cadillac, MI 49601-9097

**Zeidmans Jewelry**
Thomas LaBret and/or Current President
24810 Evergreen Road
Southfield, MI 48075



**FILED**
at __9__ O'clock & __00__ min. ___M

**APR 10 2025**

United States Bankruptcy Court
Columbia, South Carolina

Certificate Number: 00581-SC-CC-039526210



00581-SC-CC-039526210

## CERTIFICATE OF COUNSELING

I CERTIFY that on <u>April 7, 2025</u>, at <u>11:26</u> o'clock <u>AM EDT</u>, <u>Jacqueline Elizabeth Ard</u> received from <u>Family Services, Inc.</u>, an agency approved pursuant to 11 U.S.C. 111 to provide credit counseling in the <u>District of South Carolina</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by telephone</u>.

Date: <u>April 7, 2025</u>          By: <u>/s/Tavia Watson</u>

Name: <u>Tavia Watson</u>

Title: <u>Credit Counselor</u>

---

\* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. 109(h) and 521(b).



**FILED**
at 9 O'clock & 36 min. A M

APR 10 2025

United States Bankruptcy Court
Columbia, South Carolina

Certificate Number: 00581-SC-CC-039526231

00581-SC-CC-039526231

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>April 7, 2025</u>, at <u>11:29</u> o'clock <u>AM EDT</u>, <u>Terry Frank Nicola</u> received from <u>Family Services, Inc.</u>, an agency approved pursuant to 11 U.S.C. 111 to provide credit counseling in the <u>District of South Carolina</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by telephone</u>.

Date:    <u>April 7, 2025</u>               By:    <u>/s/Tavia Watson</u>

                                              Name:  <u>Tavia Watson</u>

                                              Title:    <u>Credit Counselor</u>

\* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. 109(h) and 521(b).

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **Jacqueline Elizabeth Ard** | Last 4 digits of Social Security number or ITIN **xxx–xx–3748** |
| | First Name    Middle Name    Last Name | EIN   **61–1604111, 88–1009431** |
| Debtor 2 (Spouse, if filing) | **Terry Frank Nicola** | Last 4 digits of Social Security number or ITIN **xxx–xx–8286** |
| | First Name    Middle Name    Last Name | EIN   **88–1009431, 61–1604111** |
| United States Bankruptcy Court   **District of South Carolina** | | Date case filed for chapter   **13    4/10/25** |
| Case number:   **25–01384–jd** | | |

Official Form 309I

## Notice of Chapter 13 Bankruptcy Case

**10/20**

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| **1.** | **Debtor's full name** | Jacqueline Elizabeth Ard | Terry Frank Nicola |
| **2.** | **All other names used in the last 8 years** | dba Global Management Group LLC, dba Beachside Estates LLC | dba Beachside Estates LLC, dba Global Management Group |
| **3.** | **Address** | 21215 Dartmouth Dr Southfield, MI 48076–5634 | 21215 Darthmouth Southfield, MI 48076 |
| **4.** | **Debtor's attorney** Name and address | None | |
| **5.** | **Bankruptcy trustee** Name and address | James M. Wyman PO Box 997 Mount Pleasant, SC 29465–0997 | Contact phone (843) 388–9844 Email 13info@charleston13.com |
| **6.** | **Bankruptcy clerk's office** Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | J. Bratton Davis United States Bankruptcy Courthouse 1100 Laurel Street Columbia, SC 29201–2423 | Hours open 8:30 am – 4:30 pm Contact phone 803–765–5436 Date: 4/10/25 |
| **7.** | **Meeting of creditors** Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **May 19, 2025 at 11:30 AM** **The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.** | **Location:** **Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID and Passcode or call telephone number listed below: Meeting ID: 320 853 8018, Passcode: 2272208201,** **Telephone: 1–854–228–8680** For additional meeting information go to https://www.justice.gov/ust/moc |

**For more information, see page 2**

Official Form 309I    **Notice of Chapter 13 Bankruptcy Case**    page 1

Debtor **Jacqueline Elizabeth Ard** and **Terry Frank Nicola**                                   Case number **25–01384–jd**

| | | |
|---|---|---|
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts: You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under 11 U.S.C. § 1328(f) or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 7/18/25** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 6/20/25** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 10/7/25** |
| | **Deadlines for filing proof of claim:**<br> A Proof of Claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br><br>Secured creditors retain rights in their collateral regardless of whether that creditor files a Proof of Claim.<br><br>Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial.<br><br>You may electronically file claims at http://www.scb.uscourts.gov/electronic–filing–claims. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9.  Hearing on Confirmation** | The confirmation hearing will be held on:<br>**6/25/25** at **10:00 AM** , Location: **King and Queen Building, 145 King Street, Room 225, Charleston, SC 29401.** A copy of the plan will be sent separately by the debtor. This hearing may be continued or rescheduled as necessary and due notice will be given.<br><br>Any objection to confirmation of the chapter 13 plan must be filed and served at least seven days prior to the confirmation hearing. Objections to the confirmation may be overruled if the objecting creditor fails to appear and prosecute the objection. If no objection is timely filed, the plan may be confirmed on recommendation of the trustee. The debtor(s) is/are required to appear at the confirmation hearing unless excused by order of the Court or Chambers Guidelines. | |
| **10.  Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11.  Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan will be sent to you later and the confirmation hearing will be held on the date shown in line 9 of this notice. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12.  Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at  https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13.  Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion by the deadline. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 8. | |
| **14.  Dismissal Notice** | This case may be converted or dismissed at the confirmation hearing for a failure to: file a confirmable chapter 13 plan, pay the applicable filing fee, file or provide documents, attend the meeting of creditors, or timely make payments due under a chapter 13 plan as required by the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, or the applicable judge's Chambers Guidelines. | |
| **15.  Miscellaneous Notice** | The Voice Case Information System (VCIS) will give status information on cases filed or converted after 11/30/88. Call 1–866–222–8029. Please refer to the Court's website at www.scb.uscourts.gov for further information. | |
| **16.  Options to Receive Notices Served by the Clerk by Email Instead of by U.S. Mail** | (1) Anyone can register for the Electronic Bankruptcy Noticing program at bankruptcynotices.uscourts.gov OR (2) Debtors can register for electronic notice by filing local form 'Debtor's Electronic Noticing Request (DeBN)' with the Clerk of Court. Both options are FREE and allow the clerk to quickly send you court–issued notices and orders by email. See Local Rule 9036–1. | |

Official Form 309I                     **Notice of Chapter 13 Bankruptcy Case**                     page 2

# Notice Recipients

District/Off: 0420–2          User: admin                    Date Created: 04/10/2025

Case: 25–01384–jd           Form ID: b309i                  Total: 171

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

db          Jacqueline Elizabeth Ard        21215 Dartmouth Dr        Southfield, MI 48076–5634
jdb         Terry Frank Nicola        21215 Darthmouth        Southfield, MI 48076
ust         US Trustee's Office        Strom Thurmond Federal Building        1835 Assembly Street        Suite 953          Columbia, SC 29201
tr          James M. Wyman        PO Box 997        Mount Pleasant, SC 29465–0997
544518999   A WA Collections        P.O. BOX 6605        Orange, CA 92863
544518984   AAdvantage Aviator Portfolio Recovery        PO Box 8828        Wilmington, DE 19899–8828
544518985   ADT Security Services        1501 Yamato Road        Boca Raton, FL 33431
544518986   ADT Security Services        P.O. Box 650485        Pittsburgh, PA 15250
544518987   ADT,LLC        Transworld Systems Inc        500 Virginia Dr. Suite 514        Ft Washington, PAl 9304
544518996   ATandT        P.O. BOX 5080        Carol Stream, IL 60197–6080
544518998   ATandT        P.O. BOX 5080        Carol Stream, IL 60197–6080
544518988   Allstate Indemnity        POBox4310        Carol Stream, IL 60197
544518989   Allstate Insurance        P.O. Box 21169        Roanoke, VA 24018–0537
544518990   American Express –        AXPLEGALATTORNEY        500 North Franklin Turnpike No. 315        MAIL CODE 297          Ramsey, New Jersey 07446
544518991   American Express National Bank c/o Becket and Lee        PO Box 3001        Malvern PA 19355–0701
544518992   Americollect Inc        POBox2080        Manitowoc, WI 54221–2080
544518993   Armstrong Cable        P.O. Box 300        Lancaster, PA 17604–3001
544518994   Associated Credit Services, INC        P.O. Box 1201        Tewksbury, MA 01876
544518995   Association Services, An Associa Company C/O Hilto        1040 William Hilton Pky #200        Hilton Head Island, SC 29928
544519000   Bank of America        P.O. Box 982238        El Paso TX 79998
544519001   Barclays Bank Delaware        Attention: Card Services LEGAL        PO. Box 8833        Wilmington, DE 19899–8833
544519002   Barry Mullis        239 Beach City Road Apt 2213        Hilton Head Island, SC 29926–4 713
544519003   Beaufort County Sheriffs Department        Melissa Hansen        PO. Box 1758        Beaufort, SC 29901
544519004   Beaufort County Treasurer        P.O. Drawer 487        Beaufort, SC 29901–0487
544519005   Beaumont Medical Transport Services        950 West Maple St Suite C        Troy, MI 48084
544519194   Best Law, PA        Tara E. Nauful        P.O. Box 2374        Mount Pleasant, SC 29465
544519006   Braun Kendrick Finkbeiner PLC        Mitchell G. Piper        4301 Fashion Square Blvd        Saginaw, MI 48603
544519195   Bromley Law Firm LLC        Evan K. Bromley        211 Goethe Rd Ste B        Bluffton, SC 29910–6014
544519012   CBE Group Spectrum Mobile        Attn: Client Services        P.O. Box 2547
544519134   Caine and Weiner        PO. Box 55848        Sherman Oaks, CA 91413
544519007   Capital One Auto Finance,        division of AIS Portfolio Services, LLC        4515 N Santa Fe Ave. Dept.        APS Oklahoma City, OK 73118
544519010   Capone–Kohls        P.O. Box 3115        Milwaukee, WI 53201–3115
544519011   Carter–Young, Inc.        120 2nd St 2nd        Fl Monroe, GA 30655
544519013   Chase Card Services        P.O. Box 6294        Carol Stream, IL 60197
544519167   Chase Ink Business Card Services        P.O. Box 15298        Wilmington, DE 198506548
544519014   Citibank        PO Box 790034        St. Louis, MO 63179–0034
544519015   Citicorp Credit Services        Attn: IRU        PO. Box 790034        St. Louis, MO 63179
544519016   Citizens Bank        One Citizens Plaza        Providence, RI 02903
544519017   City of Detroit – Property Tax        P.O. Box 33193        Detroit, MI 48232–5193
544519196   City of Detroit Water and Sewerage Dept        735 Randolph St        Detroit, MI 48226–2830
544519018   Clare County 55th Judicial Circuit        225 West Main        Harrison, MI 43625
544519020   Comenity – Zales        PO Box 650971        Dallas, TX 75265–0971
544519019   Comenity Caesars Rewards        P .0. Box 650960        Dallas, TX 75263–0960
544519021   Comenity Portfolio Refresh        3095 Loyalty Circle        Columbus, OH 43219
544519197   Consumer Energy Company        Attn: Legal Dept        1 Energy Plaza Dr        Jackson, MI 49201–2357
544519022   Consumers Energy Company        Attn: Legal Dept        One Energy Plaza        Jackson, MI 49201
544519023   County Council Of Beaufort County Assessor        Real Property Services        P.O. Drawer 1229        Beaufort, SC 29901
544519198   Coyne Oil        Attn: Rose        513 W 5th St        Clare, MI 48617–9405
544519024   Credit Management Company        PO Box 16346        Pittsburgh, PA 15242–0346
544519025   Credit One Bank        PO Box 98875        Las Vegas, NV 89193–8875
544519026   Crown Asset Mgmt        3100 Breckinridge Blvd Ste 725        Duluth, GA 30096–7605
544519027   Cuyahoga Community ColJege        700 Carnegie Ave.        Cleveland, OH 44115
544519036   DNF Associates        2351 N Forest Road Suite 110        Getzville, NY 14068
544519037   DTE        1 Energy Plaza        WCB 735 Attention Legal Dept        Detroit, MI 48226–1221
544519200   DTE Energy        WCB 735 Attention Legal Department        1 Energy Plaza        Detroit, MI 48226–1221
544519029   Dave Yost OH Attorney General        Attn: Timothy Sullivan        18013 Cleveland Pkwy Suite 180          Cleveland, OH 44135
544519199   Detroit Water and Sewerage Dept        Po Box 554899        Detroit, MI 48255–4899
544519031   Dillon McCandless King Coulter, Graham, LLP        128 West Cunningham Street        Butler, PA 16001
544519033   Dish Network LLC        9601 S. Meridian Blvd        Englewood, CO 80112
544519034   Diverse Funding        3580 Harlem Rd Suite 6        Cheektowaga, NY 14215–2045
544519038   Duquesne Light        Payment Processing Center        P.O.BOX67        Pittsburgh, PA 15257–0001

544519039  Enterprise Rental Car        600 Corporate Park Drive        St. Louis, Missouri 63105
544519201  Estate At Westbury Owners Assoc, Inc      Board of Directors      85 Kensington Blvd        Bluffton, SC 29910–4884
544519041  Fifth Third Bank        MD No. ROPS05 Bankruptcy Dept        1850 East Paris SE        Grand Rapids, MI 49546–6253
544519042  First Energy – Penn Power        PO Box 16001        Reading, PA 19612–6001
544519043  Firstsource Advantage, LLC        205 Bryant Woods South        Amherst, N Y 14228
544519044  Forefront Dermatology        801 York Street        Manitowoc, WI 54220
544519045  Fortiva – Bob's Discount Furniture        P.O. Box 650721        Dallas, TX 75265–0271
544519047  Garry Masterson, Weitman, Weinberg, Reis Co        5990 West Creek Road suite 200        Independence, Ohio 44131
544519048  George B. Smythe        4000 S. Faber Place Dr Suite 300        Charleston, SC 29405
544519049  Georgia Traffic        PO Box 80447        Conyers, GA 30013
544519050  Go Store It        1249 Avondale Rd        Hendersonville, TN 37075
544519046  Go Store It        33 Parameter Road        Bluffton, SC 29910
544519051  Greensky        PO. Box2730        Alpharetta, GA 30023
544519052  Hargray Communications–Cable One Inc        856 William Hilton Parkway        Hilton Head Island, SC 29928–3423
544519186  Hilton Head Resort        Board of Directors        663 William Hilton Pkwy        Hilton Head, SC 29928–3506
544519053  Hilton Head Resort–Four Seasons Centre        HHR Council of Owners        Attn: Board of Directors        663 Wiliam Hilton Parkway        Hilton Head Island, SC 29928–3508
544519054  Home Depot        Centralized Bankruptcy        P.O. Box 790034        St. Louis, MO 63179–0034
544519055  Home Depot Loan        POBox2730        Alpharetta, GA 30023–2730
544519057  Honorable Nicola Henry–Taylor        Allegheny Court of Common Pleas        712 City–County Building        414 Grant St        Pittsburg, PA 15219
544519058  Ian D. Maguire and Tiffany Buffkin        Maguire Law Firm        1600 North Oak Street Suite B        Myrtle Beach, SC 29577
544519063  JPMCB Card Services        PO Box 15369        Wilmington, DE 19850–5369
544519064  JPMORGAN Chase Bank Bankruptcy        Mail Intake Team        700 Kansas Lane Floor 01        Monroe, LA 71203–4774
544519099  JPMorgan Chase Bank, N.A.        sbmt Chase Bank USA, N.A.        CO National Bankruptcy Services, LLC        P.O. Box 9013 Addison, Texas 75001
544519066  JPMorgan Chase Bank, N.A.        sbmt Chase Bank USA, NA.        CO Robertson, Anschutz, Schneid, Crane        6409 Congress A venue, Suite 100        Boca Raton, FL 33487
544519059  Janet Spinelli        100 Kensington Blvd Apt NO. 918        Bluffton, SC 29910–7481
544519060  Jannine M. Mutterer, Esq.        5 Cedar Street        Bluffton, SC 29910
544519061  John Curtis        100 Kensington Blvd Apt NO. 1603        Bluffton, SC 29910–7490
544519187  Jones, Simpson, and Newton PA        Attn: Wm Weston J Newton        7 Plantation Park Drive Suite 3        Bluffton, SC 29910
544519062  Jordan Tax Service        102 Rahway Road        McMurray, PA 15317–3349
544519100  Judy Vanderveer        663 William Hilton Parkway Apt 3121        Hilton Head Island, SC 29928–3524
544519188  Julie A. Franklin, Esq        PO Box 2976        Bluffton, SC 29910–2976
544519189  Komatsu Benefit Dept        Mark Harder        401 E Greenfield Ave        Milwaukee, WI 53204–2941
544519190  Law Office of Scott M. Wild LLC        Scott M. Wild        37 New Orleans Road Suite F        Hilton Head Island, SC 29928
544519056  Master In Equity        102 Ribaut Road 2nd Floor        Beaufort, SC 29902
544519101  Midland Credit Management        320 East Big Beaver Suite 300        Troy, MI 48083
544519102  Monevolnc        8910 University Cntr Lane Suite 400        San Diego, CA 92122
544519191  Morgan Lewis & Bockius LLP        Attn: Matt Hawes        One Oxford Centre, Thirty–Second FL        Pittsburg, PA 15219–6401
544519103  Morgan S. Templeton        145 King Street Suite 300        Charleston, SC 29402
544519104  Mr. Cooper        P.O. Box 619094        Dallas, TX 75261
544519192  Mutterer Law Firm, LLC        Jannine M. Mutterer, Esq        5 Red Cedar Street Suite 102        Bluffton, SC 29910
544519108  NES        2479 Edison Blvd Unit A        Twinsburg, OH 44087
544519112  NORTHSTAR LOCATION SERVICES        4285 GENESEE STREET        CHEEKTOWAGA, NY 14225–1943
544519105  National Credit Systems        Attn: Bankruptcy        PO Box 672288        Marietta, GA 30006–0039
544519106  Nationstar Mortgage        PO Box 199111        Dallas, TX 75219–9111
544519193  Nationstar Mortgage, LLC        Attn: Bankruptcy Department        PO Box 619096        Dallas, TX 75261–9741
544519174  Nationstar Mortgage, LLC        James Page        Bell Carrington Price & Gregg, LLC        339 Heyward St, Second Floor        Columbia, SC 29201–4390
544519107  Nationwide Credit Inc        1225 Washington St Ste 301        Tempe, AZ 85288
544519175  Norman Jewelry and Loan        24777 Telegraph Suite B        Southfield, MI 48034
544519109  Norman's        24777 Telegraph Rd        Southfield, MI 48033
544519117  Office Depot        P.O. Box 78004        Phoenix, AZ 85062
544519113  Office Depot Business Credit        Dept563–8406380360        P.O. Box 70612        Philadelphia, PA 1917 6–0612
544519114  Office of Sheriff Beaufort County        P.O. Box 1758        Beaufort, SC 29901
544519118  Ohio Turnpike EZ Pass        PO Box 94672        Cleveland, OH 44101
544519119  PA Dept of Revenue        Bureau of Individual Taxes        PO. BOX 280504        Harrisburg, PA 17128–0504
544519120  PA Turnpike Toll By Plate        PO. Box 645631        Pittsburgh, PA 15264–5254
544519128  PLYMOUTH ROCK ASSURANCE        695 ATLANTIC AVE        BOSTON, MA 02111
544519129  PNC Bank        1900 E 9th St        Cleveland, OH 44114
544519176  Palmetto Electric        Attn: Michelle Tyler        111 Matthews Drive        Hilton Head Island, SC 29926

544519123 Peoples Gas         PO. Box 644760         Pittsburgh, PA 15264–4 760
544519124 Pioneer Foot Care         2021 Freepo Rd         Arnold, PA 15068
544519125 Pittsburgh Water and Sewer         1200 Penn Ave         Pittsburgh, PA 15222
544519130 Pods Legal Dept         280 Leetsdale Industrial Dr, Suite 200         Leetsdale, PA 15056
544519131 Pods Legal Dept         5585 Rio Vista Dr         Clearwater, FL 33760
544519177 Polly Nicola         2583 Lower Assembly Drive         Fort Mill, SC 29708
544519133 Portfolio Recovery         P.O. Box 8828         Wilmington, DE 19899–8828         Progressive Insurance
544519178 Progressive Insurance         30440 Lakeland Blvd         Wickliffe, OH 44092
544519135 Quantum3 Group LLC agent for         Crown Asset Management LLC         PO Box 788         Kirkland, WA 98083–0788
544519136 Radius Global Solutions         7831 Glenroy Road Suite 250         Minneapolis, MN 55439
544519137 Resurgent Receivables, LLC         Resurgent Capital Services         PO Box 10587         Greenville, SC 29603–0587
544519138 Ronald Zold         1 Long Cnnc Ct         Bluffton, SC 29909–7113
544519139 S.C. Dept of Revenue and Taxation         P.O. Box 125         Columbia, SC 29214
544519140 SC Department of Revenue         Office of General Counsel         300A Outlet Pointe Blvd         Columbia, SC 29210
544519141 Scott M. Wild         37 New Orleans Road Suite F         Hilton Head Island, SC 29928
544519142 Semina DeLaurentis         66 Quail Run         Torrington, CT 06790–2549
544519143 Shannon Cummings         302 N. Lake St         Harrison,Ml 48625
544519144 South Carolina Dept of Motor Vehicles         PO Box 1498         Blythewood, SC 29016–0028
544519145 Spectrum Mobile         Credit Control, LLC         3300 Rider Trail S, Suite 500         Earth City, MO 63045
544519146 Synchrony Bank         PO Box 669809         Dallas, TX 75266–0170
544519147 Synergetic Communication         PO. Box 680608         Franklin, TN 3 7068
544519149 T–Mobile         PO Box 742596         Cincinnati, OH 45274–259
544519153 TBOM–ATLS–Fortiva         6 Concourse Parkway         2nd Floor–mailroom         Atlanta, GA 30328–6117
544519154 TD Bank         PO Box 84037         Columbus, GA 31908–4037
544519155 TD Bank North NA         70 Gray Road         Falmouth, ME 041052299
544519156 TD Bank USA–Target Credit         POBox673         Minneapolis, MN 55440–0673
544519148 TMobile         CO American Infosource LP         4515 N Santa Fe Ave         Oklahoma City, OK 73118–7901
544519150 Tamara Slank         14686 Oakwood Drive         Shelby Township, MI 48315–1530
544519151 Tate and Kirlin Assoc         4800 East Street Rd Suite 170         Trevose, PA 19053
544519179 Taybron Law Firm LLC         3399 Churchview Ave         Pittsburgh, PA 15227–4358
544519157 The Hertz Corporation         8501 Williams Road         Estero, FL 33928–3325
544519158 The Huntington National Bank         5555 Cleveland Avenue GW4W25         Columbus, OH 43231
544519159 The Huntington National Bank         PO Box 89424 OPC856         Cleveland, OH 44101–8539
544519182 The Spa on Port Royal Sound         Board of Directors         239 Beach City Road         Hilton Head, SC 29926–4707
544519160 Ticket Division         PA Turnpike EZ Pass         3 00 East Park Dr         Harrisburg, PA 17111
544519183 Title Max Corporation         155 Bill St         Savannah, GA 31401–2685
544519161 Traffic Magistrate         4819 Bluffton Parkway         Bluffton, SC 29910–4622
544519162 UPMC         Credit Management Company         P.O. Box 16348
544519126 UPMC         P.O. Box 371472         Pittsburgh, PA 15242
544519163 US Department of Education         CO Nelnet         121 South 13th Street         Lincoln, NE 68508
544519165 Verizon Wireless Bankruptcy Admin         500 Technology Drive, Suite 550         Weldon Spring, MO 63304
544519166 Viking Client Services         Hertz Damage Recovery Team         7500 Office Ridge Circle, Suite 100         Eden Prairie, MO 55344–3763
544519168 Wells Fargo Bank         PO. Box 5058         Portland, OR 97208–5058
544519169 West Virgina Trafc Division         300 Spruce St         Morgantown, WV 26505
544519170 West Virginia EZ Pass         PO Box 1469         Charleston, WV 25325
544519203 West–Aircomm FCU         CO Weitman, Weinberg And. Reis Co LPA         5990 West Creek Road Suite 200         Independence, OH 44131
544519204 Westlake Financial         2 Equity Way Ste 200         Westlake, OH 44145–1045
544519171 Woodlands at St Barnabas         Attn: Tom Breth         128 West Cunningham Street         Butler, PA 16001
544519205 Wright's Custom Body Shop LLC         1216 Leeson Ave         Cadillac, MI 49601–9097
544519172 Youngstown State University         1 Tressel Way         Youngstown, OH 44555
544519173 Zeidmans         2669 Gratiot Ave         Detroit, MI 48207
544519206 Zeidmans Jewelry         Thomas LaBret and–or Current President         24810 Evergreen Road         Southfield, MI 48075

TOTAL: 171

# UNITED STATES BANKRUPTCY COURT

DISTRICT OF SOUTH CAROLINA

OFFICE OF THE CLERK
J. BRATTON DAVIS UNITED STATES BANKRUPTCY COURTHOUSE
1100 LAUREL STREET
COLUMBIA, SOUTH CAROLINA 29201–2423
803–765–5436
WWW.SCB.USCOURTS.GOV

DATE: April 11, 2025

TO: Jacqueline Elizabeth Ard
21215 Dartmouth Dr
Southfield, MI 48076–5634

FROM: U.S. Bankruptcy Court

RE: Chapter 13 Voluntary Petition
Case No: 25–01384–jd

You are receiving this letter because you are representing yourself in the above–captioned bankruptcy case. Although, you are legally entitled to represent yourself, please be aware that bankruptcy cases can be complex and many individuals are not able to successfully complete a case without the help of an attorney. Every debtor must comply with the requirements of the United States Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the Local Bankruptcy Rules of this Court. Many deadlines are inflexible, and your case may be dismissed if you fail to comply with any of the numerous requirements.

The U.S. Bankruptcy Court is not empowered to appoint or provide attorneys to represent you. However, enclosed is information that may be of interest to you, including how you may obtain an attorney to assist you and other available resources.

**Filing Documents:**

If you have not filed all required documents, you will receive a document titled **"Notice of Filings Due"** that includes a list of documents that must be filed by the deadlines provided. It is important that each form is filled out completely and timely filed **within 14 days of the date you filed your bankruptcy petition** unless a different deadline is provided in the Notice or the applicable Bankruptcy Rules. To avoid mailing or delivering documents by hand to the courthouse in Columbia, documents may be submitted for filing electronically through the Court's Electronic Document Submission System (available at https://www.scb.uscourts.gov/edss). Documents must be properly signed by hand and uploaded in PDF format to be submitted electronically.

Documents filed with the Court are placed on the public docket and can be viewed by the general public. You should make efforts to protect private information contained in any documents to be filed with the Court, including redacting such information in compliance with Federal Bankruptcy Rule 9037(a).

You may obtain forms for required documents for a fee at the Clerk's Office in Columbia or by printing the national forms from the U.S. Courts' website (available at https://www.uscourts.gov/forms/bankruptcy–forms) and local forms from the Court's website (available at https://www.scb.uscourts.gov/local–forms).

**Payment of Filing Fee:**

If you owe a filing fee for your case, the Court accepts cash in the exact amount of the fee, certified checks, and money orders at the courthouse in Columbia only. To avoid mailing or delivering payment to Columbia, you may pay your filing fee online by scanning the QR code below or visiting https://www.pay.gov/public/form/start/1301579109). Online payments must be made by debit card, PayPal, checking, or savings account only.



**Other Notices:**

You will receive various information and notices from the Bankruptcy Court while your case is pending. One of the first notices you will receive is the **"Notice of Bankruptcy Case, Meeting of Creditors and Deadlines"**. This notice contains many important deadlines and informs you of the date and Zoom information for a meeting with your trustee, known as the meeting of creditors. Failure to appear at your meeting of creditors or to adhere to other deadlines may result in dismissal of your case.

It is your responsibility to ensure the Court has your up–to–date address so you can receive notice of all filings. If you

have a valid email address, you can elect to receive notices and other documents sent **by the Court** to that email address. To do so, you must sign up for electronic noticing by completing the attached form and filing it with the Court. More information on electronic noticing is available on the Court's website at https://www.scb.uscourts.gov/electronic–notice–overview.

You may also receive notice electronically or by U.S. Mail that trustee or creditors are seeking certain relief during your case that affects you, your property, and/or your bankruptcy case. Please note that relief may be granted to these parties without a hearing unless you timely respond to their motion or notice of motion.

**Additional Information:**

Additional information and forms are available through the Court's website at https://www.scb.uscourts.gov/filing–without–attorney–debtors, including a video on Bankruptcy Basics and a checklist of documents required to be filed by chapter. If you do not have access to the internet, the Court provides a computer for such appropriate use.

While the Court is available to assist you during this process, all employees of the Court are prohibited from giving you legal advice, cannot respond to questions you may have that seek legal advice, and cannot discuss the substantive details of the case with you.


B–304:10/2024

**LEGAL ASSISTANCE**

**INFORMATION FOR *PRO SE* DEBTORS**

There is no requirement that a lawyer to be appointed to represent a debtor in filing a petition for relief under the Bankruptcy Code (11 U.S.C. Section 101, *et. seq.*).

**IF YOU CANNOT AFFORD A LAWYER**

If you need free legal assistance to file Chapter 7 or Chapter 13 bankruptcy, you may contact South Carolina Legal Services to apply for legal assistance. South Carolina Legal Services determines if you are eligible for legal services based upon federally established poverty guidelines. Only eligible applicants are referred for representation by Legal Services or by the South Carolina Bar Pro Bono Program.

**Contact Information for Services:**   1–888–346–5592 (9:00 AM – 6:00 PM, Monday – Thursday)
contactus@sclegal.org / www.sclegal.org / www.lawhelp.org/sc

**Legal Services Offices:**

| | |
|---|---|
| Charleston | (843)720–7044 or (888)720–2320 |
| Columbia | (803)799–9668 or (888)799–9668 |
| Conway | (843)381–8182 or (866)597–0100 |
| Florence | (843)413–9500 or (877)238–3418 |
| Greenville | (864)679–3232 or (800)763–4825 |

| | |
|---|---|
| Greenwood | (864)223–4879 or (800)922–3114 |
| Orangeburg | (803)533–0116 or (800)522–9354 |
| Rock Hill | (803)327–9001 or (800)922–3853 |
| Spartanburg | (864)582–0369 or (800)922–8176 |

**IF YOU DO NOT QUALIFY FOR FREE LEGAL ASSISTANCE**

If you are not eligible for free legal representation or are searching for an attorney in your area, please call the South Carolina Bar Lawyer Referral Service at (803)799–7100 (in Columbia) or 1–800–868–2284 (9:00 –5:00PM Monday – Friday) or submit an online referral request at https://www.scbar.org/public/get–legalhelp/find–lawyer–or–mediator/find–a–lawyer. The service can provide the name of a lawyer who handles your type of case. The lawyer may charge a minimal fee (approximately $50.00) for a one–half hour consultation. A fee agreement for further representation would then be negotiated.

**U.S. BANKRUPTCY COURT**
**DISTRICT OF SOUTH CAROLINA**

In re: Jacqueline Elizabeth Ard, Debtor(s)                    Case No. 25−01384−jd

### DEBTOR'S ELECTRONIC NOTICING REQUEST (DeBN)

### CHECK ONLY ONE BOX FOR THE APPLICABLE SECTION BELOW:

☐ **INITIAL ACTIVATION REQUEST:**(Check this box to begin receiving notices and orders from the U.S. Bankruptcy Court via email.)

Pursuant to Bankruptcy Rule 9036, I hereby request receipt of court notices and orders via email, instead of U.S. mail, from the Bankruptcy Noticing Center (BNC) through the U.S. Bankruptcy Court's Debtor Electronic Bankruptcy Noticing (DeBN) program.

I understand the following:
1. that my email address will appear publicly on any certificate of mailing filed by the electronic noticing provider;
2. I will receive electronic notice of any documents filed by the court in any current or future bankruptcy or adversary case from any bankruptcy court district in which I am listed with the same name and address, including cases where I am listed as a creditor;
3. the Court may update my DeBN account if I file a change of address;
4. the first time the BNC receives an email bounce−back, my DeBN account will be automatically disabled. I will then receive notices and orders via U.S. mail, and I must file an updated request form if I wish to reactivate my account;
5. enrollment in DeBN is completely voluntary, and I may file a request to deactivate my account at any time; and
6. By checking this box, **I have agreed to activate my account** with the BNC in order to begin receiving electronic notice.

☐ **INITIAL DECLINATION:**(Check this box to decline receiving notices and orders from the U.S. Bankruptcy Court via email.) This option does not apply to debtors who file petitions electronically.

☐ **UPDATE TO ACCOUNT INFORMATION:**(Check this box to make changes to your existing DeBN account)

I request the following update(s) to my DeBN account:

☐  I have a new email address as indicated below.

☐  I filed a new bankruptcy case, and I have an existing DeBN account. Please review my account to ensure my name and address in my account match this new case.

☐  I request reactivation of my DeBN account so that I may receive court notices and orders via email, instead of U.S. mail.

☐ **REQUEST TO DEACTIVATE ELECTRONIC NOTICING:** (Check this box for deactivation of your DeBN account)

I request deactivation of my DeBN account. I understand that by deactivating my account, I will begin receiving notices and orders filed by the U.S. Bankruptcy Court via U.S. mail, instead of email.

I understand that I will continue to receive electronic notices until such time as the Court has deactivated my account.

**Under penalty of perjury,** I certify that I am a debtor in this bankruptcy case, or the debtor's authorized representative if the debtor is a business, and I have read the applicable section check−marked above and understand and agree to the terms and conditions set forth therein. Neither the U.S. Bankruptcy Court nor the BNC bears any liability for errors resulting from the information I have submitted on this form. If I already have a different electronic noticing account, you may deactivate that account and create this DeBN account.

### Joint debtors who each request enrollment or already have a DeBN account must file separate forms.
If this form is being filed via U.S. mail, please include a copy of a photo identification.

Debtor Signature:_____ Date:_____

Printed Name (and title if not the debtor):_____

Email Address (CAPITAL letters only):_____

Confirm Email Address (CAPITAL letters only):_____

Letter: Notice Recipients    Page 1 of 1

# Notice Recipients

District/Off: 0420–2        User: admin                Date Created: 04/11/2025

Case: 25–01384–jd          Form ID: proseltr           Total: 2


**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db      Jacqueline Elizabeth Ard      21215 Dartmouth Dr      Southfield, MI 48076–5634
jdb     Terry Frank Nicola      21215 Darthmouth      Southfield, MI 48076

TOTAL: 2

43

**United States Bankruptcy Court**
**District of South Carolina**

Case Number: 25–01384–jd                     Chapter: 13

**In re:**

Jacqueline Elizabeth Ard                      Terry Frank Nicola
dba Global Management Group LLC, dba Beachside Estates    dba Beachside Estates LLC, dba Global Management Group
LLC

| Filed By The Court |
| :---: |
| **04/11/25** |
| **Lauren T Maxwell** |
| **Clerk of Court** |
| **US Bankruptcy Court** |

**NOTICE OF FILING(S) DUE**

In the above referenced case, a petition was filed on **04/11/25.**

Please take notice that pursuant to Fed. R. Bankr. P., and the SC LBR, the following documents(s) must be filed within the time periods set forth therein, or the case may be dismissed.

**Missing Documents:**
**Schedules Declaration due 04/25/2025**
**Schedule A/B due 04/25/2025**
**Schedule C due 04/25/2025**
**Schedule D due 04/25/2025**
**Schedule E/F due 04/25/2025**
**Schedule G due 04/25/2025**
**Summary of Schedules due 04/25/2025**
**Schedule H due 04/25/2025**
**Chapter 13 Plan due 04/25/2025**
**Schedule I due 04/25/2025**
**Schedule J due 04/25/2025**
**Stmt of Financial Affairs due 04/25/2025**
**Ch 13 Stmt of Income/Calculati due 04/25/2025**
**Copies of Payment Advices due 04/25/2025**
**Stmt of Increase Income/Exp. due 04/25/2025**

Lauren T Maxwell
Clerk of Court
United States Bankruptcy Court

By:  Marissa B Fleming, Deputy Clerk
1100 Laurel Street
Columbia, SC 29201–2423
(803) 765–5436

See page 2 – Explanation of Notices of Filings Due

44

## EXPLANATION OF NOTICES OF FILINGS DUE

Please take notice that pursuant to 11 U.S.C. § 521(b), the following document must be filed within the time periods set forth therein or the case may be dismissed.

- **Certificate of Credit Counseling:** A pre–bankruptcy counseling session with an approved credit counseling organization should be completed. Once completed, a certificate must be obtained. A list of approved nonprofit budget and credit counseling agencies may be found on the Court's web page at www.scb.uscourts.gov, "Filing Without an Attorney."

Please take notice that pursuant to 11 U.S.C. § 521, Fed. R. Bankr. P. 1007 and 1019, and the local rules of this Court, the following documents must be filed within the time periods set forth therein or the case may be dismissed.

- **Schedules A–J:** Schedules A–J are Official Forms that may be found on the Court's web page at www.scb.uscourts.gov, "Forms."

- **Stmt of Financial Affairs:** A statement of the debtor's financial affairs is an Official Form that may be found on the Court's web page at www.scb.uscourts.gov, "Forms."

- **Stmt of Income/Means Test (Chapter 7), Stmt of Current Income (Chapter 11), Stmt of Income/Calculation (Chapter 13):** A statement of the amount of monthly net income, itemized to show how the amount is calculated, may be satisfied by Official Forms B22A – B22C (depending on the chapter) that may be found on the Court's web page at www.scb.uscourts.gov, "Forms."

- **Copies of Payment Advices:** Copies of paystubs or other evidence of payment received from any employer of the debtor within sixty (60) days before the filing of the petition.

- **342(b) Consumer Debtor Notice:** A certificate indicating that debtor's attorney or bankruptcy petition preparer delivered to debtor the notice required by 11 U.S.C. § 342(b), or if no attorney or bankruptcy petition preparer is indicated on the petition, a certification by the debtor that such notice was received and read by the debtor. The notice required by 11 U.S.C. § 342(b) is a notice to an individual whose debts are primarily consumer debts and can be certified using Form B 201, Notice to Individual Consumer Debtor Under § 342(b) of the Bankruptcy Code, that is posted for public viewing in the Clerk's Office and may be found on the Court's web page at www.scb.uscourts.gov, "Forms."

- **Stmt of Increase Income/Exp.:** A statement disclosing any reasonably anticipated increase in income or expenditures for twelve (12) months following the filing of the petition. A statement may be sufficient or this requirement may be satisfied by completion of both Question 13 on Schedule I and Question 24 on Schedule J (if none, so indicate in the statement or on Schedules I and J).

- **Statement of Intent:** A Chapter 7 Individual Debtor's Statement of Intention is an Official Form that may be found on the Court's web page at www.scb.uscourts.gov, "Forms."

Please take notice that pursuant to Fed. R. Bankr. P. 3015(b), the following document must be filed within the time periods set forth therein or the case may be dismissed without further notice or hearing pursuant to SC LBR 1017–2.

- **Chapter 13 Plan:** The Notice, Chapter 13 Plan and Related Motions is a form that must be filed in each Chapter 13 case filed in this district. This form may be found on the Court's web page at www.scb.uscourts.gov, "Forms."

# Notice Recipients

| District/Off: 0420–2 | User: admin | Date Created: 4/11/2025 |
|---|---|---|
| Case: 25–01384–jd | Form ID: 184BNC | Total: 4 |

**Recipients of Notice of Electronic Filing:**

ust      US Trustee's Office      USTPRegion04.CO.ECF@usdoj.gov
tr      James M. Wyman      13info@charleston13.com

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

db      Jacqueline Elizabeth Ard      21215 Dartmouth Dr      Southfield, MI 48076–5634
jdb      Terry Frank Nicola      21215 Darthmouth      Southfield, MI 48076

TOTAL: 2

**United States Bankruptcy Court**
**District of South Carolina**

Case Number: 25–01384–jd                    Chapter:  13

**In re:**

Jacqueline Elizabeth Ard                                    Terry Frank Nicola
dba Global Management Group LLC, dba Beachside Estates      dba Beachside Estates LLC, dba Global Management Group
LLC

| | Filed By The Court |
|---|---|
| **NOTICE OF FILING(S) DUE** | **04/11/25**<br>Lauren T Maxwell<br>Clerk of Court<br>US Bankruptcy Court |

In the above referenced case, a petition was filed on **04/11/25.**

Please take notice that pursuant to Fed. R. Bankr. P., and the SC LBR, the following documents(s) must be filed within the time periods set forth therein, or the case may be dismissed.

**Missing Documents:**
**Schedules Declaration due 04/25/2025**
**Schedule A/B due 04/25/2025**
**Schedule C due 04/25/2025**
**Schedule D due 04/25/2025**
**Schedule E/F due 04/25/2025**
**Schedule G due 04/25/2025**
**Summary of Schedules due 04/25/2025**
**Schedule H due 04/25/2025**
**Chapter 13 Plan due 04/25/2025**
**Schedule I due 04/25/2025**
**Schedule J due 04/25/2025**
**Stmt of Financial Affairs due 04/25/2025**
**Ch 13 Stmt of Income/Calculati due 04/25/2025**
**Copies of Payment Advices due 04/25/2025**
**Stmt of Increase Income/Exp. due 04/25/2025**

Lauren T Maxwell
Clerk of Court
United States Bankruptcy Court

By:  Marissa B Fleming, Deputy Clerk
1100 Laurel Street
Columbia, SC 29201–2423
(803) 765–5436

See page 2 – Explanation of Notices of Filings Due

## EXPLANATION OF NOTICES OF FILINGS DUE

Please take notice that pursuant to 11 U.S.C. § 521(b), the following document must be filed within the time periods set forth therein or the case may be dismissed.

· **Certificate of Credit Counseling:**  A pre–bankruptcy counseling session with an approved credit counseling organization should be completed. Once completed, a certificate must be obtained. A list of approved nonprofit budget and credit counseling agencies may be found on the Court's web page at www.scb.uscourts.gov, "Filing Without an Attorney."

Please take notice that pursuant to 11 U.S.C. § 521, Fed. R. Bankr. P. 1007 and 1019, and the local rules of this Court, the following documents must be filed within the time periods set forth therein or the case may be dismissed.

· **Schedules A–J:**  Schedules A–J are Official Forms that may be found on the Court's web page at www.scb.uscourts.gov, "Forms."

· **Stmt of Financial Affairs:**   A statement of the debtor's financial affairs is an Official Form that may be found on the Court's web page at www.scb.uscourts.gov, "Forms."

· **Stmt of Income/Means Test (Chapter 7), Stmt of Current Income (Chapter 11), Stmt of Income/Calculation (Chapter 13):**
A statement of the amount of monthly net income, itemized to show how the amount is calculated, may be satisfied by Official Forms B22A – B22C (depending on the chapter) that may be found on the Court's web page at www.scb.uscourts.gov, "Forms."

· **Copies of Payment Advices:**   Copies of paystubs or other evidence of payment received from any employer of the debtor within sixty (60) days before the filing of the petition.

· **342(b) Consumer Debtor Notice:**   A certificate indicating that debtor's attorney or bankruptcy petition preparer delivered to debtor the notice required by 11 U.S.C. § 342(b), or if no attorney or bankruptcy petition preparer is indicated on the petition, a certification by the debtor that such notice was received and read by the debtor. The notice required by 11 U.S.C. § 342(b) is a notice to an individual whose debts are primarily consumer debts and can be certified using Form B 201, Notice to Individual Consumer Debtor Under § 342(b) of the Bankruptcy Code, that is posted for public viewing in the Clerk's Office and may be found on the Court's web page at www.scb.uscourts.gov, "Forms."

· **Stmt of Increase Income/Exp.:**   A statement disclosing any reasonably anticipated increase in income or expenditures for twelve (12) months following the filing of the petition. A statement may be sufficient or this requirement may be satisfied by completion of both Question 13 on Schedule I and Question 24 on Schedule J (if none, so indicate in the statement or on Schedules I and J).

· **Statement of Intent:**   A Chapter 7 Individual Debtor's Statement of Intention is an Official Form that may be found on the Court's web page at www.scb.uscourts.gov, "Forms."

Please take notice that pursuant to Fed. R. Bankr. P. 3015(b), the following document must be filed within the time periods set forth therein or the case may be dismissed without further notice or hearing pursuant to SC LBR 1017–2.

· **Chapter 13 Plan:**   The Notice, Chapter 13 Plan and Related Motions is a form that must be filed in each Chapter 13 case filed in this district. This form may be found on the Court's web page at www.scb.uscourts.gov, "Forms."

United States Bankruptcy Court

District of South Carolina

In re:                                                                                 Case No. 25-01384-jd

Jacqueline Elizabeth Ard                                                Chapter 13

Terry Frank Nicola

     Debtors

# CERTIFICATE OF NOTICE

District/off: 0420-2                         User: admin                              Page 1 of 1

Date Rcvd: Apr 11, 2025                 Form ID: 184BNC                    Total Noticed: 2

The following symbols are used throughout this certificate:

**Symbol        Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 13, 2025:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| db | Email/PDF: jacquelineard72@gmail.com | Apr 11 2025 21:31:00 | Jacqueline Elizabeth Ard, 21215 Dartmouth Dr, Southfield, MI 48076-5634 |
| jdb | + Email/PDF: terrynicola30@gmail.com | Apr 11 2025 21:31:00 | Terry Frank Nicola, 21215 Darthmouth, Southfield, MI 48076-5634 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 13, 2025              Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 11, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| James M. Wyman | 13info@charleston13.com wyman@charleston13.com;lamontagne@charleston13.com;renno@charleston13.com;d_nobles@bellsouth.net;milligan@charleston13.com;nobles@charleston13.com;jameswymanlaw@gmail.com;charleston13info@gmail.com |
| US Trustee's Office | USTPRegion04.CO.ECF@usdoj.gov |

TOTAL: 2

Certificate of Notice    Page 1 of 5

# UNITED STATES BANKRUPTCY COURT

DISTRICT OF SOUTH CAROLINA
OFFICE OF THE CLERK
J. BRATTON DAVIS UNITED STATES BANKRUPTCY COURTHOUSE
1100 LAUREL STREET
COLUMBIA, SOUTH CAROLINA 29201–2423
803–765–5436
WWW.SCB.USCOURTS.GOV

---

DATE:          April 11, 2025

TO:            Jacqueline Elizabeth Ard
               21215 Dartmouth Dr
               Southfield, MI 48076–5634

FROM:          U.S. Bankruptcy Court

RE:            Chapter 13 Voluntary Petition
               Case No: 25–01384–jd

You are receiving this letter because you are representing yourself in the above–captioned bankruptcy case. Although, you are legally entitled to represent yourself, please be aware that bankruptcy cases can be complex and many individuals are not able to successfully complete a case without the help of an attorney. Every debtor must comply with the requirements of the United States Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the Local Bankruptcy Rules of this Court. Many deadlines are inflexible, and your case may be dismissed if you fail to comply with any of the numerous requirements.

The U.S. Bankruptcy Court is not empowered to appoint or provide attorneys to represent you. However, enclosed is information that may be of interest to you, including how you may obtain an attorney to assist you and other available resources.

**Filing Documents:**

If you have not filed all required documents, you will receive a document titled **"Notice of Filings Due"** that includes a list of documents that must be filed by the deadlines provided. It is important that each form is filled out completely and timely filed **within 14 days of the date you filed your bankruptcy petition** unless a different deadline is provided in the Notice or the applicable Bankruptcy Rules. To avoid mailing or delivering documents by hand to the courthouse in Columbia, documents may be submitted for filing electronically through the Court's Electronic Document Submission System (available at https://www.scb.uscourts.gov/edss). Documents must be properly signed by hand and uploaded in PDF format to be submitted electronically.

Documents filed with the Court are placed on the public docket and can be viewed by the general public. You should make efforts to protect private information contained in any documents to be filed with the Court, including redacting such information in compliance with Federal Bankruptcy Rule 9037(a).

You may obtain forms for required documents for a fee at the Clerk's Office in Columbia or by printing the national forms from the U.S. Courts' website (available at https://www.uscourts.gov/forms/bankruptcy–forms) and local forms from the Court's website (available at https://www.scb.uscourts.gov/local–forms).

**Payment of Filing Fee:**

If you owe a filing fee for your case, the Court accepts cash in the exact amount of the fee, certified checks, and money orders at the courthouse in Columbia only. To avoid mailing or delivering payment to Columbia, you may pay your filing fee online by scanning the QR code below or visiting https://www.pay.gov/public/form/start/1301579109). Online payments must be made by debit card, PayPal, checking, or savings account only.



**Other Notices:**

You will receive various information and notices from the Bankruptcy Court while your case is pending. One of the first notices you will receive is the **"Notice of Bankruptcy Case, Meeting of Creditors and Deadlines"**. This notice contains many important deadlines and informs you of the date and Zoom information for a meeting with your trustee, known as the meeting of creditors. Failure to appear at your meeting of creditors or to adhere to other deadlines may result in dismissal of your case.

It is your responsibility to ensure the Court has your up–to–date address so you can receive notice of all filings. If you

have a valid email address, you can elect to receive notices and other documents sent **by the Court** to that email address. To do so, you must sign up for electronic noticing by completing the attached form and filing it with the Court. More information on electronic noticing is available on the Court's website at https://www.scb.uscourts.gov/electronic–notice–overview.

You may also receive notice electronically or by U.S. Mail that trustee or creditors are seeking certain relief during your case that affects you, your property, and/or your bankruptcy case. Please note that relief may be granted to these parties without a hearing unless you timely respond to their motion or notice of motion.

**Additional Information:**

Additional information and forms are available through the Court's website at https://www.scb.uscourts.gov/filing–without–attorney–debtors, including a video on Bankruptcy Basics and a checklist of documents required to be filed by chapter. If you do not have access to the internet, the Court provides a computer for such appropriate use.

While the Court is available to assist you during this process, all employees of the Court are prohibited from giving you legal advice, cannot respond to questions you may have that seek legal advice, and cannot discuss the substantive details of the case with you.


B–304:10/2024

**LEGAL ASSISTANCE**

**INFORMATION FOR *PRO SE* DEBTORS**

There is no requirement that a lawyer to be appointed to represent a debtor in filing a petition for relief under the Bankruptcy Code (11 U.S.C. Section 101, *et. seq.*).

**IF YOU CANNOT AFFORD A LAWYER**

If you need free legal assistance to file Chapter 7 or Chapter 13 bankruptcy, you may contact South Carolina Legal Services to apply for legal assistance. South Carolina Legal Services determines if you are eligible for legal services based upon federally established poverty guidelines. Only eligible applicants are referred for representation by Legal Services or by the South Carolina Bar Pro Bono Program.

**Contact Information for Services:**     1–888–346–5592 (9:00 AM – 6:00 PM, Monday – Thursday)
contactus@sclegal.org / www.sclegal.org / www.lawhelp.org/sc

**Legal Services Offices:**

| | |
|---|---|
| Charleston | (843)720–7044 or (888)720–2320 |
| Columbia | (803)799–9668 or (888)799–9668 |
| Conway | (843)381–8182 or (866)597–0100 |
| Florence | (843)413–9500 or (877)238–3418 |
| Greenville | (864)679–3232 or (800)763–4825 |

| | |
|---|---|
| Greenwood | (864)223–4879 or (800)922–3114 |
| Orangeburg | (803)533–0116 or (800)522–9354 |
| Rock Hill | (803)327–9001 or (800)922–3853 |
| Spartanburg | (864)582–0369 or (800)922–8176 |

**IF YOU DO NOT QUALIFY FOR FREE LEGAL ASSISTANCE**

 If you are not eligible for free legal representation or are searching for an attorney in your area, please call the South Carolina Bar Lawyer Referral Service at (803)799–7100 (in Columbia) or 1–800–868–2284 (9:00 –5:00PM Monday – Friday) or submit an online referral request at https://www.scbar.org/public/get–legalhelp/find–lawyer–or–mediator/find–a–lawyer. The service can provide the name of a lawyer who handles your type of case. The lawyer may charge a minimal fee (approximately $50.00) for a one–half hour consultation. A fee agreement for further representation would then be negotiated.

**U.S. BANKRUPTCY COURT**
**DISTRICT OF SOUTH CAROLINA**

In re: Jacqueline Elizabeth Ard, Debtor(s)                    Case No. 25−01384−jd

### DEBTOR'S ELECTRONIC NOTICING REQUEST (DeBN)

### CHECK ONLY ONE BOX FOR THE APPLICABLE SECTION BELOW:

☐ **INITIAL ACTIVATION REQUEST:**(Check this box to begin receiving notices and orders from the U.S. Bankruptcy Court via email.)

Pursuant to Bankruptcy Rule 9036, I hereby request receipt of court notices and orders via email, instead of U.S. mail, from the Bankruptcy Noticing Center (BNC) through the U.S. Bankruptcy Court's Debtor Electronic Bankruptcy Noticing (DeBN) program.

I understand the following:
1. that my email address will appear publicly on any certificate of mailing filed by the electronic noticing provider;
2. I will receive electronic notice of any documents filed by the court in any current or future bankruptcy or adversary case from any bankruptcy court district in which I am listed with the same name and address, including cases where I am listed as a creditor;
3. the Court may update my DeBN account if I file a change of address;
4. the first time the BNC receives an email bounce−back, my DeBN account will be automatically disabled. I will then receive notices and orders via U.S. mail, and I must file an updated request form if I wish to reactivate my account;
5. enrollment in DeBN is completely voluntary, and I may file a request to deactivate my account at any time; and
6. By checking this box, **I have agreed to activate my account** with the BNC in order to begin receiving electronic notice.

☐ **INITIAL DECLINATION:**(Check this box to decline receiving notices and orders from the U.S. Bankruptcy Court via email.) This option does not apply to debtors who file petitions electronically.

☐ **UPDATE TO ACCOUNT INFORMATION:**(Check this box to make changes to your existing DeBN account)

I request the following update(s) to my DeBN account:

☐ I have a new email address as indicated below.

☐ I filed a new bankruptcy case, and I have an existing DeBN account. Please review my account to ensure my name and address in my account match this new case.

☐ I request reactivation of my DeBN account so that I may receive court notices and orders via email, instead of U.S. mail.

☐ **REQUEST TO DEACTIVATE ELECTRONIC NOTICING:** (Check this box for deactivation of your DeBN account)

I request deactivation of my DeBN account. I understand that by deactivating my account, I will begin receiving notices and orders filed by the U.S. Bankruptcy Court via U.S. mail, instead of email.

I understand that I will continue to receive electronic notices until such time as the Court has deactivated my account.

**Under penalty of perjury,** I certify that I am a debtor in this bankruptcy case, or the debtor's authorized representative if the debtor is a business, and I have read the applicable section check−marked above and understand and agree to the terms and conditions set forth therein. Neither the U.S. Bankruptcy Court nor the BNC bears any liability for errors resulting from the information I have submitted on this form. If I already have a different electronic noticing account, you may deactivate that account and create this DeBN account.

**<u>Joint</u> <u>debtors</u> who each request enrollment or already have a DeBN account <u>must</u> <u>file</u> <u>separate</u> <u>forms.</u>**
If this form is being filed via U.S. mail, please include a copy of a photo identification.

Debtor Signature:_____ Date:_____

Printed Name (and title if not the debtor):_____

Email Address (CAPITAL letters only):_____

Confirm Email Address (CAPITAL letters only):_____

United States Bankruptcy Court

District of South Carolina

In re:                                                                                          Case No. 25-01384-jd

Jacqueline Elizabeth Ard                                                         Chapter 13

Terry Frank Nicola

    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0420-2 | User: admin | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Apr 11, 2025 | Form ID: proseltr | Total Noticed: 2 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 13, 2025:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| db | Email/PDF: jacquelineard72@gmail.com | Apr 11 2025 21:31:00 | Jacqueline Elizabeth Ard, 21215 Dartmouth Dr, Southfield, MI 48076-5634 |
| jdb | + Email/PDF: terrynicola30@gmail.com | Apr 11 2025 21:31:00 | Terry Frank Nicola, 21215 Darthmouth, Southfield, MI 48076-5634 |

TOTAL: 2

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 13, 2025      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 11, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| James M. Wyman | 13info@charleston13.com wyman@charleston13.com;lamontagne@charleston13.com;renno@charleston13.com;d_nobles@bellsouth.net;milligan@charleston13.com;nobles@charleston13.com;jameswymanlaw@gmail.com;charleston13info@gmail.com |
| US Trustee's Office | USTPRegion04.CO.ECF@usdoj.gov |

TOTAL: 2

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**

| | |
|---|---|
| IN RE: | CASE NO:  25-01384-JD<br>(CHAPTER 13) |
| Jacoueline Elizabeth Ard<br>Terry Frank Nicola | **TRUSTEE'S NOTICE OF INTENT TO REQUEST DISMISSAL OR CONVERSION AT CONFIRMATION HEARING IF DOCUMENTS ARE NOT PROVIDED, OR FOR FAILURE TO ATTEND MEETINGS OR HEARINGS** |
| Debtors | |

NOTICE OF MOTION TO DISMISS OR CONVERT.  The Chapter 13 Trustee has filed papers with the court to dismiss or convert this Chapter 13 case at confirmation hearing if all documents are not timely provided .

**Your rights may be affected.**  You should read these papers carefully and discuss them with your attorney , if you have one in this bankruptcy case.  (If you do not have an attorney , you may wish to consult one.)

The Chapter 13 Trustee hereby gives notice that the Debtors' failure to meet the requirements of the code may result in the dismissal or conversion of the case at confirmation hearing:

Pursuant to 11 U.S.C. § 521 and 1308, Fed. R. Bankr. P. 1007, 3015(b) and 4002, certain information and documentation (including, but not limited to, all Schedules and Statements, and a Chapter 13 Plan) are required to be filed or provided to the Chapter 13 Trustee within the time periods prescribed therein , or the case dismissed or converted after notice and hearing pursuant to 11 U.S.C. §1307(c) and Fed. R. Bankr. P. 1017(c).

Pursuant to 11 U.S.C. § 343, the Debtors are required to appear at the Meeting of Creditors , at the date and time indicated in the "Notice of Chapter 13 Bankruptcy Case" issued by the Clerk of the Bankruptcy Court .  Failure to attend constitutes cause to dismiss or convert under 11 U.S.C. §1307(c).

Pursuant to 11 U.S.C. §1326(a)(1), the Debtors are required to commence making payments proposed by the plan to the Trustee not later than 30 days after the petition for relief was filed .  Pursuant to 11 U.S.C.§1307(c)(4), failure to commence making timely payments is cause to dismiss or convert the case .

Certain additional information and documents have also been determined by the Court to be necessary to consideration of the confirmation of a Chapter 13 plan .  If the Chapter 13 Trustee has requested any of the information/documents listed below at the 11 U.S.C. § 341 meeting, or at any time thereafter in writing, it must be provided to the Trustee at least seven (7) days prior to the original confirmation hearing . It is the responsibility of the Debtors to ensure that the required documents are provided to the Trustee (and filed, as necessary).  These documents include, but are not limited to, the following:

1.  A Modified Plan with service as required under SC LBR 3015-2 , as necessary to meet all Chambers Guidelines, Local Rules, Operating Orders, and/or the Bankruptcy Code.

2.  Wage order statement or proof of TFS Billpay enrollment in compliance with Chambers Guidelines .

3.  Proof that all payments pursuant to the plan have made through the date of confirmation .

4.  The most recent real estate tax appraisals covering all parcels of debtor's real property .

5.  Post-petition domestic support certificate signed and dated through the month of the confirmation hearing .

6.  The amount of the most recent year's income tax refund received by the Debtors , for both state and federal returns.

7.    Proof that all required income tax returns have been filed .

8.    Final, signed copies of the most recent year's federal and state income tax returns  (including all attached schedules).

9.    Amended Schedules if identified as necessary by the Trustee .

10.   Amended Statement of Financial Affairs if identified as necessary by the Trustee .

11.   Amended Petition or Your Statement About Your Social Security Numbers correcting the Debtors' name and/or social security number if identified as necessary by the Trustee .

12.   In any case involving a self-employed debtor , a completed self-employment questionnaire , business budget, and final, signed copies of the business's most recent year's federal and state income tax returns , including all attached schedules.

13.   Proof of charitable contributions made by the Debtors .

14.   An itemization of unreimbursed medical expenses .

15.   An itemization of a non-filing spouse's monthly expenses , including the balance owed on each debt .

16.   Copies of the Debtors' pay stubs and W-2 forms .

17.   Any other item not specified above which is reasonably related to the administration of the case and which the Trustee requested either orally at the 11 U.S.C § 341 meeting or in writing prior to the confimation hearing .

NOW, THEREFORE, pursuant to 11 U.S.C. §1307(c), the Chapter 13 Trustee hereby requests that the Court dismiss or convert the case *at confirmation hearing, scheduled by the clerk on June 25, 2025 at 10:00 am, or at any continued confirmation hearing, without further notice*, if the Debtors fails to provide and/or file documents as above, or fails to attend meeting of creditors or any mandatory hearing .  Failure to appear at the hearing may be construed as a waiver of the right to object to the dismissal or conversion of the case .

Nothing in this Notice should be construed as a waiver of the Trustee's right to file a separate motion to dismiss or convert the case and set it for different hearing date .

Dated:  April 16, 2025

/s/ James M. Wyman

James Wyman, Trustee Dist Ct ID 5552
Beth Renno, Staff Attorney Dist Ct ID 5627
PO Box 997
Mt. Pleasant, SC  29465-0997
Phone: (843) 388-9844
Fax: (843) 388-9877
Email: 13info@charleston13 .com

25-01384-JD

<div style="border:1px solid black">

## <u>CERTIFICATE OF SERVICE</u>

I did this date serve the attached document(s) on the parties listed below by placing the same in the United States mail with proper postage affixed thereto and addressed as follows:

</div>

Jacoueline Elizabeth Ard
Terry Frank Nicola
21215 Dartmouth Dr
Southfield, MI 48076

Date: April 16, 2025

/s/ Russell Jackson II
_____

PO Box 997
Mt. Pleasant, SC  29465-0997
Phone: (843) 388-9844
Fax: (843) 388-9877
Email: 13info@charleston13.com

WWR# 041613764

<div align="center">

IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA
AT CHARLESTON

</div>

| | |
|---|---|
| IN RE: | CASE NO. 25-01384 |
| TERRY FRANK NICOLA | CHAPTER 13 |
| JACQUELINE ELIZABETH ARD | JUDGE L JEFFERSON DAVIS IV |
| DEBTOR(S) | |

### **REQUEST FOR NOTICE**

Now comes Weltman, Weinberg and Reis Co., L.P.A., and hereby enters its appearance as Agent for creditor, WEST-AIRCOMM FEDERAL CREDIT UNION.

Please send all further communications, pleadings, court notices, and other documents intended for WEST-AIRCOMM FEDERAL CREDIT UNION to undersigned Agent.

Respectfully submitted,
Weltman, Weinberg & Reis Co. LPA

/s/ GARRY MASTERSON
GARRY MASTERSON
Agent for Creditor
5990 WEST CREEK RD, SUITE 200
INDEPENDENCE, OH 44131
877-338-9484
bronationalecf@weltman.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Appearance was served on the following registered

ECF Participants, **electronically** through the court's ECF System at the email address registered with the court

and  by **ordinary U.S. Mail** on 21st day of April, 2025 addressed to:

PRO SE, Attorney for Debtor


JAMES M WYMAN, Trustee
PO BOX 997
MOUNT PLEASANT, SC 29465


OFFICE OF THE UNITED STATES TRUSTEE @ usdoj.gov

TERRY FRANK NICOLA
21215 DARTMOUTH DR
SOUTHFIELD,  MI 48076-5634


JACQUELINE ELIZABETH ARD
21215 DARTMOUTH DR
SOUTHFIELD, MI 48076-5634


Respectfully submitted,
Weltman, Weinberg & Reis Co. LPA


/s/ GARRY MASTERSON
GARRY MASTERSON
Agent for Creditor
5990 WEST CREEK RD, SUITE 200
INDEPENDENCE, OH 44131
877-338-9484
bronationalecf@weltman.com

**UNITES STATES BANKRUPTCY COURT FOR
THE DISTRICT OF SOUTH CAROLINA**

Filed By The Court
4/18/2025 5:26 PM
U.S. BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

IN RE:                                    Bankruptcy Case No.: 25-01384-JD

Jacqueline Ard                             Chapter 13
and Terry F Nicola
                                           NOTICE OF MOTION TO IMPOSE
                    Debtors.               U.S.C. §362 RELIEF

TO:   DEBTORS, NAMED IN THE ATTACHED MOTION:

**PLEASE TAKE NOTICE THAT ON** <u>April 18, 2025 a Motion to Impose was filed in</u> the
<u>US Bankruptcy Court for the District of South Carolina.</u>

Within fourteen (21) days after service of the attached Motion and the Notice of the
Motion, any party objecting to the relief sought shall:

A.  File with the Clerk of this Court a written objection to the §362 Motion;

B.  File with the Clerk of this Court a Certification of Facts;

C.  Serve on the Debtor items A&B above at the address shown below; and

D.  File a certificate of such service with the Clerk of this Court.

Should you fail to comply with the procedure, you may be denied the opportunity to appear and
be heard on this proceeding before the Court.

Date of Issuance:     January 24, 2025

Court Address:        J. Bratton Davis United States
                      Bankruptcy Courthouse
                      1100 Laurel Street
                      Columbia, SC 29201-2423

        You must also send a copy to:
Trustee:
James Wyman, Chapter 13 Trustee, P.O. Box 997, Mount Pleasant, SC 29465 and
via email submission at  13info@charleston13.com
Debtors:
Jacqueline Ard 239 Beach City Rd #3218, Hilton Head Island, SC 29926 and
via email; jacquelineard72@gmail.com
Terry Nicola 21215 Dartmouth, Southfield, MI 48076

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**

| | |
|---|---|
| In re:<br><br>JACQUELINE ELIZABETH<br>ARD TERRY FRANK NICOLA<br><br>               **Debtors** | Bankruptcy Case No: 25-01384-JD<br>Chapter 13<br><br>MOTION TO IMPOSE<br>AUTOMATIC STAY<br>Pursuant to 11 U.S.C. § 362(c)(3)(B) |

## DEBTORS MOTION TO IMPOSE AUTOMATIC STAY
## PURSUANT TO 11 U.S.C. § 362(c)(3)(B) AND DEMONSTRATE GOOD FAITH

Comes now the Debtors, Jacqueline Elizabeth Ard and Terry Frank Nicola (hereinafter "Debtors"), pro se, respectfully moves this Court for an order (1) imposing the automatic stay retroactive to April 10, 2025, under 11 U.S.C. § 362(c)(3)(B); and (2) finding that the current Chapter 13 case is filed in good faith pursuant to 11 U.S.C. § 362(c)(3)(B); and scheduling a hearing to confirm relief. In support, Debtor states as follows:

1. **First Bankruptcy Case (Case No. 24-03611-JD, District of South Carolina):**

   - Filed on October 4, 2024.

   - Automatically dismissed on November 19, 2024, under 11 U.S.C. § 521(i)(1) for failure to timely file required documents.

   - **Creditor Stay Violations:** Multiple creditors unlawfully towed Debtors vehicle, locked Debtor out of their home, and withheld their personal property. Debtor filed three adversary proceedings (Adv. Pro. Nos.) to address these violations. (Case No. 25-80005, 25-80006, 24-03611). These actions impaired Debtors ability to reorganize.

2. **Second Bankruptcy Case (Case No. 25-40952-MLO, Eastern District of Michigan):**

- Filed on January 31, 2025.

- Dismissed on March 3, 2025, for lack of jurisdiction.

### 3. Current Case (Case No. 25-01384-JD):

- Filed on April 10, 2025.

- Filing fee paid in full.

- All schedules, statements, and the proposed plan completed using bankruptcy

  petition software and timely filed.

## II. LEGAL BASIS FOR IMPOSING AUTOMATIC STAY

Under 11 U.S.C. § 362(c)(3)(A), the automatic stay terminates 30 days after the filing of a subsequent case if the debtor had one or more prior cases dismissed within the preceding year. To extend the stay, Debtor must prove good faith under § 362(c)(3)(B).

### A. Good Faith Under § 362(c)(3)(B)

Courts assess good faith by examining:

- **Efforts to comply with bankruptcy requirements** (e.g., filing complete

  schedules, paying fees).

- **Circumstance of prior dismissals** (whether due to Debtors fault or external

  factors)

- **Debtor's overall conduct** (e.g., efforts to reorganize, creditor interference)

- **The Debtor's affirm** that the current filing is in good faith

- **The Debtor's affirm** that the case is not filed to delay or abuse creditors.

Good Faith Factors Demonstrated Here:

### 1. Corrective Measures Taken:

- After the first dismissal under § 521(i)(1), Debtor subscribed to bankruptcy

software to ensure compliance with all filing requirements.

- All schedules, statements, and the plan are complete and will be filed with the
current petition.

**2. Timely Payment of Fees:**

- Filing fee paid in full at the time of filing (April 10, 2025).

**2. Prior Dismissals Were Beyond Debtor's Control:**

- **First Case**: Dismissed due to technical failure (§ 521(i)(1)), not bad faith.
Creditor stay violations further disrupted reorganization efforts.

- **Second Case**: Dismissed for jurisdictional issues, not due to Debtor
misconduct.

**3. Creditor Misconduct in First Case:**

- Creditors' stay violations (repossession, lockout, property
withholding) directly hindered Debtor's ability to reorganize. Debtor pursued
adversary proceedings to enforce rights, demonstrating commitment to the
process.

III. RELIEF REQUESTED

Debtor's respectfully request this Court:

1. An order imposing the automatic stay retroactive to April 10, 2025.

2. A finding that the current filing is in good faith under § 362(c)(3)(B), thereby
extending the stay beyond the 30-day period.

3. Scheduling a hearing to confirm the relief sought.

Respectfully submitted:

JACQUELINE E ARD, PRO SE
239 BEACH CITY RD #3218
HILTON HEAD ISL, SC 29926
jacquelineard72@gmail.com

_____

Jacqueline E. Ard
Date: 04/18/2025

TERRY F NICOLA
663 WILLIAM HILTON PKY #4408
HILTON HEAD ISL, SC 29928
terrynicola30@gmail.com

_____

Terry F Nicola
Date: 04/18/2025

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF SOUTH CAROLINA

**In re:**

Jacqueline Elizabeth Ard
Terry Frank Nicola

**Debtor(s)**

**Chapter 13**
**Case No.: 25-01384-JD**
**Hon. L. Jefferson Davis IV**

## PROOF OF SERVICE / CERTIFICATE OF SERVICE

I hereby certify that on April 18, 2025, I served copies as follows:

1. Motion to Impose
2. Notice of Motion
3. Certificate of Service

Served upon the following:

**PERSONS SERVED:**
(Served via CM/ECF)
**US Trustee's Office**
Strom Thurmond Fd Bldg
835 Assembly St ste 953
Columbia, SC 29201
USTPRegion04.CO.ECF@usdoj.gov

**James M. Wyman**
Chapter 13 Trustee
P.O. Box 997
Mt. Pleasant, SC 29465-0997
13info@charleston13.com

**PERSONS SERVED:**
(by First-class US Mail )
To the attached list of recipients

Debtors certify that the documents listed above were sent on April 18, 2025, by means of electronic delivery via the CM/ECF Electronic Messaging System, Email, and First-class US Mail to the persons listed.

Date: April 18, 2025

Signature_____

Jacqueline Ard, Debtor
239 Beach City Road unit 3218
Hilton Head Island, SC 29926
jacquelineard72@gmail.com
313-770-7051

# Creditors

**AAdvantage Aviator**
Portfolio Recovery
PO Box 8828
Wilmington, DE 19899-8828

**ADT Security Services**
1501 Yamato Road
Boca Raton, FL 33431

**ADT Security Services**
P.O. Box 650485
Pittsburgh, PA 15250

**ADT, LLC**
Transworld Systems Inc
500 Virginia Dr. Suite 514
Ft Washington, PA19304

**Allstate Indemnity**
PO Box 4310
Carol Stream, IL 60197

**Allstate Insurance**
P.O. Box 21169
Roanoke, VA 24018-0537

**American Express - AXP LEGAL ATTORNEY**
500 North Franklin Turnpike No. 315
MAIL CODE 297
Ramsey, New Jersey 07446

**American Express National Bank**
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

**Americollect Inc**
PO Box 2080
Manitowoc, WI 54221-2080

**Arlene Grisby**
21215 Dartmouth
Southeld, MI 48076

**Armstrong Cable**
P.O. Box 300
Lancaster, PA 17604-3001

**Associated Credit Services, INC**
P.O. Box 1201
Tewksbury, MA 01876

**Association Services, An Associa Company**
C/O Hilton Head Resort
PO Box 1 1903
Newark, NJ 07101-4903

**ATandT**
P.O. BOX 5080
Carol Stream, IL 60197-6080

**AWA Collections**
P.O. BOX 6605
Orange, CA 92863

**Bank of America**
P.O. Box 982238
El Paso TX 79998

**Barclays Bank Delaware**
Attention: Card Services LEGAL
PO. Box 8833
Wilmington, DE 19899-8833

**Barry Mullis**
239 Beach City Road Apt 2213
Hilton Head Island, SC 29926-4713

**Beaufort County Sheriffs Department**
Melissa Hansen
PO. Box 1758
Beaufort, SC 29901

**Beaufort County Treasurer**
P.O. Drawer 487
Beaufort, SC 29901-0487

**Beaumont Medical Transport Services**
950 West Maple St Suite C
Troy, MI 48084

**Braun Kendrick Finkbeiner PLC**
Mitchell G. Piper
4301 Fashion Square Blvd
Saginaw, MI 48603

**Bromley Law Firm LLC**
Evan K. Bromley
211 Goethe Road, Suite B
Bluffton, SC 29910

**Capital One Auto Finance**
AIS Portfolio Services, LLC
4515 N. Santa Fe Ave Dept APS
Oklahoma City, OK 73118-7901

**Capital One Auto Finance, a division of**
AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

**Capone-Kohls**
P.O. Box 3115
Milwaukee, WI 53201-3115

**Carter-Young, Inc.**
120 2nd St 2nd Fl
Monroe, GA 30655

**CBE Group Spectrum Mobile**
Attn: Client Services
P.O. Box 2547

**Chase Card Services**
P.O. Box 6294
Carol Stream, IL 60197

**Chex Systems Inc**
7805 Hudson Road, Suite 100
Woodbmy, MN 55125-1595

**Citibank**
PO Box 790034
St. Louis, MO 63179-0034

**Citicorp Credit Services**
Attn: IRU
PO. Box 790034
St. Louis, MO 63179

**Citizens Bank**
One Citizens Plaza
Providence, RI 02903

**City of Detroit - Property Tax**
P.O. Box 33193
Detroit, MI 48232-5193

**City of Detroit Water and Sewerage Dept**
735 Randolph St.
Detroit, MI 48226

**Clare County 55th Judicial Circuit**
225 West Main
Harrison, MI 43625

**Comenity Caesars Rewards**
P.O. Box 650960
Dallas, TX 75263-0960

**Comenity - Zales**
PO Box 650971
Dallas, TX 75265-0971

**COMENITY PORTFOLIO REFRESH**
3095 LOYALTY CIRCLE
COLUMBUS, OH 43219

**CONSUMERS ENERGY COMPANY**
Attn: Legal Dept
One Energy Plaza
Jackson, MI 49201

**County Council Of Beaufort County Assessor**
Real Property Services
P.O. Drawer 1229
Beaufort, SC 29901

**Coyne Oil**
513 W. Fifth St
Clare, MI 48617

**CREDIT CONTROL SERVICES INC**
725 CANTON ST.
NORWOOD, MA 02062

**Credit Management Company**
PO Box 16346
Pittsburgh, PA 15242-0346

**Credit One Bank**
PO Box 98875
Las Vegas, NV 89193-8875

**Crown Asset Mgmt**
3100 Breckinridge Blvd Ste 725
Duluth, GA 30096-7605

**Cuyahoga Community College**
700 Carnegie Ave.
Cleveland, OH 44115

**Dave Yost OH Attorney General**
Attn: Timothy Sullivan
18013 Cleveland Pkwy Suite 180
Cleveland, OH 44135

**Debra Schumann**
100 Kensington Blvd Apt N0. 107
Bluffton, SC 29910-7490

**Dillon McCandless King Coulter and Graham, LLP**
128 West Cunningham Street
Butler, PA 16001

**Dish Network LLC**
9601 S. Meridian Blvd
Englewood, CO 80112

**Diverse Funding**
3580 Harlem Rd Suite 6
Cheektowaga, NY 14215-2045

**DNF Associates**
2351 N Forest Road Suite 110
Getzville, NY 14068

**DTE**
1 Energy Plaza
WCB 735 Attention Legal Dept
Detroit, MI 48226-1221

**Duquesne Light**
Payment Processing Center
P.O. BOX 67
Pittsburgh, PA 15257-0001

**Enterprise Rental Car**
600 Corporate Park Drive
St. Louis, Missouri 63105

**Estate at Westbury Owners Assoc, Inc**
Board of Directors
85 Kensington Blvd
Blufon, SC 29910

**Fifth Third Bank**
MD No. ROPS05 Bankruptcy Dept
1850 East Paris SE
Grand Rapids, MI 49546-6253

**Financial Recovery Services**
P.O. Box 385908
Minneapolis, MN 5543 8-5908

**First Energy - Penn Power**
PO Box 16001
Reading, PA 19612-6001

**Firstsource Advantage, LLC**
205 Bryant Woods South
Amherst, NY 14228

**Forefront Dermatology**
801 York Street
Manitowoc, WI 54220

**Fortiva - Bob's Discount Furniture**
P.O. Box 650721
Dallas, TX 75265-0271

**G0 Store It**
33 Parameter Road
Bluffton, SC 29910

**Garry Masterson, Weltman,**
Weinberg and Reis Co, LPA
5990 West Creek Road suite 200
Independence, Ohio 44131

**George B. Smythe**
4000 S. Faber Place Dr Suite 300
Charleston, SC 29405

**Georgia Trafc**
PO Box 80447
Conyers, GA 30013

**GO Store It**
1249 Avondale Rd
Hendersonville, TN 37075

**Greensky**
PO. Box 2730
Alpharetta, GA 30023

**Hargray Communications-Cable One Inc**
856 William Hilton Parkway
Hilton Head Island, SC 29928-3423

**Henry Sanders**
239 Beach City Road Apt No. 1205
Hilton Head Island, SC 299264709

**Hilton Head Resort-Four Seasons Centre**
HHR Council of Owners
Attn: Board of Directors
663 Wiliam Hilton Parkway
Hilton Head Island, SC 29928-3508

**Home Depot**
CENTRALIZED BANKRUPTCY
P.O. Box 790034
St. Louis, MO 63179-0034

**Home Depot Loan**
PO Box 2730
Alpharetta, GA 30023-2730

**Hon Marvin H. Dukes, III**
Beaufort County Master In Equity
102 Ribaut Road 2nd Floor
Beaufort, SC 29902

**Honorable Nicola Henry-Taylor**
Allegheny Court of Common Pleas
712 City-County Building
414 Grant St
Pittsburg, PA 15219

**Hughes Network Services**
PO. Box 96874
Chicago, IL 60693-6874

**Hughes Network Systems, LLC**
1 1717 Exploration Ln
Germantown, MD 20876

**Ian D. Maguire and Tiffany Buffkin**
Maguire Law Firm
1600 North Oak Street Suite B
Myrtle Beach, SC 29577

**Janet Spineili**
100 Kensington Blvd Apt NO. 918
Bluffton, SC 29910-7481

**Jannine M. Mutterer, Esq.**
5 Cedar Street
Bluffton, SC 29910

**Jeff Morgan**
663 William Hilton Parkway
Hilton Head Island, SC 29928-3508

**John Curtis**
100 Kensington Blvd Apt NO. 1603
Bluffton, SC 29910-7490

**Jones, Simpson and Newton, P.A.**
Attn Wm Weston J Newton
7 Plantation Park Drive, Suite 3
Bluffton, SC 29910-6035

**Jordan Tax Service**
102 Rahway Road
McMurray, PA 15317-3349

**JPMCB Card Services**
PO Box 15369
Wilmington, DE 19850-5369

**JPMORGAN Chase Bank**
Bankruptcy Mail Intake Team
700 Kansas Lane Floor 01
Monroe, LA 71203-4774

**JPMorgan Chase Bank, N.A.**
s/b/m/t Chase Bank USA, NA.
c/o Robertson, Anschutz, Schneid, Crane
6409 Congress Avenue, Suite 100
Boca Raton, FL 33487

**JPMorgan Chase Bank, N.A.**
s/b/m/t Chase Bank USA, N.A.
c/o National Bankruptcy Services, LLC
P.O. Box 9013 Addison, Texas 75001

**Judy Vanderveer**
663 William Hilton Parkway Apt 3121
Hilton Head Island, SC 29928-3524

**Julie A. Franklin**
100 Bull Street Suite 200
Savannah, GA 31401

73

**Keith Barker**
916 W. Stuart Drive
Galax, VA 24333-2607

**Kent State University**
PO Box 5190
Kent, OH 44242-0001

**Kohl's**
PO Box 3043
Milwaukee, WI 53201-3043

**Komatsu Benefits Department**
Mark Harder
401 E Greeneld Ave
Milwaukee, WI 53204-2941

**Lincoln Township**
Maggie Carey, Treasuly
PO Box 239
Lake George, MI 48633

**Louis Ard**
21215 Dartmouth
Southeld, MI 48076

**LVNV Funding, LLC**
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

**Marilyn Garcia**
663 William Hilton Parkway
Hilton Head Island, SC 29928-3508

**Mark Benson**
IMC Resort Services, Inc
2 Corpus Christi Suite 302
Hilton Head Island, SC 29928

**Maryanne Stephenson**
239 Beach City Road
Hilton Head Island, SC 29926

**Matthew Paul**
2546 Salmon Street
Philadelphia, PA 19125-4033

**Michael Durant**
663 William Hilton Parkway
Hilton Head Island, SC 29928-3508

**Microbilt**
1640 Airport Rd NW STE 115
Kennesaw, GA 30144

Bluffton, SC 29910

**MIDLAND CREDIT MANAGEMENT**
320 EAST BIG BEAVER SUITE 300
TROY, MI 48083

**Monevo Inc**
8910 University Cntr Lane Suite 400
San Diego, CA 92122

**Morgan S. Templeton**
145 King Street Suite 300
Charleston, SC 29402

**Mr. Cooper**
PO. Box 619094
Dallas, TX 75261

**National Credit Systems**
Attn: Bankruptcy
PO Box 672288
Marietta, GA 30006-0039

**Nationstar Mortgage**
PO Box 199111
Dallas, TX 75219-9111

**Nationstar Mortgage, LLC**
ATTN: Bankruptcy Department
P.O. Box 619096
Dallas, TX 75261-9741

**Nationwide Credit Inc**
1225 Washington St Ste 301
Tempe, AZ 85288

**NES**
2479 Edison Blvd Unit A
Twinsburg, OH 44087

**Norman's**
24777 Telegraph Rd
Southfield, MI 48033

**NORTHSTAR LOCATION SERVICES**
4285 GENESEE STREET
CHEEKTOWAGA, NY 14225-1943

**Ofce Depot Business Credit**
Dept 563-8406380360
PO. Box 70612
Philadelphia, PA 19176-0612

**Ofce of Sheriff Beaufort County**
P.O. Box 1758
Beaufort, SC 29901

**Office Depot**
P.O. Box 78004

Phoenix, AZ 85062

**Ohio Turnpike EZ Pass**
PO Box 94672
Cleveland, OH 44101

**PA Dept of Revenue**
Bureau of Individual Taxes
PO. BOX 280504
Harrisburg, PA 17128-0504

**PA Turnpike Toll By Plate**
PO. Box 645631
Pittsburgh, PA 15264-5254

**Palmetto Electric**
Attn: Michelle Tyler
111 Matthews Dr
Hilton Head Island, SC 29926

**Peoples Gas**
PO. Box 644760
Pittsburgh, PA 15264-4760

**Pioneer Foot Care**
2021 Freepo Rd
Amold, PA 15068

**Pittsburgh Water and Sewer**
1200 Penn Ave
Pittsburgh, PA 15222

**Pittsburgh, PA 15242**
UPMC
P.O. Box 371472
Pittsburgh, PA 15242

**PLYMOUTH ROCK ASSURANCE**
695 ATLANTIC AVE
BOSTON, MA 02111

**PNC Bank**
1900 E 9th St
Cleveland, OH 44114

**Pods Legal Dept**
280 Lectsdale Industrial Dr, Suite 200
Leetsdale, PA 15056

**Pods Legal Dept**
5585 RioVista Dr
Clealwater, FL 33760

**Polly Nicola**
2583 Lower Assembly Drive
Fort Mill, SC 29708

**Progressive Insurance**
Cainc and Weiner
PO. Box 55848
Sherman Oaks, CA 91413

**PROGRESSIVE INSURANCE**
30440 LAKELAND BLVD
WICKLIFFE OH 44092-1749

**Quantum3 Group LLC as agent for**
Crown Asset Management LLC
PO Box 788
Kirkland, WA 98083-0788

**Radius Global Solutions**
7831 Glenroy Road Suite 250
Minneapolis, MN 55439

**Ralph Paine**
151 Lake Linden Drive
Bluffton, SC 29910

**Resurgent Receivables, LLC**
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

**Ring, LLC**
1523 26111 Street
Santa Monica, CA 90404

**Ronald Zold**
1 Long Cane Ct
Bluffton, SC 29909-7113

**Ruddy William**
3174 Patsie Drive
Beavercreek, OH 45434

**S.C. Dept of Revenue and Taxation**
P.O. Box 125
Columbia, SC 29214

**Sam Einfeldt**
22 Wiilow Drive
Randolph, NJ 07869-4747

**SC Department of Revenue**
Office of General Counsel
300A Outlet Pointe Blvd
Columbia, SC 29210

**Scott M. Wild**
37 New Orleans Road Suite F
Hilton Head Island, SC 29928

**Semina DeLaurentis**
66 Quail Run
Torrington, CT 06790-2549

**Seven Seventeen Credit Union**
3181 LARCHMONT AVE
WARREN, OH 44483

**Shannon Cummings**
302 N. Lake St
Harrison, Ml 48625

**South Carolina Dept of Motor Vehicles**
PO Box 1498
Blythewood, SC 29016-0028

**Spectrum Mobile**
Credit Control, LLC
3300 Rider Trail S, Suite 500
Earth City, MO 63045

**Synchrony Bank**
PO Box 669809
Dallas, TX 75266-0170

**Synergetic Communication**
PO. Box 680608
Franklin, TN 37068

**T Mobile**
CO American Infosource LP
4515 N Santa Fe Ave
Oklahoma City, OK 73118-7901

**T-Mobile**
PO Box 742596
Cincinnati, OH 45274-2596

**Tamara Slank**
14686 Oakwood Drive
Shelby Township, MI 48315-1530

**Tate and Kirlin Assoc**
4800 East Street Rd Suite 170
Trevose, PA 19053

**Taybron Law Firm LLC**
3399 Churchview Ave
Pittsburg, PA 15227

**TBOM-ATLS-Fortiva**
6 Concourse Parkway
2nd Floor-mailroom
Atlanta, GA 30328-6117

**TD Bank**
PO Box 84037
Columbus, GA 31908-4037

**TD Bank North NA**
70 Gray Road
Falmouth, ME 041052299

**TD Bank USA-Target Credit**
PO Box 673
Minneapolis, MN 55440-0673

**The Hertz Corporation**
8501 Williams Road
Estero, FL 33928-3325

**The Huntington National Bank**
5555 Cleveland Avenue GW4W25
Columbus, OH 43231

**The Huntington National Bank**
PO Box 89424 OPC856
Cleveland, OH 44101-8539

**The Spa at Port Royal Sound**
Board of Directors
239 Beach City Road
Hilton Head Island, SC 29926-4707

**Ticket Division**
PA Turnpike EZ Pass
300 East Park Dr
Harrisburg, PA 17111

**Title Max Corporation**
15 Bull Street
Savannah, GA 31401

**Traffic Magistrate**
4819 Bluffton Parkway
Bluffton, SC 29910-4622

**UPMC**
Credit Management Company
P.O. Box 16348

**US Department of Education**
C/O Nelnet
121 South 13th Street
Lincoln, NE 68508

**Verizon Wireless Bankruptcy Admin**
500 Technology Drive, Suite 550
Weldon Spring, MO 63304

**Viking Client Services**
Hertz Damage Recovery Team

7500 Office Ridge Circle, Suite 100
Eden Prairie, MO 55344-3763

**Waterloo, IA 50704**
Chase Ink Business Card Services
P.O. Box 15298
Wilmington, DE 198506548

**Wells Fargo Bank**
PO. Box 5058
Portland, OR 97208-5058

**West Virgina Trafc Division**
300 Spruce St
Morgantown, WV 26505

**West Virginia EZ Pass**
PO Box 1469
Charleston, WV 25325

**West-Aircomm Federal Credit Union**
C/O Weltman, Weinberg and Reis C0,, L.P.
5990 West Creek Road, Ste 200
Independence, OH 44131

**Westlake Financial**
2 Equity Way Suite 200
Westlake, OH 44145

**Woodlands at St Barnabas**
Attn: Tom Breth
128 West Cunningham Street
Butler, PA 16001

**Wright's Customs Body Shop, LLC**
1216 Lesson Avenue
Cadillac, Michigan 49601

**Youngstown State University**
1 Tressel Way
Youngstown, OH 44555

**Zeidmans**
2669 Gratiot Ave
Detroit, MI 48207

LAW OFFICES
**MCCALLA RAYMER LEIBERT PIERCE, LLP**
BANKRUPTCY DEPARTMENT
1544 Old Alabama Road
Roswell, GA 30076
TELEPHONE: 770-643-7200
TELEFAX: 866-761-0279
1-800-275-7171


April 21, 2025


Clerk, United States Bankruptcy Court
1100 Laurel St.
Columbia, SC 29201


## REQUEST FOR SERVICE OF NOTICES

RE:

| | |
|---|---|
| Debtors | Jacqueline Elizabeth Ard and Terry Frank Nicola |
| Case Number | 25-01384 |
| Chapter | 13 |
| Secured Creditor | Nationstar Mortgage LLC |
| Loan Number | XXXXXX4192 |

Dear Sir / Madam:

Would you be so kind as to add the following interested party to the mailing / service list in the above referenced case:

Nationstar Mortgage LLC
c/o MCCALLA RAYMER LEIBERT PIERCE, LLP
Bankruptcy Department
1544 Old Alabama Road
Roswell, GA 30076

Please provide us with a copy of each notice of any proceeding, hearing and/or report in this matter including, but not limited to notices required by Bankruptcy Rules 2002(g) and the Local Rules of the Bankruptcy Court.

We appreciate your courtesy in this matter. If you have any questions, please do not hesitate to call me.

Very Truly Yours,


*/s/ Elizabeth Parrott*

c/o MCCALLA RAYMER LEIBERT PIERCE, LLP
1544 Old Alabama Road
Roswell, GA 30076
Phone: 678-277-4911
Email: Elizabeth.Parrott@mccalla.com
Attorney Bar No: 101829

NOA

**United States Bankruptcy Court**
**District of South Carolina**

Case Number: 25–01384–jd

Chapter: 13

**In re:**

Jacqueline Elizabeth Ard
dba Global Management Group LLC, dba Beachside Estates LLC

Terry Frank Nicola
dba Beachside Estates LLC, dba Global Management Group

**DEFICIENCY NOTICE**

| **Filed By The Court** |
| --- |
| **4/21/25** |
| **Lauren T Maxwell** |
| **Clerk of Court** |
| **US Bankruptcy Court** |

To: Jacqueline Elizabeth Ard and Terry Frank Nicola

You have submitted to the Court for filing a document, Motion to Impose Stay, which was received on 04/18/2025. The Motion to Impose Stay is deficient for the following reason(s):

☐ The filing fee has not been paid (28 U.S.C. § 1930 and the Appendix thereto).

☐ No signature (written or conformed (shown by "/s/ John Doe")).

☐ Electronic event and image do not match. Explanation:

☐ Improper or no linkage of document. Explanation:

☐ No B121 Form (Your Statement About Your Social Security Number).

☐ The motion which should be noticed passively has not met all of the requirements of SC LBR 9013–4.  Explanation:

☐ Statement of Monthly Income and Means Test Calculation not in accordance with Fed. R. Bankr. P. 1007.

☐ Filing not in accordance with official forms.

☐ Motion to Avoid Lien/Judicial Lien not in compliance with Court procedures. Please see CM/ECF Participant's Guide for Motion to Avoid Lien – Without Passive Hearing Notice.

☑ Other: **The filing is missing an Affidavit or Unsworn Declaration of the Debtors**

Please cure the deficiency by **May 1, 2025**.

Upon failure to cure, the Court may enter an order striking the document, dismissing the case/adversary proceeding, or providing other adverse ruling without further notice or hearing.

Lauren T Maxwell
Clerk of Court
United States Bankruptcy Court

By:  N Beaulieu, Deputy Clerk
1100 Laurel Street
Columbia, SC 29201–2423
(803) 765–5436

# Notice Recipients

District/Off: 0420–2    User: admin    Date Created: 4/21/2025

Case: 25–01384–jd    Form ID: 320jwBNC    Total: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

db    Jacqueline Elizabeth Ard    21215 Dartmouth Dr    Southfield, MI 48076–5634
jdb    Terry Frank Nicola    21215 Darthmouth    Southfield, MI 48076

TOTAL: 2

**United States Bankruptcy Court**
**District of South Carolina**

Case Number:  25–01384–jd                          Chapter:  13

**In re:**

Jacqueline Elizabeth Ard                          Terry Frank Nicola
dba Global Management Group LLC, dba Beachside Estates      dba Beachside Estates LLC, dba Global Management Group
LLC

|  |
| --- |
| **Filed By The Court** |
| **4/21/25** |
| **Lauren T Maxwell** |
| **Clerk of Court** |
| **US Bankruptcy Court** |

**NOTICE OF HEARING**

**PLEASE TAKE NOTICE** that a hearing will be held at:

**King and Queen Building**
**145 King Street**
**Room 225**
**Charleston SC 29401**

on **May 21, 2025** at **11:00 AM**, to consider and act upon the following document(s):

Motion to Impose Automatic Stay, filed by Jacqueline Elizabeth Ard and Terry Frank Nicola

The document(s) related thereto have been filed with the Court. Any party objecting to the relief sought must file a response with the Clerk of Court in accordance with applicable rules and statutes and must serve the party seeking the relief with a copy of said objection **by 05/02/2025.** Any party objecting but failing to appear in prosecution of the objection may be considered to have waived the objection.

Lauren T Maxwell
Clerk of Court
United States Bankruptcy Court

By:  N Beaulieu, Deputy Clerk
1100 Laurel Street
Columbia, SC 29201–2423
(803) 765–5436

# Notice Recipients

District/Off: 0420–2 User: admin Date Created: 4/21/2025

Case: 25–01384–jd Form ID: 135BNC Total: 177

**Recipients of Notice of Electronic Filing:**

ust US Trustee's Office USTPRegion04.CO.ECF@usdoj.gov
tr James M. Wyman 13info@charleston13.com
aty Elizabeth H Parrott elizabeth.parrott@mccalla.com

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

db Jacqueline Elizabeth Ard 21215 Dartmouth Dr Southfield, MI 48076–5634
jdb Terry Frank Nicola 21215 Darthmouth Southfield, MI 48076
cr WEST–AIRCOMM FEDERAL CREDIT UNION c/o Weltman, Weinberg & Reis Co., LPA 5990 West Creek Rd, Suite 200 INDEPENDENCE, OH 44131 UNITED STATES
cr Nationstar Mortgage LLC c/o McCalla Raymer Leibert Pierce, LLC Bankruptcy Department 1544 Old Alabama Road Roswell, GA 30076 UNITED STATES
544518999 A WA Collections P.O. BOX 6605 Orange, CA 92863
544518984 AAdvantage Aviator Portfolio Recovery PO Box 8828 Wilmington, DE 19899–8828
544518985 ADT Security Services 1501 Yamato Road Boca Raton, FL 33431
544518986 ADT Security Services P.O. Box 650485 Pittsburgh, PA 15250
544518987 ADT,LLC Transworld Systems Inc 500 Virginia Dr. Suite 514 Ft Washington, PAl 9304
544518996 ATandT P.O. BOX 5080 Carol Stream, IL 60197–6080
544518998 ATandT P.O. BOX 5080 Carol Stream, IL 60197–6080
544518988 Allstate Indemnity POBox4310 Carol Stream, IL 60197
544518989 Allstate Insurance P.O. Box 21169 Roanoke, VA 24018–0537
544518990 American Express – AXPLEGALATTORNEY 500 North Franklin Turnpike No. 315 MAIL CODE 297 Ramsey, New Jersey 07446
544518991 American Express National Bank c/o Becket and Lee PO Box 3001 Malvern PA 19355–0701
544518992 Americollect Inc POBox2080 Manitowoc, WI 54221–2080
544518993 Armstrong Cable P.O. Box 300 Lancaster, PA 17604–3001
544518994 Associated Credit Services, INC P.O. Box 1201 Tewksbury, MA 01876
544518995 Association Services, An Associa Company C/O Hilto 1040 William Hilton Pky #200 Hilton Head Island, SC 29928
544519000 Bank of America P.O. Box 982238 El Paso TX 79998
544519001 Barclays Bank Delaware Attention: Card Services LEGAL PO. Box 8833 Wilmington, DE 19899–8833
544519002 Barry Mullis 239 Beach City Road Apt 2213 Hilton Head Island, SC 29926–4 713
544519003 Beaufort County Sheriffs Department Melissa Hansen PO. Box 1758 Beaufort, SC 29901
544519004 Beaufort County Treasurer P.O. Drawer 487 Beaufort, SC 29901–0487
544519005 Beaumont Medical Transport Services 950 West Maple St Suite C Troy, MI 48084
544519194 Best Law, PA Tara E. Nauful P.O. Box 2374 Mount Pleasant, SC 29465
544519006 Braun Kendrick Finkbeiner PLC Mitchell G. Piper 4301 Fashion Square Blvd Saginaw, MI 48603
544519195 Bromley Law Firm LLC Evan K. Bromley 211 Goethe Rd Ste B Bluffton, SC 29910–6014
544519012 CBE Group Spectrum Mobile Attn: Client Services P.O. Box 2547
544519134 Caine and Weiner PO. Box 55848 Sherman Oaks, CA 91413
544519007 Capital One Auto Finance, division of AIS Portfolio Services, LLC 4515 N Santa Fe Ave. Dept. APS Oklahoma City, OK 73118
544519010 Capone–Kohls P.O. Box 3115 Milwaukee, WI 53201–3115
544519011 Carter–Young, Inc. 120 2nd St 2nd Fl Monroe, GA 30655
544519013 Chase Card Services P.O. Box 6294 Carol Stream, IL 60197
544519167 Chase Ink Business Card Services P.O. Box 15298 Wilmington, DE 198506548
544519014 Citibank PO Box 790034 St. Louis, MO 63179–0034
544519015 Citicorp Credit Services Attn: IRU PO. Box 790034 St. Louis, MO 63179
544519016 Citizens Bank One Citizens Plaza Providence, RI 02903
544519017 City of Detroit – Property Tax P.O. Box 33193 Detroit, MI 48232–5193
544519196 City of Detroit Water and Sewerage Dept 735 Randolph St Detroit, MI 48226–2830
544519018 Clare County 55th Judicial Circuit 225 West Main Harrison, MI 43625
544519020 Comenity – Zales PO Box 650971 Dallas, TX 75265–0971
544519019 Comenity Caesars Rewards P .0. Box 650960 Dallas, TX 75263–0960
544519021 Comenity Portfolio Refresh 3095 Loyalty Circle Columbus, OH 43219
544519197 Consumer Energy Company Attn: Legal Dept 1 Energy Plaza Dr Jackson, MI 49201–2357
544519022 Consumers Energy Company Attn: Legal Dept One Energy Plaza Jackson, MI 49201
544519023 County Council Of Beaufort County Assessor Real Property Services P.O. Drawer 1229 Beaufort, SC 29901
544519198 Coyne Oil Attn: Rose 513 W 5th St Clare, MI 48617–9405
544519024 Credit Management Company PO Box 16346 Pittsburgh, PA 15242–0346
544519025 Credit One Bank PO Box 98875 Las Vegas, NV 89193–8875
544519026 Crown Asset Mgmt 3100 Breckinridge Blvd Ste 725 Duluth, GA 30096–7605
544519027 Cuyahoga Community ColJege 700 Carnegie Ave. Cleveland, OH 44115
544519036 DNF Associates 2351 N Forest Road Suite 110 Getzville, NY 14068

544519037 DTE          1 Energy Plaza          WCB 735 Attention Legal Dept          Detroit, MI 48226–1221
544519200 DTE Energy          WCB 735 Attention Legal Department          1 Energy Plaza          Detroit, MI 48226–1221
544519029 Dave Yost OH Attorney General          Attn: Timothy Sullivan          18013 Cleveland Pkwy Suite 180          Cleveland, OH 44135
544519199 Detroit Water and Sewerage Dept          Po Box 554899          Detroit, MI 48255–4899
544519031 Dillon McCandless King Coulter, Graham, LLP          128 West Cunningham Street          Butler, PA 16001
544519033 Dish Network LLC          9601 S. Meridian Blvd          Englewood, CO 80112
544519034 Diverse Funding          3580 Harlem Rd Suite 6          Cheektowaga, NY 14215–2045
544519038 Duquesne Light          Payment Processing Center          P.O.BOX67          Pittsburgh, PA 15257–0001
544519039 Enterprise Rental Car          600 Corporate Park Drive          St. Louis, Missouri 63105
544519201 Estate At Westbury Owners Assoc, Inc          Board of Directors          85 Kensington Blvd          Bluffton, SC 29910–4884
544519041 Fifth Third Bank          MD No. ROPS05 Bankruptcy Dept          1850 East Paris SE          Grand Rapids, MI 49546–6253
544519042 First Energy – Penn Power          PO Box 16001          Reading, PA 19612–6001
544519043 Firstsource Advantage, LLC          205 Bryant Woods South          Amherst, N Y 14228
544519044 Forefront Dermatology          801 York Street          Manitowoc, WI 54220
544519045 Fortiva – Bob's Discount Furniture          P.O. Box 650721          Dallas, TX 75265–0271
544519047 Garry Masterson, Weitman, Weinberg, Reis Co          5990 West Creek Road suite 200          Independence, Ohio 44131
544519048 George B. Smythe          4000 S. Faber Place Dr Suite 300          Charleston, SC 29405
544519049 Georgia Traffic          PO Box 80447          Conyers, GA 30013
544519050 Go Store It          1249 Avondale Rd          Hendersonville, TN 37075
544519046 Go Store It          33 Parameter Road          Bluffton, SC 29910
544519051 Greensky          PO. Box2730          Alpharetta, GA 30023
544519052 Hargray Communications–Cable One Inc          856 William Hilton Parkway          Hilton Head Island, SC 29928–3423
544519186 Hilton Head Resort          Board of Directors          663 William Hilton Pkwy          Hilton Head, SC 29928–3506
544519053 Hilton Head Resort–Four Seasons Centre          HHR Council of Owners          Attn: Board of Directors          663 Wiliam Hilton Parkway          Hilton Head Island, SC 29928–3508
544519054 Home Depot          Centralized Bankruptcy          P.O. Box 790034          St. Louis, MO 63179–0034
544519055 Home Depot Loan          POBox2730          Alpharetta, GA 30023–2730
544519057 Honorable Nicola Henry–Taylor          Allegheny Court of Common Pleas          712 City–County Building          414 Grant St          Pittsburg, PA 15219
544519058 Ian D. Maguire and Tiffany Buffkin          Maguire Law Firm          1600 North Oak Street Suite B          Myrtle Beach, SC 29577
544519063 JPMCB Card Services          PO Box 15369          Wilmington, DE 19850–5369
544519064 JPMORGAN Chase Bank Bankruptcy          Mail Intake Team          700 Kansas Lane Floor 01          Monroe, LA 71203–4774
544519099 JPMorgan Chase Bank, N.A.          sbmt Chase Bank USA, N.A.          CO National Bankruptcy Services, LLC          P.O. Box 9013 Addison, Texas 75001
544519066 JPMorgan Chase Bank, N.A.          sbmt Chase Bank USA, NA.          CO Robertson, Anschutz, Schneid, Crane          6409 Congress A venue, Suite 100          Boca Raton, FL 33487
544519059 Janet Spinelli          100 Kensington Blvd Apt NO. 918          Bluffton, SC 29910–7481
544519060 Jannine M. Mutterer, Esq.          5 Cedar Street          Bluffton, SC 29910
544519061 John Curtis          100 Kensington Blvd Apt NO. 1603          Bluffton, SC 29910–7490
544519187 Jones, Simpson, and Newton PA          Attn: Wm Weston J Newton          7 Plantation Park Drive Suite 3          Bluffton, SC 29910
544519062 Jordan Tax Service          102 Rahway Road          McMurray, PA 15317–3349
544519100 Judy Vanderveer          663 William Hilton Parkway Apt 3121          Hilton Head Island, SC 29928–3524
544519188 Julie A. Franklin, Esq          PO Box 2976          Bluffton, SC 29910–2976
544519189 Komatsu Benefit Dept          Mark Harder          401 E Greenfield Ave          Milwaukee, WI 53204–2941
544519802 LVNV Funding, LLC          Resurgent Capital Services          PO Box 10587          Greenville, SC 29603–0587
544519190 Law Office of Scott M. Wild LLC          Scott M. Wild          37 New Orleans Road Suite F          Hilton Head Island, SC 29928
544519056 Master In Equity          102 Ribaut Road 2nd Floor          Beaufort, SC 29902
544519101 Midland Credit Management          320 East Big Beaver Suite 300          Troy, MI 48083
544519102 Monevolnc          8910 University Cntr Lane Suite 400          San Diego, CA 92122
544519191 Morgan Lewis & Bockius LLP          Attn: Matt Hawes          One Oxford Centre, Thirty–Second FL          Pittsburg, PA 15219–6401
544519103 Morgan S. Templeton          145 King Street Suite 300          Charleston, SC 29402
544519104 Mr. Cooper          P.O. Box 619094          Dallas, TX 75261
544519192 Mutterer Law Firm, LLC          Jannine M. Mutterer, Esq          5 Red Cedar Street Suite 102          Bluffton, SC 29910
544519108 NES          2479 Edison Blvd Unit A          Twinsburg, OH 44087
544519112 NORTHSTAR LOCATION SERVICES          4285 GENESEE STREET          CHEEKTOWAGA, NY 14225–1943
544519105 National Credit Systems          Attn: Bankruptcy          PO Box 672288          Marietta, GA 30006–0039
544519106 Nationstar Mortgage          PO Box 199111          Dallas, TX 75219–9111
544519193 Nationstar Mortgage, LLC          Attn: Bankruptcy Department          PO Box 619096          Dallas, TX 75261–9741
544519174 Nationstar Mortgage, LLC          James Page          Bell Carrington Price & Gregg, LLC          339 Heyward St, Second Floor          Columbia, SC 29201–4390
544519107 Nationwide Credit Inc          1225 Washington St Ste 301          Tempe, AZ 85288
544519175 Norman Jewelry and Loan          24777 Telegraph Suite B          Southfield, MI 48034
544519109 Norman's          24777 Telegraph Rd          Southfield, MI 48033
544519117 Office Depot          P.O. Box 78004          Phoenix, AZ 85062

544519113   Office Depot Business Credit        Dept563–8406380360        P.O. Box 70612        Philadelphia, PA 1917
6–0612
544519114   Office of Sheriff Beaufort County        P.O. Box 1758        Beaufort, SC 29901
544519118   Ohio Turnpike EZ Pass        PO Box 94672        Cleveland, OH 44101
544519119   PA Dept of Revenue        Bureau of Individual Taxes        PO. BOX 280504        Harrisburg, PA
17128–0504
544519120   PA Turnpike Toll By Plate        PO. Box 645631        Pittsburgh, PA 15264–5254
544519128   PLYMOUTH ROCK ASSURANCE        695 ATLANTIC AVE        BOSTON, MA 02111
544519129   PNC Bank        1900 E 9th St        Cleveland, OH 44114
544519176   Palmetto Electric        Attn: Michelle Tyler        111 Matthews Drive        Hilton Head Island, SC 29926
544519123   Peoples Gas        PO. Box 644760        Pittsburgh, PA 15264–4 760
544519124   Pioneer Foot Care        2021 Freepo Rd        Arnold, PA 15068
544519125   Pittsburgh Water and Sewer        1200 Penn Ave        Pittsburgh, PA 15222
544519130   Pods Legal Dept        280 Leetsdale Industrial Dr, Suite 200        Leetsdale, PA 15056
544519131   Pods Legal Dept        5585 Rio Vista Dr        Clearwater, FL 33760
544519177   Polly Nicola        2583 Lower Assembly Drive        Fort Mill, SC 29708
544519133   Portfolio Recovery        P.O. Box 8828        Wilmington, DE 19899–8828        Progressive Insurance
544519178   Progressive Insurance        30440 Lakeland Blvd        Wickliffe, OH 44092
544519135   Quantum3 Group LLC agent for        Crown Asset Management LLC        PO Box 788        Kirkland, WA
98083–0788
544519136   Radius Global Solutions        7831 Glenroy Road Suite 250        Minneapolis, MN 55439
544519137   Resurgent Receivables, LLC        Resurgent Capital Services        PO Box 10587        Greenville, SC
29603–0587
544519138   Ronald Zold        1 Long Cnnc Ct        Bluffton, SC 29909–7113
544519139   S.C. Dept of Revenue and Taxation        P.O. Box 125        Columbia, SC 29214
544519140   SC Department of Revenue        Office of General Counsel        300A Outlet Pointe Blvd        Columbia, SC
29210
544519141   Scott M. Wild        37 New Orleans Road Suite F        Hilton Head Island, SC 29928
544519142   Semina DeLaurentis        66 Quail Run        Torrington, CT 06790–2549
544519143   Shannon Cummings        302 N. Lake St        Harrison,Ml 48625
544519144   South Carolina Dept of Motor Vehicles        PO Box 1498        Blythewood, SC 29016–0028
544519145   Spectrum Mobile        Credit Control, LLC        3300 Rider Trail S, Suite 500        Earth City, MO 63045
544519146   Synchrony Bank        PO Box 669809        Dallas, TX 75266–0170
544519147   Synergetic Communication        PO. Box 680608        Franklin, TN 3 7068
544519149   T–Mobile        PO Box 742596        Cincinnati, OH 45274–259
544519153   TBOM–ATLS–Fortiva        6 Concourse Parkway        2nd Floor–mailroom        Atlanta, GA 30328–6117
544519154   TD Bank        PO Box 84037        Columbus, GA 31908–4037
544519155   TD Bank North NA        70 Gray Road        Falmouth, ME 041052299
544519156   TD Bank USA–Target Credit        POBox673        Minneapolis, MN 55440–0673
544519148   TMobile        CO American Infosource LP        4515 N Santa Fe Ave        Oklahoma City, OK
73118–7901
544519150   Tamara Slank        14686 Oakwood Drive        Shelby Township, MI 48315–1530
544519151   Tate and Kirlin Assoc        4800 East Street Rd Suite 170        Trevose, PA 19053
544519179   Taybron Law Firm LLC        3399 Churchview Ave        Pittsburgh, PA 15227–4358
544519157   The Hertz Corporation        8501 Williams Road        Estero, FL 33928–3325
544519158   The Huntington National Bank        5555 Cleveland Avenue GW4W25        Columbus, OH 43231
544519159   The Huntington National Bank        PO Box 89424 OPC856        Cleveland, OH 44101–8539
544519182   The Spa on Port Royal Sound        Board of Directors        239 Beach City Road        Hilton Head, SC
29926–4707
544519160   Ticket Division        PA Turnpike EZ Pass        3 00 East Park Dr        Harrisburg, PA 17111
544519183   Title Max Corporation        155 Bill St        Savannah, GA 31401–2685
544519161   Traffic Magistrate        4819 Bluffton Parkway        Bluffton, SC 29910–4622
544521096   U.S. Department of Education c/o Nelnet        121 South 13th Street        LINCOLN, NE 68508
544519162   UPMC        Credit Management Company        P.O. Box 16348
544519126   UPMC        P.O. Box 371472        Pittsburgh, PA 15242
544519163   US Department of Education        CO Nelnet        121 South 13th Street        Lincoln, NE 68508
544519165   Verizon Wireless Bankruptcy Admin        500 Technology Drive, Suite 550        Weldon Spring, MO 63304
544519166   Viking Client Services        Hertz Damage Recovery Team        7500 Office Ridge Circle, Suite 100        Eden
Prairie, MO 55344–3763
544523152   WEST–AIRCOMM FEDERAL CREDIT UNION        c/o Weltman, Weinberg & Reis Co., LPA        5990 West
Creek Rd, Suite 200        INDEPENDENCE, OH 44131
544519168   Wells Fargo Bank        PO. Box 5058        Portland, OR 97208–5058
544519169   West Virgina Trafc Division        300 Spruce St        Morgantown, WV 26505
544519170   West Virginia EZ Pass        PO Box 1469        Charleston, WV 25325
544519203   West–Aircomm FCU        CO Weitman, Weinberg And. Reis Co LPA        5990 West Creek Road Suite
200        Independence, OH 44131
544519204   Westlake Financial        2 Equity Way Ste 200        Westlake, OH 44145–1045
544519171   Woodlands at St Barnabas        Attn: Tom Breth        128 West Cunningham Street        Butler, PA 16001
544519205   Wright's Custom Body Shop LLC        1216 Leeson Ave        Cadillac, MI 49601–9097
544519172   Youngstown State University        1 Tressel Way        Youngstown, OH 44555
544519173   Zeidmans        2669 Gratiot Ave        Detroit, MI 48207
544519206   Zeidmans Jewelry        Thomas LaBret and–or Current President        24810 Evergreen Road        Southfield, MI
48075

TOTAL: 174

**United States Bankruptcy Court**
**District of South Carolina**

Case Number: 25–01384–jd                          Chapter: 13

**In re:**

Jacqueline Elizabeth Ard                          Terry Frank Nicola
dba Global Management Group LLC, dba Beachside Estates    dba Beachside Estates LLC, dba Global Management Group
LLC

<table>
<tr><td></td><td><strong>Filed By The Court</strong></td></tr>
<tr><td><strong>NOTICE OF HEARING</strong></td><td><strong>4/21/25</strong><br>Lauren T Maxwell<br>Clerk of Court<br>US Bankruptcy Court</td></tr>
</table>

**PLEASE TAKE NOTICE** that a hearing will be held at:

**King and Queen Building**
**145 King Street**
**Room 225**
**Charleston SC 29401**

on **May 21, 2025** at **11:00 AM**, to consider and act upon the following document(s):

Motion to Impose Automatic Stay, filed by Jacqueline Elizabeth Ard and Terry Frank Nicola

The document(s) related thereto have been filed with the Court. Any party objecting to the relief sought must file a response with the Clerk of Court in accordance with applicable rules and statutes and must serve the party seeking the relief with a copy of said objection **by 05/02/2025.** Any party objecting but failing to appear in prosecution of the objection may be considered to have waived the objection.


Lauren T Maxwell
Clerk of Court
United States Bankruptcy Court


By:  N Beaulieu, Deputy Clerk
1100 Laurel Street
Columbia, SC 29201–2423
(803) 765–5436

United States Bankruptcy Court

District of South Carolina

In re:                                                                          Case No. 25-01384-jd

Jacqueline Elizabeth Ard                                                        Chapter 13

Terry Frank Nicola

    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0420-2 | User: admin | Page 1 of 6 |
|---|---|---|
| Date Rcvd: Apr 21, 2025 | Form ID: 135BNC | Total Noticed: 170 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 23, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| 544518999 | + | A WA Collections, P.O. BOX 6605, Orange, CA 92863-6605 |
| 544518984 | | AAdvantage Aviator Portfolio Recovery, PO Box 8828, Wilmington, DE 19899-8828 |
| 544518986 | + | ADT Security Services, P.O. Box 650485, Pittsburgh, PA 15250-0001 |
| 544518987 | | ADT,LLC, Transworld Systems Inc, 500 Virginia Dr. Suite 514, Ft Washington, PAl 9304 |
| 544518988 | + | Allstate Indemnity, POBox4310, Carol Stream, IL 60197-4310 |
| 544518990 | + | American Express -, AXPLEGALATTORNEY, 500 North Franklin Turnpike No. 315, MAIL CODE 297, Ramsey, New Jersey 07446-1160 |
| 544518993 | + | Armstrong Cable, P.O. Box 300, Lancaster, PA 17608-0300 |
| 544518995 | + | Association Services, An Associa Company C/O Hilto, 1040 William Hilton Pky #200, Hilton Head Island, SC 29928-6109 |
| 544519002 | + | Barry Mullis, 239 Beach City Road Apt 2213, Hilton Head Island, SC 29926-4713 |
| 544519003 | + | Beaufort County Sheriffs Department, Melissa Hansen, PO. Box 1758, Beaufort, SC 29901-1758 |
| 544519005 | + | Beaumont Medical Transport Services, 950 West Maple St Suite C, Troy, MI 48084-5376 |
| 544519194 | + | Best Law, PA, Tara E. Nauful, P.O. Box 2374, Mount Pleasant, SC 29465-2374 |
| 544519006 | + | Braun Kendrick Finkbeiner PLC, Mitchell G. Piper, 4301 Fashion Square Blvd, Saginaw, MI 48603-1250 |
| 544519195 | | Bromley Law Firm LLC, Evan K. Bromley, 211 Goethe Rd Ste B, Bluffton, SC 29910-6014 |
| 544519017 | | City of Detroit - Property Tax, P.O. Box 33193, Detroit, MI 48232-5193 |
| 544519018 | + | Clare County 55th Judicial Circuit, 225 West Main, Harrison, MI 48625-8336 |
| 544519021 | + | Comenity Portfolio Refresh, 3095 Loyalty Circle, Columbus, OH 43219-3673 |
| 544519023 | | County Council Of Beaufort County Assessor, Real Property Services, P.O. Drawer 1229, Beaufort, SC 29901 |
| 544519198 | | Coyne Oil, Attn: Rose, 513 W 5th St, Clare, MI 48617-9405 |
| 544519027 | + | Cuyahoga Community ColJege, 700 Carnegie Ave., Cleveland, OH 44115-2878 |
| 544519036 | + | DNF Associates, 2351 N Forest Road Suite 110, Getzville, NY 14068-9902 |
| 544519029 | + | Dave Yost OH Attorney General, Attn: Timothy Sullivan, 18013 Cleveland Pkwy Suite 180, Cleveland, OH 44135-3235 |
| 544519031 | + | Dillon McCandless King Coulter, Graham, LLP, 128 West Cunningham Street, Butler, PA 16001-5742 |
| 544519034 | | Diverse Funding, 3580 Harlem Rd Suite 6, Cheektowaga, NY 14215-2045 |
| 544519038 | | Duquesne Light, Payment Processing Center, P.O.BOX67, Pittsburgh, PA 15257-0001 |
| 544519201 | | Estate At Westbury Owners Assoc, Inc, Board of Directors, 85 Kensington Blvd, Bluffton, SC 29910-4884 |
| 544519042 | | First Energy - Penn Power, PO Box 16001, Reading, PA 19612-6001 |
| 544519045 | + | Fortiva - Bob's Discount Furniture, P.O. Box 650721, Dallas, TX 75265-0721 |
| 544519047 | + | Garry Masterson, Weitman, Weinberg, Reis Co, 5990 West Creek Road suite 200, Independence, Ohio 44131-2191 |
| 544519048 | + | George B. Smythe, 4000 S. Faber Place Dr Suite 300, Charleston, SC 29405-8587 |
| 544519049 | + | Georgia Traffic, PO Box 80447, Conyers, GA 30013-8047 |
| 544519046 | + | Go Store It, 33 Parameter Road, Bluffton, SC 29910-8571 |
| 544519050 | + | Go Store It, 1249 Avondale Rd, Hendersonville, TN 37075-9672 |
| 544519052 | | Hargray Communications-Cable One Inc, 856 William Hilton Parkway, Hilton Head Island, SC 29928-3423 |
| 544519186 | + | Hilton Head Resort, Board of Directors, 663 William Hilton Pkwy, Hilton Head, SC 29928-3508 |
| 544519053 | + | Hilton Head Resort-Four Seasons Centre, HHR Council of Owners, Attn: Board of Directors, 663 Wiliam Hilton Parkway, Hilton Head Island, SC 29928-3506 |
| 544519057 | + | Honorable Nicola Henry-Taylor, Allegheny Court of Common Pleas, 712 City-County Building, 414 Grant St, Pittsburg, PA 15219-2409 |
| 544519058 | + | Ian D. Maguire and Tiffany Buffkin, Maguire Law Firm, 1600 North Oak Street Suite B, Myrtle Beach, SC 29577-3525 |
| 544519099 | | JPMorgan Chase Bank, N.A., sbmt Chase Bank USA, N.A., CO National Bankruptcy Services, LLC, P.O. Box 9013 Addison, Texas 75001 |
| 544519059 | + | Janet Spinelli, 100 Kensington Blvd Apt NO. 918, Bluffton, SC 29910-7464 |

District/off: 0420-2                                                User: admin                                                      Page 2 of 6

Date Rcvd: Apr 21, 2025                                          Form ID: 135BNC                                          Total Noticed: 170

| | | |
|---|---|---|
| 544519060 | + | Jannine M. Mutterer, Esq., 5 Cedar Street, Bluffton, SC 29910-7215 |
| 544519061 | + | John Curtis, 100 Kensington Blvd Apt NO. 1603, Bluffton, SC 29910-7464 |
| 544519187 | + | Jones, Simpson, and Newton PA, Attn: Wm Weston J Newton, 7 Plantation Park Drive Suite 3, Bluffton, SC 29910-6035 |
| 544519100 | | Judy Vanderveer, 663 William Hilton Parkway Apt 3121, Hilton Head Island, SC 29928-3524 |
| 544519188 | | Julie A. Franklin, Esq, PO Box 2976, Bluffton, SC 29910-2976 |
| 544519189 | | Komatsu Benefit Dept, Mark Harder, 401 E Greenfield Ave, Milwaukee, WI 53204-2941 |
| 544519190 | + | Law Office of Scott M. Wild LLC, Scott M. Wild, 37 New Orleans Road Suite F, Hilton Head Island, SC 29928-4756 |
| 544519056 | + | Master In Equity, 102 Ribaut Road 2nd Floor, Beaufort, SC 29902-4453 |
| 544519191 | | Morgan Lewis & Bockius LLP, Attn: Matt Hawes, One Oxford Centre, Thirty-Second FL, Pittsburg, PA 15219-6401 |
| 544519103 | + | Morgan S. Templeton, 145 King Street Suite 300, Charleston, SC 29401-2253 |
| 544519192 | + | Mutterer Law Firm, LLC, Jannine M. Mutterer, Esq, 5 Red Cedar Street Suite 102, Bluffton, SC 29910-8987 |
| 544519106 | | Nationstar Mortgage, PO Box 199111, Dallas, TX 75219-9111 |
| 544519174 | + | Nationstar Mortgage, LLC, James Page, Bell Carrington Price & Gregg, LLC, 339 Heyward St, Second Floor, Columbia, SC 29201-4391 |
| 544519107 | + | Nationwide Credit Inc, 1225 Washington St Ste 301, Tempe, AZ 85288-1239 |
| 544519175 | + | Norman Jewelry and Loan, 24777 Telegraph Suite B, Southfield, MI 48033-3000 |
| 544519109 | + | Norman's, 24777 Telegraph Rd, Southfield, MI 48033-3000 |
| 544519113 | + | Office Depot Business Credit, Dept563-8406380360, P.O. Box 70612, Philadelphia, PA 19176-0612 |
| 544519114 | + | Office of Sheriff Beaufort County, P.O. Box 1758, Beaufort, SC 29901-1758 |
| 544519118 | + | Ohio Turnpike EZ Pass, PO Box 94672, Cleveland, OH 44101-4672 |
| 544519119 | | PA Dept of Revenue, Bureau of Individual Taxes, PO. BOX 280504, Harrisburg, PA 17128-0504 |
| 544519128 | + | PLYMOUTH ROCK ASSURANCE, 695 ATLANTIC AVE, BOSTON, MA 02111-2605 |
| 544519129 | + | PNC Bank, 1900 E 9th St, Cleveland, OH 44114-3484 |
| 544519176 | + | Palmetto Electric, Attn: Michelle Tyler, 111 Matthews Drive, Hilton Head Island, SC 29926-3689 |
| 544519124 | + | Pioneer Foot Care, 2021 Freepo Rd, Arnold, PA 15068-4809 |
| 544519125 | + | Pittsburgh Water and Sewer, 1200 Penn Ave, Pittsburgh, PA 15222-4216 |
| 544519131 | + | Pods Legal Dept, 5585 Rio Vista Dr, Clearwater, FL 33760-3114 |
| 544519130 | + | Pods Legal Dept, 280 Leetsdale Industrial Dr, Suite 200, Leetsdale, PA 15056-1016 |
| 544519177 | + | Polly Nicola, 2583 Lower Assembly Drive, Fort Mill, SC 29708-6412 |
| 544519133 | + | Portfolio Recovery, P.O. Box 8828, Wilmington, DE 19899-8828, Progressive Insurance 19899-8828 |
| 544519178 | + | Progressive Insurance, 30440 Lakeland Blvd, Wickliffe, OH 44092-1749 |
| 544519138 | | Ronald Zold, 1 Long Cnnc Ct, Bluffton, SC 29909-7113 |
| 544519141 | + | Scott M. Wild, 37 New Orleans Road Suite F, Hilton Head Island, SC 29928-4756 |
| 544519142 | | Semina DeLaurentis, 66 Quail Run, Torrington, CT 06790-2549 |
| 544519143 | + | Shannon Cummings, 302 N. Lake St, Harrison,Ml 48625-8150 |
| 544519144 | + | South Carolina Dept of Motor Vehicles, PO Box 1498, Blythewood, SC 29016-1498 |
| 544519145 | + | Spectrum Mobile, Credit Control, LLC, 3300 Rider Trail S, Suite 500, Earth City, MO 63045-1338 |
| 544519153 | | TBOM-ATLS-Fortiva, 6 Concourse Parkway, 2nd Floor-mailroom, Atlanta, GA 30328-6117 |
| 544519150 | | Tamara Slank, 14686 Oakwood Drive, Shelby Township, MI 48315-1530 |
| 544519179 | | Taybron Law Firm LLC, 3399 Churchview Ave, Pittsburgh, PA 15227-4358 |
| 544519182 | | The Spa on Port Royal Sound, Board of Directors, 239 Beach City Road, Hilton Head, SC 29926-4707 |
| 544519160 | + | Ticket Division, PA Turnpike EZ Pass, 3 00 East Park Dr, Harrisburg, PA 17111-2729 |
| 544519183 | | Title Max Corporation, 155 Bill St, Savannah, GA 31401-2685 |
| 544519161 | | Traffic Magistrate, 4819 Bluffton Parkway, Bluffton, SC 29910-4622 |
| 544519169 | + | West Virgina Trafc Division, 300 Spruce St, Morgantown, WV 26505-5548 |
| 544519170 | + | West Virginia EZ Pass, PO Box 1469, Charleston, WV 25325-1469 |
| 544519203 | + | West-Aircomm FCU, CO Weitman, Weinberg And. Reis Co LPA, 5990 West Creek Road Suite 200, Independence, OH 44131-2191 |
| 544519204 | | Westlake Financial, 2 Equity Way Ste 200, Westlake, OH 44145-1045 |
| 544519171 | + | Woodlands at St Barnabas, Attn: Tom Breth, 128 West Cunningham Street, Butler, PA 16001-5742 |
| 544519205 | | Wright's Custom Body Shop LLC, 1216 Leeson Ave, Cadillac, MI 49601-9097 |
| 544519172 | + | Youngstown State University, 1 Tressel Way, Youngstown, OH 44555-9703 |
| 544519173 | + | Zeidmans, 2669 Gratiot Ave, Detroit, MI 48207-3207 |
| 544519206 | + | Zeidmans Jewelry, Thomas LaBret and-or Current President, 24810 Evergreen Road, Southfield, MI 48075-5538 |

TOTAL: 92

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| db | | Email/PDF: jacquelineard72@gmail.com | Apr 21 2025 21:57:00 | Jacqueline Elizabeth Ard, 21215 Dartmouth Dr, Southfield, MI 48076-5634 |
| jdb | + | Email/PDF: terrynicola30@gmail.com | Apr 21 2025 21:57:00 | Terry Frank Nicola, 21215 Darthmouth, Southfield, MI 48076-5634 |

District/off: 0420-2 User: admin Page 3 of 6

Date Rcvd: Apr 21, 2025 Form ID: 135BNC Total Noticed: 170

| | | | | |
|---|---|---|---|---|
| cr | | Email/Text: BankruptcyECFMail@mccalla.com | Apr 21 2025 21:57:00 | Nationstar Mortgage LLC, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076, UNITED STATES |
| cr | + | Email/Text: BKRMailOps@weltman.com | Apr 21 2025 21:57:00 | WEST-AIRCOMM FEDERAL CREDIT UNION, c/o Weltman, Weinberg & Reis Co., LPA, 5990 West Creek Rd, Suite 200, INDEPENDENCE, OH 44131, UNITED STATES 44131-2191 |
| 544518985 | | Email/Text: amscbankruptcy@adt.com | Apr 21 2025 21:57:00 | ADT Security Services, 1501 Yamato Road, Boca Raton, FL 33431 |
| 544518992 | | Email/Text: ebn@americollect.com | Apr 21 2025 21:57:00 | Americollect Inc, POBox2080, Manitowoc, WI 54221-2080 |
| 544518996 | + | Email/Text: g17768@att.com | Apr 21 2025 21:57:00 | ATandT, P.O. BOX 5080, Carol Stream, IL 60197-5080 |
| 544518991 | | Email/PDF: bncnotices@becket-lee.com | Apr 21 2025 22:03:14 | American Express National Bank c/o Becket and Lee, PO Box 3001, Malvern PA 19355-0701 |
| 544518994 | + | Email/Text: bknotices@acsrecovery.com | Apr 21 2025 21:57:00 | Associated Credit Services, INC, P.O. Box 1201, Tewksbury, MA 01876-0901 |
| 544519000 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 21 2025 21:57:00 | Bank of America, P.O. Box 982238, El Paso TX 79998-2238 |
| 544519001 | | Email/Text: BarclaysBankDelaware@tsico.com | Apr 21 2025 21:57:00 | Barclays Bank Delaware, Attention: Card Services LEGAL, PO. Box 8833, Wilmington, DE 19899-8833 |
| 544519004 | | Email/Text: bankruptcy@bcgov.net | Apr 21 2025 21:57:00 | Beaufort County Treasurer, P.O. Drawer 487, Beaufort, SC 29901-0487 |
| 544519134 | | Email/Text: caineweiner@ebn.phinsolutions.com | Apr 21 2025 21:57:28 | Caine and Weiner, PO. Box 55848, Sherman Oaks, CA 91413 |
| 544519117 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 21 2025 22:03:26 | Office Depot, P.O. Box 78004, Phoenix, AZ 85062 |
| 544519016 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Apr 21 2025 21:57:00 | Citizens Bank, One Citizens Plaza, Providence, RI 02903 |
| 544519007 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 21 2025 22:03:13 | Capital One Auto Finance,, division of AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept., APS Oklahoma City, OK 73118-7901 |
| 544519010 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 21 2025 22:03:26 | Capone-Kohls, P.O. Box 3115, Milwaukee, WI 53201-3115 |
| 544519011 | + | Email/Text: bankruptcy@carter-young.com | Apr 21 2025 21:57:00 | Carter-Young, Inc., 120 2nd St 2nd, Fl Monroe, GA 30655-2391 |
| 544519013 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 21 2025 22:03:21 | Chase Card Services, P.O. Box 6294, Carol Stream, IL 60197-6294 |
| 544519167 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 21 2025 22:03:19 | Chase Ink Business Card Services, P.O. Box 15298, Wilmington, DE 19850-5298 |
| 544519014 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 21 2025 22:03:21 | Citibank, PO Box 790034, St. Louis, MO 63179-0034 |
| 544519015 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 21 2025 22:03:26 | Citicorp Credit Services, Attn: IRU, PO. Box 790034, St. Louis, MO 63179-0034 |
| 544519196 | | Email/Text: codbankruptcynotices@detroitmi.gov | Apr 21 2025 21:57:00 | City of Detroit Water and Sewerage Dept, 735 Randolph St, Detroit, MI 48226-2830 |
| 544519020 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 21 2025 21:57:00 | Comenity - Zales, PO Box 650971, Dallas, TX 75265-0971 |
| 544519019 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 21 2025 21:57:00 | Comenity Caesars Rewards, P .0. Box 650960, Dallas, TX 75265-0960 |
| 544519197 | | Email/Text: bankruptcy_notices@cmsenergy.com | | |

District/off: 0420-2    User: admin    Page 4 of 6

Date Rcvd: Apr 21, 2025    Form ID: 135BNC    Total Noticed: 170

| | | | |
|---|---|---|---|
| 544519022 | + Email/Text: bankruptcy_notices@cmsenergy.com | Apr 21 2025 21:57:00 | Consumer Energy Company, Attn: Legal Dept, 1 Energy Plaza Dr, Jackson, MI 49201-2357 |
| | | Apr 21 2025 21:57:00 | Consumers Energy Company, Attn: Legal Dept, One Energy Plaza, Jackson, MI 49201-2357 |
| 544519024 | Email/Text: bdsupport@creditmanagementcompany.com | Apr 21 2025 21:57:00 | Credit Management Company, PO Box 16346, Pittsburgh, PA 15242-0346 |
| 544519025 | Email/PDF: creditonebknotifications@resurgent.com | Apr 21 2025 22:03:14 | Credit One Bank, PO Box 98875, Las Vegas, NV 89193-8875 |
| 544519026 | Email/Text: bankruptcies@crownasset.com | Apr 21 2025 21:57:00 | Crown Asset Mgmt, 3100 Breckinridge Blvd Ste 725, Duluth, GA 30096-7605 |
| 544519037 | Email/Text: brupt1@dteenergy.com | Apr 21 2025 21:57:00 | DTE, 1 Energy Plaza, WCB 735 Attention Legal Dept, Detroit, MI 48226-1221 |
| 544519200 | Email/Text: brupt1@dteenergy.com | Apr 21 2025 21:57:00 | DTE Energy, WCB 735 Attention Legal Department, 1 Energy Plaza, Detroit, MI 48226-1221 |
| 544519199 | ^ MEBN | Apr 21 2025 21:54:59 | Detroit Water and Sewerage Dept, Po Box 554899, Detroit, MI 48255-4899 |
| 544519033 | + Email/Text: Bankruptcy.Consumer@dish.com | Apr 21 2025 21:57:00 | Dish Network LLC, 9601 S. Meridian Blvd, Englewood, CO 80112-5905 |
| 544519039 | + Email/Text: bankruptcynotifications@ehi.com | Apr 21 2025 21:57:00 | Enterprise Rental Car, 600 Corporate Park Drive, St. Louis, Missouri 63105-4211 |
| 544519041 | Email/Text: collectionbankruptcies.bancorp@53.com | Apr 21 2025 21:57:00 | Fifth Third Bank, MD No. ROPS05 Bankruptcy Dept, 1850 East Paris SE, Grand Rapids, MI 49546-6253 |
| 544519043 | + Email/Text: crdept@na.firstsource.com | Apr 21 2025 21:57:00 | Firstsource Advantage, LLC, 205 Bryant Woods South, Amherst, N Y 14228-3609 |
| 544519044 | ^ MEBN | Apr 21 2025 21:53:22 | Forefront Dermatology, 801 York Street, Manitowoc, WI 54220-4630 |
| 544519051 | + Email/Text: bankruptcy@greenskycredit.com | Apr 21 2025 21:57:00 | Greensky, PO. Box2730, Alpharetta, GA 30023-2730 |
| 544519054 | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 21 2025 22:03:21 | Home Depot, Centralized Bankruptcy, P.O. Box 790034, St. Louis, MO 63179-0034 |
| 544519055 | Email/Text: bankruptcy@greenskycredit.com | Apr 21 2025 21:57:00 | Home Depot Loan, POBox2730, Alpharetta, GA 30023-2730 |
| 544519063 | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 21 2025 22:03:14 | JPMCB Card Services, PO Box 15369, Wilmington, DE 19850-5369 |
| 544519064 | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 21 2025 22:03:20 | JPMORGAN Chase Bank Bankruptcy, Mail Intake Team, 700 Kansas Lane Floor 01, Monroe, LA 71203-4774 |
| 544519066 | Email/Text: RASEBN@raslg.com | Apr 21 2025 21:57:00 | JPMorgan Chase Bank, N.A., sbmt Chase Bank USA, NA., CO Robertson, Anschutz, Schneid, Crane, 6409 Congress A venue, Suite 100, Boca Raton, FL 33487 |
| 544519062 | ^ MEBN | Apr 21 2025 21:55:12 | Jordan Tax Service, 102 Rahway Road, McMurray, PA 15317-3349 |
| 544519802 | Email/PDF: resurgentbknotifications@resurgent.com | Apr 21 2025 22:03:14 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 544519101 | + Email/Text: bankruptcydpt@mcmcg.com | Apr 21 2025 21:57:00 | Midland Credit Management, 320 East Big Beaver Suite 300, Troy, MI 48083-1271 |
| 544519102 | + Email/Text: usacompliance@monevo.com | Apr 21 2025 21:57:00 | Monevolnc, 8910 University Cntr Lane Suite 400, San Diego, CA 92122-1025 |
| 544519104 | + Email/Text: nsm_bk_notices@mrcooper.com | Apr 21 2025 21:57:00 | Mr. Cooper, P.O. Box 619094, Dallas, TX 75261-9094 |

District/off: 0420-2 | User: admin | Page 5 of 6

Date Rcvd: Apr 21, 2025 | Form ID: 135BNC | Total Noticed: 170

| | | | |
|---|---|---|---|
| 544519105 | Email/Text: bankruptcy@nationalcreditsystems.com | Apr 21 2025 21:57:00 | National Credit Systems, Attn: Bankruptcy, PO Box 672288, Marietta, GA 30006-0039 |
| 544519193 | Email/Text: nsm_bk_notices@mrcooper.com | Apr 21 2025 21:57:00 | Nationstar Mortgage, LLC, Attn: Bankruptcy Department, PO Box 619096, Dallas, TX 75261-9741 |
| 544519108 | ^ MEBN | Apr 21 2025 21:54:25 | NES, 2479 Edison Blvd Unit A, Twinsburg, OH 44087-2476 |
| 544519112 | ^ MEBN | Apr 21 2025 21:53:46 | NORTHSTAR LOCATION SERVICES, 4285 GENESEE STREET, CHEEKTOWAGA, NY 14225-1943 |
| 544519120 | ^ MEBN | Apr 21 2025 21:53:26 | PA Turnpike Toll By Plate, PO. Box 645631, Pittsburgh, PA 15264-5254 |
| 544519123 | ^ MEBN | Apr 21 2025 21:54:23 | Peoples Gas, PO. Box 644760, Pittsburgh, PA 15264-4760 |
| 544519135 | Email/Text: bnc-quantum@quantum3group.com | Apr 21 2025 21:57:00 | Quantum3 Group LLC agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 544519136 | + Email/Text: ngisupport@radiusgs.com | Apr 21 2025 21:57:00 | Radius Global Solutions, 7831 Glenroy Road Suite 250, Minneapolis, MN 55439-3117 |
| 544519137 | Email/PDF: resurgentbknotifications@resurgent.com | Apr 21 2025 22:03:14 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 544519139 | + Email/Text: BankruptcyLegal@dor.sc.gov | Apr 21 2025 21:57:00 | S.C. Dept of Revenue and Taxation, P.O. Box 125, Columbia, SC 29214-0001 |
| 544519140 | + Email/Text: BankruptcyLegal@dor.sc.gov | Apr 21 2025 21:57:00 | SC Department of Revenue, Office of General Counsel, 300A Outlet Pointe Blvd, Columbia, SC 29210-5666 |
| 544519146 | + Email/PDF: ais.sync.ebn@aisinfo.com | Apr 21 2025 22:03:20 | Synchrony Bank, PO Box 669809, Dallas, TX 75266-0957 |
| 544519147 | ^ MEBN | Apr 21 2025 21:55:28 | Synergetic Communication, PO. Box 680608, Franklin, TN 37068-0608 |
| 544519149 | Email/PDF: ais.tmobile.ebn@aisinfo.com | Apr 21 2025 22:03:13 | T-Mobile, PO Box 742596, Cincinnati, OH 45274-259 |
| 544519154 | Email/Text: bankruptcy@td.com | Apr 21 2025 21:57:00 | TD Bank, PO Box 84037, Columbus, GA 31908-4037 |
| 544519155 | Email/Text: bankruptcy@td.com | Apr 21 2025 21:57:00 | TD Bank North NA, 70 Gray Road, Falmouth, ME 041052299 |
| 544519156 | Email/Text: bncmail@w-legal.com | Apr 21 2025 21:57:00 | TD Bank USA-Target Credit, POBox673, Minneapolis, MN 55440-0673 |
| 544519157 | Email/Text: bankruptcy@hertz.com | Apr 21 2025 21:57:00 | The Hertz Corporation, 8501 Williams Road, Estero, FL 33928-3325 |
| 544519148 | Email/PDF: ebn_ais@aisinfo.com | Apr 21 2025 22:03:20 | TMobile, CO American Infosource LP, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 544519151 | ^ MEBN | Apr 21 2025 21:54:30 | Tate and Kirlin Assoc, 4800 East Street Rd Suite 170, Trevose, PA 19053-6660 |
| 544519158 | + Email/Text: bankruptcy@huntington.com | Apr 21 2025 21:57:00 | The Huntington National Bank, 5555 Cleveland Avenue GW4W25, Columbus, OH 43231-4106 |
| 544519159 | + Email/Text: bankruptcy@huntington.com | Apr 21 2025 21:57:00 | The Huntington National Bank, PO Box 89424 OPC856, Cleveland, OH 44101-6424 |
| 544521096 | + Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Apr 21 2025 21:57:00 | U.S. Department of Education c/o Nelnet, 121 South 13th Street, LINCOLN, NE 68508-1904 |
| 544519126 | ^ MEBN | Apr 21 2025 21:54:06 | UPMC, P.O. Box 371472, Pittsburgh, PA |

District/off: 0420-2 | User: admin | Page 6 of 6
Date Rcvd: Apr 21, 2025 | Form ID: 135BNC | Total Noticed: 170

| Recip ID | | Notice Method | | Name and Address |
|---|---|---|---|---|
| | | | | 15250-7472 |
| 544519163 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Apr 21 2025 21:57:00 | US Department of Education, CO Nelnet, 121 South 13th Street, Lincoln, NE 68508-1922 |
| 544519165 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Apr 21 2025 21:57:00 | Verizon Wireless Bankruptcy Admin, 500 Technology Drive, Suite 550, Weldon Spring, MO 63304-2225 |
| 544519166 | | Email/Text: edinkel@vikingservice.com | Apr 21 2025 21:57:00 | Viking Client Services, Hertz Damage Recovery Team, 7500 Office Ridge Circle, Suite 100, Eden Prairie, MO 55344-3763 |
| 544523152 | + | Email/Text: BKRMailOps@weltman.com | Apr 21 2025 21:57:00 | WEST-AIRCOMM FEDERAL CREDIT UNION, c/o Weltman, Weinberg & Reis Co., LPA, 5990 West Creek Rd, Suite 200, INDEPENDENCE, OH 44131-2191 |
| 544519168 | | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | Apr 21 2025 22:03:26 | Wells Fargo Bank, PO. Box 5058, Portland, OR 97208-5058 |

TOTAL: 78

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 544519012 | | CBE Group Spectrum Mobile, Attn: Client Services, P.O. Box 2547 |
| 544519162 | | UPMC, Credit Management Company, P.O. Box 16348 |
| 544518998 | *+ | ATandT, P.O. BOX 5080, Carol Stream, IL 60197-5080 |
| 544518989 | ## | Allstate Insurance, P.O. Box 21169, Roanoke, VA 24018-0537 |

TOTAL: 2 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 23, 2025 | Signature: | /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 21, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Elizabeth H Parrott | on behalf of Creditor Nationstar Mortgage LLC elizabeth.parrott@mccalla.com mccallaecf@ecf.courtdrive.com |
| James M. Wyman | 13info@charleston13.com wyman@charleston13.com;lamontagne@charleston13.com;renno@charleston13.com;d_nobles@bellsouth.net;milligan@charleston13.com;nobles@charleston13.com;jameswymanlaw@gmail.com;charleston13info@gmail.com |
| US Trustee's Office | USTPRegion04.CO.ECF@usdoj.gov |

TOTAL: 3

**United States Bankruptcy Court**
**District of South Carolina**

Case Number:  25−01384−jd                                    Chapter:  13

**In re:**

Jacqueline Elizabeth Ard                              Terry Frank Nicola
dba Global Management Group LLC, dba Beachside Estates    dba Beachside Estates LLC, dba Global Management Group
LLC

|  |
|---|
| **Filed By The Court** |
| **4/21/25** |
| Lauren T Maxwell |
| Clerk of Court |
| US Bankruptcy Court |

**DEFICIENCY NOTICE**

To: Jacqueline Elizabeth Ard and Terry Frank Nicola

You have submitted to the Court for filing a document, Motion to Impose Stay, which was received on 04/18/2025. The Motion to Impose Stay is deficient for the following reason(s):

☐    The filing fee has not been paid (28 U.S.C. § 1930 and the Appendix thereto).

☐    No signature (written or conformed (shown by "/s/ John Doe")).

☐    Electronic event and image do not match. Explanation:

☐    Improper or no linkage of document. Explanation:

☐    No B121 Form (Your Statement About Your Social Security Number).

☐    The motion which should be noticed passively has not met all of the requirements of SC LBR 9013−4.   Explanation:

☐    Statement of Monthly Income and Means Test Calculation not in accordance with Fed. R. Bankr. P. 1007.

☐    Filing not in accordance with official forms.

☐    Motion to Avoid Lien/Judicial Lien not in compliance with Court procedures. Please see CM/ECF Participant's Guide for Motion to Avoid Lien − Without Passive Hearing Notice.

☑    Other:  **The filing is missing an Affidavit or Unsworn Declaration of the Debtors**

Please cure the deficiency by **May 1, 2025**.

Upon failure to cure, the Court may enter an order striking the document, dismissing the case/adversary proceeding, or providing other adverse ruling without further notice or hearing.

Lauren T Maxwell
Clerk of Court
United States Bankruptcy Court

By:  N Beaulieu, Deputy Clerk
1100 Laurel Street
Columbia, SC 29201−2423
(803) 765−5436

United States Bankruptcy Court

District of South Carolina

In re:                                                                                    Case No. 25-01384-jd

Jacqueline Elizabeth Ard                                                                 Chapter 13

Terry Frank Nicola

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0420-2                                   User: admin                                 Page 1 of 2

Date Rcvd: Apr 21, 2025                        Form ID: 320jwBNC                              Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol**              **Definition**

+                  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 23, 2025:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| db | Email/PDF: jacquelineard72@gmail.com | Apr 21 2025 21:57:00 | Jacqueline Elizabeth Ard, 21215 Dartmouth Dr, Southfield, MI 48076-5634 |
| jdb | + Email/PDF: terrynicola30@gmail.com | Apr 21 2025 21:57:00 | Terry Frank Nicola, 21215 Darthmouth, Southfield, MI 48076-5634 |

TOTAL: 2

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 23, 2025                                 Signature:             /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 21, 2025 at the address(es) listed below:**

**Name**                          **Email Address**

Elizabeth H Parrott

         on behalf of Creditor Nationstar Mortgage LLC elizabeth.parrott@mccalla.com  mccallaecf@ecf.courtdrive.com

James M. Wyman

         13info@charleston13.com
         wyman@charleston13.com;lamontagne@charleston13.com;renno@charleston13.com;d_nobles@bellsouth.net;milligan@charleston13.com;nobles@charleston13.com;jameswymanlaw@gmail.com;charleston13info@gmail.com

US Trustee's Office

         USTPRegion04.CO.ECF@usdoj.gov

District/off: 0420-2                              User: admin                                    Page 2 of 2
Date Rcvd: Apr 21, 2025                           Form ID: 320jwBNC                               Total Noticed: 2
TOTAL: 3

IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

In RE:        JACQUELINE ELIZABETH ARD       §       Case Number:     25-01384-LJD-13

TERRY FRANK NICOLA       §

Debtor(s)       §       Chapter:     13

## REQUEST FOR NOTICE UNDER BANKRUPTCY RULE 2002

PLEASE TAKE NOTICE THAT Capital One Auto Finance, a division of Capital One, N.A. hereby gives notice as follows: Pursuant to 11 U.S.C. §342(f)(1), AIS Portfolio Services, LLC hereby requests that:

(i)         all notices given or required to be given in the case; and

(ii)        all pleadings and correspondence served or required to be served in this case,

regarding Capital One Auto Finance, a division of Capital One, N.A. should be directed to AIS Portfolio Services, LLC at the following mailing address effective immediately:

Attn:  Capital One Auto Finance, a division of Capital One, N.A. Department
AIS Portfolio Services, LLC
Account:  XXXXXXXXX7743
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

This request encompasses all notices, copies and pleadings referred to in Rules 2002, 9007 or 9008 of the Bankruptcy Rules, including, without limitation, notices of any Orders, Motions, Demands, Complaints, Petitions, Pleadings, Requests, Applications, Schedules, Statements, Plans, and any other documents brought before this court in this case, whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone, telecopier, telex, or otherwise which affects or seeks to affect the above case.

Respectfully submitted,

/s/ Amitkumar Sharma
Amitkumar Sharma

Claims Processor

Bankruptcy Servicer for Capital One Auto Finance, a division of

Capital One, N.A.
AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118
(800)946-0332, Fax (817) 461-8070
ECFNotices@aisinfo.com
File # 1671814

Filed By The Court

4/25/2025 12:04 PM
U.S. BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

**Fill in this information to identify your case and this filing:**

| | |
|---|---|
| Debtor 1 | **Jacqueline** **Elizabeth** **Ard** |
| | First Name   Middle Name   Last Name |
| Debtor 2 (Spouse, if filing) | **Terry** **Frank** **Nicola** |
| | First Name   Middle Name   Last Name |

United States Bankruptcy Court for the: District of **South Carolina**

Case number **25-01384-JD**

☐ Check if this is an amended filing

## Official Form 106A/B

# Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In |
|---|---|

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

   ☐ No. Go to Part 2.
   ☑ Yes. Where is the property?

   1.1 **Parcel No. 22021109.**

   Street address, if available, or other description

   **15826 Appoline St**

   **Detroit, MI 48227-4012**
   City     State     ZIP Code

   **Wayne**
   County

   **What is the property?** Check all that apply.
   ☐ Single-family home
   ☑ Duplex or multi-unit building
   ☐ Condominium or cooperative
   ☐ Manufactured or mobile home
   ☐ Land
   ☑ Investment property
   ☐ Timeshare
   ☑ Other **Second Home**

   **Who has an interest in the property?** Check one.
   ☐ Debtor 1 only
   ☐ Debtor 2 only
   ☐ Debtor 1 and Debtor 2 only
   ☑ At least one of the debtors and another

   **Other information you wish to add about this item, such as local property identification number:** _____

   **Source of Value:** **Assessed Value**

   Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

   | Current value of the entire property? | Current value of the portion you own? |
   |---|---|
   | $8,200.00 | $2,050.00 |

   **Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

   **Fee Simple**

   ☐ **Check if this is community property** (see instructions)

   If you own or have more than one, list here:

Debtor **Ard, Jacqueline Elizabeth; Nicola, Terry Frank**     Case number *(if known)* **25-01384-JD**

---

| 1.2 | **Parcel No. 18017371.** |
|---|---|

Street address, if available, or other description

**8853 Mendota St**

**Detroit, MI 48204-2632**
City    State    ZIP Code

**Wayne**
County

**What is the property?** Check all that apply.
- ☑ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☑ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: _____

Source of Value: **Assessed Value**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $30,700.00 | $15,350.00 |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee Simple**

☐ **Check if this is community property** (see instructions)

---

| 1.3 | **Parcel ID 0375-P-00146-0000-00** |
|---|---|

Street address, if available, or other description

**513 Main St**

**East Pittsburgh, PA 15112-1118**
City    State    ZIP Code

**Allegheny**
County

**What is the property?** Check all that apply.
- ☑ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☑ Investment property
- ☐ Timeshare
- ☑ Other **Second Home**

**Who has an interest in the property?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: _____

Source of Value: **County Assessed Value**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $24,600.00 | $12,300.00 |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee Simple**

☐ **Check if this is community property** (see instructions)

---

| 1.4 | **Parcel No. 010-700-516-00** |
|---|---|

Street address, if available, or other description

**5154 Oak Run**

**Farwell, MI 48622-9629**
City    State    ZIP Code

**Clare**
County

**What is the property?** Check all that apply.
- ☑ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☑ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: **Lincoln Township**

Source of Value: **Assessed Value**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $54,300.00 | $27,150.00 |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee Simple**

☐ **Check if this is community property** (see instructions)

---

Debtor  **Ard, Jacqueline Elizabeth; Nicola, Terry Frank**                    Case number *(if known)*  **25-01384-JD**

---

**1.5**    **PIN R600 031 000 0266 1106**

Street address, if available, or other description

**100 Kensington Blvd Unit 1106**

**Bluffton, SC 29910-7484**

City          State        ZIP Code

**Beaufort**

County

**What is the property?** Check all that apply.

☐ Single-family home
☐ Duplex or multi-unit building
☑ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☑ Investment property
☐ Timeshare
☑ Other    **Home Office / Second Home**

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Source of Value:**  **County Appraised Value**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$183,900.00** | **$91,950.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee Simple**

☐ **Check if this is community property**
(see instructions)

---

**1.6**    **PIN R510 012 000 025B 4408**

Street address, if available, or other description

**663 William Hilton Pkwy Unit 4408**

**Hilton Head Island, SC 29928-3537**

City          State        ZIP Code

**Beaufort**

County

**What is the property?** Check all that apply.

☐ Single-family home
☐ Duplex or multi-unit building
☑ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☑ Investment property
☐ Timeshare
☑ Other    **Debtor 2 Domicile**

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Source of Value:**  **County Appraised Value**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$278,400.00** | **$139,200.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee Simple**

☐ **Check if this is community property**
(see instructions)

---

**1.7**    **PIN R510 005 000 008B 3218**

Street address, if available, or other description

**239 Beach City Rd Unit 3218**

**Hilton Head Island, SC 29926-4718**

City          State        ZIP Code

**Beaufort**

County

**What is the property?** Check all that apply.

☐ Single-family home
☐ Duplex or multi-unit building
☑ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☑ Investment property
☐ Timeshare
☑ Other    **Debtor 1 Domicile**

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Source of Value:**  **County Appraised Value**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$264,900.00** | **$132,450.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee Simple**

☐ **Check if this is community property**
(see instructions)

---

Official Form 106A/B                    **Schedule A/B: Property**                    page **3**

Debtor   **Ard, Jacqueline Elizabeth; Nicola, Terry Frank**      Case number *(if known)* **25-01384-JD**

| | | |
|---|---|---|
| **1.8**   **PIN R510 012 000 025B 4405** | **What is the property?** Check all that apply. | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
| Street address, if available, or other description | ☐ Single-family home | |
| | ☐ Duplex or multi-unit building | |
| **663 William Hilton Pkwy Unit 4405** | ☑ Condominium or cooperative | **Current value of the entire property?**   **Current value of the portion you own?** |
| | ☐ Manufactured or mobile home | |
| | ☐ Land | |
| **Hilton Head Island, SC 29928** | ☑ Investment property | **$278,400.00**      **$139,200.00** |
| City      State      ZIP Code | ☐ Timeshare | |
| **Beaufort** | ☐ Other _____ | Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known. |
| County | **Who has an interest in the property?** Check one. | **Fee Simple** |
| | ☐ Debtor 1 only | |
| | ☐ Debtor 2 only | ☐ **Check if this is community property** (see instructions) |
| | ☐ Debtor 1 and Debtor 2 only | |
| | ☑ At least one of the debtors and another | |
| | Other information you wish to add about this item, such as local property identification number: _____ | |
| | Source of Value: **County Appraised Value** | |

| | | |
|---|---|---|
| **1.9**   **Parcel No. 010-700-517-01** | **What is the property?** Check all that apply. | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
| Street address, if available, or other description | ☑ Single-family home | |
| | ☐ Duplex or multi-unit building | |
| **5140 Oak Run** | ☐ Condominium or cooperative | **Current value of the entire property?**   **Current value of the portion you own?** |
| | ☐ Manufactured or mobile home | |
| **Farwell, MI 48622** | ☐ Land | |
| City      State      ZIP Code | ☑ Investment property | **$94,100.00**      **$47,050.00** |
| **Clare** | ☐ Timeshare | |
| County | ☑ Other   **Second Home** | Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known. |
| | **Who has an interest in the property?** Check one. | **Fee Simple** |
| | ☐ Debtor 1 only | |
| | ☐ Debtor 2 only | ☐ **Check if this is community property** (see instructions) |
| | ☐ Debtor 1 and Debtor 2 only | |
| | ☑ At least one of the debtors and another | |
| | Other information you wish to add about this item, such as local property identification number: **Lincoln Township** | |
| | Source of Value: **Assessed Value** | |

2.   **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here** ...................................................................................... →   **$606,700.00**

---

**Part 2:**   Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3.   **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
☑ Yes

Debtor **Ard, Jacqueline Elizabeth; Nicola, Terry Frank**          Case number *(if known)* **25-01384-JD**

---

3.1 Make: **Hyundai**

Model: **Elantra**

Year: **2017**

Approximate mileage: **86,948**

Other information:

> **Source of Value: Kelly Blue Book**
> **Needs Radiator and Transmission Work**
> **VIN: 5NPD84LF3HH135859**

**Who has an interest in the property?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $5,736.00 | $5,736.00 |

If you own or have more than one, describe here:

3.2 Make: **Jeep**

Model: **Grand Cherokee**

Year: **2018**

Approximate mileage: **143,187**

Other information:

> **Source of Value: Kelly Blue Book**
> **Needs Transmission Work**
> **VIN: 1C4RJFAG3JC479405**

**Who has an interest in the property?** Check one.
- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $10,904.00 | $10,904.00 |

3.3 Make: **Ram Truck**

Model: **ProMaster**

Year: **2020**

Approximate mileage: **86,910**

Other information:

> **Source of Value: Kelly Blue Book**
> **Needs Transmission Work**
> **Commercial Use**
> **VIN: 3C6TRVBG8LE103289**

**Who has an interest in the property?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $14,950.00 | $7,475.00 |

3.4 Make: **Ram Truck**

Model: **ProMaster**

Year: **2017**

Approximate mileage: **300,619**

Other information:

> **Source of Value: Kelly Blue Book**
> **Lift worth 3,000 Body Damage, Need Airbags**
> **VIN: 3C6TRVBG9HE514790**

**Who has an interest in the property?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $8,191.00 | $4,095.50 |

---

Official Form 106A/B                    **Schedule A/B: Property**                    page **5**

Debtor **Ard, Jacqueline Elizabeth; Nicola, Terry Frank**      Case number *(if known)* **25-01384-JD**

---

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**

    *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

    ☑ No

    ☐ Yes

| 4.1 | | Who has an interest in the property? Check one. | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|
| Make: | _____ | ☐ Debtor 1 only | |
| Model: | _____ | ☐ Debtor 2 only | |
| Year: | _____ | ☐ Debtor 1 and Debtor 2 only<br>☐ At least one of the debtors and another | **Current value of the entire property?**   **Current value of the portion you own?** |
| Other information: | | ☐ **Check if this is community property** (see instructions) | |

5. **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here** ..................................................... ➔

|  |
|---|
| **$28,210.50** |

---

| Part 3: | Describe Your Personal and Household Items |
|---|---|

| Do you own or have any legal or equitable interest in any of the following items? | Current value of the portion you own?<br>Do not deduct secured claims or exemptions. |
|---|---|
| 6. **Household goods and furnishings**<br><br>*Examples:* Major appliances, furniture, linens, china, kitchenware<br><br>☐ No<br>☑ Yes. Describe. ......... **See Attached.** | **$12,765.00** |
| 7. **Electronics**<br><br>*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games<br><br>☐ No<br>☑ Yes. Describe. ......... **See Attached.** | **$2,475.00** |
| 8. **Collectibles of value**<br><br>*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles<br><br>☐ No<br>☑ Yes. Describe. ......... **See Attached.** | **$2,295.00** |
| 9. **Equipment for sports and hobbies**<br><br>*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments<br><br>☐ No<br>☑ Yes. Describe. ......... **See Attached.** | **$640.00** |

Official Form 106A/B                     **Schedule A/B: Property**                     page **6**

Debtor  **Ard, Jacqueline Elizabeth; Nicola, Terry Frank**          Case number *(if known)*  **25-01384-JD**

---

10. **Firearms**

    *Examples:*  Pistols, rifles, shotguns, ammunition, and related equipment

    ☐ No

    ☑ Yes. Describe. .........

    | 1 Pistol | $75.00 |

11. **Clothes**

    *Examples:*  Everyday clothes, furs, leather coats, designer wear, shoes, accessories

    ☐ No

    ☑ Yes. Describe. .........

    | Men and Women Clothing, Shoes, and Coats | $300.00 |

12. **Jewelry**

    *Examples:*  Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

    ☐ No

    ☑ Yes. Describe. .........

    | See Attached. | $60,540.00 |

13. **Non-farm animals**

    *Examples:*  Dogs, cats, birds, horses

    ☐ No

    ☑ Yes. Describe. .........

    | small dog 8 yr old ShihTzu; health problems: heart disease, skin and ear infections, worm disease | $100.00 |

14. **Any other personal and household items you did not already list, including any health aids you did not list**

    ☐ No

    ☑ Yes. Give specific information. .............

    | See Attached. | $2,500.00 |

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ................................................................................................. ➔

    | $81,690.00 |

---

| **Part 4:** | Describe Your Financial Assets |

| **Do you own or have any legal or equitable interest in any of the following?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |

16. **Cash**

    *Examples:*  Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

    ☐ No

    ☑ Yes ............................................................................................................................  Cash: ..................   | $50.00 |

---

Official Form 106A/B                    **Schedule A/B: Property**                    page **7**

Debtor **Ard, Jacqueline Elizabeth; Nicola, Terry Frank**      Case number *(if known)* **25-01384-JD**

---

17. **Deposits of money**

    *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

    ☐ No

    ☑ Yes .....................               Institution name:

    | | | |
    |---|---|---:|
    | 17.1. Checking account: | **Capital One Bank**<br>**Account Number: XXXXXX XXXXXX: 4568** | **$1.00** |
    | 17.2. Checking account: | **Chase Business Account**<br>**Account Number: XXXXXX XXXXXX: 0967** | **$2,838.00** |
    | 17.3. Checking account: | **Huntington National Bank**<br>**Account Number: XXXXXX XXXXXX: 5044** | **$1,801.00** |
    | 17.4. Checking account: | **Wells Fargo Bank**<br>**Account Number: XXXXXX XXXXXX: 7703** | **$1.00** |
    | 17.5. Other financial account: | **CashApp/Venmo**<br>**Account Number: XXXXXX XXXXXX: XXXXXeArd** | **$1.00** |
    | 17.6. Other financial account: | **PayPal**<br>**Account Number: XXXXXX XXXXXX: XXXXXXXX9925** | **$1.00** |

18. **Bonds, mutual funds, or publicly traded stocks**

    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

    ☐ No

    ☑ Yes .....................     Institution or issuer name:

    | | |
    |---|---:|
    | **Fidelity Investments** | **$237.00** |
    | **Fidelity Investments** | **$149.00** |

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

    ☐ No

    ☑ Yes. Give specific information about them...................

    | Name of entity: | % of ownership: | |
    |---|---:|---:|
    | **Beachside Estates, LLC (multi-member LLC, partnership)** | **100.00%** | **unknown** |
    | **Global Management Group LLC (multi-member LLC, partnership)** | **100.00%** | **unknown** |
    | **Helping Hands Worldwide** | **100.00%** | **$0.00** |

---

Official Form 106A/B          **Schedule A/B: Property**          page **8**

Debtor  **Ard, Jacqueline Elizabeth; Nicola, Terry Frank**                    Case number *(if known)* **25-01384-JD**

---

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**

    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

    ☑ No

    ☐ Yes. Give specific
       information about
       them....................        Issuer name:

    _____    _____

    _____    _____

    _____    _____

21. **Retirement or pension accounts**

    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

    ☐ No

    ☑ Yes. List each
       account separately.    Type of account:        Institution name:

    Pension plan:        **Komatsu: Joy Global**              **$1,242.06**

    Pension plan:        **Komatsu: Northern Trust (1)**       **$2,508.87**

    Pension plan:        **Komatsu: Northern Trust (2)**       **$2,356.94**

    Retirement account:  **Social Security**                   **$3,482.00**

22. **Security deposits and prepayments**

    Your share of all unused deposits you have made so that you may continue service or use from a company

    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or
              others

    ☐ No

    ☑ Yes .....................        Institution name or individual:

    Electric:        **Consumers Energy Company**          **unknown**

    Electric:        **DTE Energy**                        **unknown**

    Electric:        **Palmetto Electric**                 **unknown**

    Gas:             **Coyne Oil**                         **unknown**

    Water:           **City of Detroit Water and Sewerage Dept**   **unknown**

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

    ☐ No

    ☑ Yes .....................        Issuer name and description:

    **US Life Insurance Co | Monthly Annuity Payment**        **$104.95**

---

Official Form 106A/B                    **Schedule A/B: Property**                    page **9**

Debtor **Ard, Jacqueline Elizabeth; Nicola, Terry Frank**                Case number *(if known)* **25-01384-JD**

---

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

    ☑ No

    ☐ Yes ....................    Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

    ☐ No

    ☑ Yes. Give specific information about them. ...    **Rights in Parents Residential Home**                **unknown**

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**

    *Examples:*  Internet domain names, websites, proceeds from royalties and licensing agreements

    ☑ No

    ☐ Yes. Give specific information about them. ...

27. **Licenses, franchises, and other general intangibles**

    *Examples:*  Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

    ☑ No

    ☐ Yes. Give specific information about them. ...

| Money or property owed to you? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**

    ☐ No

    ☑ Yes. Give specific information about them, including whether you already filed the returns and the tax years. ....................

    **Anticipated Return 2021, 2022, 2023, 2024**

    **Anticipated return for 2022, 2023, 2024**

    Federal:     **unknown**

    State:

    Local:

29. **Family support**

    *Examples:*  Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

---

Official Form 106A/B                **Schedule A/B: Property**                page **10**

Debtor **Ard, Jacqueline Elizabeth; Nicola, Terry Frank**        Case number *(if known)* **25-01384-JD**

---

☐ No

☑ Yes. Give specific information. ........ | **Return of Exempt funds collected** | Alimony: _____

Maintenance: _____

Support: _____

Divorce settlement: **$17,009.82**

Property settlement: _____

30. **Other amounts someone owes you**

   *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

   ☐ No

   ☑ Yes. Give specific information. ........ | **Unpaid Rent, Living expenses, labor** | **$24,800.00**

31. **Interests in insurance policies**

   *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

   ☐ No

   ☑ Yes. Name the insurance company of each policy and list its value. ...

   Company name: | Beneficiary: | Surrender or refund value:

   **Prudential Life Insurance** | **Polly Nicola** | **unknown**

32. **Any interest in property that is due you from someone who has died**

   If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

   ☑ No

   ☐ Yes. Give specific information. ........

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

   *Examples:* Accidents, employment disputes, insurance claims, or rights to sue

   ☐ No

   ☑ Yes. Describe each claim. ............. | **See Attached.** | **$117,572.89**

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

   ☐ No

   ☑ Yes. Describe each claim. ............. | **See Attached.** | **$80,000.00**

35. **Any financial assets you did not already list**

   ☑ No

   ☐ Yes. Give specific information. ........

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here** .................................................................................................... ➜ | **$254,156.53**

---

Official Form 106A/B         **Schedule A/B: Property**         page **11**

Debtor **Ard, Jacqueline Elizabeth; Nicola, Terry Frank**   Case number *(if known)* **25-01384-JD**

| Part 5: | Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1. |
|---|---|

37. **Do you own or have any legal or equitable interest in any business-related property?**

☐ No. Go to Part 6.
☑ Yes. Go to line 38.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

38. **Accounts receivable or commissions you already earned**

☑ No
☐ Yes. Describe. ........

39. **Office equipment, furnishings, and supplies**

*Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

☐ No
☑ Yes. Describe. ........   | See Attached. |   $200.00

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☐ No
☑ Yes. Describe. ........   | See Attached. |   $5,700.00

41. **Inventory**

☑ No
☐ Yes. Describe. ........

42. **Interests in partnerships or joint ventures**

☑ No
☐ Yes. Describe .......

Name of entity:                          % of ownership:

43. **Customer lists, mailing lists, or other compilations**

☑ No
☐ Yes. **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))**?**

☐ No
☐ Yes. Describe. ........

Debtor  **Ard, Jacqueline Elizabeth; Nicola, Terry Frank**          Case number *(if known)* **25-01384-JD**

---

44.  **Any business-related property you did not already list**

    ☑ No

    ☐ Yes. Give specific
       information .........

45.  **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached
for Part 5. Write that number here** ....................................................................................................... →

|  |
|---|
| **$5,900.00** |

| Part 6: | Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In. |
|---|---|
|  | **If you own or have an interest in farmland, list it in Part 1.** |

46.  **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

    ☑ No. Go to Part 7.

    ☐ Yes. Go to line 47.

> **Current value of the portion you own?**
> Do not deduct secured claims or exemptions.

47.  **Farm animals**

    *Examples:*  Livestock, poultry, farm-raised fish

    ☑ No

    ☐ Yes .........................

48.  **Crops—either growing or harvested**

    ☑ No

    ☐ Yes. Give specific
       information. ............

49.  **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

    ☑ No

    ☐ Yes .........................

50.  **Farm and fishing supplies, chemicals, and feed**

    ☑ No

    ☐ Yes .........................

---

Official Form 106A/B                    **Schedule A/B: Property**                    page **13**

111

Debtor **Ard, Jacqueline Elizabeth; Nicola, Terry Frank**        Case number *(if known)* **25-01384-JD**

---

51.  **Any farm- and commercial fishing-related property you did not already list**

☑ No

☐ Yes. Give specific information. ............

52.  **Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here** ........................................................➔   **$0.00**

---

| Part 7: | Describe All Property You Own or Have an Interest in That You Did Not List Above |
|---|---|

53.  **Do you have other property of any kind you did not already list?**

*Examples:* Season tickets, country club membership

☑ No

☐ Yes. Give specific information. ............

54.  **Add the dollar value of all of your entries from Part 7. Write that number here** ......................................➔   **$0.00**

---

| Part 8: | List the Totals of Each Part of this Form |
|---|---|

55.  **Part 1: Total real estate, line 2** ...............................................................................................➔   **$606,700.00**

56.  **Part 2: Total vehicles, line 5**            **$28,210.50**

57.  **Part 3: Total personal and household items, line 15**            **$81,690.00**

58.  **Part 4: Total financial assets, line 36**            **$254,156.53**

59.  **Part 5: Total business-related property, line 45**            **$5,900.00**

60.  **Part 6: Total farm- and fishing-related property, line 52**            **$0.00**

61.  **Part 7: Total other property not listed, line 54**        **+**   **$0.00**

62.  **Total personal property.** Add lines 56 through 61. ...............   **$369,957.03**    Copy personal property total ➔   **+   $369,957.03**

63.  **Total of all property on Schedule A/B.** Add line 55 + line 62. .......................................................   **$976,657.03**

---

Official Form 106A/B                    **Schedule A/B: Property**                    page **14**

Debtor **Ard, Jacqueline Elizabeth; Nicola, Terry Frank**                    Case number *(if known)* **25-01384-JD**

| Continuation Page | | |
|---|---|---|
| **6.** | **Household goods and furnishings** | |
| | **10 Queen Beds (150.00 each)** | **$750.00** |
| | **10 Washing Machines (300.00 each)** | **$1,500.00** |
| | **12 Stoves (300.00 each)** | **$1,800.00** |
| | **12 Twin Beds (100.00 each)** | **$600.00** |
| | **13 Refrigerators (300.00 each)** | **$1,950.00** |
| | **15 Sofas (400.00 each)** | **$3,000.00** |
| | **32 Queen bedding sets (30.00 each)** | **$480.00** |
| | **51 Twin bedding sets (20.00 each)** | **$510.00** |
| | **7 Dryers (300.00 each)** | **$1,050.00** |
| | **9 Dinette Sets (250.00 each)** | **$1,125.00** |
| | | |
| **7.** | **Electronics** | |
| | **1 Game System** | **$100.00** |
| | **1 Professional Camera** | **$150.00** |
| | **14 Large TVs (150.00 each)** | **$1,050.00** |
| | **2 Computers (125.00 each)** | **$125.00** |
| | **3 Audio Boom Box (50.00 each)** | **$75.00** |
| | **3 Scanners (150.00 each)** | **$75.00** |
| | **4 Cell phones (75.00 each)** | **$150.00** |
| | **4 DVD players (25.00 each)** | **$50.00** |
| | **4 Laptops (100.00 each)** | **$200.00** |
| | **6 Printers (100.00 each)** | **$300.00** |
| | **8 Small TVs (50.00 each)** | **$200.00** |
| | | |
| **8.** | **Collectibles of value** | |
| | **100 Books (10.00 each)** | **$500.00** |
| | **7 Sports Memorabilia (100.00 each)** | **$700.00** |
| | **73 Paintings (30.00 each)** | **$1,095.00** |
| | | |
| **9.** | **Equipment for sports and hobbies** | |
| | **1 Elliptical** | **$150.00** |

Official Form 106A/B                    **Schedule A/B: Property**                    page **15**

113

Debtor __Ard, Jacqueline Elizabeth; Nicola, Terry Frank__        Case number *(if known)* __25-01384-JD__

| | | |
|---|---|---|
| | **Continuation Page** | |
| | **1 Paddle Boat** | **$50.00** |
| | **3 Set of golf clubs (30.00 each)** | **$90.00** |
| | **4 Bicycles (75.00 each)** | **$150.00** |
| | **ADA Exercise Machine** | **$200.00** |
| **12.** | **Jewelry** | |
| | **Bracelet Ladies** | **$1,200.00** |
| | **Bracelet Ladies** | **$1,800.00** |
| | **Bracelet Ladies** | **$1,500.00** |
| | **Earrings Ladies** | **$600.00** |
| | **Earrings Ladies Hoop diamonds** | **$3,500.00** |
| | **Gold Herring Bone Heirloom Necklace** | **$2,500.00** |
| | **Ladies Custom made Wedding Ring** | **$23,740.00** |
| | **Ring Men Wedding Ring** | **$700.00** |
| | **Woman's custom made engagement ring** | **$25,000.00** |
| **14.** | **Any other personal and household items you did not already list, including any health aids you did not list** | |
| | **1 Electric Wheelchair** | **$600.00** |
| | **1 Manual Wheelchair** | **$100.00** |
| | **3 Electric Scooters** | **$1,500.00** |
| | **4 Walkers (50.00 each)** | **$200.00** |
| | **Deep Brain Stimulator Equipment** | **$100.00** |
| **33.** | **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment** | |
| | **Allstate Insurance failure to cover damage 4408** | **$4,000.00** |
| | **Beaufort County Sheriff (violation of the automatic stay)** | **unknown** |
| | **Consumers Energy (violation of the automatic stay)** | **unknown** |
| | **Coyne Oil (Violation of the Automatic stay)** | **unknown** |
| | **DTE Energy (violation of the automatic stay** | **unknown** |
| | **Go Store it property in Storage (violation of the automatic stay)** | **unknown** |
| | **Levi and Amanda Brock unpaid rent and damage** | **$11,223.00** |

Official Form 106A/B                    **Schedule A/B: Property**                    page **16**

Debtor **Ard, Jacqueline Elizabeth; Nicola, Terry Frank**          Case number *(if known)* **25-01384-JD**

### Continuation Page

| | |
|---|---:|
| **Normans Jewelry (violation of the automatic stay)** | **$25,000.00** |
| **Palmetto Electric and Michelle Tyler (violation of the automatic stay)** | **unknown** |
| **Parris Grigsby and Carl Bell Unpaid rent Fraud on the Estate, and Damage** | **$16,809.89** |
| **PODS (violation of the automatic stay)** | **unknown** |
| **Progressive Insurance and Howard Custom Body Shop** | **$15,000.00** |
| **TitleMax (violation of the automatic stay)** | **unknown** |
| **Zeidmans (violation of the automatic stay)** | **$45,540.00** |

**34.** **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

| | |
|---|---:|
| **Claudine and Christopher McKemie and the Spa on Port Royal Sound** | **$25,000.00** |
| **Estate at Westbury (violation of the automatic stay)** | **unknown** |
| **Hilton Head Resort** | **unknown** |
| **Mark Harder and Komatsu** | **unknown** |
| **Phillip Lomax** | **unknown** |
| **Polly Nicola and Taybron Law (violation of the automatic stay)** | **$55,000.00** |
| **The Spa on Port Royal Sound and Referee Mutterer** | **unknown** |
| **Tom and Claudia Crook** | **unknown** |
| **Zold, Vanderveer, Weston, Dukes (violation of the automatic stay)** | **unknown** |

**39.** **Office equipment, furnishings, and supplies**

| | |
|---|---:|
| **1 Computer** | **$100.00** |
| **1 Office Desk set** | **$75.00** |
| **1 Printer** | **$25.00** |

**40.** **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

| | |
|---|---:|
| **3 Grills (100.00 each)** | **$150.00** |
| **3 Patio pits (100.00 each)** | **$150.00** |
| **6 Patio sets (100 each)** | **$600.00** |
| **Tools, Fixtures and Supplies** | **$4,800.00** |

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Jacqueline** | **Elizabeth** | **Ard** |
| | First Name | Middle Name | Last Name |
| Debtor | | | |
| | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: District of __South Carolina__

Case number    **25-01384-JD**
(if known)

❑ Check if this is an amended filing

Official Form 106C

# Schedule C: The Property You Claim as Exempt                    04/25

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

| Part 1: | Identify the Property You Claim as Exempt |
|---|---|

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)

   ❑ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **Parcel No. 22021109.**<br>**15826 Appoline St**<br>**Detroit, MI 48227-4012**<br><br>Line from *Schedule A/B:* __1.1__ | __$2,050.00__ | ❑ _____<br><br>☑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 33-41-720(2)(c)** |

3. **Are you claiming a homestead exemption of more than $214,000?**

   (Subject to adjustment on 4/01/28 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☑ No

   ❑ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

       ❑ No

       ❑ Yes

Official Form 106C                    **Schedule C: The Property You Claim as Exempt**                    page **1** of __18__

| Debtor 1 | Jacqueline | Elizabeth | Ard | | Case number *(if known)* | 25-01384-JD |

---

| Part 2: | Additional Page |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **Parcel No. 18017371.**<br>**8853 Mendota St Detroit, MI 48204-2632**<br><br>Line from *Schedule A/B:* **1.2** | **$15,350.00** | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 33-41-720(2)(c)** |
| Brief description: **Parcel ID 0375-P-00146-0000-00**<br>**513 Main St East Pittsburgh, PA 15112-1118**<br><br>Line from *Schedule A/B:* **1.3** | **$12,300.00** | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 33-41-720(2)(c)** |
| Brief description: **Parcel No. 010-700-516-00**<br>**5154 Oak Run Farwell, MI 48622-9629**<br><br>Line from *Schedule A/B:* **1.4** | **$27,150.00** | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 33-41-720(2)(c)** |
| Brief description: **PIN R600 031 000 0266 1106**<br>**100 Kensington Blvd Unit 1106 Bluffton, SC 29910-7484**<br><br>Line from *Schedule A/B:* **1.5** | **$91,950.00** | ☑ **$33,651.96**<br>☐ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 33-41-720(2)(c)** |
| Brief description: **PIN R510 012 000 025B 4408**<br>**663 William Hilton Pkwy Unit 4408 Hilton Head Island, SC 29928-3537**<br><br>Line from *Schedule A/B:* **1.6** | **$139,200.00** | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit<br><br>☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 33-41-720(2)(c)**<br><br>**S.C. Code Ann. § 15-41-30(A) (1)(a)** |

Official Form 106C        **Schedule C: The Property You Claim as Exempt**        page **2** of **18**

| Debtor 1 | Jacqueline | Elizabeth | Ard | Case number *(if known)* | 25-01384-JD |

---

| Part 2: | Additional Page |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **PIN R510 005 000 008B 3218**<br>**239 Beach City Rd Unit 3218 Hilton Head Island, SC 29926-4718**<br><br>Line from *Schedule A/B:* **1.7** | **$132,450.00** | ☑ **$40,407.08**<br>❑ 100% of fair market value, up to any applicable statutory limit<br>❑ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(1)(a)**<br><br>**S.C. Code Ann. § 33-41-720(2)(c)** |
| Brief description: **PIN R510 012 000 025B 4405**<br>**663 William Hilton Pkwy Unit 4405 Hilton Head Island, SC 29928**<br><br>Line from *Schedule A/B:* **1.8** | **$139,200.00** | ❑ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 33-41-720(2)(c)** |
| Brief description: **Parcel No. 010-700-517-01**<br>**5140 Oak Run Farwell, MI 48622**<br><br>Line from *Schedule A/B:* **1.9** | **$47,050.00** | ❑ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 33-41-720(2)(c)** |
| Brief description: **2017 Hyundai Elantra**<br>**VIN: 5NPD84LF3HH135859**<br>**Needs Radiator and Transmission Work**<br><br>Line from *Schedule A/B:* **3.1** | **$5,736.00** | ❑ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(2)** |
| Brief description: **2020 Ram Truck ProMaster**<br>**VIN: 3C6TRVBG8LE103289**<br>**Needs Transmission Work Commercial Use**<br><br>Line from *Schedule A/B:* **3.3** | **$7,475.00** | ❑ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 33-41-720(2)(c)** |
| Brief description: **2017 Ram Truck ProMaster**<br>**VIN: 3C6TRVBG9HE514790**<br>**Lift worth 3,000 Body Damage, Need Airbags**<br><br>Line from *Schedule A/B:* **3.4** | **$4,095.50** | ❑ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 33-41-720(2)(c)** |

Official Form 106C          Schedule C: The Property You Claim as Exempt          page __3__ of __18__

| Debtor 1 | Jacqueline | Elizabeth | Ard | | Case number *(if known)* | **25-01384-JD** |
|---|---|---|---|---|---|---|

| Part 2: | Additional Page |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **12 Stoves (300.00 each)**<br><br>Line from *Schedule A/B:* **6** | **$1,800.00** | ☑ **$450.00**<br>❑ 100% of fair market value, up to any applicable statutory limit<br><br>❑ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(3)**<br><br>**S.C. Code Ann. § 33-41-720(2)(c)** |
| Brief description: **13 Refrigerators (300.00 each)**<br><br>Line from *Schedule A/B:* **6** | **$1,950.00** | ❑ _____<br>☑ 100% of fair market value, up to any applicable statutory limit<br><br>❑ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 33-41-720(2)(c)**<br><br>**S.C. Code Ann. § 15-41-30(A)(3)** |
| Brief description: **10 Washing Machines (300.00 each)**<br><br>Line from *Schedule A/B:* **6** | **$1,500.00** | ❑ _____<br>☑ 100% of fair market value, up to any applicable statutory limit<br><br>❑ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 33-41-720(2)(c)**<br><br>**S.C. Code Ann. § 15-41-30(A)(3)** |
| Brief description: **7 Dryers (300.00 each)**<br><br>Line from *Schedule A/B:* **6** | **$1,050.00** | ❑ _____<br>☑ 100% of fair market value, up to any applicable statutory limit<br><br>❑ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 33-41-720(2)(c)**<br><br>**S.C. Code Ann. § 15-41-30(A)(3)** |
| Brief description: **15 Sofas (400.00 each)**<br><br>Line from *Schedule A/B:* **6** | **$3,000.00** | ❑ _____<br>☑ 100% of fair market value, up to any applicable statutory limit<br><br>❑ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 33-41-720(2)(c)**<br><br>**S.C. Code Ann. § 15-41-30(A)(3)** |
| Brief description: **9 Dinette Sets (250.00 each)**<br><br>Line from *Schedule A/B:* **6** | **$1,125.00** | ❑ _____<br>☑ 100% of fair market value, up to any applicable statutory limit<br><br>❑ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 33-41-720(2)(c)**<br><br>**S.C. Code Ann. § 15-41-30(A)(3)** |

Official Form 106C      **Schedule C: The Property You Claim as Exempt**      page **4** of **18**

| Debtor 1 | Jacqueline | Elizabeth | Ard | Case number *(if known)* 25-01384-JD |

| Part 2: | Additional Page |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **12 Twin Beds (100.00 each)**<br><br>Line from *Schedule A/B:* **6** | **$600.00** | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit<br><br>☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 33-41-720(2)(c)**<br><br>**S.C. Code Ann. § 15-41-30(A)(3)** |
| Brief description: **10 Queen Beds (150.00 each)**<br><br>Line from *Schedule A/B:* **6** | **$750.00** | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit<br><br>☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 33-41-720(2)(c)**<br><br>**S.C. Code Ann. § 15-41-30(A)(3)** |
| Brief description: **51 Twin bedding sets (20.00 each)**<br><br>Line from *Schedule A/B:* **6** | **$510.00** | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit<br><br>☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 33-41-720(2)(c)**<br><br>**S.C. Code Ann. § 15-41-30(A)(3)** |
| Brief description: **32 Queen bedding sets (30.00 each)**<br><br>Line from *Schedule A/B:* **6** | **$480.00** | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit<br><br>☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 33-41-720(2)(c)**<br><br>**S.C. Code Ann. § 15-41-30(A)(3)** |
| Brief description: **8 Small TVs (50.00 each)**<br><br>Line from *Schedule A/B:* **7** | **$200.00** | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit<br><br>☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 33-41-720(2)(c)**<br><br>**S.C. Code Ann. § 15-41-30(A)(3)** |
| Brief description: **14 Large TVs (150.00 each)**<br><br>Line from *Schedule A/B:* **7** | **$1,050.00** | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit<br><br>☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 33-41-720(2)(c)**<br><br>**S.C. Code Ann. § 15-41-30(A)(3)** |

| Debtor 1 | Jacqueline | Elizabeth | Ard | | Case number *(if known)* | **25-01384-JD** |

---

| Part 2: | Additional Page |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **4 Laptops (100.00 each)**<br><br>Line from *Schedule A/B:* __7__ | $200.00 | ❑ _____<br>☑ 100% of fair market value, up to any applicable statutory limit<br>❑ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 33-41-720(2)(c)**<br><br>**S.C. Code Ann. § 15-41-30(A)(3)** |
| Brief description: **4 DVD players (25.00 each)**<br><br>Line from *Schedule A/B:* __7__ | $50.00 | ❑ _____<br>☑ 100% of fair market value, up to any applicable statutory limit<br>❑ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 33-41-720(2)(c)**<br><br>**S.C. Code Ann. § 15-41-30(A)(3)** |
| Brief description: **1 Game System**<br><br>Line from *Schedule A/B:* __7__ | $100.00 | ❑ _____<br>☑ 100% of fair market value, up to any applicable statutory limit<br>❑ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 33-41-720(2)(c)**<br><br>**S.C. Code Ann. § 15-41-30(A)(3)** |
| Brief description: **1 Professional Camera**<br><br>Line from *Schedule A/B:* __7__ | $150.00 | ❑ _____<br>☑ 100% of fair market value, up to any applicable statutory limit<br>❑ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 33-41-720(2)(c)**<br><br>**S.C. Code Ann. § 15-41-30(A)(3)** |
| Brief description: **6 Printers (100.00 each)**<br><br>Line from *Schedule A/B:* __7__ | $300.00 | ❑ _____<br>☑ 100% of fair market value, up to any applicable statutory limit<br>❑ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 33-41-720(2)(c)**<br><br>**S.C. Code Ann. § 15-41-30(A)(3)** |
| Brief description: **3 Scanners (150.00 each)**<br><br>Line from *Schedule A/B:* __7__ | $75.00 | ❑ _____<br>☑ 100% of fair market value, up to any applicable statutory limit<br>❑ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 33-41-720(2)(c)**<br><br>**S.C. Code Ann. § 15-41-30(A)(3)** |

| Debtor 1 | Jacqueline | Elizabeth | Ard | | Case number *(if known)* | 25-01384-JD |
|---|---|---|---|---|---|---|

| Part 2: | Additional Page |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **2 Computers (125.00 each)**<br><br>Line from *Schedule A/B:* **7** | **$125.00** | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit<br>☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 33-41-720(2)(c)**<br><br>**S.C. Code Ann. § 15-41-30(A)(3)** |
| Brief description: **3 Audio Boom Box (50.00 each)**<br><br>Line from *Schedule A/B:* **7** | **$75.00** | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit<br>☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 33-41-720(2)(c)**<br><br>**S.C. Code Ann. § 15-41-30(A)(3)** |
| Brief description: **4 Cell phones (75.00 each)**<br><br>Line from *Schedule A/B:* **7** | **$150.00** | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit<br>☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 33-41-720(2)(c)**<br><br>**S.C. Code Ann. § 15-41-30(A)(3)** |
| Brief description: **73 Paintings (30.00 each)**<br><br>Line from *Schedule A/B:* **8** | **$1,095.00** | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit<br>☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(3)**<br><br>**S.C. Code Ann. § 33-41-720(2)(c)** |
| Brief description: **100 Books (10.00 each)**<br><br>Line from *Schedule A/B:* **8** | **$500.00** | ☑ **$125.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(3)** |
| Brief description: **7 Sports Memorabilia (100.00 each)**<br><br>Line from *Schedule A/B:* **8** | **$700.00** | ☑ **$350.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(3)** |
| Brief description: **4 Bicycles (75.00 each)**<br><br>Line from *Schedule A/B:* **9** | **$150.00** | ☑ **$37.50**<br>☐ 100% of fair market value, up to any applicable statutory limit<br>☑ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(3)**<br><br>**S.C. Code Ann. § 15-41-30(A)(10)** |

Official Form 106C | Schedule C: The Property You Claim as Exempt | page **7** of **18**

| Debtor 1 | **Jacqueline** | **Elizabeth** | **Ard** | Case number *(if known)* | **25-01384-JD** |

| Part 2: | Additional Page |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **3 Set of golf clubs (30.00 each)**<br>Line from *Schedule A/B:* **9** | **$90.00** | ☑ **$45.00**<br>☐ 100% of fair market value, up to any applicable statutory limit<br>☑ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(3)**<br><br>**S.C. Code Ann. § 15-41-30(A)(10)** |
| Brief description: **1 Paddle Boat**<br>Line from *Schedule A/B:* **9** | **$50.00** | ☑ **$12.50**<br>☐ 100% of fair market value, up to any applicable statutory limit<br>☑ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(3)**<br><br>**S.C. Code Ann. § 15-41-30(A)(10)** |
| Brief description: **1 Pistol**<br>Line from *Schedule A/B:* **10** | **$75.00** | ☑ **$75.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(15)** |
| Brief description: **Men and Women Clothing, Shoes, and Coats**<br>Line from *Schedule A/B:* **11** | **$300.00** | ☑ **$150.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(3)** |
| Brief description: **Earrings Ladies Hoop diamonds**<br>Line from *Schedule A/B:* **12** | **$3,500.00** | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit<br>☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(4)**<br><br>**S.C. Code Ann. § 15-41-30(A)(7)** |
| Brief description: **Ring Men Wedding Ring**<br>Line from *Schedule A/B:* **12** | **$700.00** | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit<br>☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(4)**<br><br>**S.C. Code Ann. § 15-41-30(A)(7)** |
| Brief description: **Earrings Ladies**<br>Line from *Schedule A/B:* **12** | **$600.00** | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit<br>☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(4)**<br><br>**S.C. Code Ann. § 15-41-30(A)(7)** |

| Debtor 1 | Jacqueline | Elizabeth | Ard | Case number *(if known)* | **25-01384-JD** |

---

**Part 2:    Additional Page**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **Bracelet Ladies**<br><br>Line from *Schedule A/B:* **12** | **$1,200.00** | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit<br><br>☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(4)**<br><br>**S.C. Code Ann. § 15-41-30(A)(7)** |
| Brief description: **Bracelet Ladies**<br><br>Line from *Schedule A/B:* **12** | **$1,800.00** | ☑ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit<br><br>☑ **$1,246.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(4)**<br><br>**S.C. Code Ann. § 15-41-30(A)(7)** |
| Brief description: **Bracelet Ladies**<br><br>Line from *Schedule A/B:* **12** | **$1,500.00** | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit<br><br>☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(4)**<br><br>**S.C. Code Ann. § 15-41-30(A)(7)** |
| Brief description: **Gold Herring Bone Heirloom Necklace**<br><br>Line from *Schedule A/B:* **12** | **$2,500.00** | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit<br><br>☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(4)**<br><br>**S.C. Code Ann. § 15-41-30(A)(7)** |
| Brief description: **Ladies Custom made Wedding Ring**<br><br>Line from *Schedule A/B:* **12** | **$23,740.00** | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit<br><br>☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit<br><br>☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(4)**<br><br>**S.C. Code Ann. § 15-41-30(A)(7)**<br><br>**11 U.S.C. § 522(b)(3)(C)** |

| Debtor 1 | Jacqueline | Elizabeth | Ard | Case number *(if known)* | 25-01384-JD |
|---|---|---|---|---|---|

| **Part 2:** | Additional Page |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **Woman's custom made engagement ring**<br><br>Line from *Schedule A/B:* **12** | **$25,000.00** | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit<br><br>☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit<br><br>☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(4)**<br><br><br>**S.C. Code Ann. § 15-41-30(A)(7)**<br><br><br>**11 U.S.C. § 522(b)(3)(C)** |
| Brief description: **small dog 8 yr old ShihTzu; health problems: heart disease, skin and ear infections, worm disease**<br><br>Line from *Schedule A/B:* **13** | **$100.00** | ☑ **$50.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(3)** |
| Brief description: **Cash on Hand**<br><br>Line from *Schedule A/B:* **16** | **$50.00** | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit<br><br>☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit<br><br>☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(5)**<br><br><br>**S.C. Code Ann. § 33-41-720(2)(c)**<br><br><br>**S.C. Code Ann. § 15-39-410** |
| Brief description: **Huntington National Bank**<br>**Checking account**<br>**Acct. No.: 5044**<br><br>Line from *Schedule A/B:* **17** | **$1,801.00** | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit<br><br>☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 9-1-1680**<br><br><br>**S.C. Code Ann. § 33-41-720(2)(c)** |
| Brief description: **Chase Business Account**<br>**Checking account**<br>**Acct. No.: 0967**<br><br>Line from *Schedule A/B:* **17** | **$2,838.00** | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit<br><br>☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 9-1-1680**<br><br><br>**S.C. Code Ann. § 33-41-720(2)(c)** |

| Debtor 1 | **Jacqueline** | **Elizabeth** | **Ard** | | Case number *(if known)* **25-01384-JD** |
|---|---|---|---|---|---|

| **Part 2:** | Additional Page |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own  Copy the value from *Schedule A/B* | Amount of the exemption you claim  *Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **Wells Fargo Bank**  **Checking account**  **Acct. No.: 7703**  Line from *Schedule A/B:* **17** | **$1.00** | ❏ _____  ☑ 100% of fair market value, up to any applicable statutory limit  ❏ _____  ☑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 9-1-1680**  **S.C. Code Ann. § 33-41-720(2)(c)** |
| Brief description: **Capital One Bank**  **Checking account**  **Acct. No.: 4568**  Line from *Schedule A/B:* **17** | **$1.00** | ❏ _____  ☑ 100% of fair market value, up to any applicable statutory limit  ❏ _____  ☑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 9-1-1680**  **S.C. Code Ann. § 33-41-720(2)(c)** |
| Brief description: **CashApp/Venmo**  **Other financial account**  **Acct. No.: XXXXXeArd**  Line from *Schedule A/B:* **17** | **$1.00** | ❏ _____  ☑ 100% of fair market value, up to any applicable statutory limit  ❏ _____  ☑ 100% of fair market value, up to any applicable statutory limit  ❏ _____  ☑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 9-1-1680**  **S.C. Code Ann. § 33-41-720(2)(c)**  **S.C. Code Ann. § 15-39-410** |
| Brief description: **PayPal**  **Other financial account**  **Acct. No.: XXXXXXXX9925**  Line from *Schedule A/B:* **17** | **$1.00** | ❏ _____  ☑ 100% of fair market value, up to any applicable statutory limit  ❏ _____  ☑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 9-1-1680**  **S.C. Code Ann. § 33-41-720(2)(c)** |
| Brief description: **Fidelity Investments**  Line from *Schedule A/B:* **18** | **$237.00** | ❏ _____  ☑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(13)** |
| Brief description: **Helping Hands Worldwide**  Line from *Schedule A/B:* **19** | **$0.00** | ❏ _____  ☑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 33-41-720(2)(c)** |

126

| Debtor 1 | **Jacqueline** | **Elizabeth** | **Ard** | | Case number *(if known)* **25-01384-JD** |
|---|---|---|---|---|---|

---

| Part 2: | Additional Page |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **Global Management Group LLC (multi-member LLC, partnership)**<br><br>Line from *Schedule A/B:* **19** | **unknown** | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 33-41-720(2)(c)** |
| Brief description: **Beachside Estates, LLC (multi-member LLC, partnership)**<br><br>Line from *Schedule A/B:* **19** | **unknown** | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 33-41-720(2)(c)** |
| Brief description: **Komatsu: Northern Trust (1)**<br><br>Line from *Schedule A/B:* **21** | **$2,508.87** | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit<br><br>☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit<br><br>☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(14)**<br><br>**11 U.S.C. § 522(b)(3)(C)**<br><br>**29 U.S.C. § 1056(d)** |
| Brief description: **Komatsu: Northern Trust (2)**<br><br>Line from *Schedule A/B:* **21** | **$2,356.94** | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit<br><br>☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit<br><br>☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(14)**<br><br>**11 U.S.C. § 522(b)(3)(C)**<br><br>**29 U.S.C. § 1056(d)** |
| Brief description: **Komatsu: Joy Global**<br><br>Line from *Schedule A/B:* **21** | **$1,242.06** | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit<br><br>☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit<br><br>☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(14)**<br><br>**11 U.S.C. § 522(b)(3)(C)**<br><br>**29 U.S.C. § 1056(d)** |

Debtor 1 **Jacqueline    Elizabeth    Ard**                    Case number *(if known)* **25-01384-JD**

| Part 2: | Additional Page |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **Social Security**<br><br>Line from *Schedule A/B:* **21** | **$3,482.00** | ☑ **$1,741.00**<br>☐ 100% of fair market value, up to any applicable statutory limit<br>☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit<br>☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(14)**<br><br>**11 U.S.C. § 522(b)(3)(C)**<br><br>**29 U.S.C. § 1056(d)** |
| Brief description: **Palmetto Electric**<br>**Electric**<br><br>Line from *Schedule A/B:* **22** | **unknown** | ☑ **unknown**<br>☐ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(3)** |
| Brief description: **DTE Energy**<br>**Electric**<br><br>Line from *Schedule A/B:* **22** | **unknown** | ☑ **unknown**<br>☐ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(3)** |
| Brief description: **Coyne Oil**<br>**Gas**<br><br>Line from *Schedule A/B:* **22** | **unknown** | ☑ **unknown**<br>☐ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(3)** |
| Brief description: **City of Detroit Water and Sewerage Dept**<br>**Water**<br><br>Line from *Schedule A/B:* **22** | **unknown** | ☑ **unknown**<br>☐ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(3)** |
| Brief description: **Consumers Energy Company**<br>**Electric**<br><br>Line from *Schedule A/B:* **22** | **unknown** | ☑ **unknown**<br>☐ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(3)** |
| Brief description: **US Life Insurance Co**<br><br>Line from *Schedule A/B:* **23** | **$104.95** | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit<br>☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 38-63-40(B)**<br><br>**29 U.S.C. § 1056(d)** |

Official Form 106C                    **Schedule C: The Property You Claim as Exempt**                    page __13__ of __18__

| Debtor 1 | Jacqueline | Elizabeth | Ard | Case number *(if known)* | **25-01384-JD** |

| Part 2: | Additional Page |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **Anticipated Return 2021, 2022, 2023, 2024**<br>**Federal tax**<br>Line from *Schedule A/B:* **28** | **unknown** | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 33-41-720(2)(c)** |
| Brief description: **Return of Exempt funds collected**<br>**Divorce settlement**<br>Line from *Schedule A/B:* **29** | **$17,009.82** | ☑ **$8,504.91**<br>☐ 100% of fair market value, up to any applicable statutory limit<br>☑ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(14)**<br><br>**S.C. Code Ann. § 15-41-30(A)(3)** |
| Brief description: **Levi and Amanda Brock unpaid rent and damage**<br>Line from *Schedule A/B:* **33** | **$11,223.00** | ☑ **$11,223.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 33-41-720(2)(c)** |
| Brief description: **Parris Grigsby and Carl Bell Unpaid rent Fraud on the Estate, and Damage**<br>Line from *Schedule A/B:* **33** | **$16,809.89** | ☑ **$16,809.89**<br>☐ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 33-41-720(2)(c)** |
| Brief description: **Allstate Insurance failure to cover damage 4408**<br>Line from *Schedule A/B:* **33** | **$4,000.00** | ☑ **$2,000.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 33-41-720(2)(c)** |
| Brief description: **Beaufort County Sheriff (violation of the automatic stay)**<br>Line from *Schedule A/B:* **33** | **unknown** | ☑ **unknown**<br>☐ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 33-41-720(2)(c)** |
| Brief description: **Coyne Oil (Violation of the Automatic stay)**<br>Line from *Schedule A/B:* **33** | **unknown** | ☑ **unknown**<br>☐ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 33-41-720(2)(c)** |

| Debtor 1 | **Jacqueline** | **Elizabeth** | **Ard** | | Case number *(if known)* | **25-01384-JD** |

---

**Part 2:**   Additional Page

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **Consumers Energy (violation of the automatic stay)**<br>Line from *Schedule A/B:* **33** | **unknown** | ☑ **unknown**<br>☐ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 33-41-720(2)(c)** |
| Brief description: **DTE Energy (violation of the automatic stay**<br>Line from *Schedule A/B:* **33** | **unknown** | ☑ **unknown**<br>☐ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 33-41-720(2)(c)** |
| Brief description: **Palmetto Electric and Michelle Tyler (violation of the automatic stay)**<br>Line from *Schedule A/B:* **33** | **unknown** | ☑ **unknown**<br>☐ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 33-41-720(2)(c)** |
| Brief description: **PODS (violation of the automatic stay)**<br>Line from *Schedule A/B:* **33** | **unknown** | ☑ **unknown**<br>☐ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 33-41-720(2)(c)** |
| Brief description: **TitleMax (violation of the automatic stay)**<br>Line from *Schedule A/B:* **33** | **unknown** | ☑ **unknown**<br>☐ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 33-41-720(2)(c)** |
| Brief description: **Zeidmans (violation of the automatic stay)**<br>Line from *Schedule A/B:* **33** | **$45,540.00** | ☑ **$45,540.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 33-41-720(2)(c)** |
| Brief description: **Go Store it property in Storage (violation of the automatic stay)**<br>Line from *Schedule A/B:* **33** | **unknown** | ☑ **unknown**<br>☐ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 33-41-720(2)(c)** |
| Brief description: **Normans Jewelry (violation of the automatic stay)**<br>Line from *Schedule A/B:* **33** | **$25,000.00** | ☑ **$25,000.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 33-41-720(2)(c)** |

Official Form 106C          **Schedule C: The Property You Claim as Exempt**          page __15__ of __18__

| Debtor 1 | **Jacqueline** | **Elizabeth** | **Ard** | Case number *(if known)* **25-01384-JD** |

---

| Part 2: | Additional Page |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **Progressive Insurance and Howard Custom Body Shop**<br><br>Line from *Schedule A/B:* **33** | **$15,000.00** | ☑ **$15,000.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 33-41-720(2)(c)** |
| Brief description: **Tom and Claudia Crook**<br><br>Line from *Schedule A/B:* **34** | **unknown** | ☑ **unknown**<br>☐ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 33-41-720(2)(c)** |
| Brief description: **Phillip Lomax**<br><br>Line from *Schedule A/B:* **34** | **unknown** | ☑ **unknown**<br>☐ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 33-41-720(2)(c)** |
| Brief description: **Hilton Head Resort**<br><br>Line from *Schedule A/B:* **34** | **unknown** | ☑ **unknown**<br>☐ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 33-41-720(2)(c)** |
| Brief description: **The Spa on Port Royal Sound and Referee Mutterer**<br><br>Line from *Schedule A/B:* **34** | **unknown** | ☑ **unknown**<br>☐ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 33-41-720(2)(c)** |
| Brief description: **Claudine and Christopher McKemie and the Spa on Port Royal Sound**<br><br>Line from *Schedule A/B:* **34** | **$25,000.00** | ☑ **$25,000.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 33-41-720(2)(c)** |
| Brief description: **Estate at Westbury (violation of the automatic stay)**<br><br>Line from *Schedule A/B:* **34** | **unknown** | ☑ **unknown**<br>☐ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 33-41-720(2)(c)** |
| Brief description: **Zold, Vanderveer, Weston, Dukes (violation of the automatic stay)**<br><br>Line from *Schedule A/B:* **34** | **unknown** | ☑ **unknown**<br>☐ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 33-41-720(2)(c)** |

| Debtor 1 | Jacqueline | Elizabeth | Ard | | Case number *(if known)* | 25-01384-JD |
|---|---|---|---|---|---|---|

---

| Part 2: | Additional Page |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **Polly Nicola and Taybron Law (violation of the automatic stay)**<br><br>Line from *Schedule A/B:* **34** | **$55,000.00** | ☑ **$27,500.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 33-41-720(2)(c)** |
| Brief description: **Mark Harder and Komatsu**<br><br>Line from *Schedule A/B:* **34** | **unknown** | ☑ **unknown**<br>☐ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 33-41-720(2)(c)** |
| Brief description: **1 Computer**<br><br>Line from *Schedule A/B:* **39** | **$100.00** | ☑ **$25.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 33-41-720(2)(c)** |
| Brief description: **1 Printer**<br><br>Line from *Schedule A/B:* **39** | **$25.00** | ☑ **$6.25**<br>☐ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 33-41-720(2)(c)** |
| Brief description: **1 Office Desk set**<br><br>Line from *Schedule A/B:* **39** | **$75.00** | ☑ **$18.75**<br>☐ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 33-41-720(2)(c)** |
| Brief description: **3 Grills (100.00 each)**<br><br>Line from *Schedule A/B:* **40.1** | **$150.00** | ☑ **$37.50**<br>☐ 100% of fair market value, up to any applicable statutory limit<br>☑ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(6)**<br><br>**S.C. Code Ann. § 33-41-720(2)(c)** |
| Brief description: **6 Patio sets (100 each)**<br><br>Line from *Schedule A/B:* **40.2** | **$600.00** | ☑ **$300.00**<br>☐ 100% of fair market value, up to any applicable statutory limit<br>☑ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(6)**<br><br>**S.C. Code Ann. § 33-41-720(2)(c)** |
| Brief description: **3 Patio pits (100.00 each)**<br><br>Line from *Schedule A/B:* **40.3** | **$150.00** | ☑ **$37.50**<br>☐ 100% of fair market value, up to any applicable statutory limit<br>☑ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(6)**<br><br>**S.C. Code Ann. § 33-41-720(2)(c)** |

Official Form 106C    **Schedule C: The Property You Claim as Exempt**    page **17** of **18**

| Debtor 1 | Jacqueline | Elizabeth | Ard | | Case number *(if known)* **25-01384-JD** |
|---|---|---|---|---|---|

## Part 2: Additional Page

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **Tools, Fixtures and Supplies**<br><br>Line from *Schedule A/B:* **40.4** | **$4,800.00** | ☑ **$1,825.00**<br>❑ 100% of fair market value, up to any applicable statutory limit<br><br>☑ **$575.00**<br>❑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(6)**<br><br>**S.C. Code Ann. § 33-41-720(2)(c)** |

Official Form 106C        **Schedule C: The Property You Claim as Exempt**        page **18** of **18**

133

Fill in this information to identify your case:

Debtor _____
First Name          Middle Name          Last Name

Debtor 2          **Terry**          **Frank**          **Nicola**
(Spouse, if filing)   First Name          Middle Name          Last Name

United States Bankruptcy Court for the: District of    **South Carolina**

Case number    **25-01384-JD**
(if known)

❑ Check if this is an
amended filing

Official Form 106C

# Schedule C: The Property You Claim as Exempt

04/25

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

| Part 1: | Identify the Property You Claim as Exempt |
|---|---|

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
   ❑ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own. Copy the value from *Schedule A/B* | Amount of the exemption you claim. *Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **PIN R510 012 000 025B 4408**  **663 William Hilton Pkwy Unit 4408 Hilton Head Island, SC 29928-3537**  Line from *Schedule A/B:* **1.6** | **$139,200.00** | ❑ _____  ☑ 100% of fair market value, up to any applicable statutory limit  ❑ _____  ☑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 33-41-720(2)(c)**  **S.C. Code Ann. § 15-41-30(A) (1)(a)** |

3. **Are you claiming a homestead exemption of more than $214,000?**

   (Subject to adjustment on 4/01/28 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☑ No
   ❑ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
      ❑ No
      ❑ Yes

134

| Debtor 2 | **Terry** | **Frank** | **Nicola** | Case number *(if known)* **25-01384-JD** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| Part 2: | Additional Page |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **PIN R510 012 000 025B 4405**<br>**663 William Hilton Pkwy Unit 4405 Hilton Head Island, SC 29928**<br>Line from *Schedule A/B:* **1.8** | **$139,200.00** | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 33-41-720(2)(c)** |
| Brief description: **Parcel No. 010-700-517-01**<br>**5140 Oak Run Farwell, MI 48622**<br>Line from *Schedule A/B:* **1.9** | **$47,050.00** | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 33-41-720(2)(c)** |
| Brief description: **2018 Jeep Grand Cherokee**<br>**VIN: 1C4RJFAG3JC479405**<br>**Needs Transmission Work**<br>Line from *Schedule A/B:* **3.2** | **$10,904.00** | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(2)** |
| Brief description: **12 Stoves (300.00 each)**<br>Line from *Schedule A/B:* **6** | **$1,800.00** | ☑ **$450.00**<br>☐ 100% of fair market value, up to any applicable statutory limit<br><br>☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(3)**<br><br>**S.C. Code Ann. § 33-41-720(2)(c)** |
| Brief description: **13 Refrigerators (300.00 each)**<br>Line from *Schedule A/B:* **6** | **$1,950.00** | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit<br><br>☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 33-41-720(2)(c)**<br><br>**S.C. Code Ann. § 15-41-30(A)(3)** |

Official Form 106C      **Schedule C: The Property You Claim as Exempt**      page **2** of **13**

| Debtor 2 | Terry | Frank | Nicola | | Case number *(if known)* | **25-01384-JD** |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

| Part 2: | Additional Page |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **10 Washing Machines (300.00 each)**<br><br>Line from *Schedule A/B:* **6** | **$1,500.00** | ❑ _____<br>☑ 100% of fair market value, up to any applicable statutory limit<br><br>❑ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 33-41-720(2)(c)**<br><br>**S.C. Code Ann. § 15-41-30(A)(3)** |
| Brief description: **7 Dryers (300.00 each)**<br><br>Line from *Schedule A/B:* **6** | **$1,050.00** | ❑ _____<br>☑ 100% of fair market value, up to any applicable statutory limit<br><br>❑ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 33-41-720(2)(c)**<br><br>**S.C. Code Ann. § 15-41-30(A)(3)** |
| Brief description: **15 Sofas (400.00 each)**<br><br>Line from *Schedule A/B:* **6** | **$3,000.00** | ❑ _____<br>☑ 100% of fair market value, up to any applicable statutory limit<br><br>❑ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 33-41-720(2)(c)**<br><br>**S.C. Code Ann. § 15-41-30(A)(3)** |
| Brief description: **9 Dinette Sets (250.00 each)**<br><br>Line from *Schedule A/B:* **6** | **$1,125.00** | ❑ _____<br>☑ 100% of fair market value, up to any applicable statutory limit<br><br>❑ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 33-41-720(2)(c)**<br><br>**S.C. Code Ann. § 15-41-30(A)(3)** |
| Brief description: **12 Twin Beds (100.00 each)**<br><br>Line from *Schedule A/B:* **6** | **$600.00** | ❑ _____<br>☑ 100% of fair market value, up to any applicable statutory limit<br><br>❑ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 33-41-720(2)(c)**<br><br>**S.C. Code Ann. § 15-41-30(A)(3)** |
| Brief description: **10 Queen Beds (150.00 each)**<br><br>Line from *Schedule A/B:* **6** | **$750.00** | ❑ _____<br>☑ 100% of fair market value, up to any applicable statutory limit<br><br>❑ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 33-41-720(2)(c)**<br><br>**S.C. Code Ann. § 15-41-30(A)(3)** |

| Debtor 2 | **Terry** | **Frank** | **Nicola** | Case number *(if known)* **25-01384-JD** |
| | First Name | Middle Name | Last Name | |

---

| Part 2: | Additional Page |
| --- | --- |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
| --- | --- | --- | --- |
| Brief description: **51 Twin bedding sets (20.00 each)**<br><br>Line from *Schedule A/B:* __6__ | **$510.00** | ❏ _____<br>☑ 100% of fair market value, up to any applicable statutory limit<br><br>❏ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 33-41-720(2)(c)**<br><br>**S.C. Code Ann. § 15-41-30(A)(3)** |
| Brief description: **32 Queen bedding sets (30.00 each)**<br><br>Line from *Schedule A/B:* __6__ | **$480.00** | ❏ _____<br>☑ 100% of fair market value, up to any applicable statutory limit<br><br>❏ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 33-41-720(2)(c)**<br><br>**S.C. Code Ann. § 15-41-30(A)(3)** |
| Brief description: **8 Small TVs (50.00 each)**<br><br>Line from *Schedule A/B:* __7__ | **$200.00** | ❏ _____<br>☑ 100% of fair market value, up to any applicable statutory limit<br><br>❏ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 33-41-720(2)(c)**<br><br>**S.C. Code Ann. § 15-41-30(A)(3)** |
| Brief description: **14 Large TVs (150.00 each)**<br><br>Line from *Schedule A/B:* __7__ | **$1,050.00** | ❏ _____<br>☑ 100% of fair market value, up to any applicable statutory limit<br><br>❏ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 33-41-720(2)(c)**<br><br>**S.C. Code Ann. § 15-41-30(A)(3)** |
| Brief description: **4 Laptops (100.00 each)**<br><br>Line from *Schedule A/B:* __7__ | **$200.00** | ❏ _____<br>☑ 100% of fair market value, up to any applicable statutory limit<br><br>❏ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 33-41-720(2)(c)**<br><br>**S.C. Code Ann. § 15-41-30(A)(3)** |
| Brief description: **4 DVD players (25.00 each)**<br><br>Line from *Schedule A/B:* __7__ | **$50.00** | ❏ _____<br>☑ 100% of fair market value, up to any applicable statutory limit<br><br>❏ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 33-41-720(2)(c)**<br><br>**S.C. Code Ann. § 15-41-30(A)(3)** |

| Debtor 2 | **Terry** | **Frank** | **Nicola** | Case number *(if known)* **25-01384-JD** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| Part 2: | Additional Page |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **1 Game System**<br>Line from *Schedule A/B:* **7** | **$100.00** | ❑ _____<br>☑ 100% of fair market value, up to any applicable statutory limit<br>❑ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 33-41-720(2)(c)**<br><br>**S.C. Code Ann. § 15-41-30(A)(3)** |
| Brief description: **2 Computers (125.00 each)**<br>Line from *Schedule A/B:* **7** | **$125.00** | ❑ _____<br>☑ 100% of fair market value, up to any applicable statutory limit<br>❑ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 33-41-720(2)(c)**<br><br>**S.C. Code Ann. § 15-41-30(A)(3)** |
| Brief description: **4 Cell phones (75.00 each)**<br>Line from *Schedule A/B:* **7** | **$150.00** | ❑ _____<br>☑ 100% of fair market value, up to any applicable statutory limit<br>❑ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 33-41-720(2)(c)**<br><br>**S.C. Code Ann. § 15-41-30(A)(3)** |
| Brief description: **73 Paintings (30.00 each)**<br>Line from *Schedule A/B:* **8** | **$1,095.00** | ❑ _____<br>☑ 100% of fair market value, up to any applicable statutory limit<br>❑ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(3)**<br><br>**S.C. Code Ann. § 33-41-720(2)(c)** |
| Brief description: **100 Books (10.00 each)**<br>Line from *Schedule A/B:* **8** | **$500.00** | ☑ **$125.00**<br>❑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(3)** |
| Brief description: **7 Sports Memorabilia (100.00 each)**<br>Line from *Schedule A/B:* **8** | **$700.00** | ☑ **$350.00**<br>❑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(3)** |
| Brief description: **ADA Exercise Machine**<br>Line from *Schedule A/B:* **9** | **$200.00** | ☑ **$200.00**<br>❑ 100% of fair market value, up to any applicable statutory limit<br>☑ **$0.00**<br>❑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(10)**<br><br>**S.C. Code Ann. § 15-41-30(A)(3)** |

| Debtor 2 | **Terry** | **Frank** | **Nicola** | | Case number *(if known)* | **25-01384-JD** |
| --- | --- | --- | --- | --- | --- | --- |
| | First Name | Middle Name | Last Name | | | |

| Part 2: | Additional Page |
| --- | --- |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
| --- | --- | --- | --- |
| Brief description: **1 Elliptical**<br>Line from *Schedule A/B:* __9__ | $150.00 | ☑ $150.00<br>❑ 100% of fair market value, up to any applicable statutory limit<br><br>☑ $0.00<br>❑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(3)**<br><br><br>**S.C. Code Ann. § 15-41-30(A)(10)** |
| Brief description: **4 Bicycles (75.00 each)**<br>Line from *Schedule A/B:* __9__ | $150.00 | ☑ $37.50<br>❑ 100% of fair market value, up to any applicable statutory limit<br><br>☑ $0.00<br>❑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(3)**<br><br><br>**S.C. Code Ann. § 15-41-30(A)(10)** |
| Brief description: **3 Set of golf clubs (30.00 each)**<br>Line from *Schedule A/B:* __9__ | $90.00 | ☑ $45.00<br>❑ 100% of fair market value, up to any applicable statutory limit<br><br>☑ $0.00<br>❑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(3)**<br><br><br>**S.C. Code Ann. § 15-41-30(A)(10)** |
| Brief description: **1 Paddle Boat**<br>Line from *Schedule A/B:* __9__ | $50.00 | ☑ $12.50<br>❑ 100% of fair market value, up to any applicable statutory limit<br><br>☑ $0.00<br>❑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(3)**<br><br><br>**S.C. Code Ann. § 15-41-30(A)(10)** |
| Brief description: **Men and Women Clothing, Shoes, and Coats**<br>Line from *Schedule A/B:* __11__ | $300.00 | ☑ $150.00<br>❑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(3)** |
| Brief description: **Ring Men Wedding Ring**<br>Line from *Schedule A/B:* __12__ | $700.00 | ❑ _____<br>☑ 100% of fair market value, up to any applicable statutory limit<br><br>❑ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(4)**<br><br><br>**S.C. Code Ann. § 15-41-30(A)(7)** |

139

Debtor 2    **Terry          Frank          Nicola**                    Case number *(if known)* **25-01384-JD**
         First Name    Middle Name    Last Name

| Part 2: | Additional Page |
| --- | --- |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
| --- | --- | --- | --- |
| Brief description: **Woman's custom made engagement ring**<br><br>Line from *Schedule A/B:* **12** | **$25,000.00** | ❏ _____<br>☑ 100% of fair market value, up to any applicable statutory limit<br><br>❏ _____<br>☑ 100% of fair market value, up to any applicable statutory limit<br><br>❏ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(4)**<br><br>**S.C. Code Ann. § 15-41-30(A)(7)**<br><br>**11 U.S.C. § 522(b)(3)(C)** |
| Brief description: **small dog 8 yr old ShihTzu; health problems: heart disease, skin and ear infections, worm disease**<br><br>Line from *Schedule A/B:* **13** | **$100.00** | ☑ **$50.00**<br>❏ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(3)** |
| Brief description: **3 Electric Scooters**<br><br>Line from *Schedule A/B:* **14** | **$1,500.00** | ☑ **$1,500.00**<br>❏ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(10)** |
| Brief description: **1 Electric Wheelchair**<br><br>Line from *Schedule A/B:* **14** | **$600.00** | ☑ **$600.00**<br>❏ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(10)** |
| Brief description: **4 Walkers (50.00 each)**<br><br>Line from *Schedule A/B:* **14** | **$200.00** | ☑ **$200.00**<br>❏ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(10)** |
| Brief description: **Deep Brain Stimulator Equipment**<br><br>Line from *Schedule A/B:* **14** | **$100.00** | ☑ **$100.00**<br>❏ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(10)** |
| Brief description: **1 Manual Wheelchair**<br><br>Line from *Schedule A/B:* **14** | **$100.00** | ☑ **$100.00**<br>❏ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(10)** |

Official Form 106C        **Schedule C: The Property You Claim as Exempt**        page **7** of **13**

| Debtor 2 | Terry | Frank | Nicola | | Case number *(if known)* | 25-01384-JD |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

| Part 2: | Additional Page |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **Cash on Hand**<br><br>Line from *Schedule A/B:* **16** | $50.00 | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit<br><br>☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit<br><br>☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(5)**<br><br>**S.C. Code Ann. § 33-41-720(2)(c)**<br><br>**S.C. Code Ann. § 15-39-410** |
| Brief description: **Huntington National Bank**<br>**Checking account**<br>**Acct. No.: 5044**<br><br>Line from *Schedule A/B:* **17** | $1,801.00 | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit<br><br>☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 9-1-1680**<br><br>**S.C. Code Ann. § 33-41-720(2)(c)** |
| Brief description: **Chase Business Account**<br>**Checking account**<br>**Acct. No.: 0967**<br><br>Line from *Schedule A/B:* **17** | $2,838.00 | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit<br><br>☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 9-1-1680**<br><br>**S.C. Code Ann. § 33-41-720(2)(c)** |
| Brief description: **Wells Fargo Bank**<br>**Checking account**<br>**Acct. No.: 7703**<br><br>Line from *Schedule A/B:* **17** | $1.00 | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit<br><br>☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 9-1-1680**<br><br>**S.C. Code Ann. § 33-41-720(2)(c)** |
| Brief description: **Fidelity Investments**<br><br>Line from *Schedule A/B:* **18** | $149.00 | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(13)** |
| Brief description: **Helping Hands Worldwide**<br><br>Line from *Schedule A/B:* **19** | $0.00 | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 33-41-720(2)(c)** |

| Debtor 2 | **Terry** | **Frank** | **Nicola** | Case number *(if known)* | **25-01384-JD** |
| | First Name | Middle Name | Last Name | | |

| Part 2: | Additional Page |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own  Copy the value from *Schedule A/B* | Amount of the exemption you claim  *Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **Global Management Group LLC (multi-member LLC, partnership)**  Line from *Schedule A/B:* **19** | **unknown** | ❑ _____  ☑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 33-41-720(2)(c)** |
| Brief description: **Beachside Estates, LLC (multi-member LLC, partnership)**  Line from *Schedule A/B:* **19** | **unknown** | ❑ _____  ☑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 33-41-720(2)(c)** |
| Brief description: **Komatsu: Northern Trust (1)**  Line from *Schedule A/B:* **21** | **$2,508.87** | ❑ _____  ☑ 100% of fair market value, up to any applicable statutory limit  ❑ _____  ☑ 100% of fair market value, up to any applicable statutory limit  ❑ _____  ☑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(14)**  **11 U.S.C. § 522(b)(3)(C)**  **29 U.S.C. § 1056(d)** |
| Brief description: **Komatsu: Northern Trust (2)**  Line from *Schedule A/B:* **21** | **$2,356.94** | ❑ _____  ☑ 100% of fair market value, up to any applicable statutory limit  ❑ _____  ☑ 100% of fair market value, up to any applicable statutory limit  ❑ _____  ☑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(14)**  **11 U.S.C. § 522(b)(3)(C)**  **29 U.S.C. § 1056(d)** |
| Brief description: **Komatsu: Joy Global**  Line from *Schedule A/B:* **21** | **$1,242.06** | ❑ _____  ☑ 100% of fair market value, up to any applicable statutory limit  ❑ _____  ☑ 100% of fair market value, up to any applicable statutory limit  ❑ _____  ☑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(14)**  **11 U.S.C. § 522(b)(3)(C)**  **29 U.S.C. § 1056(d)** |

Official Form 106C    **Schedule C: The Property You Claim as Exempt**    page **9** of **13**

Debtor 2    **Terry**      **Frank**      **Nicola**      Case number *(if known)* **25-01384-JD**

     First Name      Middle Name      Last Name

---

**Part 2:**    Additional Page

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own (Copy the value from *Schedule A/B*) | Amount of the exemption you claim *Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **Social Security** <br> Line from *Schedule A/B:* **21** | **$3,482.00** | ☑ **$1,741.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit <br> ☐ _____ <br> ☑ 100% of fair market value, up to any applicable statutory limit <br> ☐ _____ <br> ☑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(14)** <br><br> **11 U.S.C. § 522(b)(3)(C)** <br><br> **29 U.S.C. § 1056(d)** |
| Brief description: **City of Detroit Water and Sewerage Dept** <br> **Water** <br> Line from *Schedule A/B:* **22** | **unknown** | ☑ **unknown** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(3)** |
| Brief description: **US Life Insurance Co** <br> Line from *Schedule A/B:* **23** | **$104.95** | ☐ _____ <br> ☑ 100% of fair market value, up to any applicable statutory limit <br> ☐ _____ <br> ☑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 38-63-40(B)** <br><br> **29 U.S.C. § 1056(d)** |
| Brief description: **Anticipated return for 2022, 2023, 2024** <br> **Federal tax** <br> Line from *Schedule A/B:* **28** | **unknown** | ☐ _____ <br> ☑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 33-41-720(2)(c)** |
| Brief description: **Return of Exempt funds collected** <br> **Divorce settlement** <br> Line from *Schedule A/B:* **29** | **$17,009.82** | ☑ **$8,504.91** <br> ☐ 100% of fair market value, up to any applicable statutory limit <br> ☑ **$0.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(14)** <br><br> **S.C. Code Ann. § 15-41-30(A)(3)** |
| Brief description: **Unpaid Rent, Living expenses, labor** <br> Line from *Schedule A/B:* **30** | **$24,800.00** | ☑ **$24,800.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 33-41-720(2)(c)** |
| Brief description: **Prudential Life Insurance** <br> Line from *Schedule A/B:* **31** | **unknown** | ☑ **unknown** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 38-63-40(B)** |

Official Form 106C      **Schedule C: The Property You Claim as Exempt**      page **10** of **13**

Debtor 2 **Terry** **Frank** **Nicola**                    Case number *(if known)* **25-01384-JD**

     First Name      Middle Name      Last Name

| **Part 2:** | Additional Page | | |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own (Copy the value from *Schedule A/B*) | Amount of the exemption you claim (Check only one box for each exemption.) | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **Allstate Insurance failure to cover damage 4408** <br> Line from *Schedule A/B*: **33** | **$4,000.00** | ☑ **$2,000.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 33-41-720(2)(c)** |
| Brief description: **Coyne Oil (Violation of the Automatic stay)** <br> Line from *Schedule A/B*: **33** | **unknown** | ☑ **unknown** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 33-41-720(2)(c)** |
| Brief description: **Consumers Energy (violation of the automatic stay)** <br> Line from *Schedule A/B*: **33** | **unknown** | ☑ **unknown** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 33-41-720(2)(c)** |
| Brief description: **DTE Energy (violation of the automatic stay** <br> Line from *Schedule A/B*: **33** | **unknown** | ☑ **unknown** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 33-41-720(2)(c)** |
| Brief description: **PODS (violation of the automatic stay)** <br> Line from *Schedule A/B*: **33** | **unknown** | ☑ **unknown** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 33-41-720(2)(c)** |
| Brief description: **Go Store it property in Storage (violation of the automatic stay)** <br> Line from *Schedule A/B*: **33** | **unknown** | ☑ **unknown** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 33-41-720(2)(c)** |
| Brief description: **Tom and Claudia Crook** <br> Line from *Schedule A/B*: **34** | **unknown** | ☑ **unknown** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 33-41-720(2)(c)** |
| Brief description: **Hilton Head Resort** <br> Line from *Schedule A/B*: **34** | **unknown** | ☑ **unknown** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 33-41-720(2)(c)** |

| Debtor 2 | **Terry** | **Frank** | **Nicola** | | Case number *(if known)* | **25-01384-JD** |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

| Part 2: | Additional Page |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **Estate at Westbury (violation of the automatic stay)**<br>Line from *Schedule A/B:* **34** | **unknown** | ☑ **unknown**<br>❏ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 33-41-720(2)(c)** |
| Brief description: **Zold, Vanderveer, Weston, Dukes (violation of the automatic stay)**<br>Line from *Schedule A/B:* **34** | **unknown** | ☑ **unknown**<br>❏ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 33-41-720(2)(c)** |
| Brief description: **Polly Nicola and Taybron Law (violation of the automatic stay)**<br>Line from *Schedule A/B:* **34** | **$55,000.00** | ☑ **$27,500.00**<br>❏ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 33-41-720(2)(c)** |
| Brief description: **Mark Harder and Komatsu**<br>Line from *Schedule A/B:* **34** | **unknown** | ☑ **unknown**<br>❏ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 33-41-720(2)(c)** |
| Brief description: **1 Computer**<br>Line from *Schedule A/B:* **39** | **$100.00** | ☑ **$25.00**<br>❏ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 33-41-720(2)(c)** |
| Brief description: **1 Printer**<br>Line from *Schedule A/B:* **39** | **$25.00** | ☑ **$6.25**<br>❏ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 33-41-720(2)(c)** |
| Brief description: **1 Office Desk set**<br>Line from *Schedule A/B:* **39** | **$75.00** | ☑ **$18.75**<br>❏ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 33-41-720(2)(c)** |
| Brief description: **3 Grills (100.00 each)**<br>Line from *Schedule A/B:* **40.1** | **$150.00** | ☑ **$37.50**<br>❏ 100% of fair market value, up to any applicable statutory limit<br><br>☑ **$0.00**<br>❏ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(6)**<br><br>**S.C. Code Ann. § 33-41-720(2)(c)** |

| Debtor 2 | **Terry** | **Frank** | **Nicola** | | Case number *(if known)* | **25-01384-JD** |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

| Part 2: | Additional Page |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **6 Patio sets (100 each)**<br><br>Line from *Schedule A/B:* **40.2** | **$600.00** | ☑ **$300.00**<br>❏ 100% of fair market value, up to any applicable statutory limit<br><br>☑ **$0.00**<br>❏ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(6)**<br><br><br>**S.C. Code Ann. § 33-41-720(2)(c)** |
| Brief description: **3 Patio pits (100.00 each)**<br><br>Line from *Schedule A/B:* **40.3** | **$150.00** | ☑ **$37.50**<br>❏ 100% of fair market value, up to any applicable statutory limit<br><br>☑ **$0.00**<br>❏ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(6)**<br><br><br>**S.C. Code Ann. § 33-41-720(2)(c)** |
| Brief description: **Tools, Fixtures and Supplies**<br><br>Line from *Schedule A/B:* **40.4** | **$4,800.00** | ☑ **$1,825.00**<br>❏ 100% of fair market value, up to any applicable statutory limit<br><br>☑ **$575.00**<br>❏ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(6)**<br><br><br>**S.C. Code Ann. § 33-41-720(2)(c)** |

Official Form 106C          Schedule C: The Property You Claim as Exempt          page **13** of **13**

Filed By The Court
4/25/2025 12:01 PM
U.S. BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF SOUTH CAROLINA

**IN RE:**

**Jacqueline Ard and
Terry F. Nicola,**

Debtor(s)

CASE NO.: 25-01384-JD

CHAPTER 13

**AFFIDAVIT**

## AFFIDAVIT OF JACQUELINE ARD
## IN SUPPORT OF MOTION TO IMPOSE AUTOMATIC STAY

BEFORE ME, the undersigned Notary Public, personally appeared **Jacqueline E. Ard**, known to me to be the person whose name is subscribed below, who, being first duly sworn, deposes and states under penalty of perjury as follows:

### 1. Introduction

I am the Debtor in the above-captioned Chapter 13 bankruptcy case. I have personal knowledge of the facts stated in this affidavit and could testify to them if called as a witness.

### 2. Prior Bankruptcy Filings

a. **First Bankruptcy (Case No. 24-03611-JD, South Carolina):**

- I filed my first Chapter 13 petition on October 4, 2024.

- The case was automatically dismissed on November 19, 2024, under 11 U.S.C. § 521(i)(1), due to failure to file required documents.

- During this case, **multiple creditors violated the automatic stay** by:

  1) Removing my vehicle without court approval.

  2) Locking me out of my home.

  3) Refusing to release my personal property.

  4) I filed **three (3) adversary proceedings** (Case Nos. [Insert if known]) to address these violations.

147

b. **Second Bankruptcy Case (25-40952-MLO, Eastern District of Michigan):**

- I filed my second Chapter 13 petition on **January 31, 2025**

- The case was **dismissed on March 3, 2025**, for **lack of jurisdiction and failure to file documents**, as I had temporarily relocated and improperly filed in the wrong district.

3. **Current Bankruptcy Filing and Corrective Measures**

   a. **Third Bankruptcy Case (25-01384-JD):**

   - I filed the current Chapter 13 petition on **April 10, 2025**, in the correct jurisdiction.

   b. **Steps Taken to Ensure Compliance:**

   - After the dismissal of my first case, I **subscribed to bankruptcy petition preparation software** to ensure all required documents (schedules, statements, and plan) were properly completed.

   - I **paid the full filing fee of \$313 on April 10, 2025**, at the time of filing. (See **Attachment 1: Receipt of Payment**).

   - All schedules, statements, and the proposed repayment plan were completed and filed with this petition. (See **Attachment 2: Completed Schedules**).

   - I proactively initiated **adversary proceedings** against all **creditors currently violating the automatic stay**.

4. **Good Faith Basis for Imposing the Stay**

   a. I am committed to reorganizing my debts and have acted diligently to correct prior procedural errors

   b. The dismissals of my prior cases were **not due to bad faith** but resulted from:

   - **First Case:** Lack of understanding of filing requirements and creditor interference.

   - **Second Case:** A jurisdictional error, and lack of understanding in filing requirements, **not misconduct**.

   c. Creditors' **stay violations in my first case** severely disrupted my ability to reorganize.

   d. I have taken **significant steps to comply with bankruptcy laws** in this filing.

148

## 5. Request for Relief

I respectfully request the Court:

- **Impose the automatic stay retroactive to April 10, 2025,** under 11 U.S.C. § 362(c)(3)(B).

- Find that this filing is **in good faith** and merits the continuation of the automatic stay.

**FURTHER AFFIANT SAYETH NAUGHT.**

**Jacqueline Ard**
**239 Beach City Rd Unit 3218**
**Hilton Head Island, South Carolina**
**(313) 770-7051**
**Jacquelineard72@gmail.com**

**I declare under penalty of perjury that everything I have stated in this document is true and correct.**

**PRINT FULL NAME:** _JACQUELINE ARD_

**SIGNATURE:** _[signature]_

**Sworn to and subscribed before me on (date)** _April 25, 2025_.

**Notary Public:** _Cierra T. Morgan_

**[Notary's Printed Name]** _Cierra T. Morgan_

**Commission Expires:** _12/23/2030_

**STATE OF** _Michigan_ )

**COUNTY OF** _Oakland_ ) SS )

Notary Seal

CIERRA T MORGAN
Notary Public - State of Michigan
County of Macomb
My Commission Expires Dec 23, 2030
Acting in the County of _Oakland_

Filed By The Court

4/25/2025 4:14 PM

U.S. BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Jacqueline** First Name | **Elizabeth** Middle Name | **Ard** Last Name |
| Debtor 2 (Spouse, if filing) | **Terry** First Name | **Frank** Middle Name | **Nicola** Last Name |

United States Bankruptcy Court for the: District of **South Carolina**

Case number (if known) **25-01384-JD**

☐ Check if this is an amended filing

## Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).**

1. **Do any creditors have claims secured by your property?**

   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

   ☑ Yes. Fill in all of the information below.

| Part 1: | List All Secured Claims |
|---|---|

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** | Column C **Unsecured portion** If any |
|---|---|---|---|

**2.1** **Estate At Westbury Owners Assoc, Inc**
Creditor's Name

**Board of Directors**

**85 Kensington Blvd**
Number      Street

**Bluffton, SC 29910-4884**
City      State      ZIP Code

| Describe the property that secures the claim: | $22,625.02 | $91,950.00 | $0.00 |
|---|---|---|---|

**PIN R600 031 000 0266 1106**

**100 Kensington Blvd Unit 1106 Bluffton, SC 29910-7484 Estate at Westbury (violation of the automatic stay)**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☑ Judgment lien from a lawsuit
☐ Other (including a right to offset)

**Date debt was incurred** _____    **Last 4 digits of account number**    **1   4   0   7**

| Add the dollar value of your entries in Column A on this page. Write that number here: | $22,625.02 |
|---|---|

Official Form 106D      **Schedule D: Creditors Who Have Claims Secured by Property**      page **1** of **16**

| Debtor 1 | Jacqueline | Elizabeth | Ard | | Case number *(if known)* | 25-01384-JD |
| Debtor 2 | Terry | Frank | Nicola | | | |
| | First Name | Middle Name | Last Name | | | |

| | | | Column A | Column B | Column C |
|---|---|---|---|---|---|
| | | | *Amount of claim* | *Value of collateral that supports this claim* | *Unsecured portion* |
| **Part 1:** | Additional Page | | **Amount of claim** | **Value of collateral that supports this claim** | **Unsecured portion** |
| | **After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.** | | Do not deduct the value of collateral. | | If any |

| 2.2 | **Hilton Head Resort** | | | |
|---|---|---|---|---|
| | Creditor's Name | | | |

**Describe the property that secures the claim:**     **$43,493.32**     **$139,200.00**     **$0.00**

**Board of Directors**

Creditor's Name

> **PIN R510 012 000 025B 4408**
> 663 William Hilton Pkwy Unit 4408 Hilton Head Island, SC 29928-3537

**663 William Hilton Pkwy**

Number    Street

**As of the date you file, the claim is:** Check all that apply.

**Hilton Head, SC 29928-3506**

❑ Contingent
❑ Unliquidated
☑ Disputed

City    State    ZIP Code

**Who owes the debt?** Check one.

**Nature of lien.** Check all that apply.

❑ Debtor 1 only
❑ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another

❑ An agreement you made (such as mortgage or secured car loan)
❑ Statutory lien (such as tax lien, mechanic's lien)
☑ Judgment lien from a lawsuit
❑ Other (including a right to offset) _____

❑ **Check if this claim relates to a community debt**

**Date debt was incurred** _____     **Last 4 digits of account number**   **4**   **4**   **0**   **8**

**Remarks:** Alleged HOA fees

| Add the dollar value of your entries in Column A on this page. Write that number here: | **$43,493.32** |
|---|---|
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | |

Official Form 106D      Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**      page **2** of **16**

| Debtor 1 | Jacqueline | Elizabeth | Ard | Case number *(if known)* 25-01384-JD |
|---|---|---|---|---|
| Debtor 2 | Terry | Frank | Nicola | |
| | First Name | Middle Name | Last Name | |

| Part 1: | Additional Page<br>**After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.** | | *Column A*<br>**Amount of claim**<br>Do not deduct the value of collateral. | *Column B*<br>**Value of collateral that supports this claim** | *Column C*<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|---|

**2.3**

| **Nationstar Mortgage, LLC** | **Describe the property that secures the claim:** | $211,866.31 | $139,200.00 | $72,666.31 |
|---|---|---|---|---|

Creditor's Name

**Attn: Bankruptcy Department**

| PIN R510 012 000 025B 4408 |
|---|
| 663 William Hilton Pkwy Unit 4408 Hilton Head Island, SC 29928-3537 |

**PO Box 619096**

Number       Street

**As of the date you file, the claim is:** Check all that apply.

**Dallas, TX 75261-9741**

❏ Contingent
❏ Unliquidated
❏ Disputed

City       State       ZIP Code

**Who owes the debt?** Check one.

❏ Debtor 1 only
❏ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
❏ At least one of the debtors and another

❏ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

☑ An agreement you made (such as mortgage or secured car loan)
☑ Statutory lien (such as tax lien, mechanic's lien)
❏ Judgment lien from a lawsuit
❏ Other (including a right to offset) _____

Date debt was incurred   **01/27/2022**       Last 4 digits of account number   **4   1   9   2**

**2.3**

| **Nationstar Mortgage, LLC (arrearage)** | **Describe the property that secures the claim:** | $38,281.98 | $139,200.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**Attn: Bankruptcy Department**

| PIN R510 012 000 025B 4408 |
|---|
| 663 William Hilton Pkwy Unit 4408 Hilton Head Island, SC 29928-3537 |

**PO Box 619096**

Number       Street

**As of the date you file, the claim is:** Check all that apply.

**Dallas, TX 75261-9741**

❏ Contingent
❏ Unliquidated
❏ Disputed

City       State       ZIP Code

**Who owes the debt?** Check one.

❏ Debtor 1 only
❏ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
❏ At least one of the debtors and another

❏ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

☑ An agreement you made (such as mortgage or secured car loan)
☑ Statutory lien (such as tax lien, mechanic's lien)
❏ Judgment lien from a lawsuit
❏ Other (including a right to offset) _____

Date debt was incurred   **01/27/2022**       Last 4 digits of account number   **4   1   9   2**

| Add the dollar value of your entries in Column A on this page. Write that number here: | $211,866.31 |
|---|---|
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | |

Official Form 106D       Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**       page **3** of **16**

| Debtor 1 | **Jacqueline** | **Elizabeth** | **Ard** | | Case number *(if known)* | **25-01384-JD** |
|---|---|---|---|---|---|---|
| Debtor 2 | **Terry** | **Frank** | **Nicola** | | | |
| | First Name | Middle Name | Last Name | | | |

| | | | Column A | Column B | Column C |
|---|---|---|---|---|---|
| **Part 1:** | Additional Page | | *Column A* | *Column B* | *Column C* |
| | **After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.** | | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** | **Unsecured portion** If any |

**2.4**

| Norman Jewelry and Loan | Describe the property that secures the claim: | $3,260.73 | $25,000.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**24777 Telegraph Suite B**

Number         Street

**Woman's custom made engagement ring**

**Southfield, MI 48034**

City           State        ZIP Code

**As of the date you file, the claim is:** Check all that apply.

❑ Contingent
❑ Unliquidated
❑ Disputed

**Who owes the debt?** Check one.

☑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another

❑ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

☑ An agreement you made (such as mortgage or secured car loan)
❑ Statutory lien (such as tax lien, mechanic's lien)
❑ Judgment lien from a lawsuit
❑ Other (including a right to offset) _____

**Date debt was incurred**   **08/18/2024**    **Last 4 digits of account number**   **1  6  4  7**

**Remarks:** Refuse to Turnover Property of the Estate

**2.5**

| Polly Nicola | Describe the property that secures the claim: | unknown | $2,508.87 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**2583 Lower Assembly Drive**

Number         Street

**Komatsu: Northern Trust (1)**

**Fort Mill, SC 29708**

City           State        ZIP Code

**As of the date you file, the claim is:** Check all that apply.

❑ Contingent
❑ Unliquidated
☑ Disputed

**Who owes the debt?** Check one.

❑ Debtor 1 only
❑ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another

❑ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

❑ An agreement you made (such as mortgage or secured car loan)
❑ Statutory lien (such as tax lien, mechanic's lien)
❑ Judgment lien from a lawsuit
☑ Other (including a right to offset)   **Domestic: MSA (Non-Qualifying DSO)**

**Date debt was incurred** _____    **Last 4 digits of account number** ___ ___ ___ ___

**Remarks:** Marital Settlement Agreement payment (Non-Alimony, Non-Spousal Support, Non-Separate Maintenance). Ex-spouse refuses to turnover collected funds

| **Add the dollar value of your entries in Column A on this page. Write that number here:** | **$3,260.73** |
|---|---|
| **If this is the last page of your form, add the dollar value totals from all pages. Write that number here:** | |

Official Form 106D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page **4** of **16**

153

| Debtor 1 | **Jacqueline** | **Elizabeth** | **Ard** | | Case number *(if known)* **25-01384-JD** |
|---|---|---|---|---|---|

| Debtor 2 | **Terry** | **Frank** | **Nicola** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Part 1: | **Additional Page**<br>**After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.** | *Column A*<br>**Amount of claim**<br>Do not deduct the value of collateral. | *Column B*<br>**Value of collateral that supports this claim** | *Column C*<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|

**2.6**

**Polly Nicola**
Creditor's Name

**2583 Lower Assembly Drive**
Number        Street

**Fort Mill, SC 29708**
City            State        ZIP Code

**Describe the property that secures the claim:**

**Komatsu: Northern Trust (2)**

| | | |
|---|---|---|
| unknown | $2,356.94 | $0.00 |

**As of the date you file, the claim is:** Check all that apply.
❑ Contingent
❑ Unliquidated
☑ Disputed

**Who owes the debt?** Check one.
❑ Debtor 1 only
❑ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another

❑ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
❑ An agreement you made (such as mortgage or secured car loan)
❑ Statutory lien (such as tax lien, mechanic's lien)
❑ Judgment lien from a lawsuit
☑ Other (including a right to offset)    **Domestic: Non-Qualifying DSO**

**Date debt was incurred** _____    **Last 4 digits of account number** ___  ___  ___  ___

**Remarks:** Marital Settlement Agreement payment (Non-Alimony, Non-Spousal Support, Non-Separate Maintenance). Ex-spouse refuses to turnover collected funds

---

**2.7**

**Polly Nicola**
Creditor's Name

**2583 Lower Assembly Drive**
Number        Street

**Fort Mill, SC 29708**
City            State        ZIP Code

**Describe the property that secures the claim:**

**Komatsu: Joy Global**

| | | |
|---|---|---|
| unknown | $1,242.06 | $0.00 |

**As of the date you file, the claim is:** Check all that apply.
❑ Contingent
❑ Unliquidated
☑ Disputed

**Who owes the debt?** Check one.
❑ Debtor 1 only
❑ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another

❑ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
❑ An agreement you made (such as mortgage or secured car loan)
❑ Statutory lien (such as tax lien, mechanic's lien)
❑ Judgment lien from a lawsuit
☑ Other (including a right to offset)    **Domestic: Non-Qualifying DSO**

**Date debt was incurred** _____    **Last 4 digits of account number** ___  ___  ___  ___

**Remarks:** Marital Settlement Agreement payment (Non-Alimony, Non-Spousal Support, Non-Separate Maintenance). Ex-spouse refuses to turnover collected funds

---

| **Add the dollar value of your entries in Column A on this page. Write that number here:** | $0.00 |
|---|---|
| **If this is the last page of your form, add the dollar value totals from all pages. Write that number here:** | |

Official Form 106D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page **5** of **16**

| Debtor 1 | **Jacqueline** | **Elizabeth** | **Ard** | | Case number *(if known)* | **25-01384-JD** |
|---|---|---|---|---|---|---|

| Debtor 2 | **Terry** | **Frank** | **Nicola** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| | | | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** | Column C **Unsecured portion** If any |
|---|---|---|---|---|---|
| Part 1: | Additional Page **After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.** | | | | |

**2.8**

| | |
|---|---|
| **The Spa on Port Royal Sound** | Describe the property that secures the claim: |
| Creditor's Name | |
| **Board of Directors** | **PIN R510 005 000 008B 3218** **239 Beach City Rd Unit 3218 Hilton Head Island, SC 29926-4718** |

| | Amount of claim | Value of collateral | Unsecured portion |
|---|---|---|---|
| | $47,933.53 | $132,450.00 | $0.00 |

**239 Beach City Rd**
Number        Street

**Hilton Head, SC 29926-4707**
City        State        ZIP Code

**As of the date you file, the claim is:** Check all that apply.
❏ Contingent
❏ Unliquidated
☑ Disputed

**Who owes the debt?** Check one.
☑ Debtor 1 only
❏ Debtor 2 only
❏ Debtor 1 and Debtor 2 only
❏ At least one of the debtors and another
❏ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
❏ An agreement you made (such as mortgage or secured car loan)
❏ Statutory lien (such as tax lien, mechanic's lien)
☑ Judgment lien from a lawsuit
❏ Other (including a right to offset) _____

Date debt was incurred        **09/25/2023**        Last 4 digits of account number     **1   8   1   8**

**2.9**

| | |
|---|---|
| **Title Max Corporation** | Describe the property that secures the claim: |
| Creditor's Name | |
| **15 Bull St** | **2017 Hyundai Elantra** **Needs Radiator and Transmission Work** |

| | Amount of claim | Value of collateral | Unsecured portion |
|---|---|---|---|
| | $4,565.00 | $5,736.00 | $0.00 |

Number        Street

**Savannah, GA 31401-2685**
City        State        ZIP Code

**As of the date you file, the claim is:** Check all that apply.
❏ Contingent
❏ Unliquidated
☑ Disputed

**Who owes the debt?** Check one.
☑ Debtor 1 only
❏ Debtor 2 only
❏ Debtor 1 and Debtor 2 only
❏ At least one of the debtors and another
❏ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
❏ An agreement you made (such as mortgage or secured car loan)
❏ Statutory lien (such as tax lien, mechanic's lien)
❏ Judgment lien from a lawsuit
☑ Other (including a right to offset)        **Title Loan**

Date debt was incurred        **09/01/2024**        Last 4 digits of account number     ___ ___ ___ ___

| | | |
|---|---|---|
| **Add the dollar value of your entries in Column A on this page. Write that number here:** | $52,498.53 | |
| **If this is the last page of your form, add the dollar value totals from all pages. Write that number here:** | | |

Official Form 106D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page **6** of **16**

| | | | Column A | Column B | Column C |
|---|---|---|---|---|---|

| Debtor 1 | **Jacqueline** | **Elizabeth** | **Ard** | | Case number *(if known)* **25-01384-JD** |
|---|---|---|---|---|---|
| Debtor 2 | **Terry** | **Frank** | **Nicola** | | |
| | First Name | Middle Name | Last Name | | |

| | | | **Column A**<br>**Amount of claim**<br>Do not deduct the value of collateral. | **Column B**<br>**Value of collateral that supports this claim** | **Column C**<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|---|
| **Part 1:** | **Additional Page**<br><br>**After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.** | | | | |

**2.10**

| **West-Aircomm FCU** | Describe the property that secures the claim: | $11,243.32 | $10,904.00 | $339.32 |
|---|---|---|---|---|

Creditor's Name

**c/o Weltman, Weinberg & Reis Co LPA**

**5990 West Creek Road Suite 200**

Number        Street

**Independence, OH 44131**

City        State        ZIP Code

**Describe the property that secures the claim:**

> **2018 Jeep Grand Cherokee**
> **Needs Transmission Work**

**As of the date you file, the claim is:** Check all that apply.

❏ Contingent
❏ Unliquidated
☑ Disputed

**Who owes the debt?** Check one.

❏ Debtor 1 only
☑ Debtor 2 only
❏ Debtor 1 and Debtor 2 only
❏ At least one of the debtors and another

❏ **Check if this claim relates to a community debt**

Date debt was incurred    **09/21/2018**

**Nature of lien.** Check all that apply.

☑ An agreement you made (such as mortgage or secured car loan)
❏ Statutory lien (such as tax lien, mechanic's lien)
❏ Judgment lien from a lawsuit
❏ Other (including a right to offset) _____

Last 4 digits of account number    **6  2  0  2**

**2.11**

| **Westlake Financial** | Describe the property that secures the claim: | $35,584.44 | $7,475.00 | $28,109.44 |
|---|---|---|---|---|

Creditor's Name

**2 Equity Way Ste 200**

Number        Street

**Westlake, OH 44145-1045**

City        State        ZIP Code

**Describe the property that secures the claim:**

> **2020 Ram Truck ProMaster**
> **Needs Transmission Work Commercial Use**

**As of the date you file, the claim is:** Check all that apply.

❏ Contingent
❏ Unliquidated
❏ Disputed

**Who owes the debt?** Check one.

☑ Debtor 1 only
❏ Debtor 2 only
❏ Debtor 1 and Debtor 2 only
❏ At least one of the debtors and another

❏ **Check if this claim relates to a community debt**

Date debt was incurred    **03/28/2023**

**Nature of lien.** Check all that apply.

☑ An agreement you made (such as mortgage or secured car loan)
❏ Statutory lien (such as tax lien, mechanic's lien)
❏ Judgment lien from a lawsuit
❏ Other (including a right to offset) _____

Last 4 digits of account number    **7  0  8  3**

| Add the dollar value of your entries in Column A on this page. Write that number here: | $46,827.76 | |
|---|---|---|
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | | |

Official Form 106D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page **7** of **16**

| Debtor 1 | **Jacqueline** | **Elizabeth** | **Ard** | | Case number *(if known)* | **25-01384-JD** |
|---|---|---|---|---|---|---|
| Debtor 2 | **Terry** | **Frank** | **Nicola** | | | |
| | First Name | Middle Name | Last Name | | | |

| | | | Column A | Column B | Column C |
|---|---|---|---|---|---|
| **Part 1:** | **Additional Page** After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** | **Unsecured portion** If any |

**2.12**

**Zeidmans Jewelry**
Creditor's Name

**Thomas LaBret and/or Current President**

**24810 Evergreen Road**
Number        Street

**Southfield, MI 48075**
City        State        ZIP Code

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Date debt was incurred** **07/29/2024**

Describe the property that secures the claim:

**Earrings Ladies Hoop diamonds**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Last 4 digits of account number** **6 2 1 2**

Column A: **$990.00**   Column B: **$3,500.00**   Column C: **$0.00**

**Remarks:** Refused to turnover property of the Estate

**2.13**

**Zeidmans Jewelry**
Creditor's Name

**Thomas LaBret and/or Current President**

**24810 Evergreen Road**
Number        Street

**Southfield, MI 48075**
City        State        ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Date debt was incurred** **08/08/2024**

Describe the property that secures the claim:

**Ring Men Wedding Ring**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Last 4 digits of account number** **8 3 0 8**

Column A: **$172.50**   Column B: **$700.00**   Column C: **$0.00**

**Add the dollar value of your entries in Column A on this page. Write that number here:** **$1,162.50**

**If this is the last page of your form, add the dollar value totals from all pages. Write that number here:** _____

Official Form 106D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page **8** of **16**

157

| Debtor 1 | Jacqueline | Elizabeth | Ard | | Case number *(if known)* | 25-01384-JD |
| Debtor 2 | Terry | Frank | Nicola | | | |
| | First Name | Middle Name | Last Name | | | |

| Part 1: | Additional Page<br>**After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.** | *Column A*<br>**Amount of claim**<br>Do not deduct the value of collateral. | *Column B*<br>**Value of collateral that supports this claim** | *Column C*<br>**Unsecured portion**<br>If any |
| --- | --- | --- | --- | --- |

**2.14**

| Zeidmans Jewelry | | $172.50 | $600.00 | $0.00 |
| --- | --- | --- | --- | --- |

Creditor's Name

**Thomas LaBret and/or Current President**

**24810 Evergreen Road**

Number        Street

**Southfield, MI 48075**

City        State        ZIP Code

**Describe the property that secures the claim:**

**Earrings Ladies**

**As of the date you file, the claim is:** Check all that apply.
- ❏ Contingent
- ❏ Unliquidated
- ❏ Disputed

**Who owes the debt?** Check one.
- ❏ Debtor 1 only
- ❏ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ❏ At least one of the debtors and another
- ❏ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
- ☑ An agreement you made (such as mortgage or secured car loan)
- ❏ Statutory lien (such as tax lien, mechanic's lien)
- ❏ Judgment lien from a lawsuit
- ❏ Other (including a right to offset) _____

**Date debt was incurred** 08/09/2024       **Last 4 digits of account number**  8  7  0  0

**Remarks:** Refused to Turnover Property of the Estate

**2.15**

| Zeidmans Jewelry | | $308.75 | $1,200.00 | $0.00 |
| --- | --- | --- | --- | --- |

Creditor's Name

**Thomas LaBret and/or Current President**

**24810 Evergreen Road**

Number        Street

**Southfield, MI 48075**

City        State        ZIP Code

**Describe the property that secures the claim:**

**Bracelet Ladies**

**As of the date you file, the claim is:** Check all that apply.
- ❏ Contingent
- ❏ Unliquidated
- ❏ Disputed

**Who owes the debt?** Check one.
- ☑ Debtor 1 only
- ❏ Debtor 2 only
- ❏ Debtor 1 and Debtor 2 only
- ❏ At least one of the debtors and another
- ❏ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
- ☑ An agreement you made (such as mortgage or secured car loan)
- ❏ Statutory lien (such as tax lien, mechanic's lien)
- ❏ Judgment lien from a lawsuit
- ❏ Other (including a right to offset) _____

**Date debt was incurred** 08/09/2024       **Last 4 digits of account number**  8  7  0  1

**Remarks:** Refused to Turnover Property of the Estate

| **Add the dollar value of your entries in Column A on this page. Write that number here:** | $481.25 | |
| --- | --- | --- |
| **If this is the last page of your form, add the dollar value totals from all pages.**<br>**Write that number here:** | | |

Official Form 106D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page __9__ of __16__

| | | | Column A | Column B | Column C |
|---|---|---|---|---|---|
| Debtor 1 | **Jacqueline**    **Elizabeth**    **Ard** | | Case number *(if known)* **25-01384-JD** | | |
| Debtor 2 | **Terry**    **Frank**    **Nicola** | | | | |
| | First Name    Middle Name    Last Name | | | | |

| | | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|---|
| **Part 1:** | Additional Page<br>**After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.** | | | | |

**2.16**

**Zeidmans Jewelry**
Creditor's Name

**Thomas LaBret and/or Current President**

**24810 Evergreen Road**
Number    Street

**Southfield, MI 48075**
City    State    ZIP Code

| | | Column A | Column B | Column C |
|---|---|---|---|---|
| Describe the property that secures the claim: | | $554.00 | $1,800.00 | $0.00 |

**Bracelet Ladies**

**As of the date you file, the claim is:** Check all that apply.
❑ Contingent
❑ Unliquidated
❑ Disputed

**Who owes the debt?** Check one.
☑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another
❑ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
❑ Statutory lien (such as tax lien, mechanic's lien)
❑ Judgment lien from a lawsuit
❑ Other (including a right to offset) _____

**Date debt was incurred** **08/10/2024**    Last 4 digits of account number   **8 7 7 5**

**Remarks:** Refuse to Turnover Property of the Estate

**2.17**

**Zeidmans Jewelry**
Creditor's Name

**Thomas LaBret and/or Current President**

**24810 Evergreen Road**
Number    Street

**Southfield, MI 48075**
City    State    ZIP Code

| | | Column A | Column B | Column C |
|---|---|---|---|---|
| Describe the property that secures the claim: | | $336.00 | $1,500.00 | $0.00 |

**Bracelet Ladies**

**As of the date you file, the claim is:** Check all that apply.
❑ Contingent
❑ Unliquidated
❑ Disputed

**Who owes the debt?** Check one.
☑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another
❑ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
❑ Statutory lien (such as tax lien, mechanic's lien)
❑ Judgment lien from a lawsuit
❑ Other (including a right to offset) _____

**Date debt was incurred** **08/10/2024**    Last 4 digits of account number   **8 7 7 6**

| | Column A |
|---|---|
| **Add the dollar value of your entries in Column A on this page. Write that number here:** | **$890.00** |
| **If this is the last page of your form, add the dollar value totals from all pages. Write that number here:** | |

Official Form 106D      Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**      page **10** of **16**

| | Debtor 1 | **Jacqueline** | **Elizabeth** | **Ard** | | Case number *(if known)* | **25-01384-JD** |
|---|---|---|---|---|---|---|---|

Debtor 2    **Terry**    **Frank**    **Nicola**

First Name    Middle Name    Last Name

| Part 1: | Additional Page | Column A | Column B | Column C |
|---|---|---|---|---|
| | **After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.** | **Amount of claim** <br> Do not deduct the value of collateral. | **Value of collateral that supports this claim** | **Unsecured portion** <br> If any |

**2.18** **Zeidmans Jewelry**

Creditor's Name

**Thomas LaBret and/or Current President**

**24810 Evergreen Road**

Number    Street

**Southfield, MI 48075**

City    State    ZIP Code

**Describe the property that secures the claim:**    $663.00    $2,500.00    $0.00

**Gold Herring Bone Heirloom Necklace**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
- ☑ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

**Date debt was incurred** 08/30/2024    **Last 4 digits of account number** 2 4 5 0

**Remarks:** Refuse to Turnover Property of the Estate

**2.19** **Zeidmans Jewelry**

Creditor's Name

**Thomas LaBret and/or Current President**

**24810 Evergreen Road**

Number    Street

**Southfield, MI 48075**

City    State    ZIP Code

**Describe the property that secures the claim:**    $3,344.40    $23,740.00    $0.00

**Ladies Custom made Wedding Ring**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
- ☑ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

**Date debt was incurred** 11/30/2024    **Last 4 digits of account number** 2 4 5 1

**Remarks:** Refuse to Turnover Property of the Estate

| Add the dollar value of your entries in Column A on this page. Write that number here: | $4,007.40 |
|---|---|
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | $387,112.82 |

Official Form 106D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page **11** of **16**

| Debtor 1 | **Jacqueline** | **Elizabeth** | **Ard** | | Case number *(if known)* **25-01384-JD** |
|---|---|---|---|---|---|
| Debtor 2 | **Terry** | **Frank** | **Nicola** | | |
| | First Name | Middle Name | Last Name | | |

| Part 2: | List Others to Be Notified for a Debt That You Already Listed |
|---|---|

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

**1.**
**Bromley Law Firm LLC**
Name
**Evan K. Bromley**
**211 Goethe Rd Ste B**
Number        Street
**Bluffton, SC 29910-6014**
City        State        ZIP Code

On which line in Part 1 did you enter the creditor? **2.1**
Last 4 digits of account number ___ ___ ___ ___

**2.**
**Julie A. Franklin, Esq**
Name
**Po Box 2976**
Number        Street

**Bluffton, SC 29910-2976**
City        State        ZIP Code

On which line in Part 1 did you enter the creditor? **2.1**
Last 4 digits of account number ___ ___ ___ ___

**3.**
**Jones, Simpson, and Newton PA**
Name
**Attn: Wm Weston J Newton**
**7 Plantation Park Drive Suite 3**
Number        Street
**Bluffton, SC 29910**
City        State        ZIP Code

On which line in Part 1 did you enter the creditor? **2.2**
Last 4 digits of account number ___ ___ ___ ___

**4.**
**Nationstar Mortgage, LLC**
Name
**Attn: Bankruptcy Department**
**PO Box 619096**
Number        Street
**Dallas, TX 75261-9741**
City        State        ZIP Code

On which line in Part 1 did you enter the creditor? **2.3**
Last 4 digits of account number ___ ___ ___ ___

**5.**
**Nationstar Mortgage, LLC**
Name
**James Page Bell Carrington Price & Gregg, LLC**
**339 Heyward St, Second Floor**
Number        Street
**Columbia, SC 29201-4390**
City        State        ZIP Code

On which line in Part 1 did you enter the creditor? **2.3**
Last 4 digits of account number **4 1 9 2**

**6.**
**Taybron Law Firm LLC**
Name
**3399 Churchview Ave**
Number        Street

**Pittsburgh, PA 15227-4358**
City        State        ZIP Code

On which line in Part 1 did you enter the creditor? **2.5**
Last 4 digits of account number ___ ___ ___ ___

| Debtor 1 | Jacqueline | Elizabeth | Ard | | Case number *(if known)* | 25-01384-JD |
|---|---|---|---|---|---|---|
| Debtor 2 | Terry | Frank | Nicola | | | |
| | First Name | Middle Name | Last Name | | | |

| Part 2: | List Others to Be Notified for a Debt That You Already Listed - Additional Page |
|---|---|

**7.**

**Morgan Lewis & Bockius LLP**
Name

**Attn: Matt Hawes**

**One Oxford Centre, Thirty-Second FLR**
Number        Street

**Pittsburgh, PA 15219-6401**
City                        State        ZIP Code

On which line in Part 1 did you enter the creditor? **2.5**

Last 4 digits of account number    ___ ___ ___ ___

**8.**

**Komatsu Benefit Dept**
Name

**Mark Harder**

**401 E Greenfield Ave**
Number        Street

**Milwaukee, WI 53204-2941**
City                        State        ZIP Code

On which line in Part 1 did you enter the creditor? **2.5**

Last 4 digits of account number    ___ ___ ___ ___

**9.**

**Taybron Law Firm LLC**
Name

**3399 Churchview Ave**
Number        Street


**Pittsburgh, PA 15227-4358**
City                        State        ZIP Code

On which line in Part 1 did you enter the creditor? **2.6**

Last 4 digits of account number    ___ ___ ___ ___

**10.**

**Komatsu Benefit Dept**
Name

**Mark Harder**

**401 E Greenfield Ave**
Number        Street

**Milwaukee, WI 53204-2941**
City                        State        ZIP Code

On which line in Part 1 did you enter the creditor? **2.6**

Last 4 digits of account number    ___ ___ ___ ___

**11.**

**Morgan Lewis & Bockius LLP**
Name

**Attn: Matt Hawes**

**One Oxford Centre, Thirty-Second FLR**
Number        Street

**Pittsburgh, PA 15219-6401**
City                        State        ZIP Code

On which line in Part 1 did you enter the creditor? **2.6**

Last 4 digits of account number    ___ ___ ___ ___

**12.**

**Taybron Law Firm LLC**
Name

**3399 Churchview Ave**
Number        Street


**Pittsburgh, PA 15227-4358**
City                        State        ZIP Code

On which line in Part 1 did you enter the creditor? **2.7**

Last 4 digits of account number    ___ ___ ___ ___

Official Form 106D          Part 2 of **Schedule D: Creditors Who Have Claims Secured by Property**          page **13** of **16**

| Debtor 1 | **Jacqueline** | **Elizabeth** | **Ard** | | Case number *(if known)* | **25-01384-JD** |
|---|---|---|---|---|---|---|

| Debtor 2 | **Terry** | **Frank** | **Nicola** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| **Part 2:** | List Others to Be Notified for a Debt That You Already Listed - Additional Page |
|---|---|

**13.**

**Komatsu Benefit Dept**
Name

**Mark Harder**

**401 E Greenfield Ave**
Number         Street

**Milwaukee, WI 53204-2941**
City                    State          ZIP Code

On which line in Part 1 did you enter the creditor? **2.7**

Last 4 digits of account number  ___  ___  ___  ___

**14.**

**Morgan Lewis & Bockius LLP**
Name

**Attn: Matt Hawes**

**One Oxford Centre, Thirty-Second FLR**
Number         Street

**Pittsburgh, PA 15219-6401**
City                    State          ZIP Code

On which line in Part 1 did you enter the creditor? **2.7**

Last 4 digits of account number  ___  ___  ___  ___

**15.**

**Law Office of Scott M. Wild LLC**
Name

**Scott M. Wild**

**37 New Orleans Road Suite F**
Number         Street

**Hilton Head Island, SC 29928**
City                    State          ZIP Code

On which line in Part 1 did you enter the creditor? **2.8**

Last 4 digits of account number  ___  ___  ___  ___

**16.**

**Mutterer Law Firm, LLC**
Name

**Jannine M. Mutterer, Esq**

**5 Red Cedar Street Suite 102**
Number         Street

**Bluffton, SC 29910**
City                    State          ZIP Code

On which line in Part 1 did you enter the creditor? **2.8**

Last 4 digits of account number  ___  ___  ___  ___

**17.**

**West-Aircomm FCU**
Name

**485 Buffalo St POB 568**
Number         Street

**Beaver, PA 15009**
City                    State          ZIP Code

On which line in Part 1 did you enter the creditor? **2.10**

Last 4 digits of account number  ___  ___  ___  ___

**18.**

**Best Law, PA**
Name

**Tara E. Nauful**

**P.O. Box 2374**
Number         Street

**Mount Pleasant, SC 29465**
City                    State          ZIP Code

On which line in Part 1 did you enter the creditor? **2.12**

Last 4 digits of account number  ___  ___  ___  ___

| Debtor 1 | **Jacqueline** | **Elizabeth** | **Ard** | Case number *(if known)* **25-01384-JD** |
|---|---|---|---|---|
| Debtor 2 | **Terry** | **Frank** | **Nicola** | |
| | First Name | Middle Name | Last Name | |

| Part 2: | List Others to Be Notified for a Debt That You Already Listed - Additional Page |
|---|---|

**19.**

**Best Law, PA**
Name

**Tara E. Nauful**

**P.O. Box 2374**
Number        Street

**Mount Pleasant, SC 29465**
City                    State        ZIP Code

On which line in Part 1 did you enter the creditor? **2.13**

Last 4 digits of account number ___ ___ ___ ___

**20.**

**Best Law, PA**
Name

**Tara E. Nauful**

**P.O. Box 2374**
Number        Street

**Mount Pleasant, SC 29465**
City                    State        ZIP Code

On which line in Part 1 did you enter the creditor? **2.14**

Last 4 digits of account number ___ ___ ___ ___

**21.**

**Best Law, PA**
Name

**Tara E. Nauful**

**P.O. Box 2374**
Number        Street

**Mount Pleasant, SC 29465**
City                    State        ZIP Code

On which line in Part 1 did you enter the creditor? **2.15**

Last 4 digits of account number ___ ___ ___ ___

**22.**

**Best Law, PA**
Name

**Tara E. Nauful**

**P.O. Box 2374**
Number        Street

**Mount Pleasant, SC 29465**
City                    State        ZIP Code

On which line in Part 1 did you enter the creditor? **2.16**

Last 4 digits of account number ___ ___ ___ ___

**23.**

**Best Law, PA**
Name

**Tara E. Nauful**

**P.O. Box 2374**
Number        Street

**Mount Pleasant, SC 29465**
City                    State        ZIP Code

On which line in Part 1 did you enter the creditor? **2.17**

Last 4 digits of account number ___ ___ ___ ___

**24.**

**Best Law, PA**
Name

**Tara E. Nauful**

**P.O. Box 2374**
Number        Street

**Mount Pleasant, SC 29465**
City                    State        ZIP Code

On which line in Part 1 did you enter the creditor? **2.18**

Last 4 digits of account number ___ ___ ___ ___

| Debtor 1 | **Jacqueline** | **Elizabeth** | **Ard** | | Case number *(if known)* | **25-01384-JD** |

| Debtor 2 | **Terry** | **Frank** | **Nicola** | |
| | First Name | Middle Name | Last Name | |

| Part 2: | List Others to Be Notified for a Debt That You Already Listed - Additional Page |

**25.**   **Best Law, PA**

Name

**Tara E. Nauful**

**P.O. Box 2374**

Number      Street

**Mount Pleasant, SC 29465**

City        State      ZIP Code

**On which line in Part 1 did you enter the creditor?**   **2.19**

**Last 4 digits of account number**     ___ ___ ___ ___

Official Form 106D      Part 2 of **Schedule D: Creditors Who Have Claims Secured by Property**      page **16** of **16**

Fill in this information to identify your case:

| Debtor 1 | Jacqueline | Elizabeth | Ard |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | Terry | Frank | Nicola |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: District of **South Carolina**

Case number **25-01384-JD**
(if known)

❑ Check if this is an
amended filing

Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B:* Property (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Have Claims Secured by Property*. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).**

| Part 1: | List All of Your PRIORITY Unsecured Claims |
|---|---|

**1.** **Do any creditors have priority unsecured claims against you?**

❑ No. Go to Part 2.

☑ Yes.

**2.** **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

(For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

|  |  | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|

**2.1** **Beaufort Co Treasurer**
Priority Creditor's Name

**Po Box Drawer 487**
Number        Street


**Beaufort, SC 29901**
City        State        ZIP Code

**Who incurred the debt?** Check one.

❑ Debtor 1 only

❑ Debtor 2 only

☑ Debtor 1 and Debtor 2 only

❑ At least one of the debtors and another

❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

❑ Yes

Last 4 digits of account number   **3   2   1   8**

**When was the debt incurred?**        **01/15/2025**

**As of the date you file, the claim is:** Check all that apply.

❑ Contingent

❑ Unliquidated

❑ Disputed

**Type of PRIORITY unsecured claim:**

❑ Domestic support obligations

❑ Taxes and certain other debts you owe the government

❑ Claims for death or personal injury while you were intoxicated

☑ Other. Specify   **Real Estate Taxes**

| Total claim | Priority amount | Nonpriority amount |
|---|---|---|
| $3,702.32 | unknown | $3,702.32 |

**Remarks:** PIN: R510-005-000-008B-3218

| Debtor 1 | Jacqueline | Elizabeth | Ard | | Case number *(if known)* | **25-01384-JD** |
|---|---|---|---|---|---|---|
| Debtor 2 | **Terry** | **Frank** | **Nicola** | | | |
| | First Name | Middle Name | Last Name | | | |

| **Part 1:** | **Your PRIORITY Unsecured Claims — Continuation Page** |
|---|---|

| After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|

**2.2** **Beaufort Co Treasurer**
Priority Creditor's Name

**PO Box Drawer 487**
Number        Street

**Beaufort, SC 29901**
City        State        ZIP Code

**Last 4 digits of account number**   **1  1  0  6**

**When was the debt incurred?**   **01/15/2025**

Total claim: **$2,021.07**   Priority amount: **unknown**   Nonpriority amount: **$2,021.07**

**Who incurred the debt?** Check one.
- ❑ Debtor 1 only
- ❑ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ❑ At least one of the debtors and another
- ❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ❑ Yes

**As of the date you file, the claim is:** Check all that apply.
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

**Type of PRIORITY unsecured claim:**
- ❑ Domestic support obligations
- ❑ Taxes and certain other debts you owe the government
- ❑ Claims for death or personal injury while you were intoxicated
- ☑ Other. Specify   **Real Estate Taxes**

**Remarks:** PIN: R600-031-000-0266-1106

**2.3** **Beaufort Co Treasurer**
Priority Creditor's Name

**P.O. Box Drawer 487**
Number        Street

**Beaufort, SC 29901**
City        State        ZIP Code

**Last 4 digits of account number**   **4  4  0  5**

**When was the debt incurred?**   **01/15/2025**

Total claim: **$3,761.77**   Priority amount: **unknown**   Nonpriority amount: **$3,761.77**

**Who incurred the debt?** Check one.
- ❑ Debtor 1 only
- ❑ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ❑ At least one of the debtors and another
- ❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ❑ Yes

**As of the date you file, the claim is:** Check all that apply.
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

**Type of PRIORITY unsecured claim:**
- ❑ Domestic support obligations
- ❑ Taxes and certain other debts you owe the government
- ❑ Claims for death or personal injury while you were intoxicated
- ☑ Other. Specify   **Real Estate Taxes**

**Remarks:** PIN: R510-012-000-025B-4405

| | | | |
|---|---|---|---|
| Debtor 1 | **Jacqueline** | **Elizabeth** | **Ard** |
| Debtor 2 | **Terry** | **Frank** | **Nicola** |
| | First Name | Middle Name | Last Name |

Case number *(if known)* **25-01384-JD**

---

| Part 1: | Your PRIORITY Unsecured Claims — Continuation Page |
|---|---|

| After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|

### 2.4

**City of Detroit Property Tax**
Priority Creditor's Name

**Property Tax**

**PO Box 33193**
Number          Street

**Detroit, MI 48232**
City          State          ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    **7  3  7  1**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify    **Real Estate Taxes**

| Total claim | Priority amount | Nonpriority amount |
|---|---|---|
| **$952.72** | **unknown** | **$952.72** |

### 2.5

**City of Detroit Property Tax**
Priority Creditor's Name

**Property Tax**

**PO Box 33193**
Number          Street

**Detroit, MI 48232**
City          State          ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    **1  1  0  9**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify    **Real Estate Taxes**

| Total claim | Priority amount | Nonpriority amount |
|---|---|---|
| **$846.53** | **unknown** | **$846.53** |

---

Official Form 106E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page **3** of **50**

| Debtor 1 | **Jacqueline** | **Elizabeth** | **Ard** | Case number *(if known)* **25-01384-JD** |
|---|---|---|---|---|
| Debtor 2 | **Terry** | **Frank** | **Nicola** | |
| | First Name | Middle Name | Last Name | |

| Part 1: | Your PRIORITY Unsecured Claims — Continuation Page |
|---|---|

| After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|

**2.6** **City of Detroit Water and Sewerage Dept**

Priority Creditor's Name

**735 Randolph St**

Number        Street

**Detroit, MI 48226-2830**

City        State        ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    **0  3  0  1**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of PRIORITY unsecured claim:**
- ☐ Domestic support obligations
- ☐ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☑ Other. Specify   **Utilities**

| Total claim | Priority amount | Nonpriority amount |
|---|---|---|
| $1,383.51 | unknown | $1,383.51 |

**2.7** **City of Detroit Water and Sewerage Dept**

Priority Creditor's Name

**735 Randolph St**

Number        Street

**Detroit, MI 48226-2830**

City        State        ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    **3  3  0  1**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of PRIORITY unsecured claim:**
- ☐ Domestic support obligations
- ☐ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☑ Other. Specify   **Utilities**

| Total claim | Priority amount | Nonpriority amount |
|---|---|---|
| $1,782.38 | unknown | $1,782.38 |

Official Form 106E/F        **Schedule E/F: Creditors Who Have Unsecured Claims**        page **4** of **50**

| Debtor 1 | Jacqueline | Elizabeth | Ard | Case number *(if known)* **25-01384-JD** |
|---|---|---|---|---|
| Debtor 2 | **Terry** | **Frank** | **Nicola** | |
| | First Name | Middle Name | Last Name | |

| **Part 1:** | **Your PRIORITY Unsecured Claims — Continuation Page** |
|---|---|

| After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|

**2.8** Consumer Energy Company
Priority Creditor's Name

**Attn: Legal Dept**

**One Energy Plaza Dr**
Number        Street

**Jackson, MI 49201-2357**
City        State        ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    **8  5  2  5**        **$347.83**    **$347.83**    **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify    **Utilities**

**Remarks:** Utility Services

**2.9** County of Allegheny Treasurer
Priority Creditor's Name

**Room 108 Courthouse**

**436 Grant St**
Number        Street

**Pittsburgh, PA 15219**
City        State        ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    **P  1  4  6**        **$116.36**    **unknown**    **$116.36**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify    **Real Estate Taxes**

| Debtor 1 | Jacqueline | Elizabeth | Ard | Case number *(if known)* **25-01384-JD** |
|---|---|---|---|---|
| Debtor 2 | **Terry** | **Frank** | **Nicola** | |
| | First Name | Middle Name | Last Name | |

---

| **Part 1:** | **Your PRIORITY Unsecured Claims — Continuation Page** |

| After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|

**2.10** **East Pittsburgh Borough**
Priority Creditor's Name
**813 Linden Ave**
Number    Street

**East Pittsburgh, PA 15112**
City    State    ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Remarks:** 513 Main

Last 4 digits of account number  **P 1 4 6**    **$363.96**    **unknown**    **$363.96**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of PRIORITY unsecured claim:**
- ☐ Domestic support obligations
- ☐ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☑ Other. Specify  **Real Estate Taxes**

---

**2.11** **Jordan Tax Service**
Priority Creditor's Name
**102 Rahway Rd**
Number    Street

**McMurray, PA 15317**
City    State    ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number  **P 1 4 6**    **$1,179.46**    **unknown**    **$1,179.46**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of PRIORITY unsecured claim:**
- ☐ Domestic support obligations
- ☐ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☑ Other. Specify  **Real Estate Taxes**

---

Official Form 106E/F    **Schedule E/F: Creditors Who Have Unsecured Claims**    page **6** of **50**

| Debtor 1 | Jacqueline | Elizabeth | Ard | | Case number *(if known)* | 25-01384-JD |
|---|---|---|---|---|---|---|
| Debtor 2 | **Terry** | **Frank** | **Nicola** | | | |
| | First Name | Middle Name | Last Name | | | |

| **Part 1:** | **Your PRIORITY Unsecured Claims — Continuation Page** |
|---|---|

| After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|

**2.12** **Lincoln Township**
Priority Creditor's Name

**P.O. Box 239**
Number        Street

**Lake George, MI 48633**
City        State        ZIP Code

**Who incurred the debt?** Check one.
- ❏ Debtor 1 only
- ❏ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ❏ At least one of the debtors and another
- ❏ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ❏ Yes

Last 4 digits of account number    **7 0 0 1**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
- ❏ Contingent
- ❏ Unliquidated
- ☑ Disputed

**Type of PRIORITY unsecured claim:**
- ❏ Domestic support obligations
- ❏ Taxes and certain other debts you owe the government
- ❏ Claims for death or personal injury while you were intoxicated
- ☑ Other. Specify    **Real Estate Taxes**

| | $1,638.11 | unknown | $1,638.11 |

**2.13** **Lincoln Township**
Priority Creditor's Name

**P.O. Box 239**
Number        Street

**Lake George, MI 48633**
City        State        ZIP Code

**Who incurred the debt?** Check one.
- ❏ Debtor 1 only
- ❏ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ❏ At least one of the debtors and another
- ❏ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ❏ Yes

Last 4 digits of account number    **1 6 0 0**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
- ❏ Contingent
- ❏ Unliquidated
- ❏ Disputed

**Type of PRIORITY unsecured claim:**
- ❏ Domestic support obligations
- ❏ Taxes and certain other debts you owe the government
- ❏ Claims for death or personal injury while you were intoxicated
- ☑ Other. Specify    **Real Estate Taxes**

| | $1,711.02 | unknown | $1,711.02 |

**Remarks:** 5154 Oak Run

| Official Form 106E/F | Schedule E/F: Creditors Who Have Unsecured Claims | page **7** of **50** |
|---|---|---|

| Debtor 1 | **Jacqueline** | **Elizabeth** | **Ard** | | Case number *(if known)* **25-01384-JD** |
|---|---|---|---|---|---|
| Debtor 2 | **Terry** | **Frank** | **Nicola** | | |
| | First Name | Middle Name | Last Name | | |

| **Part 1:** | **Your PRIORITY Unsecured Claims — Continuation Page** |
|---|---|

| After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|

**2.14** **Pittsburgh Water** | unknown | unknown | unknown

Priority Creditor's Name

**Penn Liberty Plaza I**

**1200 Penn Avenue**
Number     Street

**Pittsburgh, PA 15222**
City     State     ZIP Code

Last 4 digits of account number   **M   A   I   N**

When was the debt incurred?   **03/23/2019**

As of the date you file, the claim is: Check all that apply.
❑ Contingent
❑ Unliquidated
❑ Disputed

**Who incurred the debt?** Check one.
☑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another
❑ **Check if this claim is for a community debt**

**Type of PRIORITY unsecured claim:**
❑ Domestic support obligations
❑ Taxes and certain other debts you owe the government
❑ Claims for death or personal injury while you were intoxicated
☑ Other. Specify   **Utilities**

**Is the claim subject to offset?**
☑ No
❑ Yes

---

**2.15** **SC Department of Revenue** | $0.00 | unknown | $0.00

Priority Creditor's Name

**Office of General Counsel**

**300A Outlet Point Blvd**
Number     Street

**Columbia, SC 29210**
City     State     ZIP Code

Last 4 digits of account number   **3   7   4   8**

When was the debt incurred?

As of the date you file, the claim is: Check all that apply.
❑ Contingent
❑ Unliquidated
❑ Disputed

**Who incurred the debt?** Check one.
❑ Debtor 1 only
❑ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another
❑ **Check if this claim is for a community debt**

**Type of PRIORITY unsecured claim:**
❑ Domestic support obligations
☑ Taxes and certain other debts you owe the government
❑ Claims for death or personal injury while you were intoxicated
❑ Other. Specify

**Is the claim subject to offset?**
☑ No
❑ Yes

Official Form 106E/F     Schedule E/F: Creditors Who Have Unsecured Claims     page **8** of **50**

| Debtor 1 | **Jacqueline** | **Elizabeth** | **Ard** | | Case number *(if known)* **25-01384-JD** |
|---|---|---|---|---|---|
| Debtor 2 | **Terry** | **Frank** | **Nicola** | | |
| | First Name | Middle Name | Last Name | | |

| **Part 1:** | **Your PRIORITY Unsecured Claims — Continuation Page** |
|---|---|

| After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | | **Total claim** | **Priority amount** | **Nonpriority amount** |
|---|---|---|---|---|

**2.16** **Wayne Co Treasurer**

Priority Creditor's Name

**400 Monroe 5th floor**

Number    Street

**Detroit, MI 48226**

City    State    ZIP Code

**Who incurred the debt?** Check one.

- ❏ Debtor 1 only
- ❏ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ❏ At least one of the debtors and another
- ❏ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ❏ Yes

Last 4 digits of account number  **7  3  7  1**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

- ❏ Contingent
- ❏ Unliquidated
- ☑ Disputed

**Type of PRIORITY unsecured claim:**

- ❏ Domestic support obligations
- ❏ Taxes and certain other debts you owe the government
- ❏ Claims for death or personal injury while you were intoxicated
- ☑ Other. Specify  **Real Estate Taxes**

**Total claim:** **$1,238.00**   **Priority amount:** **unknown**   **Nonpriority amount:** **$1,238.00**

---

**2.17** **Wayne Co Treasurer**

Priority Creditor's Name

**400 Monroe 5th Floor**

Number    Street

**Detroit, MI 48266**

City    State    ZIP Code

**Who incurred the debt?** Check one.

- ❏ Debtor 1 only
- ❏ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ❏ At least one of the debtors and another
- ❏ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ❏ Yes

Last 4 digits of account number  **1  1  0  9**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

- ❏ Contingent
- ❏ Unliquidated
- ☑ Disputed

**Type of PRIORITY unsecured claim:**

- ❏ Domestic support obligations
- ❏ Taxes and certain other debts you owe the government
- ❏ Claims for death or personal injury while you were intoxicated
- ☑ Other. Specify  **Real Estate Taxes**

**Total claim:** **$1,006.69**   **Priority amount:** **unknown**   **Nonpriority amount:** **$1,006.69**

| Debtor 1 | **Jacqueline** | **Elizabeth** | **Ard** | Case number *(if known)* **25-01384-JD** |
|---|---|---|---|---|
| Debtor 2 | **Terry** | **Frank** | **Nicola** | |
| | First Name | Middle Name | Last Name | |

| **Part 2:** | **List All of Your NONPRIORITY Unsecured Claims** |
|---|---|

**3.   Do any creditors have nonpriority unsecured claims against you?**

❑ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☑ Yes

**4.   List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

**Total claim**

**4.1   ADT LLC**
Nonpriority Creditor's Name

**PO Box 371878**
Number          Street

**Pittsburgh, PA 15250-7878**
City          State          ZIP Code

**Last 4 digits of account number**   **9   0   9   4**

**When was the debt incurred?**   **10/01/2024**

**$1,599.69**

**Who incurred the debt?** Check one.

☑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another
❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
❑ Yes

**As of the date you file, the claim is:** Check all that apply.

❑ Contingent
❑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

❑ Student loans
❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Consumer debt**

**4.2   Advantage Aviator**
Nonpriority Creditor's Name

**Attn Bankruptcy Department**

**140 Coorperate Blvd**
Number          Street

**Norfolk, VA 23502**
City          State          ZIP Code

**Last 4 digits of account number**   **7   5   4   0**

**When was the debt incurred?**

**$20,400.68**

**Who incurred the debt?** Check one.

❑ Debtor 1 only
☑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another
❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
❑ Yes

**As of the date you file, the claim is:** Check all that apply.

❑ Contingent
❑ Unliquidated
❑ Disputed

**Type of NONPRIORITY unsecured claim:**

❑ Student loans
❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Credit Card**

| Debtor 1 | Jacqueline | Elizabeth | Ard | Case number *(if known)* | 25-01384-JD |
|---|---|---|---|---|---|
| Debtor 2 | **Terry** | **Frank** | **Nicola** | | |
| | First Name | Middle Name | Last Name | | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim** |
|---|---|

**4.3**

**American Express National Bank**
Nonpriority Creditor's Name

**Becket and Lee LLP**

**P.O. Box 3001**
Number          Street

**Malvern, PA 19355**
City                State              ZIP Code

**Who incurred the debt?** Check one.
- ❏ Debtor 1 only
- ☑ Debtor 2 only
- ❏ Debtor 1 and Debtor 2 only
- ❏ At least one of the debtors and another
- ❏ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ❏ Yes

Last 4 digits of account number     **4   0   0   2**

**When was the debt incurred?**     **07/1/2023**

**As of the date you file, the claim is:** Check all that apply.
- ❏ Contingent
- ❏ Unliquidated
- ❏ Disputed

**Type of NONPRIORITY unsecured claim:**
- ❏ Student loans
- ❏ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ❏ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Credit Card**

**$42,254.50**

**4.4**

**American Express National Bank**
Nonpriority Creditor's Name

**Becket and Lee LLP**

**P.O. Box 3001**
Number          Street

**Malvern, PA 19355**
City                State              ZIP Code

**Who incurred the debt?** Check one.
- ❏ Debtor 1 only
- ☑ Debtor 2 only
- ❏ Debtor 1 and Debtor 2 only
- ❏ At least one of the debtors and another
- ❏ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ❏ Yes

Last 4 digits of account number     **2   0   0   6**

**When was the debt incurred?**     **06/01/2024**

**As of the date you file, the claim is:** Check all that apply.
- ❏ Contingent
- ❏ Unliquidated
- ❏ Disputed

**Type of NONPRIORITY unsecured claim:**
- ❏ Student loans
- ❏ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ❏ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Credit Card**

**$1,172.92**

Official Form 106E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**          page **11** of **50**

| Debtor 1 | **Jacqueline** | **Elizabeth** | **Ard** | | Case number *(if known)* **25-01384-JD** |
|---|---|---|---|---|---|
| Debtor 2 | **Terry** | **Frank** | **Nicola** | | |
| | First Name | Middle Name | Last Name | | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims ─ Continuation Page** |
|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim** |
|---|---|

**4.5**

**Armstrong Cable**
Nonpriority Creditor's Name

**PO Box 37749**
Number          Street

**Philadelphia, PA 19101-5049**
City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    **1  1  0  3**          **$306.17**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    **Ultilies**

**4.6**

**Associated Credit Services**
Nonpriority Creditor's Name

**PO Box 1201**
Number          Street

**Tewksbury, MA 01876-0901**
City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    **8  8  3  3**          **$199.99**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    **Credit Card**

| Debtor 1 | **Jacqueline** | **Elizabeth** | **Ard** | Case number *(if known)* **25-01384-JD** |
|---|---|---|---|---|
| Debtor 2 | **Terry** | **Frank** | **Nicola** | |
| | First Name | Middle Name | Last Name | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims ─ Continuation Page** |
|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | Total claim |
|---|---|

**4.7**

**AT&T**
Nonpriority Creditor's Name

**PO Box 5014**
Number          Street

**Carol Stream, IL 60197-5014**
City          State          ZIP Code

**Last 4 digits of account number**   **8 8 2 7**          **$606.86**

**When was the debt incurred?**   **09/15/2024**

**As of the date you file, the claim is:** Check all that apply.
❏ Contingent
❏ Unliquidated
☑ Disputed

**Who incurred the debt?** Check one.
❏ Debtor 1 only
❏ Debtor 2 only
❏ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
❏ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
❏ Student loans
❏ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❏ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Utilities**

**Is the claim subject to offset?**
☑ No
❏ Yes

**4.8**

**AT&T**
Nonpriority Creditor's Name

**PO Box 5014**
Number          Street

**Carol Stream, IL 60197-5014**
City          State          ZIP Code

**Last 4 digits of account number**   **4 2 2 7**          **$434.13**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
❏ Contingent
❏ Unliquidated
❏ Disputed

**Who incurred the debt?** Check one.
❏ Debtor 1 only
❏ Debtor 2 only
❏ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
❏ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
❏ Student loans
❏ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❏ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Utilities**

**Is the claim subject to offset?**
☑ No
❏ Yes

| Official Form 106E/F | **Schedule E/F: Creditors Who Have Unsecured Claims** | page **13** of **50** |
|---|---|---|

| Debtor 1 | **Jacqueline** | **Elizabeth** | **Ard** | Case number *(if known)* **25-01384-JD** |
| Debtor 2 | **Terry** | **Frank** | **Nicola** | |
| | First Name | Middle Name | Last Name | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim** |

---

**4.9** **AWA Collections**

Nonpriority Creditor's Name

**Santa Rosa Emergency**

**PO Box 6605**

Number        Street

**Orange, CA 92863**

City        State        ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Medical Bill**

**Total claim: unknown**

---

**4.10** **Barkley's Bank Navyist Reward**

Nonpriority Creditor's Name

**Attn Card Services Legal**

**PO Box 8833**

Number        Street

**Wilmington, DE 19899-8902**

City        State        ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** **2 1 6 4**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Credit Card**

**Total claim: $12,856.00**

---

Official Form 106E/F        **Schedule E/F: Creditors Who Have Unsecured Claims**        page **14** of **50**

179

| Debtor 1 | **Jacqueline** | **Elizabeth** | **Ard** | | Case number *(if known)* **25-01384-JD** |
|---|---|---|---|---|---|
| Debtor 2 | **Terry** | **Frank** | **Nicola** | | |
| | First Name | Middle Name | Last Name | | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim** |
|---|---|

**4.11** **Beaumont Medical Transport Services**

Nonpriority Creditor's Name

**950 West Maple St Ste. C**

Number          Street

**Troy, MI 48084**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    **3  2  7  2**    **$397.50**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Medical Bill**

**4.12** **Capital One Auto Finance**

Nonpriority Creditor's Name

**AIS Portfolio Services, LLC**

**4515 N Santa Fe Ave. Dept. APS**

Number          Street

**Oklahoma City, OK 73118**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    **7  7  4  3**    **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Consumer Debt**

Official Form 106E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**          page **15** of **50**

| Debtor 1 | **Jacqueline** | **Elizabeth** | **Ard** | Case number *(if known)* **25-01384-JD** |
|---|---|---|---|---|
| Debtor 2 | **Terry** | **Frank** | **Nicola** | |
| | First Name | Middle Name | Last Name | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim** |
|---|---|

**4.13**

**CitiBank Best Buy**
Nonpriority Creditor's Name

**P.O. Box 790034**
Number          Street

**Saint Louis, MO 63179-0034**
City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** 6 6 9 2

**When was the debt incurred?** 09/12/2024

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify _____

**$2,942.86**

**4.14**

**Comenity Caesars Rewards**
Nonpriority Creditor's Name

**PO Box 650960**
Number          Street

**Dallas, TX 75265**
City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** 0 3 0 5

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Credit Card**

**$5,181.32**

Official Form 106E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**          page **16** of **50**

181

| Debtor 1 | Jacqueline | Elizabeth | Ard | | Case number *(if known)* | 25-01384-JD |
|---|---|---|---|---|---|---|
| Debtor 2 | Terry | Frank | Nicola | | | |
| | First Name | Middle Name | Last Name | | | |

| Part 2: | Your NONPRIORITY Unsecured Claims – Continuation Page |
|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | Total claim |
|---|---|

**4.15**

**Coyne Oil**
Nonpriority Creditor's Name

**Attn: Rose**

**513 W 5th St**
Number          Street

**Clare, MI 48617-9405**
City          State          ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**   3  1  2  9

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Utilities**

**$64.00**

---

**4.16**

**DTE Energy**
Nonpriority Creditor's Name

**Attention Legal Department**

**PO Box 740786**
Number          Street

**Cincinnati, OH 45274-0786**
City          State          ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Remarks:** Utility Services 15826 Appoline

**Last 4 digits of account number**   8  9  1  4

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Utilities**

**$1,271.71**

---

Official Form 106E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**          page **17** of **50**

| | | | | |
|---|---|---|---|---|
| Debtor 1 | **Jacqueline** | **Elizabeth** | **Ard** | Case number *(if known)* **25-01384-JD** |
| Debtor 2 | **Terry** | **Frank** | **Nicola** | |
| | First Name | Middle Name | Last Name | |

---

**Part 2:    Your NONPRIORITY Unsecured Claims — Continuation Page**

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | Total claim |
|---|---|

**4.17**

**DTE Energy**
Nonpriority Creditor's Name

**Attention Legal Department**

**PO Box 740786**
Number          Street

**Cincinnati, OH 45274-0786**
City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    **8  9  2  2**                    **$1,730.37**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Utilities**

**4.18**

**First Energy - Penn Power**
Nonpriority Creditor's Name

**PO Box 16001**
Number          Street

**reading, PA**
City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    **7  2  8  4**                    **$2,780.70**

**When was the debt incurred?**    **07/25/2024**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify _____

---

| Debtor 1 | **Jacqueline** | **Elizabeth** | **Ard** | | Case number *(if known)* **25-01384-JD** |
|---|---|---|---|---|---|
| Debtor 2 | **Terry** | **Frank** | **Nicola** | | |
| | First Name | Middle Name | Last Name | | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims** — **Continuation Page** |
|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim** |
|---|---|

**4.19** **Fortiva Bobs Discount**
Nonpriority Creditor's Name

**TBOM - ATLSA**

**6 Concourse Parkway Second Floor**
Number          Street

**Atlanta, GA 30328**
City                State                ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**   **3  5  6  2**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Credit Card**

**$2,182.29**

---

**4.20** **Go-Store It**
Nonpriority Creditor's Name

**33 Parmenter Rd.**
Number          Street

**Bluffton, SC 29910**
City                State                ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Remarks:** D0013-15x15x8

**Last 4 digits of account number**   **1  0  5  4**

**When was the debt incurred?**   **09/30/2024**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Storage Bill**

**$608.20**

184

| Debtor 1 | Jacqueline | Elizabeth | Ard | | |
| | First Name | Middle Name | Last Name | Case number *(if known)* **25-01384-JD** |
| Debtor 2 | **Terry** | **Frank** | **Nicola** | |
| | First Name | Middle Name | Last Name | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | Total claim |

**4.21** **Go-Store It**
Nonpriority Creditor's Name

**33 Parmenter Rd.**
Number        Street

**Bluffton, SC 29910**
City        State        ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
❏ Debtor 2 only
❏ Debtor 1 and Debtor 2 only
❏ At least one of the debtors and another
❏ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
❏ Yes

**Remarks:** A0002

Last 4 digits of account number    **8  8  0  4**

**When was the debt incurred?**    **11/01/2024**

**As of the date you file, the claim is:** Check all that apply.
❏ Contingent
❏ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
❏ Student loans
❏ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❏ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Storage Bill**

**$96.00**

**4.22** **Go-Store It**
Nonpriority Creditor's Name

**33 Parmenter Rd.**
Number        Street

**Bluffton, SC 29910**
City        State        ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
❏ Debtor 2 only
❏ Debtor 1 and Debtor 2 only
❏ At least one of the debtors and another
❏ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
❏ Yes

**Remarks:** C0029

Last 4 digits of account number    **1  0  9  6**

**When was the debt incurred?**    **10/01/2024**

**As of the date you file, the claim is:** Check all that apply.
❏ Contingent
❏ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
❏ Student loans
❏ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❏ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Storage Bill**

**$507.60**

Official Form 106E/F        **Schedule E/F: Creditors Who Have Unsecured Claims**        page **20** of **50**

| Debtor 1 | Jacqueline | Elizabeth | Ard | | Case number *(if known)* | **25-01384-JD** |
|---|---|---|---|---|---|---|
| Debtor 2 | **Terry** | **Frank** | **Nicola** | | | |
| | First Name | Middle Name | Last Name | | | |

| Part 2: | Your NONPRIORITY Unsecured Claims — Continuation Page |
|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | Total claim |
|---|---|

**4.23**

**Go-Store It**
Nonpriority Creditor's Name

**33 Parmenter Rd.**
Number        Street

**Bluffton, SC 29910**
City        State        ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Remarks:** E0004A

Last 4 digits of account number    **1  0  6  8**                     $343.20

**When was the debt incurred?**        **10/01/2024**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Storage Bill**

**4.24**

**Go-Store It**
Nonpriority Creditor's Name

**33 Parmenter Rd.**
Number        Street

**Bluffton, SC 29910**
City        State        ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Remarks:** A0003

Last 4 digits of account number    **1  0  9  5**                     $291.80

**When was the debt incurred?**        **10/01/2024**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Storage Bill**

| Debtor 1 | **Jacqueline** | **Elizabeth** | **Ard** | Case number *(if known)* **25-01384-JD** |
|---|---|---|---|---|
| Debtor 2 | **Terry** | **Frank** | **Nicola** | |
| | First Name | Middle Name | Last Name | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims ─ Continuation Page** |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim**

### 4.25 Hilton Head Resort
Nonpriority Creditor's Name

**Board of Directors**

**663 William Hilton Pkwy**
Number          Street

**Hilton Head, SC 29928-3506**
City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**   **1   3   0   5**          **$5,297.63**

**When was the debt incurred?**   **06/30/2023**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **HOA fines**

### 4.26 Home Depot Commercial
Nonpriority Creditor's Name

**Centralized bankruptcy**

**PO Box 790034**
Number          Street

**Saint Louis, MO 63179**
City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**   **2   8   0   8**          **$10,381.06**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Credit Card**

| Debtor 1 | Jacqueline | Elizabeth | Ard | | |
| | First Name | Middle Name | Last Name | Case number *(if known)* | **25-01384-JD** |
| Debtor 2 | **Terry** | **Frank** | **Nicola** | | |
| | First Name | Middle Name | Last Name | | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim** |

**4.27**

**Home Depot Loan**
Nonpriority Creditor's Name

**P.O. Box 2730**
Number          Street

**Alpharetta, GA 30023**
City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**    **6  7  1  9**

**When was the debt incurred?**    **03/13/2018**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Credit Card**

**$2,672.38**

**4.28**

**Hughes Network Systems**
Nonpriority Creditor's Name

**PO Box 96874**
Number          Street

**Chicago, IL 60693-6874**
City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**    **2  9  3  6**

**When was the debt incurred?**    **11/01/2024**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Utilities**

**$0.00**

| Debtor 1 | **Jacqueline** | **Elizabeth** | **Ard** | | Case number *(if known)* **25-01384-JD** |
|---|---|---|---|---|---|
| Debtor 2 | **Terry** | **Frank** | **Nicola** | | |
| | First Name | Middle Name | Last Name | | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim** |
|---|---|

**4.29** **JPMC**

Nonpriority Creditor's Name

**c/o National Bankruptcy Services, LLC**

**PO Box 9013**

Number          Street

**Addison, TX 75001**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**    **5    6    7    1**

**When was the debt incurred?**    **01/03/2024**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Credit Card**

**$17,242.49**

---

**4.30** **JPMorgan Chase Bank, N.A.**

Nonpriority Creditor's Name

**Robertson, Anschutz, Schneid, Crane**

**6409 Congress Avenue Ste. 100**

Number          Street

**Boca Raton, FL 33487**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**    **5    0    4    2**

**When was the debt incurred?**    **03/22/2024**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Credit Card**

**$17,349.55**

---

Official Form 106E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**          page **24** of **50**

| Debtor 1 | **Jacqueline** | **Elizabeth** | **Ard** | Case number *(if known)* **25-01384-JD** |
|---|---|---|---|---|
| Debtor 2 | **Terry** | **Frank** | **Nicola** | |
| | First Name | Middle Name | Last Name | |

| Part 2: | Your NONPRIORITY Unsecured Claims — Continuation Page |
|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | Total claim |
|---|---|

**4.31** **JPMorgan Chase Bank, N.A.**

Nonpriority Creditor's Name

**Robertson, Anschutz, Schneid, Crane**

**6409 Congress Avenue 100**

Number          Street

**Boca Raton, FL 33487**

City          State          ZIP Code

**Who incurred the debt?** Check one.

❑ Debtor 1 only
☑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another
❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
❑ Yes

**Last 4 digits of account number**   **0   9   4   9**

**When was the debt incurred?**   **03/28/2024**

**As of the date you file, the claim is:** Check all that apply.

❑ Contingent
❑ Unliquidated
❑ Disputed

**Type of NONPRIORITY unsecured claim:**

❑ Student loans
❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Credit Card**

**Total claim: $33,411.50**

**4.32** **Kohls**

Nonpriority Creditor's Name

**PO Box 3043**

Number          Street

**Milwaukee, WI 53201-3043**

City          State          ZIP Code

**Who incurred the debt?** Check one.

❑ Debtor 1 only
❑ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another
❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
❑ Yes

**Last 4 digits of account number**   __ __ __ __

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.

❑ Contingent
❑ Unliquidated
❑ Disputed

**Type of NONPRIORITY unsecured claim:**

❑ Student loans
❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Credit Card**

**Total claim: $1,405.66**

Official Form 106E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page **25** of **50**

| Debtor 1 | Jacqueline | Elizabeth | Ard | | Case number *(if known)* | 25-01384-JD |
|---|---|---|---|---|---|---|
| Debtor 2 | Terry | Frank | Nicola | | | |
| | First Name | Middle Name | Last Name | | | |

| Part 2: | Your NONPRIORITY Unsecured Claims ─ Continuation Page |
|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | Total claim |
|---|---|

**4.33** **LVNV Funding, LLC**

Nonpriority Creditor's Name

**Resurgent Captial Services**

**PO Box 10587**

Number          Street

**Greenville, SC 29603-0587**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**   5  1  4  3          **$267.15**

**When was the debt incurred?**          10/09/2024

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Credit Card**

**Remarks:** Uniform Claim ID: RSG-00248-804400462

---

**4.34** **LVNV Funding, LLC**

Nonpriority Creditor's Name

**Resurgent Captial Services**

**PO Box 10587**

Number          Street

**Greenville, SC 29603-0587**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**   6  9  7  8          **$801.28**

**When was the debt incurred?**          10/09/2024

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Credit Card**

**Remarks:** Uniform Claim ID: RSG-00248-804407818

| Debtor 1 | **Jacqueline** | **Elizabeth** | **Ard** | Case number *(if known)* **25-01384-JD** |
|---|---|---|---|---|
| Debtor 2 | **Terry** | **Frank** | **Nicola** | |
| | First Name | Middle Name | Last Name | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims ─ Continuation Page** |
|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim** |
|---|---|

**4.35** **Medical University of South Carolina**

Nonpriority Creditor's Name

**1 Poston Rd Ste 220**

Number          Street

**Charleston, SC 29407**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    **7  2  7  5**

**When was the debt incurred?**    **04/08/2025**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Medical Bill**

**Total claim: unknown**

**4.36** **NES**

Nonpriority Creditor's Name

**2479 Edison Blvd Unit A**

Number          Street

**Twinsburg, OH 44087**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    **3  7  1  3**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify

**Total claim: $10,323.49**

Official Form 106E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**          page **27** of **50**

192

| Debtor 1 | **Jacqueline** | **Elizabeth** | **Ard** | Case number *(if known)* **25-01384-JD** |
| Debtor 2 | **Terry** | **Frank** | **Nicola** | |
| | First Name | Middle Name | Last Name | |

| Part 2: | Your NONPRIORITY Unsecured Claims — Continuation Page |
|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | Total claim |
|---|---|

**4.37** **NES**

Nonpriority Creditor's Name

**2479 Eddison Blvd Unit A**

Number          Street

**Twinsburg, OH 44087**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**    3  4  0  3        **$8,960.51**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

**4.38** **Office Depot Commercial**

Nonpriority Creditor's Name

**PO Box 70612**

Number          Street

**Philadelphia, PA 19176-0612**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**    0  3  6  0        **$1,889.18**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

Official Form 106E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**          page **28** of **50**

| Debtor 1 | **Jacqueline** | **Elizabeth** | **Ard** | Case number *(if known)* **25-01384-JD** |
|---|---|---|---|---|
| Debtor 2 | **Terry** | **Frank** | **Nicola** | |
| | First Name | Middle Name | Last Name | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim** |
|---|---|

**4.39**

**Ohio Turnpike Easy Pass**
Nonpriority Creditor's Name

**PO Box 94672**
Number          Street

**Cleveland, OH 44101**
City          State          ZIP Code

**Who incurred the debt?** Check one.
❑ Debtor 1 only
❑ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another
❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
❑ Yes

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
❑ Contingent
❑ Unliquidated
❑ Disputed

**Type of NONPRIORITY unsecured claim:**
❑ Student loans
❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Tickets**

**unknown**

---

**4.40**

**Pacer Service Center**
Nonpriority Creditor's Name

**PO Box 780549**
Number          Street

**San Antonio, TX 78278**
City          State          ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another
❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
❑ Yes

**Last 4 digits of account number** **3 3 6 3**

**When was the debt incurred?** **03/10/2025**

**As of the date you file, the claim is:** Check all that apply.
❑ Contingent
❑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
❑ Student loans
❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Consumer Debt**

**$1,035.20**

| Debtor 1 | Jacqueline | Elizabeth | Ard | Case number *(if known)* **25-01384-JD** |
|---|---|---|---|---|
| Debtor 2 | **Terry** | **Frank** | **Nicola** | |
| | First Name | Middle Name | Last Name | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | Total claim |
|---|---|

**4.41** **Palmetto Electric**

Nonpriority Creditor's Name

**Attn: Michelle Tyler**

**111 Matthews Drive**

Number        Street

**Hilton Head Island, SC 29926**

City        State        ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    **4  0  0  7**

**When was the debt incurred?**    **01/27/2025**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Utilities**

**Total claim: $856.04**

**Remarks:** Utility Services for 3218

**4.42** **Palmetto Electric**

Nonpriority Creditor's Name

**Attn: Michelle Tyler**

**111 Matthews Drive**

Number        Street

**Hilton Head Island, SC 29926**

City        State        ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    **4  0  0  9**

**When was the debt incurred?**    **02/10/2025**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Utilities**

**unknown**

**Remarks:** Utility Service for 4408

| Debtor 1 | **Jacqueline** | **Elizabeth** | **Ard** | Case number *(if known)* **25-01384-JD** |
|---|---|---|---|---|
| Debtor 2 | **Terry** | **Frank** | **Nicola** | |
| | First Name | Middle Name | Last Name | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim** |
|---|---|

**4.43** **Palmetto Electric**
Nonpriority Creditor's Name
**Attn: Michelle Tyler**

**111 Matthews Drive**
Number          Street

**Hilton Head Island, SC 29926**
City          State          ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Remarks:** Utiliy Service for 4405

Last 4 digits of account number   **4   0   0   8**

**When was the debt incurred?**          **02/20/2025**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Utilities**

**unknown**

---

**4.44** **Peoples Gas**
Nonpriority Creditor's Name
**PO Box 644760**
Number          Street

**Pittsburgh, PA 15264-4760**
City          State          ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   **1   6   3   9**

**When was the debt incurred?**          **04/23/2019**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Utilities**

**$860.53**

---

| Debtor 1 | **Jacqueline** | **Elizabeth** | **Ard** | Case number *(if known)* **25-01384-JD** |
|---|---|---|---|---|
| Debtor 2 | **Terry** | **Frank** | **Nicola** | |
| | First Name | Middle Name | Last Name | |

| Part 2: | Your NONPRIORITY Unsecured Claims — Continuation Page |
|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | Total claim |
|---|---|

**4.45**

**PODS**
Nonpriority Creditor's Name

**Legal Department**

**5585 Rio Vista Dr.**
Number          Street

**Clearwater, FL 33760**
City          State          ZIP Code

**Who incurred the debt?** Check one.
❑ Debtor 1 only
☑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another
❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
❑ Yes

Last 4 digits of account number    **4  6  1  4**

**When was the debt incurred?**    **10/01/2024**

**As of the date you file, the claim is:** Check all that apply.
❑ Contingent
❑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
❑ Student loans
❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Storage Bill**

**$1,883.00**

**4.46**

**Quantum3 Group LLC**
Nonpriority Creditor's Name

**Agent for Crown Asset Management LLC**

**PO Box 788**
Number          Street

**Kirkland, WA 98083-0788**
City          State          ZIP Code

**Who incurred the debt?** Check one.
❑ Debtor 1 only
☑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another
❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
❑ Yes

**Remarks:** Uniform Claim ID: Q2141424518

Last 4 digits of account number    **7  0  0  2**

**When was the debt incurred?**    **09/05/2023**

**As of the date you file, the claim is:** Check all that apply.
❑ Contingent
❑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
❑ Student loans
❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Credit Card**

**$4,073.98**

| Debtor 1 | **Jacqueline** | **Elizabeth** | **Ard** | Case number *(if known)* **25-01384-JD** |
| Debtor 2 | **Terry** | **Frank** | **Nicola** | |
| | First Name | Middle Name | Last Name | |

| Part 2: | Your NONPRIORITY Unsecured Claims — Continuation Page |

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. **Total claim**

**4.47 Resurgent Receivables, LLC**
Nonpriority Creditor's Name
**Resurgent Capital Services**
**PO Box 10587**
Number     Street
**Greenville, SC 29603-0587**
City     State     ZIP Code

Last 4 digits of account number  **7 4 7 8**
When was the debt incurred?  **05/15/2024**

**$485.80**

As of the date you file, the claim is: Check all that apply.
❑ Contingent
❑ Unliquidated
☑ Disputed

Who incurred the debt? Check one.
☑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another
❑ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
❑ Student loans
❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Credit Card**

Is the claim subject to offset?
☑ No
❑ Yes

**Remarks:** Uniform Claim ID: RSG-00248-804427110

**4.48 SC Department of Motor Vehicles**
Nonpriority Creditor's Name
**PO Box 1498**
Number     Street

**Blythewood, SC 29016-0028**
City     State     ZIP Code

Last 4 digits of account number  **7 0 2 5**
When was the debt incurred?

**unknown**

As of the date you file, the claim is: Check all that apply.
❑ Contingent
❑ Unliquidated
❑ Disputed

Who incurred the debt? Check one.
☑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another
❑ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
❑ Student loans
❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Tickets**

Is the claim subject to offset?
☑ No
❑ Yes

Official Form 106E/F     Schedule E/F: Creditors Who Have Unsecured Claims     page **33** of **50**

| Debtor 1 | Jacqueline | Elizabeth | Ard | | Case number *(if known)* 25-01384-JD |
|----------|------------|-----------|-----|--|------------------|
| Debtor 2 | **Terry** | **Frank** | **Nicola** | | |
| | First Name | Middle Name | Last Name | | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims ─ Continuation Page** |
|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim** |
|---|---|

**4.49** **Synchrony Bank**

Nonpriority Creditor's Name

**Paypal Credit**

**PO Box 669809**

Number                Street

**Dallas, TX 75266**

City            State            ZIP Code

Last 4 digits of account number    **1  3  5  4**

**When was the debt incurred?** _____

**$3,493.08**

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

**4.50** **Synchrony Bank Sams Business**

Nonpriority Creditor's Name

**PO Box 669809**

Number                Street

**Dallas, TX 75266**

City            State            ZIP Code

Last 4 digits of account number    **5  4  8  7**

**When was the debt incurred?** _____

**$6,016.04**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Credit Card**

Official Form 106E/F            **Schedule E/F: Creditors Who Have Unsecured Claims**            page **34** of **50**

| Debtor 1 | **Jacqueline** | **Elizabeth** | **Ard** | | Case number *(if known)* **25-01384-JD** |
|---|---|---|---|---|---|
| Debtor 2 | **Terry** | **Frank** | **Nicola** | | |
| | First Name | Middle Name | Last Name | | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim** |
|---|---|

**4.51   Synchrony Bank Sams Master Card**

Nonpriority Creditor's Name

**PO Box 669809**

Number                    Street

**Dallas, TX 75266**

City                   State                   ZIP Code

**Last 4 digits of account number**    7   8   2   2

**When was the debt incurred?** _____

**$8,690.41**

**As of the date you file, the claim is:** Check all that apply.

❑ Contingent
❑ Unliquidated
❑ Disputed

**Who incurred the debt?** Check one.

❑ Debtor 1 only
☑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another
❑ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

❑ Student loans
❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Credit Card**

**Is the claim subject to offset?**

☑ No
❑ Yes

---

**4.52   Synchrony Bank Score Rewards**

Nonpriority Creditor's Name

**PO Box 669809**

Number                    Street

**Dallas, TX 75266**

City                   State                   ZIP Code

**Last 4 digits of account number**    __ __ __ __

**When was the debt incurred?** _____

**$854.71**

**As of the date you file, the claim is:** Check all that apply.

❑ Contingent
❑ Unliquidated
❑ Disputed

**Who incurred the debt?** Check one.

❑ Debtor 1 only
❑ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another
❑ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

❑ Student loans
❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Credit Card**

**Is the claim subject to offset?**

☑ No
❑ Yes

| Debtor 1 | **Jacqueline** | **Elizabeth** | **Ard** | Case number *(if known)* **25-01384-JD** |
| Debtor 2 | **Terry** | **Frank** | **Nicola** | |
| | First Name | Middle Name | Last Name | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim** |

**4.53**  **TD Bank**
Nonpriority Creditor's Name
**PO Box 840**
Number   Street

**Columbus, GA 31908**
City   State   ZIP Code

Last 4 digits of account number **2 5 7 3**   **unknown**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
❑ Contingent
❑ Unliquidated
❑ Disputed

**Who incurred the debt?** Check one.
☑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another
❑ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
❑ Student loans
❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Bank Account**

**Is the claim subject to offset?**
☑ No
❑ Yes

**4.54**  **TD Bank**
Nonpriority Creditor's Name
**Target**
**PO Box 673**
Number   Street
**Minneapolis, MN 55440-0673**
City   State   ZIP Code

Last 4 digits of account number **3 4 7 7**   **$2,398.35**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
❑ Contingent
❑ Unliquidated
❑ Disputed

**Who incurred the debt?** Check one.
❑ Debtor 1 only
☑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another
❑ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
❑ Student loans
❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Credit Card**

**Is the claim subject to offset?**
☑ No
❑ Yes

Official Form 106E/F **Schedule E/F: Creditors Who Have Unsecured Claims** page **36** of **50**

| Debtor 1 | **Jacqueline** | **Elizabeth** | **Ard** | | Case number *(if known)* **25-01384-JD** |
|---|---|---|---|---|---|
| Debtor 2 | **Terry** | **Frank** | **Nicola** | | |
| | First Name | Middle Name | Last Name | | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim**

**4.55**

**The Huntington National Bank**
Nonpriority Creditor's Name

**PO Box 89424 OPC856**
Number          Street

**Cleveland, OH 44101**
City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number   3  0  5  8**

**When was the debt incurred?   10/26/2023**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Credit Card**

**$12,878.39**

**4.56**

**The Huntington National Bank**
Nonpriority Creditor's Name

**PO Box 89424 OPC856**
Number          Street

**Cleveland, OH 44101**
City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number   7  0  4  3**

**When was the debt incurred?   07/24/2023**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Credit Card**

**$14,395.02**

| Debtor 1 | Jacqueline | Elizabeth | Ard | Case number (if known) **25-01384-JD** |
|---|---|---|---|---|
| Debtor 2 | **Terry** | **Frank** | **Nicola** | |
| | First Name | Middle Name | Last Name | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim** |
|---|---|

**4.57**

**The Woodlands at Saint Barnabas, inc**
Nonpriority Creditor's Name

**Thomas E. Breath**

**128 West Cunningham St**
Number          Street

**Butler, PA 16001**
City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number   **1   0   1   8**

**When was the debt incurred?**   **10/04/2024**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Rent**

**$58,550.40**

**Remarks:** Dillon, McCandless, King, Coulter & Graham, LLP

**4.58**

**Thomas and Claudia Crook**
Nonpriority Creditor's Name

**Attn Braun Kendrick Finkbeiner, PLC**

**4301 Fashion Square Blvd**
Number          Street

**Saginaw, MI 48603**
City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number   __ __ __ __

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Legal Dispute**

**unknown**

| Debtor 1 | **Jacqueline** | **Elizabeth** | **Ard** | Case number *(if known)* **25-01384-JD** |
|---|---|---|---|---|
| Debtor 2 | **Terry** | **Frank** | **Nicola** | |
| | First Name | Middle Name | Last Name | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim** |
|---|---|

---

**4.59** **T-Mobile**

Nonpriority Creditor's Name

**PO Box 742596**

Number          Street

**Cincinnati, OH 45274-2596**

City          State          ZIP Code

**Who incurred the debt?** Check one.

❏ Debtor 1 only
❏ Debtor 2 only
❏ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
❏ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
❏ Yes

**Last 4 digits of account number** **6 2 3 7**

**When was the debt incurred?** **10/01/2024**

**As of the date you file, the claim is:** Check all that apply.

❏ Contingent
❏ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

❏ Student loans
❏ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❏ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Business Debt**

**$956.78**

---

**4.60** **Traffic Magistrate**

Nonpriority Creditor's Name

**4819 Bluffton Parkway**

Number          Street

**Bluffton, SC 29910**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
❏ Debtor 2 only
❏ Debtor 1 and Debtor 2 only
❏ At least one of the debtors and another
❏ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
❏ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.

❏ Contingent
❏ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

❏ Student loans
❏ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❏ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Ticket**

**unknown**

---

Official Form 106E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**          page **39** of **50**

| Debtor 1 | **Jacqueline** | **Elizabeth** | **Ard** | | Case number *(if known)* **25-01384-JD** |
| Debtor 2 | **Terry** | **Frank** | **Nicola** | | |
| | First Name | Middle Name | Last Name | | |

---

| **Part 2:** | **Your NONPRIORITY Unsecured Claims ─ Continuation Page** |
|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim** |
|---|---|

**4.61**

**U.S. Department of Education c/o Nelnet**
Nonpriority Creditor's Name

**121 South 13th St**
Number          Street

**Lincoln, NE 68508**
City          State          ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**   **3   7   4   8**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☑ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

**$76,223.69**

---

**4.62**

**Verizon**
Nonpriority Creditor's Name

**Wireless Bankruptcy Administration**

**500 Technology Dr Ste. 500**
Number          Street

**Saint Charles, MO 63304**
City          State          ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**   **0   0   0   1**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

**$987.01**

---

Official Form 106E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**          page **40** of **50**

| Debtor 1 | Jacqueline | Elizabeth | Ard | Case number *(if known)* | 25-01384-JD |
|---|---|---|---|---|---|
| Debtor 2 | Terry | Frank | Nicola | | |
| | First Name | Middle Name | Last Name | | |

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | Total claim |
|---|---|

**4.63** **West Virginia EZ Pass**
Nonpriority Creditor's Name

**300 Spruce St.**

Number          Street

**Morgantown, WV 26505**

City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Ticket**

**unknown**

**4.64** **Wright's Custom Body Shop LLC**
Nonpriority Creditor's Name

**1216 Leeson Ave**

Number          Street

**Cadillac, MI 49601-9097**

City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Remarks:** Progressive Insurance Claim 23-7602661

Last 4 digits of account number **2 6 6 1**

**When was the debt incurred?** **04/14/2023**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other. Specify _____

**unknown**

| Debtor 1 | Jacqueline | Elizabeth | Ard | Case number *(if known)* **25-01384-JD** |
|---|---|---|---|---|

| Debtor 2 | Terry | Frank | Nicola |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

---

**Part 3:**  List Others to Be Notified About a Debt That You Already Listed

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

**1.**
**Detroit Water and Sewerage Dept**
Name
**Po Box 554899**
Number          Street

**Detroit, MI 48255-4899**
City                    State          ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **2.6** of *(Check one)*:
- ☑ Part 1: Creditors with Priority Unsecured Claims
- ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  ___ ___ ___ ___

**2.**
**Detroit Water and Sewerage Dept**
Name
**Po Box 554899**
Number          Street

**Detroit, MI 48255-4899**
City                    State          ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **2.7** of *(Check one)*:
- ☑ Part 1: Creditors with Priority Unsecured Claims
- ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  ___ ___ ___ ___

**3.**
**ADT Security Services**
Name
**PO Box 650485**
Number          Street

**Dallas, TX 75265-0485**
City                    State          ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.1** of *(Check one)*:
- ☐ Part 1: Creditors with Priority Unsecured Claims
- ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  ___ ___ ___ ___

**4.**
**Portfolio Recovery**
Name
**PO Box 8828**
Number          Street

**Wilmington, DE 19899**
City                    State          ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.2** of *(Check one)*:
- ☐ Part 1: Creditors with Priority Unsecured Claims
- ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  ___ ___ ___ ___

**5.**
**Armstrong Cable**
Name
**437 North Main St**
Number          Street

**Butler, PA 16001**
City                    State          ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.5** of *(Check one)*:
- ☐ Part 1: Creditors with Priority Unsecured Claims
- ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  ___ ___ ___ ___

**6.**
**Valor Intelligent Processing, LLC**
Name
**12005 Ford Rd 700**
Number          Street

**Dallas, TX 75234**
City                    State          ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.7** of *(Check one)*:
- ☐ Part 1: Creditors with Priority Unsecured Claims
- ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  ___ ___ ___ ___

---

Official Form 106E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page **42** of **50**

| Debtor 1 | **Jacqueline** | **Elizabeth** | **Ard** | Case number *(if known)* **25-01384-JD** |
|---|---|---|---|---|
| Debtor 2 | **Terry** | **Frank** | **Nicola** | |
| | First Name | Middle Name | Last Name | |

| Part 3: | List Others to Be Notified About a Debt That You Already Listed - Additional Page |
|---|---|

**7.**

**AT&T**
Name

**PO Box 5080**
Number          Street

**Carol Stream, IL 60197-5014**
City                    State          ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.8** of *(Check one):*

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**    ___ ___ ___ ___

---

**8.**

**Americollect**
Name

**PO Box 2080**
Number          Street

**Manitowoc, WI 54221-2080**
City                    State          ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.11** of *(Check one):*

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**    ___ ___ ___ ___

---

**9.**

**Penn Power**
Name

**PO Box 3687**
Number          Street

**Akron, OH 44309-3687**
City                    State          ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.18** of *(Check one):*

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**    ___ ___ ___ ___

---

**10.**

**Fortiva**
Name

**PO Box 650721**
Number          Street

**Dallas, TX 75265**
City                    State          ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.19** of *(Check one):*

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**    ___ ___ ___ ___

---

**11.**

**Go-Store it Management, LLC**
Name

**6805 Carnegie Blvd. Ste 250**
Number          Street

**Charlotte, NC 28211-4276**
City                    State          ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.20** of *(Check one):*

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**    ___ ___ ___ ___

---

**12.**

**Go-Store it Management, LLC**
Name

**6805 Carnegie Blvd. Ste 250**
Number          Street

**Charlotte, NC 28211-4276**
City                    State          ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.21** of *(Check one):*

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**    ___ ___ ___ ___

---

Official Form 106E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**                page **43** of **50**

| Debtor 1 | Jacqueline | Elizabeth | Ard | | Case number *(if known)* **25-01384-JD** |
|---|---|---|---|---|---|
| Debtor 2 | **Terry** | **Frank** | **Nicola** | | |
| | First Name | Middle Name | Last Name | | |

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed - Additional Page** |
|---|---|

### 13.

**Go-Store it Management, LLC**
Name

**6805 Carnegie Blvd. Ste 250**
Number          Street


**Charlotte, NC 28211-4276**
City                State          ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.22** of *(Check one):*

❑ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

### 14.

**Go-Store it Management, LLC**
Name

**6805 Carnegie Blvd. Ste 250**
Number          Street


**Charlotte, NC 28211-4276**
City                State          ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.23** of *(Check one):*

❑ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

### 15.

**Go-Store it Management, LLC**
Name

**6805 Carnegie Blvd. Ste 250**
Number          Street


**Charlotte, NC 28211-4276**
City                State          ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.24** of *(Check one):*

❑ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

### 16.

**Wm Weston J Newton**
Name

**Jones, Simpson, & Newton, P.A.**

**7 Plantation Park Drive Ste 3**
Number          Street

**Bluffton, SC 29910**
City                State          ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.25** of *(Check one):*

❑ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

### 17.

**Home Depot Credit Services**
Name

**PO Box 790345**
Number          Street


**Saint Louis, MO 63179-0345**
City                State          ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.26** of *(Check one):*

❑ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

### 18.

**Home Depot Loan #3877**
Name

**6125 Lakeview Rd Ste. 800**
Number          Street


**Charlotte, NC 28269-2613**
City                State          ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.27** of *(Check one):*

❑ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

| Debtor 1 | **Jacqueline** | **Elizabeth** | **Ard** | Case number *(if known)* **25-01384-JD** |
|---|---|---|---|---|
| Debtor 2 | **Terry** | **Frank** | **Nicola** | |
| | First Name | Middle Name | Last Name | |

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed - Additional Page** |
|---|---|

**19.** **Hughes Network Systems**
Name

**11717 Exploration Lane**
Number       Street


**Germantown, MD 20876**
City                    State         ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.28** of *(Check one):*
❑ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   ___ ___ ___ ___

**20.** **JPMorgan Chase Bank, N.A.**
Name

**Payments**

**PO Box 15368**
Number       Street

**Wilmington, DE 19850**
City                    State         ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.29** of *(Check one):*
❑ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   ___ ___ ___ ___

**21.** **Chipumoi, Nicolas**
Name

**6409 Congress Ave Ste 100**
Number       Street


**Boca Raton, FL 33487-2853**
City                    State         ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.30** of *(Check one):*
❑ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   ___ ___ ___ ___

**22.** **JPMorgan Chase Bank, N.A.**
Name

**Payments**

**PO Box 15368**
Number       Street

**Wilmington, DE 19850**
City                    State         ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.31** of *(Check one):*
❑ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   ___ ___ ___ ___

**23.** **Kohls Payment Center**
Name

**PO Box 1456**
Number       Street


**Charlotte, NC 28201-1456**
City                    State         ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.32** of *(Check one):*
❑ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   ___ ___ ___ ___

**24.** **PNC Bank**
Name

**PO Box 609**
Number       Street


**Pittsburgh, PA 15230-9738**
City                    State         ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.36** of *(Check one):*
❑ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   ___ ___ ___ ___

| Debtor 1 | **Jacqueline** | **Elizabeth** | **Ard** | Case number *(if known)* | **25-01384-JD** |
|---|---|---|---|---|---|
| Debtor 2 | **Terry** | **Frank** | **Nicola** | | |
| | First Name | Middle Name | Last Name | | |

| Part 3: | List Others to Be Notified About a Debt That You Already Listed - Additional Page |
|---|---|

**25.** **PNC National Association**
Name
**PO Box 5570**
Number      Street

**Cleveland, OH 44101-0570**
City            State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.37** of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

---

**26.** **Office Depot**
Name
**PO Box 78004**
Number      Street

**Phoenix, AZ 85062**
City            State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.38** of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

---

**27.** **US Courts; PACER**
Name
**PO Box 5208**
Number      Street

**Portland, OR 97208**
City            State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.40** of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

---

**28.** **Palmetto Electric Cooperative Inc**
Name
**PO Box 70878**
Number      Street

**Charlotte, NC 28272-0878**
City            State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.41** of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

---

**29.** **Palmetto Electric Cooperative Inc**
Name
**PO Box 70878**
Number      Street

**Charlotte, NC 28272-0878**
City            State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.42** of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

---

**30.** **Palmetto Electric Cooperative Inc**
Name
**PO Box 70878**
Number      Street

**Charlotte, NC 28272-0878**
City            State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.43** of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

---

Official Form 106E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**                page **46** of **50**

Debtor 1  **Jacqueline      Elizabeth      Ard**                                          Case number *(if known)* **25-01384-JD**

Debtor 2  **Terry         Frank         Nicola**

    First Name         Middle Name       Last Name

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed - Additional Page** |
|---|---|

**31.** **National Recovery Agency**

Name

**2491 Paxton St.**

Number    Street

**Harrisburg, PA 17111**

City    State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.44** of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**    **6  5  3  1**

**32.** **PODS**

Name

**280 Leetsdale Industrial Dr. Ste 200**

Number    Street

**Leetsdale, PA 15056**

City    State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.45** of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**    ___ ___ ___ ___

**33.** **PODS Enterprises, LLC**

Name

**13535 Feather Sound Dr**

Number    Street

**Clearwater, FL 33762**

City    State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.45** of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**    ___ ___ ___ ___

**34.** **Quantum3 Group, LLC**

Name

**PO Box 2489**

Number    Street

**Kirkland, WA 98083-2489**

City    State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.46** of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**    ___ ___ ___ ___

**35.** **SC Driver Records**

Name

**PO Box 1498**

Number    Street

**Blythewood, SC 29016**

City    State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.48** of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**    ___ ___ ___ ___

**36.** **Target Card Services**

Name

**PO Box 660170**

Number    Street

**Dallas, TX 75266-0170**

City    State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.54** of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**    ___ ___ ___ ___

Debtor 1 __Jacqueline___Elizabeth___Ard_____ Case number *(if known)* **25-01384-JD**

Debtor 2 __Terry___Frank___Nicola_____

First Name   Middle Name   Last Name

| Part 3: | List Others to Be Notified About a Debt That You Already Listed - Additional Page |
|---|---|

---

**37.**

**The Huntington National Bank**
Name

**5555 Cleveland Ave GW4W122**
Number     Street

**Columbus, OH 43231**
City                    State        ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.55** of *(Check one):*

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

---

**38.**

**The Huntington National Bank**
Name

**5555 Cleveland Ave GW4W122**
Number     Street

**Columbus, OH 43231**
City                    State        ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.56** of *(Check one):*

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

---

**39.**

**St. Barnabas**
Name

**5850 Meridian Rd.**
Number     Street

**Gibsonia, PA 15044**
City                    State        ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.57** of *(Check one):*

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

---

**40.**

**T-Mobile Customer Relations**
Name

**PO Box 37380**
Number     Street

**Albuquerque, NM 87176-7380**
City                    State        ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.59** of *(Check one):*

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

---

**41.**

**T-Mobile**
Name

**c/o American Infosource, LP**

**4515 N Santa Fe Ave.**
Number     Street

**Oklahoma City, OK 73118-7901**
City                    State        ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.59** of *(Check one):*

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

---

**42.**

**US Department of Education**
Name

**PO Box 2837**
Number     Street

**Portland, OR 97208**
City                    State        ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.61** of *(Check one):*

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

---

| Debtor 1 | **Jacqueline** | **Elizabeth** | **Ard** | Case number *(if known)* **25-01384-JD** |
|---|---|---|---|---|
| Debtor 2 | **Terry** | **Frank** | **Nicola** | |
| | First Name | Middle Name | Last Name | |

| Part 3: | List Others to Be Notified About a Debt That You Already Listed - Additional Page |
|---|---|

**43.** **University of Michigan Deaborn**
Name
**4901 Evergreen Rd.**
Number      Street

**Dearborn, MI 48128**
City          State     ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line __4.61__ of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

**44.** **Verizon**
Name
**1095 Avenue of The Americas**
Number      Street

**New York, NY 10036**
City          State     ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line __4.62__ of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

**45.** **Progressive Insurance**
Name
**30440 Lakeland Blvd**
Number      Street

**Wickliffe, OH 44092**
City          State     ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line __4.64__ of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

| Debtor 1 | Jacqueline | Elizabeth | Ard | | Case number *(if known)* 25-01384-JD |
|---|---|---|---|---|---|
| Debtor 2 | Terry | Frank | Nicola | | |
| | First Name | Middle Name | Last Name | | |

| Part 4: | Add the Amounts for Each Type of Unsecured Claim |
|---|---|

6. **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159.**
   **Add the amounts for each type of unsecured claim.**

| | | | | Total claim |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $0.00 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. + | $22,051.73 |
| | 6e. | **Total.** Add lines 6a through 6d. | 6e. | $22,051.73 |

| | | | | Total claim |
|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $76,223.69 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. + | $326,645.11 |
| | 6j. | **Total.** Add lines 6f through 6i. | 6j. | $402,868.80 |

| Fill in this information to identify your case: | |
|---|---|

| | | | |
|---|---|---|---|
| Debtor 1 | **Jacqueline** | **Elizabeth** | **Ard** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Terry** | **Frank** | **Nicola** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: District of __South Carolina__

Case number    __25-01384-JD__
(if known)

❑ Check if this is an
amended filing

Official Form 106H

# Schedule H: Your Codebtors
12/15

**Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.**

1. **Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

   ❑ No
   ☑ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

   ☑ No. Go to line 3.
   ❑ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

      ❑ No

      ❑ Yes. In which community state or territory did you live? _____. Fill in the name and current address of that person.

      _____
      Name of your spouse, former spouse, or legal equivalent

      _____
      Number          Street

      _____
      City          State          ZIP Code

3. **In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on** *Schedule D* **(Official Form 106D),** *Schedule E/F* **(Official Form 106E/F), or** *Schedule G* **(Official Form 106G). Use** *Schedule D, Schedule E/F***, or** *Schedule G* **to fill out Column 2.**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** |
|---|---|
| | Check all schedules that apply: |
| **3.1**    **Global Management Group LLC** <br> Name <br> **21215 Dartmouth Dr** <br> Number          Street <br> **Southfield, MI 48076-5634** <br> City          State          ZIP Code | ❑ Schedule D, line _____ <br> ☑ Schedule E/F, line __**4.30, 4.59, 4.64**__ <br> ❑ Schedule G, line _____ |
| **3.2**    **Louis** <br> Name <br> **21215 Dartmouth Dr** <br> Number          Street <br> **Southfield, MI 48076-5634** <br> City          State          ZIP Code | ❑ Schedule D, line _____ <br> ☑ Schedule E/F, line __**4.7, 4.8**__ <br> ❑ Schedule G, line _____ |

Official Form 106H                    **Schedule H: Codebtors**                    page **1** of __1__

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **Jacqueline**     **Elizabeth**     **Ard** |
| | First Name     Middle Name     Last Name |
| Debtor 2 | **Terry**     **Frank**     **Nicola** |
| (Spouse, if filing) | First Name     Middle Name     Last Name |

United States Bankruptcy Court for the: District of **South Carolina**

Case number **25-01384-JD**
(if known)

**Filed By The Court**

4/25/2025 6:13 PM
U.S. BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

☐ Check if this is an
    amended filing

Official Form 106G

# Schedule G: Executory Contracts and Unexpired Leases

12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).**

1. **Do you have any executory contracts or unexpired leases?**

   ☑ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.

   ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| | Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|---|
| 2.1 | Name<br><br>Number    Street<br><br>City    State    ZIP Code | |
| 2.2 | Name<br><br>Number    Street<br><br>City    State    ZIP Code | |
| 2.3 | Name<br><br>Number    Street<br><br>City    State    ZIP Code | |
| 2.4 | Name<br><br>Number    Street<br><br>City    State    ZIP Code | |

Fill in this information to identify your case:

Debtor 1 __Jacqueline__ __Elizabeth__ __Ard__
First Name Middle Name Last Name

Debtor 2
(Spouse, if filing) First Name Middle Name Last Name

United States Bankruptcy Court for the: District of __South Carolina__

Case number __25-01384-JD__
(if known)

Check if this is:

❑ An amended filing

❑ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD / YYYY

Official Form 106I

# Schedule I: Your Income

12/15

**Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

| Part 1: | Describe Employment |
| --- | --- |

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | **Debtor 1** | **Debtor 2 or non-filing spouse** |
| --- | --- | --- | --- |
| **Employment status** | | ❑ Employed<br>☑ Not employed | ❑ Employed<br>☑ Not employed |
| **Occupation** | | | |
| **Employer's name** | | | |
| **Employer's address** | | Number Street | Number Street |
| | | City State ZIP Code | City State ZIP Code |
| **How long employed there?** | | | |

| Part 2: | Give Details About Monthly Income |
| --- | --- |

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | **For Debtor 1** | **For Debtor 2 or non-filing spouse** |
| --- | --- | --- | --- |
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. $0.00 | $0.00 |
| 3. | **Estimate and list monthly overtime pay.** | 3. + $0.00 | + $0.00 |
| 4. | **Calculate gross income.** Add line 2 + line 3. | 4. $0.00 | $0.00 |

Official Form 106I Schedule I: Your Income page **1**

218

Debtor 1    **Jacqueline        Elizabeth        Ard**                                          Case number *(if known)* **25-01384-JD**

First Name          Middle Name          Last Name

|  |  | **For Debtor 1** | **For Debtor 2 or non-filing spouse** |
|---|---|---|---|
| Copy line 4 here............................................................➔ | 4. | $0.00 | $0.00 |

5. **List all payroll deductions:**

| | | | |
|---|---|---|---|
| 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $0.00 | $0.00 |
| 5b. **Mandatory contributions for retirement plans** | 5b. | $0.00 | $0.00 |
| 5c. **Voluntary contributions for retirement plans** | 5c. | $0.00 | $0.00 |
| 5d. **Required repayments of retirement fund loans** | 5d. | $0.00 | $0.00 |
| 5e. **Insurance** | 5e. | $0.00 | $0.00 |
| 5f. **Domestic support obligations** | 5f. | $0.00 | $0.00 |
| 5g. **Union dues** | 5g. | $0.00 | $0.00 |
| 5h. **Other deductions.** Specify: _____ | 5h. + | $0.00 + | $0.00 |

6. **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g + 5h.    6.    $0.00    $0.00

7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4.    7.    $0.00    $0.00

8. **List all other income regularly received:**

8a. **Net income from rental property and from operating a business, profession, or farm**

Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income.    8a.    **$13,429.01**    $0.00

8b. **Interest and dividends**    8b.    $0.00    $0.00

8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive**

Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement.    8c.    $0.00    $0.00

8d. **Unemployment compensation**    8d.    $0.00    $0.00

8e. **Social Security**    8e.    $0.00    **$3,482.00**

8f. **Other government assistance that you regularly receive**

Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.
Specify: _____    8f.    $0.00    $0.00

8g. **Pension or retirement income**    8g.    $0.00    **$3,053.00**

8h. **Other monthly income.** Specify: _____    8h. +    $0.00 +    $0.00

9. **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f + 8g + 8h.    9.    **$13,429.01**    **$6,535.00**

10. **Calculate monthly income.** Add line 7 + line 9.
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.    10.    **$13,429.01** +    **$6,535.00** =    **$19,964.01**

11. **State all other regular contributions to the expenses that you list in *Schedule J.***

Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*

Specify: _____    11. +    $0.00

Official Form 106I                    **Schedule I: Your Income**                    page **2**

| Debtor 1 | **Jacqueline** | **Elizabeth** | **Ard** | Case number *(if known)* **25-01384-JD** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the *Summary of Your Assets and Liabilities and Certain Statistical Information*, if it applies

12.    $19,964.01

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**

☐ No.

☑ Yes. Explain:

**Debtor 1's income will increase based on the peak season**
**Debtor 2's income will increase once payments are returned from ex-spouse's violation of the automatic stay**

| Debtor 1 | **Jacqueline** | **Elizabeth** | **Ard** | Case number *(if known)* **25-01384-JD** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

8a. Attached Statement

## Short Term Rental

FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS (NOTE: ONLY INCLUDE information directly related to the business operation.)

PART A - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:

   1.   Gross Monthly Income: **$6,829.01**

PART B - ESTIMATED AVERAGE FUTURE MONTHLY EXPENSES:

   2.   Payments to be Made Directly by Debtor to Secured Creditors for Pre-Petition Business Debts

       TOTAL PAYMENTS TO SECURED CREDITORS **$0.00**

   3.   Other Expenses

       TOTAL OTHER EXPENSES **$0.00**

   4.   TOTAL MONTHLY EXPENSES (Add item 2 - 21) **$0.00**

PART C - ESTIMATED AVERAGE NET MONTHLY INCOME:

   5.   AVERAGE NET MONTHLY INCOME (Subtract item 22 from item 1) **$6,829.01**

| Debtor 1 | **Jacqueline** | **Elizabeth** | **Ard** | | Case number *(if known)* **25-01384-JD** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

---

8a. Attached Statement

# Long Term Leases

FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS (NOTE: ONLY INCLUDE information directly related to the business operation.)

PART A - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:

   1.  Gross Monthly Income:                                                                    **$1,100.00**

PART B - ESTIMATED AVERAGE FUTURE MONTHLY EXPENSES:

   2.  Payments to be Made Directly by Debtor to Secured Creditors for Pre-Petition
       Business Debts

       TOTAL PAYMENTS TO SECURED CREDITORS                                      **$0.00**

   3.  Other Expenses

       TOTAL OTHER EXPENSES                                                                **$0.00**

   4.  TOTAL MONTHLY EXPENSES (Add item 2 - 21)                                                  **$0.00**

PART C - ESTIMATED AVERAGE NET MONTHLY INCOME:

   5.  AVERAGE NET MONTHLY INCOME (Subtract item 22 from item 1)                                **$1,100.00**

---

Official Form 106I                         **Schedule I: Your Income**                                   page **5**

| Debtor 1 | **Jacqueline** | **Elizabeth** | **Ard** | Case number *(if known)* **25-01384-JD** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

8a. Attached Statement

## June New rental

FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS (NOTE: ONLY INCLUDE information directly related to the business operation.)

PART A - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:

1.  Gross Monthly Income:                                                                    **$5,500.00**

PART B - ESTIMATED AVERAGE FUTURE MONTHLY EXPENSES:

2.  Payments to be Made Directly by Debtor to Secured Creditors for Pre-Petition
    Business Debts

    TOTAL PAYMENTS TO SECURED CREDITORS                              **$0.00**

3.  Other Expenses

    TOTAL OTHER EXPENSES                                                            **$0.00**

4.  TOTAL MONTHLY EXPENSES (Add item 2 - 21)                                        **$0.00**

PART C - ESTIMATED AVERAGE NET MONTHLY INCOME:

5.  AVERAGE NET MONTHLY INCOME (Subtract item 22 from item 1)                     **$5,500.00**

Official Form 106I                    **Schedule I: Your Income**                    page **6**

223

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Jacqueline** | **Elizabeth** | **Ard** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Terry** | **Frank** | **Nicola** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **District of South Carolina**

Case number (if known): **25-01384-JD**

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

Official Form 106J

# Schedule J: Your Expenses

**12/15**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Your Household

1. **Is this a joint case?**

   ☐ No. Go to line 2.

   ☑ Yes. **Does Debtor 2 live in a separate household?**

       ☐ No

       ☑ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household of Debtor 2.*

2. **Do you have dependents?**

   Do not list Debtor 1 and Debtor 2.

   Do not state the dependents' names.

   ☑ No

   ☐ Yes. Fill out this information for each dependent...............

   | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
   |---|---|---|
   | _____ | _____ | ☐ No. ☐ Yes. |
   | _____ | _____ | ☐ No. ☐ Yes. |
   | _____ | _____ | ☐ No. ☐ Yes. |
   | _____ | _____ | ☐ No. ☐ Yes. |
   | _____ | _____ | ☐ No. ☐ Yes. |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

   ☑ No

   ☐ Yes

## Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | | **Your expenses** |
|---|---|---|
| 4. | **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4.    **$0.00** |
| | **If not included in line 4:** | |
| 4a. | Real estate taxes | 4a.    **$250.17** |
| 4b. | Property, homeowner's, or renter's insurance | 4b.    **$63.83** |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c.    **$50.00** |
| 4d. | Homeowner's association or condominium dues | 4d.    **$595.00** |

Debtor 1    **Jacqueline    Elizabeth    Ard**
Debtor 2    **Terry    Frank    Nicola**

|  | First Name | Middle Name | Last Name |

Case number *(if known)* __25-01384-JD__

| | | | Your expenses |
|---|---|---|---|
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. | $0.00 |
| 6. | **Utilities:** | | |
| | 6a. Electricity, heat, natural gas | 6a. | $92.64 |
| | 6b. Water, sewer, garbage collection | 6b. | $25.00 |
| | 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. | $105.00 |
| | 6d. Other. Specify: _____ | 6d. | $0.00 |
| 7. | **Food and housekeeping supplies** | 7. | $220.00 |
| 8. | **Childcare and children's education costs** | 8. | $0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | 9. | $100.00 |
| 10. | **Personal care products and services** | 10. | $100.00 |
| 11. | **Medical and dental expenses** | 11. | $100.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | $280.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | $50.00 |
| 14. | **Charitable contributions and religious donations** | 14. | $100.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a. Life insurance | 15a. | $0.00 |
| | 15b. Health insurance | 15b. | $25.00 |
| | 15c. Vehicle insurance | 15c. | $168.00 |
| | 15d. Other insurance. Specify: _____ | 15d. | $0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: _____ | 16. | $0.00 |
| 17. | **Installment or lease payments:** | | |
| | 17a. Car payments for Vehicle 1 __2017 Hyundai Elantra__ | 17a. | $699.00 |
| | 17b. Car payments for Vehicle 2 __2020 Ram Truck ProMaster__ | 17b. | $758.03 |
| | 17c. Other. Specify: _____ | 17c. | $0.00 |
| | 17d. Other. Specify: _____ | 17d. | $0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | 18. | $0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: _____ | 19. | $0.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | | |
| | 20a. Mortgages on other property | 20a. | $0.00 |
| | 20b. Real estate taxes | 20b. | $0.00 |
| | 20c. Property, homeowner's, or renter's insurance | 20c. | $665.20 |
| | 20d. Maintenance, repair, and upkeep expenses | 20d. | $0.00 |
| | 20e. Homeowner's association or condominium dues | 20e. | $1,326.34 |

225

Debtor 1  **Jacqueline** **Elizabeth** **Terry** **Frank** **Ard** **Nicola**

First Name   Middle Name   Last Name

Debtor 2

Case number *(if known)* **25-01384-JD**

---

21. **Other.** Specify: _____   21.   +   _____ **$0.00**

22. **Calculate your monthly expenses.**

    22a. Add lines 4 through 21.   22a.   _____ **$5,773.21**

    22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2   22b.   _____ **$7,445.98**

    22c. Add line 22a and 22b. The result is your monthly expenses.   22c.   _____ **$13,219.19**

23. **Calculate your monthly net income.**

    23a. Copy line 12 (your combined monthly income) from *Schedule I.*   23a.   _____ **$19,964.01**

    23b. Copy your monthly expenses from line 22c above.   23b.   −  _____ **$13,219.19**

    23c. Subtract your monthly expenses from your monthly income.
        The result is your *monthly net income.*   23c.   _____ **$6,744.82**

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

    For example, do you expect to finish paying for your car loan within the year or do you expect your
    mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

    ☐ No.

    ☑ Yes.   Medical expenses may increase due to a recent injury

---

Official Form 106J   **Schedule J: Your Expenses**   page **3**

226

**Fill in this information to identify your case:**

| | | | | |
|---|---|---|---|---|
| Debtor 1 | **Jacqueline** | **Elizabeth** | **Ard** | |
| | First Name | Middle Name | Last Name | |
| Debtor 2 | **Terry** | **Frank** | **Nicola** | |
| (Spouse, if filing) | First Name | Middle Name | Last Name | |

United States Bankruptcy Court for the: **District of South Carolina**

Case number **25-01384-JD**
(if known)

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

Official Form 106J-2

# Schedule J-2: Expenses for Separate Household of Debtor 2          12/15

Use this form for Debtor 2's separate household expenses ONLY IF Debtor 1 and Debtor 2 maintain separate households. *If Debtor 1 and Debtor 2 have one or more dependents in common, list the dependents on both Schedule J and this form. Answer the questions on this form only with respect to expenses for Debtor 2 that are not reported on Schedule J.* Be as complete and accurate as possible. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:  Describe Your Household

1. **Is this a joint case?**

   ☐ No. Do not complete this form.
   ☑ Yes

2. **Do you have dependents?**

   Do not list Debtor 1 but list all other dependents of Debtor 2 regardless of whether listed as a dependent of Debtor 1 on Schedule J.

   Only list dependents

   Do not state the dependents' names.

   ☑ No
   ☐ Yes. Fill out this information for each dependent...............

   | Dependent's relationship to Debtor 2: | Dependent's age | Does dependent live with you? |
   |---|---|---|
   | _____ | _____ | ☐ No.  ☐ Yes. |
   | _____ | _____ | ☐ No.  ☐ Yes. |
   | _____ | _____ | ☐ No.  ☐ Yes. |
   | _____ | _____ | ☐ No.  ☐ Yes. |
   | | | ☐ No.  ☐ Yes. |

3. **Do your expenses include expenses of people other than yourself, your dependents, and Debtor 1?**

   ☑ No
   ☐ Yes

## Part 2:  Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | | **Your expenses** |
|---|---|---|
| 4. | **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. **$1,602.35** |
| | **If not included in line 4:** | |
| | 4a. Real estate taxes | 4a. **$0.00** |
| | 4b. Property, homeowner's, or renter's insurance | 4b. **$0.00** |
| | 4c. Home maintenance, repair, and upkeep expenses | 4c. **$240.00** |
| | 4d. Homeowner's association or condominium dues | 4d. **$480.00** |

| | | | Your expenses |
|---|---|---|---|

Debtor 1 **Jacqueline Elizabeth Terry**

Debtor 2 **And Frank Nicola**

First Name · Middle Name · Last Name

Case number *(if known)* **25-01384-JD**

| | | | Your expenses |
|---|---|---|---|
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. | |
| 6. | **Utilities:** | | |
| | 6a. Electricity, heat, natural gas | 6a. | **$97.31** |
| | 6b. Water, sewer, garbage collection | 6b. | **$100.00** |
| | 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. | **$105.00** |
| | 6d. Other. Specify: _____ | 6d. | **$0.00** |
| 7. | **Food and housekeeping supplies** | 7. | **$220.00** |
| 8. | **Childcare and children's education costs** | 8. | **$0.00** |
| 9. | **Clothing, laundry, and dry cleaning** | 9. | **$100.00** |
| 10. | **Personal care products and services** | 10. | **$80.00** |
| 11. | **Medical and dental expenses** | 11. | **$170.00** |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | **$240.00** |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | **$80.00** |
| 14. | **Charitable contributions and religious donations** | 14. | **$100.00** |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a. Life insurance | 15a. | **$0.00** |
| | 15b. Health insurance | 15b. | **$25.00** |
| | 15c. Vehicle insurance | 15c. | **$85.00** |
| | 15d. Other insurance. Specify: _____ | 15d. | **$0.00** |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: _____ | 16. | **$0.00** |
| 17. | **Installment or lease payments:** | | |
| | 17a. Car payments for Vehicle 1 | 17a. | **$549.00** |
| | 17b. Car payments for Vehicle 2 | 17b. | |
| | 17c. Other. Specify: _____ | 17c. | |
| | 17d. Other. Specify: _____ | 17d. | |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5,** *Schedule I, Your Income* (Official Form 106I). | 18. | **$0.00** |
| 19. | **Other payments you make to support others who do not live with you** Specify: **MSA Payments** | 19. | **$3,172.32** |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on** *Schedule I: Your Income* | | |
| | 20a. Mortgages on other property | 20a. | **$0.00** |
| | 20b. Real estate taxes | 20b. | **$0.00** |
| | 20c. Property, homeowner's, or renter's insurance | 20c. | **$0.00** |
| | 20d. Maintenance, repair, and upkeep expenses | 20d. | **$0.00** |
| | 20e. Homeowner's association or condominium dues | 20e. | **$0.00** |

Official Form 106J-2      Schedule J-2: Expenses for Separate Household of Debtor 2      page 2

| Debtor 1 | **Jacqueline** | **Elizabeth** | **And** | | |
| Debtor 2 | **Terry** | **Frank** | **Nicola** | Case number *(if known)* | **25-01384-JD** |
| | First Name | Middle Name | Last Name | | |

---

21. **Other.** Specify: _____      21.  **+** _____ **$0.00**

22. **Your monthly expenses.** Add lines 4 through 21.

    The result is the monthly expenses of Debtor 2. Copy the result to line 22b of Schedule J to calculate the total expenses for Debtor 1 and Debtor 2.

    22. **$7,445.98**

23. Line not used on this form.

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

    For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

    ☑ No.
    ☐ Yes.      Explain here:

---

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Jacqueline** | **Elizabeth** | **Ard** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Terry** | **Frank** | **Nicola** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **District of South Carolina**

Case number **25-01384-JD**
(if known)

❑ Check if this is an amended filing

## Official Form 107

# Statement of Financial Affairs for Individuals Filing for Bankruptcy      04/25

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

### Part 1: Give Details About Your Marital Status and Where You Lived Before

**1. What is your current marital status?**

☑ Married

❑ Not married

**2. During the last 3 years, have you lived anywhere other than where you live now?**

❑ No

☑ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | ☑ Same as Debtor 1 | ☑ Same as Debtor 1 |
| **21215 Dartmouth Dr** <br> Number    Street | From **10/08/2024** <br> To **03/13/2025** | <br> Number    Street | From _____ <br> To _____ |
| **Southfield, MI 48076-5634** <br> City            State   ZIP Code | | <br> City            State   ZIP Code | |
| | | ❑ Same as Debtor 1 | ❑ Same as Debtor 1 |
| <br> Number    Street | From _____ <br> To _____ | **1006 Laurel Oak Dr** <br> Number    Street | From **07/01/2023** <br> To **07/01/2024** |
| <br> City            State   ZIP Code | | **Valencia, PA 16059-1338** <br> City            State   ZIP Code | |

**3. Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?**(*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☑ No

❑ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

Official Form 107      **Statement of Financial Affairs for Individuals Filing for Bankruptcy**      page **1**

| Debtor 1 | **Jacqueline** | **Elizabeth** | **Ard** | | |
| Debtor 2 | **Terry** | **Frank** | **Nicola** | Case number *(if known)* | **25-01384-JD** |
| | First Name | Middle Name | Last Name | | |

**4. Did you have any income from employment or from operating a business during this year or the two previous calendar years?**

Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

❏ No

☑ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Check all that apply. | **Gross Income** (before deductions and exclusions) | **Sources of income** Check all that apply. | **Gross Income** (before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ❏ Wages, commissions, bonuses, tips<br>☑ Operating a business | **$6,829.01** | ❏ Wages, commissions, bonuses, tips<br>❏ Operating a business | |
| **For last calendar year:**<br>(January 1 to December 31, **2024** )<br>YYYY | ❏ Wages, commissions, bonuses, tips<br>☑ Operating a business | **$81,948.16** | ❏ Wages, commissions, bonuses, tips<br>❏ Operating a business | |
| **For the calendar year before that:**<br>(January 1 to December 31, **2023** )<br>YYYY | ❏ Wages, commissions, bonuses, tips<br>☑ Operating a business | **$59,249.21** | ❏ Wages, commissions, bonuses, tips<br>❏ Operating a business | |

**5. Did you receive any other income during this year or the two previous calendar years?**

Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

☑ No

❏ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Describe below. | **Gross income from each source** (before deductions and exclusions) | **Sources of income** Describe below. | **Gross Income from each source** (before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | | | | |
| **For last calendar year:**<br>(January 1 to December 31, **2024** )<br>YYYY | | | | |
| **For the calendar year before that:**<br>(January 1 to December 31, **2023** )<br>YYYY | | | | |

| Debtor 1 | Jacqueline | Elizabeth | Ard | | | |
|----------|-----------|-----------|-----|--|--|--|
| Debtor 2 | **Terry** | **Frank** | **Nicola** | | Case number *(if known)* | **25-01384-JD** |
| | First Name | Middle Name | Last Name | | | |

| Part 3: | List Certain Payments You Made Before You Filed for Bankruptcy |
|---------|---------------------------------------------------------------|

**6. Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

❏ No.  **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $8,575* or more?

❏ No. Go to line 7.

❏ Yes.  List below each creditor to whom you paid a total of $8,575* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

\* Subject to adjustment on 4/01/28 and every 3 years after that for cases filed on or after the date of adjustment.

☑ Yes.  **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☑ No. Go to line 7.

❏ Yes.  List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for… |
|--|------------------|-------------------|----------------------|------------------------|
| _____ Creditor's Name | _____ | _____ | _____ | ❏ Mortgage |
| _____ Number    Street | _____ | | | ❏ Car |
| | | | | ❏ Credit card |
| _____ | _____ | | | ❏ Loan repayment |
| _____ City        State    ZIP Code | | | | ❏ Suppliers or vendors |
| | | | | ❏ Other _____ |

**7. Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

☑ No

❏ Yes. List all payments to an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|--|------------------|-------------------|----------------------|--------------------------|
| _____ Insider's Name | _____ | _____ | _____ | |
| _____ Number    Street | _____ | | | |
| _____ | _____ | | | |
| _____ City        State    ZIP Code | | | | |

| Debtor 1 | Jacqueline | Elizabeth | Ard | | Case number *(if known)* **25-01384-JD** |
|---|---|---|---|---|---|
| Debtor 2 | Terry | Frank | Nicola | | |
| | First Name | Middle Name | Last Name | | |

**8. Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

☑ No

☐ Yes. List all payments that benefited an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment Include creditor's name |
|---|---|---|---|---|
| Insider's Name | | | | |
| Number      Street | | | | |
| City                State      ZIP Code | | | | |

---

**Part 4:**  Identify Legal Actions, Repossessions, and Foreclosures

**9. Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No

☑ Yes. Fill in the details.

| | | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|---|
| Case title | **Spa on Port Royal Sound V. Jacqueline Ard** | **Appeal of Foreclosure action/judgement** | **SC Court of Appeals** <br> Court Name <br> **1220 Senate Street** <br> Number      Street <br> **Columbia, SC 29201** <br> City                State      ZIP Code | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| Case number | **2025-000648** | | | |
| Case title | **Thomas S Crook v Cummings Reality Inc.** | **Real Estate Dispute** | **State Of Michigan 55th Clare County** <br> Court Name <br> **225 West Main** <br> Number      Street <br> **Harrison, MI 48625** <br> City                State      ZIP Code | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| Case number | **2022-0000900398CZ** | | | |
| Case title | **HHR Four Seasons v Jacqueline Ard and et al** | | **SC Court of Common Pleas** <br> Court Name <br> <br> Number      Street <br> <br> City                State      ZIP Code | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| Case number | **2023 CP 0701305** | | | |

Official Form 107                     **Statement of Financial Affairs for Individuals Filing for Bankruptcy**                     page **4**

| Debtor 1 | Jacqueline | Elizabeth | Ard | | |
|---|---|---|---|---|---|
| Debtor 2 | Terry | Frank | Nicola | | |
| | First Name | Middle Name | Last Name | Case number *(if known)* **25-01384-JD** | |

| | | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|---|
| Case title | **HHR Four Seasons v Jacqueline Ard and Terry Nicola**<br><br>Case number **2021 CP 0701984** | | **SC Court of Appeals**<br>Court Name<br>**1220 Senate Street**<br>Number      Street<br>**Columbia, SC 29201**<br>City          State     ZIP Code | ☐ Pending<br>☑ On appeal<br>☐ Concluded |
| Case title | **in re Jacqueline Ard and Terry Nicola**<br><br>Case number **24-03611** | **Damages Viloation of Auto stay** | **J. Bratton Davis**<br>Court Name<br>**US Bankruptcy Courthouse**<br>**1100 Laurel St**<br>Number      Street<br>**Columbia, SC 29201-2423**<br>City          State     ZIP Code | ☐ Pending<br>☑ On appeal<br>☐ Concluded |
| Case title | **in re Jacqueline v Zeidman Jewelry**<br><br>Case number **25-80005** | **Violation of Stay** | **J. Bratton Davis**<br>Court Name<br>**US Bankruptcy Courthouse**<br>**1100 Laurel St**<br>Number      Street<br>**Columbia, SC 29201-2423**<br>City          State     ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| Case title | **Hilton Head Resorts v Jacqueline Ard et al**<br><br>Case number **25 80006** | **Violation of Stay** | **J. Bratton Davis**<br>Court Name<br>**US Bankruptcy Courthouse**<br>**1100 Laurel St**<br>Number      Street<br>**Columbia, SC 29201-2423**<br>City          State     ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| Case title | **Estate at Westbury v. Jacqueline Ard et al**<br><br>Case number **ap2025 000677** | **foreclosure** | **SC Court of Appeals**<br>Court Name<br>**1220 Senate Street**<br>Number      Street<br>**Columbia, SC 29201**<br>City          State     ZIP Code | ☐ Pending<br>☑ On appeal<br>☐ Concluded |

**10. Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

☐ No. Go to line 11.

☑ Yes. Fill in the information below.

Official Form 107     **Statement of Financial Affairs for Individuals Filing for Bankruptcy**     page **5**

| Debtor 1 | Jacqueline | Elizabeth | Ard | | Case number *(if known)* **25-01384-JD** |
| Debtor 2 | Terry | Frank | Nicola | | |
| | First Name | Middle Name | Last Name | | |

| Describe the property | Date | Value of the property |
|---|---|---|

**Title Max Corporation**
Creditor's Name

**15 Bull St**
Number    Street

**Savannah, GA 31401-2685**
City                State    ZIP Code

**Describe the property:** 2017 Hyundai Elantra

**Date:** 04/09/2025

**Value of the property:** $4,500.00

**Explain what happened**

☑ Property was repossessed.
❑ Property was foreclosed.
❑ Property was garnished.
❑ Property was attached, seized, or levied.

---

**11. Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

☑ No

❑ Yes. Fill in the details.

| | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|
| Creditor's Name | | | |
| Number    Street | | | |
| City        State    ZIP Code | Last 4 digits of account number: XXXX–__ __ __ __ | | |

---

**12. Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

❑ No

☑ Yes

---

### Part 5:    List Certain Gifts and Contributions

**13. Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☑ No

❑ Yes. Fill in the details for each gift.

---

Official Form 107    **Statement of Financial Affairs for Individuals Filing for Bankruptcy**    page **6**

| Debtor 1 | **Jacqueline** | **Elizabeth** | **Ard** | | |
|---|---|---|---|---|---|
| Debtor 2 | **Terry** | **Frank** | **Nicola** | | Case number *(if known)* **25-01384-JD** |
| | First Name | Middle Name | Last Name | | |

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| _____<br>Person to Whom You Gave the Gift | | _____ | _____ |
| | | _____ | _____ |
| _____<br>Number      Street | | | |
| _____<br>City                State    ZIP Code | | | |
| Person's relationship to you _____ | | | |

**14. Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☑ No

❑ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600 | Describe what you contributed | Date you contributed | Value |
|---|---|---|---|
| _____<br>Charity's Name | | _____ | _____ |
| _____ | | _____ | _____ |
| _____<br>Number      Street | | | |
| _____<br>City                State    ZIP Code | | | |

## Part 6:   List Certain Losses

**15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☑ No

❑ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property*. | Date of your loss | Value of property lost |
|---|---|---|---|
| | | _____ | _____ |

| Debtor 1 | **Jacqueline** | **Elizabeth** | **Ard** | |
|---|---|---|---|---|
| Debtor 2 | **Terry** | **Frank** | **Nicola** | |
| | First Name | Middle Name | Last Name | Case number *(if known)* **25-01384-JD** |

**16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**

Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☑ No

❑ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Person Who Was Paid | | | |
| Number      Street | | _____ | _____ |
| | | _____ | _____ |
| City                State     ZIP Code | | | |
| Email or website address | | | |
| Person Who Made the Payment, if Not You | | | |

**17. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**

Do not include any payment or transfer that you listed on line 16.

☑ No

❑ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Person Who Was Paid | | | |
| Number      Street | | _____ | _____ |
| | | _____ | _____ |
| City                State     ZIP Code | | | |

**18. Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**

Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property).
Do not include gifts and transfers that you have already listed on this statement.

☑ No

❑ Yes. Fill in the details.

Official Form 107 **Statement of Financial Affairs for Individuals Filing for Bankruptcy** page **8**

| Debtor 1 | **Jacqueline** | **Elizabeth** | **Ard** | | |
|---|---|---|---|---|---|
| Debtor 2 | **Terry** | **Frank** | **Nicola** | | Case number *(if known)* **25-01384-JD** |
| | First Name | Middle Name | Last Name | | |

| | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| _____ Person Who Received Transfer | | | _____ |
| _____ Number    Street | | | |
| _____ | | | |
| _____ City          State    ZIP Code | | | |
| Person's relationship to you _____ | | | |

**19. Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?**
(These are often called *asset-protection devices.*)

☑ No

❏ Yes. Fill in the details.

| | Description and value of the property transferred | Date transfer was made |
|---|---|---|
| Name of trust _____ | | _____ |
| _____ | | |

| **Part 8:** | List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units |
|---|---|

**20. Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☑ No

❏ Yes. Fill in the details.

| | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| _____ **Name of Financial Institution** | **XXXX–** ___ ___ ___ ___ | ❏ Checking ❏ Savings ❏ Money market ❏ Brokerage ❏ Other _____ | _____ | _____ |
| _____ **Number    Street** | | | | |
| _____ | | | | |
| _____ **City          State    ZIP Code** | | | | |

Official Form 107                **Statement of Financial Affairs for Individuals Filing for Bankruptcy**                page **9**

| Debtor 1 | **Jacqueline** | **Elizabeth** | **Ard** | | Case number *(if known)* **25-01384-JD** |
|---|---|---|---|---|---|
| Debtor 2 | **Terry** | **Frank** | **Nicola** | | |
| | First Name | Middle Name | Last Name | | |

**21. Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☑ No

❑ Yes. Fill in the details.

| | Who else had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| | | | ❑ No |
| | | | ❑ Yes |
| Name of Financial Institution | Name | | |
| Number      Street | Number      Street | | |
| | City            State     ZIP Code | | |
| City            State     ZIP Code | | | |

**22. Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

❑ No

☑ Yes. Fill in the details.

| | Who else has or had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| **Go-Store It** | | **Assorted Business equipment** | ❑ No |
| Name of Storage Facility | Name | | ☑ Yes |
| **33 Parmenter Rd.** | | | |
| Number      Street | Number      Street | | |
| | City            State     ZIP Code | | |
| **Bluffton, SC 29910** | | | |
| City            State     ZIP Code | | | |
| **PODS** | | **Personal belongs.** | ❑ No |
| Name of Storage Facility | Name | | ☑ Yes |
| **280 Leetsdale Industrial Dr. Ste 200** | | | |
| Number      Street | Number      Street | | |
| | City            State     ZIP Code | | |
| **Leetsdale, PA 15056** | | | |
| City            State     ZIP Code | | | |

| Part 9: | Identify Property You Hold or Control for Someone Else |
|---|---|

**23. Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

☑ No

❑ Yes. Fill in the details.

Official Form 107          **Statement of Financial Affairs for Individuals Filing for Bankruptcy**          page **10**

Debtor 1 **Jacqueline** **Elizabeth** **Ard**

Debtor 2 **Terry** **Frank** **Nicola** Case number *(if known)* **25-01384-JD**

First Name Middle Name Last Name

| | Where is the property? | Describe the property | Value |
|---|---|---|---|
| _____ | | | _____ |
| Owner's Name | _____ | | |
| | Number Street | | |
| _____ | _____ | | |
| Number Street | | | |
| _____ | City State ZIP Code | | |
| City State ZIP Code | | | |

---

**Part 10:** Give Details About Environmental Information

**For the purpose of Part 10, the following definitions apply:**

■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

■ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

■ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

**Report all notices, releases, and proceedings that you know about, regardless of when they occurred.**

**24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

☑ No

☐ Yes. Fill in the details.

| | Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| _____ | | | _____ |
| Name of site | Governmental unit | | |
| _____ | _____ | | |
| Number Street | Number Street | | |
| _____ | City State ZIP Code | | |
| City State ZIP Code | | | |

**25. Have you notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Fill in the details.

Official Form 107 **Statement of Financial Affairs for Individuals Filing for Bankruptcy** page **11**

Debtor 1    **Jacqueline      Elizabeth      Ard**

Debtor 2    **Terry           Frank          Nicola**

      First Name     Middle Name     Last Name

Case number *(if known)* **25-01384-JD**

| Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|
| | | |

Name of site

Governmental unit

Number   Street

Number   Street

City          State     ZIP Code

City              State     ZIP Code

**26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No

☐ Yes. Fill in the details.

| | Court or agency | Nature of the case | Status of the case |
|---|---|---|---|
| Case title _____ | Court Name | | ☐ Pending |
| | | | ☐ On appeal |
| | Number   Street | | ☐ Concluded |
| Case number | City    State    ZIP Code | | |

---

## Part 11:  Give Details About Your Business or Connections to Any Business

**27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)

☐ A partner in a partnership

☑ An officer, director, or managing executive of a corporation

☐ An owner of at least 5% of the voting or equity securities of a corporation

☐ No. None of the above applies. Go to Part 12.

☑ Yes. Check all that apply above and fill in the details below for each business.

| **Global Management Group LLC** | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| Name | **Property Management** | EIN:  6  1 – 1  6  0  4  1  1  1 |
| **21215 Dartmouth Dr** | Name of accountant or bookkeeper | Dates business existed |
| Number    Street | | From  **09/24/2009**  To _____ |
| **Southfield, MI 48076-5634** | | |
| City       State    ZIP Code | | |

---

Debtor 1  **Jacqueline    Elizabeth    Ard**
Debtor 2  **Terry    Frank    Nicola**                        Case number *(if known)* **25-01384-JD**

First Name    Middle Name    Last Name

| | | |
|---|---|---|
| **Beachside Estates LLC** | **Describe the nature of the business** | **Employer Identification number** <br> Do not include Social Security number or ITIN. |
| Name | **Multi-member LLC Partnership** | EIN: __8__ __8__ – __1__ __0__ __0__ __9__ __4__ __3__ __1__ |
| **100 Kensington Blvd Unit 1106** | **Name of accountant or bookkeeper** | **Dates business existed** |
| Number    Street | | From  __03/03/2022__  To _____ |
| **Bluffton, SC 29910** | | |
| City    State    ZIP Code | | |
| **Global Management Group LLC** | **Describe the nature of the business** | **Employer Identification number** <br> Do not include Social Security number or ITIN. |
| Name | **Property Management** | EIN: __6__ __1__ – __1__ __6__ __0__ __4__ __1__ __1__ __1__ |
| **21215 Dartmouth Dr** | **Name of accountant or bookkeeper** | **Dates business existed** |
| Number    Street | | From  __09/24/2009__  To _____ |
| **Southfield, MI 48076-5634** | | |
| City    State    ZIP Code | | |
| **Beachside Estates LLC** | **Describe the nature of the business** | **Employer Identification number** <br> Do not include Social Security number or ITIN. |
| Name | **Multi-member LLC Partnership** | EIN: __8__ __8__ – __1__ __0__ __0__ __9__ __4__ __3__ __1__ |
| **100 Kensington Blvd Unit 1106** | **Name of accountant or bookkeeper** | **Dates business existed** |
| Number    Street | | From  __03/03/2022__  To _____ |
| **Bluffton, SC 29910** | | |
| City    State    ZIP Code | | |

**28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

☑ No

☐ Yes. Fill in the details below.

| | **Date issued** |
|---|---|
| _____ | _____ |
| Name | MM / DD / YYYY |
| _____ | |
| Number    Street | |
| _____ | |
| City    State    ZIP Code | |

| Debtor 1 | Jacqueline | Elizabeth | Ard | | Case number *(if known)* 25-01384-JD |
|----------|------------|-----------|-----|--|--------|
| Debtor 2 | Terry | Frank | Nicola | | |
| | First Name | Middle Name | Last Name | | |

## Part 12: Sign Below

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

X _____     X _____
Signature of Jacqueline Ard, Debtor 1          Signature of Terry Nicola, Debtor 2

Date 04/25/2025          Date 04/25/2025

Did you attach additional pages to your *Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?

☑ No

☐ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?

☑ No

☐ Yes. Name of person _____

Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Official Form 107          Statement of Financial Affairs for Individuals Filing for Bankruptcy          page 14

243

<table>
<tr><td colspan="2">Fill in this information to identify your case:</td></tr>
<tr><td>Debtor 1</td><td>**Jacqueline**    **Elizabeth**    **Ard**</td></tr>
<tr><td></td><td>First Name    Middle Name    Last Name</td></tr>
<tr><td>Debtor 2<br>(Spouse, if filing)</td><td>**Terry**    **Frank**    **Nicola**</td></tr>
<tr><td></td><td>First Name    Middle Name    Last Name</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>**District of South Carolina**</td></tr>
<tr><td>Case number<br>(if known)</td><td>**25-01384-JD**</td></tr>
</table>

**Check as directed in lines 17 and 21:**

According to the calculations required by this Statement:

☑ 1. Disposable income is not determined under 11 U.S.C. § 1325(b)(3).

☐ 2. Disposable income is determined under 11 U.S.C. § 1325(b)(3).

☑ 3. The commitment period is 3 years.

☐ 4. The commitment period is 5 years.

☐ Check if this is an amended filing

## Official Form 122C-1

# Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period

**10/19**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known).**

| Part 1: | Calculate Your Average Monthly Income |
|---|---|

1. **What is your marital and filing status?** Check one only.

   ☐ **Not married.** Fill out Column A, lines 2-11.

   ☑ **Married.** Fill out both Columns A and B, lines 2-11.

**Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case.** 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|---|
| 2. | **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $0.00 | $0.00 |
| 3. | **Alimony and maintenance payments.** Do not include payments from a spouse. | $0.00 | $0.00 |
| 4. | **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Do not include payments from a spouse. Do not include payments you listed on line 3. | $0.00 | $0.00 |

5. **Net income from operating a business, profession, or farm**

| | Debtor 1 | Debtor 2 | | |
|---|---|---|---|---|
| Gross receipts (before all deductions) | $1,385.94 | $0.00 | | |
| Ordinary and necessary operating expenses | - $0.00 | - $0.00 | | |
| Net monthly income from a business, profession, or farm | $1,385.94 | $0.00 | Copy here → | $1,385.94     $0.00 |

6. **Net income from rental and other real property**

| | Debtor 1 | Debtor 2 | | |
|---|---|---|---|---|
| Gross receipts (before all deductions) | $0.00 | $0.00 | | |
| Ordinary and necessary operating expenses | - $0.00 | - $0.00 | | |
| Net monthly income from rental or other real property | $0.00 | $0.00 | Copy here → | $0.00     $0.00 |

Official Form 122C-1     **Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period**     page **1**

244

| Debtor 1 | Jacqueline | Elizabeth | Ard | |
|---|---|---|---|---|
| Debtor 2 | Terry | Frank | Nicola | |
| | First Name | Middle Name | Last Name | Case number *(if known)* **25-01384-JD** |

| | | Column A **Debtor 1** | Column B **Debtor 2 or non-filing spouse** |
|---|---|---|---|
| 7. | **Interest, dividends, and royalties** | $0.00 | $0.00 |
| 8. | **Unemployment compensation** | $0.00 | $0.00 |

Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here: ................................................. ↓

For you................................................................... **$0.00**

For your spouse........................................................ **$3,427.67**

| | | Column A | Column B |
|---|---|---|---|
| 9. | **Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act. Also, except as stated in the next sentence, do not include any compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If you received any retired pay paid under chapter 61 of title 10, then include that pay only to the extent that it does not exceed the amount of retired pay to which you would otherwise be entitled if retired under any provision of title 10 other than chapter 61 of that title. | $0.00 | $4,141.33 |

10. **Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act; payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism; or compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If necessary, list other sources on a separate page and put the total below.

Total amounts from separate pages, if any.    + _____    + _____

11. **Calculate your total average monthly income.** Add lines 2 through 10 for each column. Then add the total for Column A to the total for Column B.

$1,385.94   +   $4,141.33   =   **$5,527.27**

**Total average monthly income**

| Part 2: | Determine How to Measure Your Deductions from Income |
|---|---|

12. **Copy your total average monthly income from line 11.** ................................................................................    **$5,527.27**

13. **Calculate the marital adjustment.** Check one:

☐ You are not married. Fill in 0 below.

☑ You are married and your spouse is filing with you. Fill in 0 below.

☐ You are married and your spouse is not filing with you.

Fill in the amount of the income listed in line 11, Column B, that was NOT regularly paid for the household expenses of you or your dependents, such as payment of the spouse's tax liability or the spouse's support of someone other than you or your dependents.

Below, specify the basis for excluding this income and the amount of income devoted to each purpose. If necessary, list additional adjustments on a separate page.

If this adjustment does not apply, enter 0 below.

Total...............................................................................................    $0.00    Copy here. →    -    $0.00

14. **Your current monthly income.** Subtract the total in line 13 from line 12.    **$5,527.27**

Official Form 122C-1     **Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period**     page **2**

245

| Debtor 1 | Jacqueline | Elizabeth | Ard | | |
|---|---|---|---|---|---|
| Debtor 2 | Terry | Frank | Nicola | Case number *(if known)* | 25-01384-JD |
| | First Name | Middle Name | Last Name | | |

15. **Calculate your current monthly income for the year.** Follow these steps:

15a. Copy line 14 here → ............................................................................................................ **$5,527.27**

    Multiply line 15a by 12 (the number of months in a year).     **x 12**

15b. The result is your current monthly income for the year for this part of the form.................................. **$66,327.24**

16. **Calculate the median family income that applies to you.** Follow these steps:

16a. Fill in the state in which you live.      **South Carolina**

16b. Fill in the number of people in your household.      **2**

16c. Fill in the median family income for your state and size of household. ................................ **$77,674.00**

    To find a list of applicable median income amounts, go online using the link specified in the separate instructions for this form. This list may also be available at the bankruptcy clerk's office.

17. **How do the lines compare?**

17a. ☑ Line 15b is less than or equal to line 16c. On the top of page 1 of this form, check box 1, *Disposable income is not determined under 11 U.S.C. § 1325(b)(3)*. **Go to Part 3.** Do NOT fill out *Calculation of Your Disposable Income* (Official Form 122C–2).

17b. ☐ Line 15b is more than line 16c. On the top of page 1 of this form, check box 2, *Disposable income is determined under 11 U.S.C. § 1325(b)(3)*. **Go to Part 3 and fill out Calculation of Your Disposable Income (Official Form 122C–2).** On line 39 of that form, copy your current monthly income from line 14 above.

## Part 3: Calculate Your Commitment Period Under 11 U.S.C. §1325(b)(4)

18. **Copy your total average monthly income from line 11.** ........................................................ **$5,527.27**

19. **Deduct the marital adjustment if it applies.** If you are married, your spouse is not filing with you, and you contend that calculating the commitment period under 11 U.S.C. § 1325(b)(4) allows you to deduct part of your spouse's income, copy the amount from line 13.

19a. If the marital adjustment does not apply, fill in 0 on line 19a. ................................... **- $0.00**

19b. **Subtract line 19a from line 18.**      **$5,527.27**

20. **Calculate your current monthly income for the year.** Follow these steps.

20a. Copy line 19b................................................................................................................ **$5,527.27**

    Multiply by 12 (the number of months in a year).     **x 12**

20b. The result is your current monthly income for the year for this part of the form.     **$66,327.24**

20c. Copy the median family income for your state and size of household from line 16c. ............................ **$77,674.00**

21. **How do the lines compare?**

☑ Line 20b is less than line 20c. Unless otherwise ordered by the court, on the top of page 1 of this form, check box 3, *The commitment period is 3 years*. Go to Part 4.

☐ Line 20b is more than or equal to line 20c. Unless otherwise ordered by the court, on the top of page 1 of this form, check box 4, *The commitment period is 5 years*. Go to Part 4.

## Part 4: Sign Below

By signing here, under penalty of perjury I declare that the information on this statement and in any attachments is true and correct.

X _____       X _____
Signature of Debtor 1       Signature of Debtor 2

Date **04/25/2025**       Date **04/25/2025**
    MM/ DD/ YYYY       MM/ DD/ YYYY

If you checked 17a, do NOT fill out or file Form 122C–2.

If you checked 17b, fill out Form 122C–2 and file it with this form. On line 39 of that form, copy your current monthly income from line 14 above.

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Jacqueline** | **Elizabeth** | **Ard** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Terry** | **Frank** | **Nicola** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **District of South Carolina**

Case number **25-01384-JD**
(if known)

☐ Check if this is an amended filing

## Official Form 106Sum

# Summary of Your Assets and Liabilities and Certain Statistical Information

**12/15**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.**

### Part 1: Summarize Your Assets

**Your assets**
Value of what you own

1. **Schedule A/B: Property** (Official Form 106A/B)

   1a. Copy line 55, Total real estate, from *Schedule A/B*............................................................... **$606,700.00**

   1b. Copy line 62, Total personal property, from *Schedule A/B*.................................................... **$369,957.03**

   1c. Copy line 63, Total of all property on *Schedule A/B*.............................................................. **$976,657.03**

### Part 2: Summarize Your Liabilities

**Your liabilities**
Amount you owe

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)

   2a. Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of *Schedule D*....... **$387,112.82**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)

   3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*..................................... **$22,051.73**

   3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*................................ **+ $402,868.80**

   **Your total liabilities** **$812,033.35**

### Part 3: Summarize Your Income and Expenses

4. *Schedule I: Your Income* (Official Form 106I)

   Copy your combined monthly income from line 12 of *Schedule I*............................................................. **$19,964.01**

5. *Schedule J: Your Expenses* (Official Form 106J)

   Copy your monthly expenses from line 22c of *Schedule J*.................................................................. **$13,219.19**

Official Form 106Sum **Summary of Your Assets and Liabilities and Certain Statistical Information** page 1 of 2

| Debtor 1 | **Jacqueline** | **Elizabeth** | **Ard** | | |
|---|---|---|---|---|---|
| Debtor 2 | **Terry** | **Frank** | **Nicola** | Case number *(if known)* | **25-01384-JD** |
| | First Name | Middle Name | Last Name | | |

| **Part 4:** | Answer These Questions for Administrative and Statistical Records |
|---|---|

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

☑ Yes

7. **What kind of debt do you have?**

☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

☑ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

_____

9. **Copy the following special categories of claims from Part 4, line 6 of Schedule E/F:**

| | Total claim |
|---|---|
| **From Part 4 on Schedule E/F, copy the following:** | |
| 9a. Domestic support obligations (Copy line 6a.) | _____ |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | _____ |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | _____ |
| 9d. Student loans. (Copy line 6f.) | _____ |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | _____ |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | + _____ |
| 9g. **Total**. Add lines 9a through 9f. | _____ |

Official Form 106Sum        **Summary of Your Assets and Liabilities and Certain Statistical Information**        page 2 of 2

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | Jacqueline | Elizabeth | Ard |
| | First Name | Middle Name | Last Name |
| Debtor 2 | Terry | Frank | Nicola |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **District of South Carolina**

Case number **25-01384-JD**
(if known)

☐ Check if this is an amended filing

## Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☑ No

☐ Yes. Name of person _____    Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X _____    X _____
Jacqueline Ard, Debtor 1          Terry Nicola, Debtor 2

Date **04/25/2025**                Date **04/25/2025**
    MM/ DD/ YYYY                      MM/ DD/ YYYY

Official Form 106Dec          Declaration About an Individual Debtor's Schedules

## CURRENT MONTHLY INCOME PAYSTUB DETAILS

In re: **Ard, Jacqueline Elizabeth (Debtor 1)**
   **Nicola, Terry Frank (Debtor 2)**

Case Number: **25-01384-JD**

Chapter:     **13**

---

**Ard, Jacqueline Elizabeth (Debtor 1)**

---

I, Jacqueline Ard, (Debtor 1) state that I am Self-Employed. I submitted a detailed Statement of Income to Trustee: James M. Wyman via email: wyman@charleston13.com and jameswymanlaw@gmail.com

I, hereby, certify that the above statement is true to the best of my knowledge.

Filed By The Court
4/25/2025 10:28 PM
U.S. BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

_4-25-25_

Jacqueline Ard
239 Beach City Rd unit 3218
Hilton Head Island, SC 29926
Jacquelineard72@gmail.com

250

I, Terry Nicola, (Debtor 2) state that I am a disabled retiree. I submitted a detailed Statement of Income to Trustee: James M. Wyman via email: wyman@charleston13.com and jameswymanlaw@gmail.com

I, hereby, certify that the above statement is true to the best of my knowledge.

Terry Nicola          4-25-2025

Terry Nicola
663 William Hilton Parkway unit 4408
Hilton Head Island, SC 2998
Terrynicola30@gmail.com

<table>
<tr><td colspan="3">Fill in this information to identify your case:</td></tr>
<tr><td>Debtor 1:</td><td><b>Jacqueline</b><br>First Name</td><td><b>Elizabeth</b><br>Middle Name</td><td><b>Ard</b><br>Last Name</td></tr>
<tr><td>Debtor 2:<br><u>(Spouse, if filing)</u></td><td><b>Terry</b><br>First Name</td><td><b>Frank</b><br>Middle Name</td><td><b>Nicola</b><br>Last Name</td></tr>
</table>

United States Bankruptcy Court for the: District of **South Carolina**

Case Number: **25-01384-JD**
(if known)

☐ Check if this is a modified plan, and list below the sections of the plan that have been changed.

☐ Pre-confirmation modification

☐ Post-confirmation modification

Filed By The Court
4/25/2025 10:28 PM
U.S. BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

**District of South Carolina**

# Chapter 13 Plan

07/24

## Part 1: Notices

**To Debtors:** **This form sets out options that may be appropriate in some cases, but the presence of an option on the form does not indicate that the option is appropriate in your circumstances. Plans that do not comply with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, this Court's local rules, and judicial rulings may not be confirmable.**

*In the following notice to creditors, you must check each box that applies.*

**To Creditors:** **Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated.**

You should read this plan carefully and discuss it with your attorney if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one. Failure to object may constitute an implied acceptance of and consent to the relief requested in this document.

If you oppose the plan's treatment of your claim or any provision of this plan, you or your attorney must file a timely objection to confirmation. **To determine the deadline to object to this plan, you must consult the Notice of Bankruptcy Case or applicable Notice/Motion served with this plan.** The Bankruptcy Court may confirm this plan without further notice if no objection to confirmation is filed. See Bankruptcy Rule 3015. In addition, pursuant to Federal Rule of Bankruptcy Procedure 3002, you must file a timely proof of claim in order to be paid under any plan. Confirmation of this plan does not bar a party in interest from objecting to a claim.

The following matters may be of particular importance. ***Debtors must check one box on each line to state whether or not the plan includes each of the following items. If an item is checked as "Not Included" or if both boxes are checked, the provision will be ineffective if set out later in the plan.***

| | | | |
|---|---|---|---|
| **1.1** | **A limit on the amount of a secured claim, set out in Section 3.2, which may result in a partial payment or no payment at all to the secured creditor** | ☑ **Included** | ☐ **Not included** |
| **1.2** | **Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Section 3.4** | ☑ **Included** | ☐ **Not included** |
| **1.3** | **Nonstandard provisions, set out in Part 8** | ☑ **Included** | ☐ **Not included** |
| **1.4** | **Conduit Mortgage Payments: ongoing mortgage payments made by the trustee through plan, set out in Section 3.1(c) and in Part 8** | ☑ **Included** | ☐ **Not included** |

## Part 2: Plan Payments and Length of Plan

**2.1** The debtor will pay the trustee as follows:

**$4,540.32** per month for **2** months

and **$8,540.32** per month for **3** months

252

and __$6,540.32__ per month for __5__ months

and __$8,540.32__ per month for __3__ months

and __$10,540.32__ per month for __47__ months.

The debtor and trustee may stipulate to a higher payment in order to provide adequate funding of the plan without the necessity of a modification to the plan. The stipulation is effective upon filing with the Court, unless otherwise ordered.

**2.2 Regular payments to the trustee will be made from future income in the following manner:**

*Check all that apply.*

☐ The debtor will make payments pursuant to a payroll deduction order.

☑ The debtor will make payments directly to the trustee.

☐ Other (specify method of payment): _____ .

**2.3 Income tax refunds.**

*Check one.*

☑ The debtor will retain any income tax refunds received during the plan term.

☐ The debtor will treat income tax refunds as follows:

**2.4 Additional payments.**

*Check one.*

☑ **None.** *If "None" is checked, the rest of § 2.4 need not be completed or reproduced.*

| Part 3: | Treatment of Secured Claims |
|---|---|

To receive a distribution from the trustee, a proof of claim, including adequate supporting documentation and filed in compliance with Official Rules and Forms, must be filed with the Court. For purposes of plan distribution, a claim shall be treated as provided for in a confirmed plan. However, if a claim is treated as secured in a confirmed plan and the affected creditor elects to file an unsecured claim, such claim, unless timely amended, shall be treated as unsecured for purposes of plan distribution. Any creditor holding a claim secured by property that is removed from the protection of the automatic stay by order, surrender, or through operation of the plan will receive no further distribution from the chapter 13 trustee on account of any secured claim. This provision also applies to creditors who may claim an interest in, or lien on, property that is removed from the protection of the automatic stay by another lienholder or released to another lienholder, unless the Court orders otherwise, but does not apply if the sole reason for its application arises under 11 U.S.C. § 362(c)(3) or (c)(4). Any funds that would have otherwise been paid to a creditor, but pursuant to these provisions will not be paid, will be distributed according to the remaining terms of the plan. Any creditor affected by these provisions and who has filed a timely proof of claim may file an itemized proof of claim for any unsecured deficiency within a reasonable time after the removal of the property from the protection of the automatic stay. Secured creditors that will be paid directly by the debtor should continue sending directly to the debtor standard payment and escrow notices, payment coupons, or inquiries about insurance, and such action will not be considered a violation of the automatic stay.

**3.1 Maintenance of payments and cure or waiver of default, if any.**

*Check all that apply. Only relevant sections need to be reproduced.*

☐ **None.** *If "None" is checked, the rest of § 3.1 need not be completed or reproduced.*

☑ **3.1(a)** The debtor is not in default and will maintain the contractual payments on the secured claims listed below, with any changes required by the applicable contract and noticed in conformity with any applicable rules. These payments will be disbursed directly by the debtor.

| Name of Creditor | Collateral |
|---|---|
| City of Detroit Water and Sewerage Dept | |
| City of Detroit Water and Sewerage Dept | |
| Beaufort Co Treasurer | |

| Name of Creditor | Collateral |
|---|---|
| Beaufort Co Treasurer | |
| Beaufort Co Treasurer | |
| City of Detroit | |
| City of Detroit Property Tax | |
| County of Allegheny Treasurer | |
| East Pittsburgh Borough | |
| Jordan Tax Service | |
| Lincoln Township | |
| Lincoln Township | |
| Wayne Co Treasurer | |
| Wayne Co Treasurer | |

☑ **3.1(b)** The debtor is in default and will maintain the contractual payments on the secured claims listed below, with any changes required by the applicable contract and noticed in conformity with any applicable rules. These payments will be disbursed directly by the debtor. The arrearage payments will be disbursed by the trustee, with interest, if any, at the rate stated. The trustee shall pay the arrearage as stated in the creditor's allowed claim or as otherwise ordered by the Court.

| Name of Creditor | Collateral | Estimated amount of arrearage | Interest rate on arrearage (if applicable) | Monthly plan payment on arrearage |
|---|---|---|---|---|
| **West-Aircomm FCU** | **2018 Jeep Grand Cherokee** VIN: 1C4RJFAG3JC479405 Needs **Transmission Work** | **$2,747.00** Includes amounts accrued through the _____ payment] | **0.00%** | **Pro-Rata** (or more) |
| **Westlake Financial** | **2020 Ram Truck ProMaster** VIN: 3C6TRVBG8LE103289 Needs **Transmission Work Commercial Use** | **$2,344.09** Includes amounts accrued through the _____ payment] | **0.00%** | **Pro-Rata** (or more) |
| **Norman Jewelry and Loan** | **Woman's custom made engagement ring** | Includes amounts accrued through the _____ payment] | | (or more) |

☑ **3.1(c)** The debtor will make post-petition mortgage payments to the trustee for payment through the Chapter 13 Plan in accordance with SC LBR 3015-1 and as provided in Section 8.1. In the event of a conflict between this document and SC LBR 3015-1, the terms of SC LBR 3015-1 control.

☐ **3.1(d)** The debtor proposes to engage in loss mitigation efforts with _____. Refer to section 8.1 for any nonstandard provisions, if applicable.

☐ **3.1(e) Other.** A secured claim is treated as set forth in section 8.1. This provision will be effective only if the applicable box in Section 1.3 of this plan is checked and a treatment is provided in Section 8.1.

**3.2 Request for valuation of security and modification of undersecured claims.** *Check one.*

☐ **None.** *If "None" is checked, the rest of § 3.2 need not be completed or reproduced.*

***The remainder of this paragraph will be effective only if the applicable box in Part 1 of this plan is checked.***

☑ **Non-governmental claims.** The debtor requests that the Court determine the amount of the secured claims listed below, as set out in the column headed *Amount of secured claim.* Unless otherwise ordered by the Court, a proof of claim sets the total amount of a claim, but the plan controls the amount of the secured claim, unless a lower secured claim amount is acknowledged in the proof of claim. The amount of the secured claim will be paid in full with interest at the rate stated below. The portion of any allowed claim that exceeds the amount of the secured claim will be treated as an unsecured claim under Part 5. Any holder of an allowed secured claim treated in this section shall retain its lien on the property interest of the debtor(s) or the estate(s) until the earlier of payment of the underlying debt under applicable nonbankruptcy law or discharge of the underlying debt under 11 U.S.C. § 1328 and shall be required to satisfy its lien at the earliest of the time required by applicable nonbankruptcy law, order of this court, or discharge under 11 U.S.C. § 1328, unless there is a nonfiling co-debtor who continues to owe an obligation secured by the lien.

Unless otherwise stated in Part 8.1, any applicable taxes and insurance related to the collateral shall be paid directly by the debtor. If the debtor fails to timely pay any such taxes and insurance, then the creditor may pay those amounts.

| Name of creditor | Estimated amount of creditor's total claim | Collateral | Value of collateral | Amount of claims senior to creditor's claim | Amount of secured claim | Interest rate | Estimated monthly payment to creditor (disbursed by the trustee) |
|---|---|---|---|---|---|---|---|
| Westlake Financial | $35,584.44 | **2020 Ram Truck ProMaster** VIN: 3C6TRVBG8LE103289 Needs Transmission Work Commercial Use | $14,950.00 | $0.00 | $14,950.00 | 7.00% | Pro-Rata |
| | | | | | | | (or more) |

☐ **Governmental claims.** The debtor's proposed *Amount of secured claim* for purposes of estimating plan funding is listed below. After the claim is filed or after the deadline to file a claim, the debtor will file either: (1) a motion to determine the amount of the secured claim, or (2) an objection to the proof of claim. Unless otherwise ordered by the Court, the governmental unit's secured claim amount listed in a proof of claim filed in accordance with the Bankruptcy Rules controls over any contrary amount listed below. The amount of the secured claim will be paid in full with interest at a rate stated below, with any priority amounts of the unsecured claim paid under Part 4, and any general unsecured amounts paid under Part 5.

Unless otherwise stated in Part 8.1, any applicable taxes and insurance related to the collateral shall be paid directly by the debtor.

| Name of creditor | Estimated amount of creditor's total claim | Collateral | Value of collateral | Amount of claims senior to creditor's claim | Amount of secured claim | Interest rate | Estimated monthly payment to creditor (disbursed by the trustee) |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | (or more) |

**3.3  Other secured claims excluded from 11 U.S.C. § 506 and not otherwise addressed herein.**

*Check one.*

☐ **None.** *If "None" is checked, the rest of § 3.3 need not be completed or reproduced.*

☑ The claims listed below are being paid in full without valuation or lien avoidance.

These claims will be paid in full under the plan with interest at the rate stated below. Unless otherwise ordered, the applicable proof of claim sets the amount to be paid at the interest rate set below. These payments will be disbursed either by the trustee or directly by the debtor, as specified below. Any holder of an allowed secured claim treated in this section shall retain its lien on the property interest of the debtor(s) or the estate(s) until the earlier of payment of the underlying debt under applicable nonbankruptcy law or discharge of the underlying debt under 11 U.S.C. § 1328 and shall be required to satisfy its lien at the earliest of the time required by applicable nonbankruptcy law, order of this court, or discharge under 11 U.S.C. § 1328, unless there is a nonfiling co-debtor who continues to owe an obligation secured by the lien.

Unless otherwise stated in Part 8.1, any applicable taxes and insurance shall be paid directly by the debtor. If the debtor fails to timely pay any such taxes and insurance, then the creditor may pay those amounts.

| Name of creditor | Collateral | Estimated amount of claim | Interest rate | Estimated monthly payment to creditor |
|---|---|---|---|---|
| West-Aircomm FCU | **2018 Jeep Grand Cherokee** VIN: 1C4RJFAG3JC479405 Needs Transmission Work | $11,243.32 | 5.09% | Pro-Rata (or more) Disbursed by ☑ Trustee ❑ Debtor |
| Zeidmans Jewelry | Earrings Ladies Hoop diamonds | $990.00 | 0.00% | Pro-Rata (or more) Disbursed by ☑ Trustee ❑ Debtor |
| Zeidmans Jewelry | Ring Men Wedding Ring | $172.50 | 0.00% | Pro-Rata (or more) Disbursed by ☑ Trustee ❑ Debtor |
| Zeidmans Jewelry | Earrings Ladies | $172.50 | 0.00% | Pro-Rata (or more) Disbursed by ☑ Trustee ❑ Debtor |
| Zeidmans Jewelry | Bracelet Ladies | $308.75 | 0.00% | Pro-Rata (or more) Disbursed by ☑ Trustee ❑ Debtor |
| Zeidmans Jewelry | Bracelet Ladies | $554.00 | 0.00% | Pro-Rata (or more) Disbursed by ☑ Trustee ❑ Debtor |

| Name of creditor | Collateral | Estimated amount of claim | Interest rate | Estimated monthly payment to creditor |
|---|---|---|---|---|
| Zeidmans Jewelry | Bracelet Ladies | $336.00 | 0.00% | Pro-Rata |
| | | | | (or more) |
| | | | | Disbursed by |
| | | | | ☑ Trustee |
| | | | | ❑ Debtor |
| Zeidmans Jewelry | Gold Herring Bone Heirloom Necklace | $663.00 | 0.00% | Pro-Rata |
| | | | | (or more) |
| | | | | Disbursed by |
| | | | | ☑ Trustee |
| | | | | ❑ Debtor |
| Zeidmans Jewelry | Ladies Custom made Wedding Ring | $3,344.40 | 0.00% | Pro-Rata |
| | | | | (or more) |
| | | | | Disbursed by |
| | | | | ☑ Trustee |
| | | | | ❑ Debtor |
| SC Department of Revenue | | | 0.00% | Pro-Rata |
| | | | | (or more) |
| | | | | Disbursed by |
| | | | | ☑ Trustee |
| | | | | ❑ Debtor |

**3.4 Lien avoidance.**

*Check one.*

❑ **None.** *If "None" is checked, the rest of § 3.4 need not be completed or reproduced.*

**The remainder of this paragraph will be effective only if the applicable box in Part 1 of this plan is checked.**

☑ The Debtor(s) state that the judicial liens or nonpossessory, nonpurchase money security interests securing the claims listed below impair exemptions to which the debtor would have been entitled under 11 U.S.C. § 522(b). Unless otherwise ordered by the Court, a judicial lien or security interest securing a claim listed below will be avoided to the extent that it impairs such exemptions upon entry of an order, whether included in the order confirming the plan or otherwise avoiding liens or security interests. The amount of the judicial lien or security interest that is avoided will be treated as an unsecured claim in Part 5.1 to the extent allowed. The amount, if any, of the judicial lien or security interest that is not avoided will be paid as a secured claim under the plan. See 11 U.S.C. § 522(f) and Bankruptcy Rule 4003(d). *If more than one lien is to be avoided, provide the information separately for each lien.*

*Choose the appropriate form for lien avoidance.*

| Name of creditor and description of property securing lien | Estimated amount of lien | Total of all senior/unavoidable liens | Applicable Exemption and Code Section | Value of debtor's interest in property | Amount of lien not avoided (to be paid in 3.2 above | Amount of lien avoided |
|---|---|---|---|---|---|---|
| Title Max Corporation 2017 Hyundai Elantra VIN: 5NPD84LF3HH135859 Needs Radiator and Transmission Work | $4,565.00 | $0.00 | $1,171.00 S.C. Code Ann. § 15-41-30(A)(2) | $5,736.00 | $4,565.00 | $0.00 |

257

*Use this form for avoidance of liens on co-owned property only.*

| Name of creditor and description of property securing lien | Total equity (value of debtor's property less senior/unavoidable liens) | Debtor's equity (Total equity multiplied by debtor's proportional interest in property | Applicable Exemption and Code Section | Non-exempt equity (Debtor's equity less exemption) | Estimated lien | Amount of lien not avoided (to be paid in 3.2 above) | Amount of lien avoided |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

**3.5 Surrender of collateral.**

*Check one.*

☑ **None.** *If "None" is checked, the rest of § 3.5 need not be completed or reproduced.*

**Part 4:  Treatment of Fees and Priority Claims**

**4.1 General**

The debtor shall pay all post-petition priority obligations, including but not limited to taxes and post-petition domestic support, and pay regular payments on assumed executory contracts or leases, directly to the holder of the claim as the obligations come due, unless otherwise ordered by the Court. Trustee's fees and all allowed priority claims, including domestic support obligations other than those treated in § 4.5, will be paid in full without postpetition interest.

**4.2 Trustee's fees**

Trustee's fees are governed by statute and may change during the course of the case.

**4.3 Attorney's fees**

a. The debtor and the debtor's attorney have agreed to an attorney's fee for the services identified in the Rule 2016(b) disclosure statement filed in this case. Fees entitled to be paid through the plan and any supplemental fees as approved by the Court shall be disbursed by the trustee as follows: Following confirmation of the plan and unless the Court orders otherwise, the trustee shall disburse a dollar amount consistent with either the Judge's guidelines or SC LBR 2016-1(b), as applicable, to the attorney from the initial disbursement. Thereafter, the balance of the attorney's compensation as allowed by the Court shall be paid, to the extent then due, with all funds remaining each month after payment of trustee fees, allowed secured claims and pre-petition arrearages on domestic support obligations. In instances where an attorney assumes representation in a pending *pro se* case and a plan is confirmed, a separate order may be entered by the Court, without further notice, which allows for the payment of a portion of the attorney's fees in advance of payments to creditors.

b. If, as an alternative to the above treatment, the debtor's attorney has received a retainer and cost advance and agreed to file fee applications for compensation and expenses in this case pursuant to 11 U.S.C. § 330, the retainer and cost advance shall be held in trust until fees and expense reimbursements are approved by the Court. Prior to the filing of this case, the attorney has received _____ and for plan confirmation purposes only, the fees and expenses of counsel are estimated at _____ or less.

**4.4 Priority claims other than attorney's fees and those treated in § 4.5.**

The trustee shall pay all allowed pre-petition 11 U.S.C. § 507 priority claims, other than domestic support obligations treated below, on a *pro rata* basis. If funds are available, the trustee is authorized to pay any allowed priority claim without further modification of the plan.

*Check box below if there is a Domestic Support Obligation.*

☐ **Domestic Support Claims.** 11 U.S.C. § 507(a)(1):

a. Pre-petition arrearages. The trustee shall pay the pre-petition domestic support obligation arrearage to _____ (state name of DSO recipient) , at the rate of _____ or more per month until the balance, without interest, is paid in full. *Add additional creditors as needed.*

b. The debtor shall pay all post-petition domestic support obligations as defined in 11 U.S.C. § 101(14A) on a timely basis directly to the creditor.

c. Any party entitled to collect child support or alimony under applicable non-bankruptcy law may collect those obligations from property that is not property of the estate or with respect to the withholding of income that is property of the estate or property of the debtor for payment of a domestic support obligation under a judicial or administrative order or a statute.

**4.5** **Domestic support obligations assigned or owed to a governmental unit and paid less than full amount.**

*Check one.*

☑ **None.** *If "None" is checked, the rest of § 4.5 need not be completed or reproduced.*

| Part 5: | Treatment of Nonpriority Unsecured Claims |

**5.1** **Nonpriority unsecured claims not separately classified.** *Check one.*

Allowed nonpriority unsecured claims that are not separately classified will be paid, pro rata by the trustee to the extent that funds are available after payment of all other allowed claims.

☐ The debtor estimates payments of less than 100% of claims.

☑ The debtor proposes payment of 100% of claims.

☐ The debtor proposes payment of 100% of claims plus interest at the rate of _____.

**5.2** **Maintenance of payments and cure of any default on nonpriority unsecured claims.** *Check one.*

☐ **None.** *If "None" is checked, the rest of § 5.2 need not be completed or reproduced.*

☑ The debtor will maintain the contractual payments and cure, through the trustee, any prepetition default in payments on the unsecured claims listed below.

| Name of creditor | Contractual payment (paid by the debtor) | Estimated amount of arrearage through month of filing or conversion | Monthly payment on arrearage to be disbursed by the trustee |
|---|---|---|---|
| **Consumer Energy Company** | **Pro-Rata** | | |
| | | | (or more) |
| **T-Mobile** | **Pro-Rata** | | |
| | | | (or more) |

**5.3** **Other separately classified nonpriority unsecured claims.** *Check one.*

☐ **None.** *If "None" is checked, the rest of § 5.3 need not be completed or reproduced.*

☑ The nonpriority unsecured allowed claims listed below are separately classified and will be treated as follows:

| Name of creditor | Total amount to be paid on the claim | Interest rate (if applicable) |
|---|---|---|
| JPMorgan Chase Bank, N.A. | $17,349.55 | 0.00% |

Specify the amount and frequency of payments and whether disbursed by the trustee or the debtor. _____

Provide a brief statement of the basis for separate classification and treatment. **Other** _____

| Name of creditor | Total amount to be paid on the claim | Interest rate (if applicable) |
|---|---|---|
| Home Depot Loan | $2,672.38 | 0.00% |

Specify the amount and frequency of payments and whether disbursed by the trustee or the debtor. _____

Provide a brief statement of the basis for separate classification and treatment. **Other** _____

| Name of creditor | Total amount to be paid on the claim | Interest rate (if applicable) |
|---|---|---|
| American Express National Bank | $42,254.50 | 0.00% |

Specify the amount and frequency of payments and whether disbursed by the trustee or the debtor. _____

Provide a brief statement of the basis for separate classification and treatment. **Other** _____

| Name of creditor | Total amount to be paid on the claim | Interest rate (if applicable) |
|---|---|---|
| American Express National Bank | $1,172.92 | 0.00% |

Specify the amount and frequency of payments and whether disbursed by the trustee or the debtor. _____

Provide a brief statement of the basis for separate classification and treatment. **Other** _____

| Name of creditor | Total amount to be paid on the claim | Interest rate (if applicable) |
|---|---|---|
| DTE Energy | $1,271.71 | 0.00% |

Specify the amount and frequency of payments and whether disbursed by the trustee or the debtor. _____

Provide a brief statement of the basis for separate classification and treatment. **Other** _____

| Name of creditor | Total amount to be paid on the claim | Interest rate (if applicable) |
|---|---|---|
| DTE Energy | $1,730.37 | 0.00% |

Specify the amount and frequency of payments and whether disbursed by the trustee or the debtor. _____

Provide a brief statement of the basis for separate classification and treatment. **Other** _____

| Name of creditor | Total amount to be paid on the claim | Interest rate (if applicable) |
|---|---|---|
| The Huntington National Bank | $12,878.39 | 0.00% |

Specify the amount and frequency of payments and whether disbursed by the trustee or the debtor. _____

Provide a brief statement of the basis for separate classification and treatment. **Other** _____

| Name of creditor | Total amount to be paid on the claim | Interest rate (if applicable) |
|---|---|---|
| The Huntington National Bank | $14,395.02 | 0.00% |

Specify the amount and frequency of payments and whether disbursed by the trustee or the debtor. _____

Provide a brief statement of the basis for separate classification and treatment. **Other** _____

| Name of creditor | Total amount to be paid on the claim | Interest rate (if applicable) |
|---|---|---|
| JPMC | $17,242.49 | 0.00% |

Specify the amount and frequency of payments and whether disbursed by the trustee or the debtor. _____

Provide a brief statement of the basis for separate classification and treatment. **Other** _____

| Name of creditor | Total amount to be paid on the claim | Interest rate (if applicable) |
|---|---|---|
| JPMorgan Chase Bank, N.A. | $33,411.50 | 0.00% |

Specify the amount and frequency of payments and whether disbursed by the trustee or the debtor. _____

Provide a brief statement of the basis for separate classification and treatment. **Other** _____

| Name of creditor | Total amount to be paid on the claim | Interest rate (if applicable) |
|---|---|---|
| LVNV Funding, LLC | $267.15 | 0.00% |

Specify the amount and frequency of payments and whether disbursed by the trustee or the debtor. _____

Provide a brief statement of the basis for separate classification and treatment. **Other** _____

| Name of creditor | Total amount to be paid on the claim | Interest rate (if applicable) |
|---|---|---|
| LVNV Funding, LLC | $801.28 | 0.00% |

Specify the amount and frequency of payments and whether disbursed by the trustee or the debtor. _____

Provide a brief statement of the basis for separate classification and treatment. **Other** _____

| Name of creditor | Total amount to be paid on the claim | Interest rate (if applicable) |
|---|---|---|
| Palmetto Electric | $856.04 | 0.00% |

Specify the amount and frequency of payments and whether disbursed by the trustee or the debtor. _____

Provide a brief statement of the basis for separate classification and treatment. **Other** _____

| Name of creditor | Total amount to be paid on the claim | Interest rate (if applicable) |
|---|---|---|
| Quantum3 Group LLC | $4,073.98 | 0.00% |

Specify the amount and frequency of payments and whether disbursed by the trustee or the debtor. _____

Provide a brief statement of the basis for separate classification and treatment. **Other** _____

| Name of creditor | Total amount to be paid on the claim | Interest rate (if applicable) |
|---|---|---|
| Resurgent Receivables, LLC | $485.80 | 0.00% |

Specify the amount and frequency of payments and whether disbursed by the trustee or the debtor. _____

Provide a brief statement of the basis for separate classification and treatment. **Other** _____

| Name of creditor | Total amount to be paid on the claim | Interest rate (if applicable) |
| --- | --- | --- |
| Peoples Gas | $860.53 | 0.00% |

Specify the amount and frequency of payments and whether disbursed by the trustee or the debtor. _____

Provide a brief statement of the basis for separate classification and treatment. **Other** _____

| Name of creditor | Total amount to be paid on the claim | Interest rate (if applicable) |
| --- | --- | --- |
| ADT LLC | $1,599.69 | 0.00% |

Specify the amount and frequency of payments and whether disbursed by the trustee or the debtor. _____

Provide a brief statement of the basis for separate classification and treatment. **Other** _____

| Name of creditor | Total amount to be paid on the claim | Interest rate (if applicable) |
| --- | --- | --- |
| AT&T | $606.86 | 0.00% |

Specify the amount and frequency of payments and whether disbursed by the trustee or the debtor. _____

Provide a brief statement of the basis for separate classification and treatment. **Other** _____

| Name of creditor | Total amount to be paid on the claim | Interest rate (if applicable) |
| --- | --- | --- |
| Go-Store It | $608.20 | 0.00% |

Specify the amount and frequency of payments and whether disbursed by the trustee or the debtor. _____

Provide a brief statement of the basis for separate classification and treatment. **Other** _____

| Name of creditor | Total amount to be paid on the claim | Interest rate (if applicable) |
| --- | --- | --- |
| Go-Store It | $96.00 | 0.00% |

Specify the amount and frequency of payments and whether disbursed by the trustee or the debtor. _____

Provide a brief statement of the basis for separate classification and treatment. **Other** _____

| Name of creditor | Total amount to be paid on the claim | Interest rate (if applicable) |
| --- | --- | --- |
| Go-Store It | $507.60 | 0.00% |

Specify the amount and frequency of payments and whether disbursed by the trustee or the debtor. _____

Provide a brief statement of the basis for separate classification and treatment. **Other** _____

| Name of creditor | Total amount to be paid on the claim | Interest rate (if applicable) |
|---|---|---|
| Go-Store It | $343.20 | 0.00% |

Specify the amount and frequency of payments and whether disbursed by the trustee or the debtor. ___

Provide a brief statement of the basis for separate classification and treatment. **Other** ___

| Name of creditor | Total amount to be paid on the claim | Interest rate (if applicable) |
|---|---|---|
| Go-Store It | $291.80 | 0.00% |

Specify the amount and frequency of payments and whether disbursed by the trustee or the debtor. ___

Provide a brief statement of the basis for separate classification and treatment. **Other** ___

| Name of creditor | Total amount to be paid on the claim | Interest rate (if applicable) |
|---|---|---|
| PODS | $1,883.00 | 0.00% |

Specify the amount and frequency of payments and whether disbursed by the trustee or the debtor. ___

Provide a brief statement of the basis for separate classification and treatment. **Other** ___

| Name of creditor | Total amount to be paid on the claim | Interest rate (if applicable) |
|---|---|---|
| The Woodlands at Saint Barnabas, inc | $58,550.40 | 0.00% |

Specify the amount and frequency of payments and whether disbursed by the trustee or the debtor. ___

Provide a brief statement of the basis for separate classification and treatment. **Other** ___

| Name of creditor | Total amount to be paid on the claim | Interest rate (if applicable) |
|---|---|---|
| First Energy - Penn Power | $2,780.70 | 0.00% |

Specify the amount and frequency of payments and whether disbursed by the trustee or the debtor. ___

Provide a brief statement of the basis for separate classification and treatment. **Other** ___

| Name of creditor | Total amount to be paid on the claim | Interest rate (if applicable) |
|---|---|---|
| Office Depot Commercial | $1,889.18 | 0.00% |

Specify the amount and frequency of payments and whether disbursed by the trustee or the debtor. ___

Provide a brief statement of the basis for separate classification and treatment. **Other** ___

| Name of creditor | Total amount to be paid on the claim | Interest rate (if applicable) |
|---|---|---|
| NES | $10,323.49 | 0.00% |

Specify the amount and frequency of payments and whether disbursed by the trustee or the debtor. _____

Provide a brief statement of the basis for separate classification and treatment. **Other** _____

| Name of creditor | Total amount to be paid on the claim | Interest rate (if applicable) |
|---|---|---|
| NES | $8,960.51 | 0.00% |

Specify the amount and frequency of payments and whether disbursed by the trustee or the debtor. _____

Provide a brief statement of the basis for separate classification and treatment. **Other** _____

| Name of creditor | Total amount to be paid on the claim | Interest rate (if applicable) |
|---|---|---|
| AT&T | $434.13 | 0.00% |

Specify the amount and frequency of payments and whether disbursed by the trustee or the debtor. _____

Provide a brief statement of the basis for separate classification and treatment. **Other** _____

| Name of creditor | Total amount to be paid on the claim | Interest rate (if applicable) |
|---|---|---|
| Advantage Aviator | $20,400.68 | 0.00% |

Specify the amount and frequency of payments and whether disbursed by the trustee or the debtor. _____

Provide a brief statement of the basis for separate classification and treatment. **Other** _____

| Name of creditor | Total amount to be paid on the claim | Interest rate (if applicable) |
|---|---|---|
| Armstrong Cable | $306.17 | 0.00% |

Specify the amount and frequency of payments and whether disbursed by the trustee or the debtor. _____

Provide a brief statement of the basis for separate classification and treatment. **Other** _____

| Name of creditor | Total amount to be paid on the claim | Interest rate (if applicable) |
|---|---|---|
| Barkley's Bank Navyist Reward | $12,856.00 | 0.00% |

Specify the amount and frequency of payments and whether disbursed by the trustee or the debtor. _____

Provide a brief statement of the basis for separate classification and treatment. **Other** _____

| Name of creditor | Total amount to be paid on the claim | Interest rate (if applicable) |
|---|---|---|
| CitiBank Best Buy | $2,942.86 | 0.00% |

Specify the amount and frequency of payments and whether disbursed by the trustee or the debtor. _____

Provide a brief statement of the basis for separate classification and treatment. **Other** _____

| Name of creditor | Total amount to be paid on the claim | Interest rate (if applicable) |
|---|---|---|
| Comenity Caesars Rewards | $5,181.32 | 0.00% |

Specify the amount and frequency of payments and whether disbursed by the trustee or the debtor. _____

Provide a brief statement of the basis for separate classification and treatment. **Other** _____

| Name of creditor | Total amount to be paid on the claim | Interest rate (if applicable) |
|---|---|---|
| Fortiva Bobs Discount | $2,182.29 | 0.00% |

Specify the amount and frequency of payments and whether disbursed by the trustee or the debtor. _____

Provide a brief statement of the basis for separate classification and treatment. **Other** _____

| Name of creditor | Total amount to be paid on the claim | Interest rate (if applicable) |
|---|---|---|
| Home Depot Commercial | $10,381.06 | 0.00% |

Specify the amount and frequency of payments and whether disbursed by the trustee or the debtor. _____

Provide a brief statement of the basis for separate classification and treatment. **Other** _____

| Name of creditor | Total amount to be paid on the claim | Interest rate (if applicable) |
|---|---|---|
| Kohls | $1,405.66 | 0.00% |

Specify the amount and frequency of payments and whether disbursed by the trustee or the debtor. _____

Provide a brief statement of the basis for separate classification and treatment. **Other** _____

| Name of creditor | Total amount to be paid on the claim | Interest rate (if applicable) |
|---|---|---|
| SC Department of Motor Vehicles | | 0.00% |

Specify the amount and frequency of payments and whether disbursed by the trustee or the debtor. _____

Provide a brief statement of the basis for separate classification and treatment. **Other** _____

| Name of creditor | Total amount to be paid on the claim | Interest rate (if applicable) |
|---|---|---|
| Synchrony Bank Sams Master Card | $8,690.41 | 0.00% |

Specify the amount and frequency of payments and whether disbursed by the trustee or the debtor. _____

Provide a brief statement of the basis for separate classification and treatment. **Other** _____

| Name of creditor | Total amount to be paid on the claim | Interest rate (if applicable) |
|---|---|---|
| Synchrony Bank Sams Business | $6,016.04 | 0.00% |

Specify the amount and frequency of payments and whether disbursed by the trustee or the debtor. _____

Provide a brief statement of the basis for separate classification and treatment. **Other** _____

| Name of creditor | Total amount to be paid on the claim | Interest rate (if applicable) |
|---|---|---|
| Synchrony Bank Score Rewards | $854.71 | 0.00% |

Specify the amount and frequency of payments and whether disbursed by the trustee or the debtor. _____

Provide a brief statement of the basis for separate classification and treatment. **Other** _____

| Name of creditor | Total amount to be paid on the claim | Interest rate (if applicable) |
|---|---|---|
| Synchrony Bank | $3,493.08 | 0.00% |

Specify the amount and frequency of payments and whether disbursed by the trustee or the debtor. _____

Provide a brief statement of the basis for separate classification and treatment. **Other** _____

| Name of creditor | Total amount to be paid on the claim | Interest rate (if applicable) |
|---|---|---|
| TD Bank | | 0.00% |

Specify the amount and frequency of payments and whether disbursed by the trustee or the debtor. _____

Provide a brief statement of the basis for separate classification and treatment. **Other** _____

| Name of creditor | Total amount to be paid on the claim | Interest rate (if applicable) |
|---|---|---|
| TD Bank | $2,398.35 | 0.00% |

Specify the amount and frequency of payments and whether disbursed by the trustee or the debtor. _____

Provide a brief statement of the basis for separate classification and treatment. **Other** _____

| Name of creditor | Total amount to be paid on the claim | Interest rate (if applicable) |
|---|---|---|
| Traffic Magistrate | | 0.00% |

Specify the amount and frequency of payments and whether disbursed by the trustee or the debtor. _____

Provide a brief statement of the basis for separate classification and treatment. **Other** _____

| Name of creditor | Total amount to be paid on the claim | Interest rate (if applicable) |
|---|---|---|
| Verizon | $987.01 | 0.00% |

Specify the amount and frequency of payments and whether disbursed by the trustee or the debtor. _____

Provide a brief statement of the basis for separate classification and treatment. **Other** _____

| Name of creditor | Total amount to be paid on the claim | Interest rate (if applicable) |
|---|---|---|
| West Virginia EZ Pass | | 0.00% |

Specify the amount and frequency of payments and whether disbursed by the trustee or the debtor. _____

Provide a brief statement of the basis for separate classification and treatment. **Other** _____

| Name of creditor | Total amount to be paid on the claim | Interest rate (if applicable) |
|---|---|---|
| Pacer Service Center | $1,035.20 | 0.00% |

Specify the amount and frequency of payments and whether disbursed by the trustee or the debtor. _____

Provide a brief statement of the basis for separate classification and treatment. **Other** _____

| Name of creditor | Total amount to be paid on the claim | Interest rate (if applicable) |
|---|---|---|
| Associated Credit Services | $199.99 | 0.00% |

Specify the amount and frequency of payments and whether disbursed by the trustee or the debtor. _____

Provide a brief statement of the basis for separate classification and treatment. **Other** _____

☐ **Other.** An unsecured claim is treated as set forth in section 8.1. This provision will be effective only if the applicable box in Section 1.3 of this plan is checked and a treatment is provided in Section 8.1.

## Part 6:  Executory Contracts and Unexpired Leases

**6.1  The executory contracts and unexpired leases listed below are assumed and will be treated as specified. All other executory contracts and unexpired leases are rejected.** *Check one.*

☑ **None.** *If "None" is checked, the rest of § 6.1 need not be completed or reproduced.*

## Part 7:  Vesting of Property of the Estate

**7.1  Property of the estate will vest in the debtor as stated below:**

*Check the applicable box:*

☑ Upon confirmation of the plan, property of the estate will remain property of the estate, but possession and use of property of the estate shall remain with the debtor. The chapter 13 trustee shall have no responsibility regarding the use or maintenance of property of the estate. The debtor is responsible for protecting the estate from any liability resulting from operation of a business by the debtor.

☐ **Other.** The debtor is proposing a non-standard provision for vesting, which is set forth in section 8.1. This provision will be effective only if the applicable box in Section 1.3 of this plan is checked and a proposal for vesting is provided in Section 8.1.

## Part 8:  Nonstandard Plan Provisions

**8.1  Check "None" or List Nonstandard Plan Provisions**

☐ **None.** *If "None" is checked, the rest of Part 8 need not be completed or reproduced.*

*Under Bankruptcy Rule 3015(c), nonstandard provisions must be set forth below. A nonstandard provision is a provision not otherwise included in this form or deviating from it. Nonstandard provisions set out elsewhere in this plan are ineffective.*

**The following plan provisions will be effective only if there is a check in the box "Included" in § 1.3.**

**8.1 (a) Mortgage payments to be disbursed by the Trustee ("Conduit"):**

Mortgage payments, including pre-petition arrears, will be paid and cured by the Trustee as follows:

| Name of Creditor | Description of Collateral (note if principal residence; include county tax map number and complete street address) | Current installment payment (ongoing payment amount) * | Monthly payment to cure GAP ** (postpetition mortgage payments for the two (2) months immediately following the event beginning conduit) | Estimated amount of PRE-PETITION ARREARAGE** (including the month of filing or conversion) | Monthly payment on pre-petition arrearage |
|---|---|---|---|---|---|
| Nationstar Mortgage, LLC | PIN R510 012 000 025B 4408<br>663 William Hilton Pkwy Unit 4408 Hilton Head Island, SC 29928-3537 | $1,626.00<br>Escrow for taxes:<br>☑ Yes<br>❏ No<br>Escrow for insurance:<br>☑ Yes<br>❏ No | Or more | $38,281.98 | Pro-Rata<br>Or more |

\* Unless otherwise ordered by the Court, the amounts listed on a Compliant Proof of Claim or a Notice filed under Fed. R. Bankr. P. 3002.1 control over any contrary amounts above, and any Notice of Mortgage Payment Change that might be filed to amend the ongoing monthly payment amount.

\*\* The GAP will be calculated from the payment amounts reflected in the Official Form 410A Mortgage Proof of Claim Attachment and any Notice of Mortgage Payment Change that might be filed to amend the monthly payment amount, but should not be included in the prepetition arrears amount.

**All payments due to the mortgage creditor as described in any allowed Notice of Fees, Expenses, and Charges under Fed. R. Bankr. 3002.1, filed with the Court, will be paid by the Trustee according to the requirements of SC LBR 3015-1 on a pro rata basis as funds are available.**

Once the trustee has filed a Notice of Final Cure under Fed. R. Bankr. P. 3002.1(f), the debtor shall be directly responsible for ongoing mortgage payments and any further post-petition fees and charges.

## Part 9: Signature(s)

**9.1 Signatures of the debtor and the debtor's attorney**

*The debtor and the attorney for the debtor, if any, must sign below.*

X _____  X _____

Jacqueline Ard                     Terry Nicola
Signature of Debtor 1              Signature of Debtor 2

Executed on   **04/25/2025**        Executed on   **04/25/2025**
          MM / DD / YYYY                       MM / DD / YYYY

X _____  Date: _____

Signature of Attorney for the debtor           MM / DD / YYYY

By filing this document, the debtor, if not represented by an attorney, or the debtor and the attorney for the debtor certify(ies) that this Chapter 13 plan contains no nonstandard provision other than those set out in Part 8.

**United States Bankruptcy Court**
**District of South Carolina**

Case Number:  25–01384–jd

Chapter:  13

**In re:**

Jacqueline Elizabeth Ard
dba Global Management Group LLC, dba Beachside Estates
LLC

Terry Frank Nicola
dba Beachside Estates LLC, dba Global Management Group

**DEFICIENCY NOTICE**

| **Filed By The Court** |
| --- |
| **4/28/25** |
| **Lauren T Maxwell** |
| **Clerk of Court** |
| **US Bankruptcy Court** |

To: Jacqueline Elizabeth Ard and Terry Frank Nicola

You have submitted to the Court for filing a document, schedules, statements, and chapter 13 plan, which was received on 04/25/2025. The schedules, statements, and chapter 13 plan is deficient for the following reason(s):

☑ The filing fee has not been paid (28 U.S.C. § 1930 and the Appendix thereto).

☐ No signature (written or conformed (shown by "/s/ John Doe")).

☐ Electronic event and image do not match. Explanation:

☐ Improper or no linkage of document. Explanation:

☐ No B121 Form (Your Statement About Your Social Security Number).

☐ The motion which should be noticed passively has not met all of the requirements of SC LBR 9013–4.   Explanation:

☐ Statement of Monthly Income and Means Test Calculation not in accordance with Fed. R. Bankr. P. 1007.

☐ Filing not in accordance with official forms.

☐ Motion to Avoid Lien/Judicial Lien not in compliance with Court procedures. Please see CM/ECF Participant's Guide for Motion to Avoid Lien – Without Passive Hearing Notice.

☑ Other: **Additional creditors on schedules E/F were added, filing fee is required. Additionally, a certificate of service is needed for the chapter 13 plan.**

Please cure the deficiency by **May 8, 2025**.

Upon failure to cure, the Court may enter an order striking the document, dismissing the case/adversary proceeding, or providing other adverse ruling without further notice or hearing.

Lauren T Maxwell
Clerk of Court
United States Bankruptcy Court


By:  K Ting, Deputy Clerk
1100 Laurel Street
Columbia, SC 29201–2423
(803) 765–5436

# Notice Recipients

District/Off: 0420–2          User: admin               Date Created: 4/28/2025
Case: 25–01384–jd            Form ID: 320jwBNC          Total: 2


**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db        Jacqueline Elizabeth Ard      21215 Dartmouth Dr        Southfield, MI 48076–5634
jdb       Terry Frank Nicola      21215 Darthmouth        Southfield, MI 48076

                                                                        TOTAL: 2

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| In re: | ) | Chapter 13 |
| | ) | |
| Jacqueline Elizabeth Ard and | ) | |
| Tony Frank Nicola, | ) | Case No. 25-01384-jd |
| | ) | |
| Debtors. | ) | |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that pursuant to Bankruptcy Rule 9010(b), the undersigned, as counsel for Zeidman's Jewelry & Loan of Michigan ("Zeidman's"), requests that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon:

Tara E. Nauful, Esq.
Best Law, P.A.
P.O. Box 2374
Mount Pleasant, SC 29465
tara@bestlawsc.com

PLEASE TAKE FURTHER NOTICE that, the foregoing request includes the notices and papers referred to in Bankruptcy Rule 2002 and also includes, without limitation, notices of any orders, pleadings, motions, applications, complaints, demands, hearing, request or petitions, disclosure statements, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other document brought before this Court with respect to these proceedings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise.

PLEASE TAKE FURTHER NOTICE that neither this notice nor any later appearance, pleading, claim or suit shall waive any rights to: (1) challenge the jurisdiction of the Court to adjudicate any matter, including, without limitation, any non-core matter; (2) have final orders in non-core matters entered only after *de novo* review by the District Court; (3) trial by jury in any proceeding so triable in this case or any case, controversy or proceeding related to this case; (4) have the District Court withdraw that reference in any matter subject to mandatory or discretionary withdrawal; or (5) any other rights, claims, actions, setoffs, or recoupments to which LPL is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

BEST LAW, PA

/s/ Tara E. Nauful
Tara E. Nauful, SC DCID 5864
tara@bestlawsc.com
P.O. Box 2374
Mount Pleasant, SC 29465
Phone: 843.793.4744


Attorneys for Zeidman's Jewelry & Loan of Michigan

April 30, 2025

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF SOUTH CAROLINA

| In re: | ) | Chapter 13 |
|---|---|---|
| | ) | |
| Jacqueline Elizabeth Ard and | ) | |
| Tony Frank Nicola, | ) | Case No. 25-01384-jd |
| | ) | |
| Debtors. | ) | |

**CERTIFICATE OF SERVICE**

I, the undersigned, do hereby certify that on April 30, 2025, I caused the foregoing NOTICE OF APPEARANCE to be served on all parties who are scheduled to receive notice through the Court's CM/ECF system via electronic filing and electronic transmission through CM/ECF, and on the parties shown below via First Class Mail:

Jacqueline Elizabeth Ard
21215 Dartmouth Drive
Southfield, MI 48076

Terry Frank Nicola
21215 Dartmouth Drive
Southfield, MI 48076

BEST LAW, PA

/s/ Tara E. Nauful
Tara E. Nauful, SC DCID 5864
tara@bestlawsc.com
P.O. Box 2374
Mount Pleasant, SC 29465
Phone: 843.793.4744

Attorneys for Zeidman's Jewelry & Loan of Michigan

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| In re: | ) | Chapter 13 |
| | ) | |
| Jacqueline Elizabeth Ard and | ) | |
| Terry Frank Nicola, | ) | Case No. 25-01384-jd |
| | ) | |
| Debtors. | ) | |

### (AMENDED) NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that pursuant to Bankruptcy Rule 9010(b), the undersigned, as counsel for Zeidman's Jewelry & Loan of Michigan ("Zeidman's"), requests that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon:

Tara E. Nauful, Esq.
Best Law, P.A.
P.O. Box 2374
Mount Pleasant, SC 29465
tara@bestlawsc.com

PLEASE TAKE FURTHER NOTICE that, the foregoing request includes the notices and papers referred to in Bankruptcy Rule 2002 and also includes, without limitation, notices of any orders, pleadings, motions, applications, complaints, demands, hearing, request or petitions, disclosure statements, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other document brought before this Court with respect to these proceedings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise.

PLEASE TAKE FURTHER NOTICE that neither this notice nor any later appearance, pleading, claim or suit shall waive any rights to: (1) challenge the jurisdiction of the Court to adjudicate any matter, including, without limitation, any non-core matter; (2) have final orders in non-core matters entered only after *de novo* review by the District Court; (3) trial by jury in any proceeding so triable in this case or any case, controversy or proceeding related to this case; (4) have the District Court withdraw that reference in any matter subject to mandatory or discretionary withdrawal; or (5) any other rights, claims, actions, setoffs, or recoupments to which LPL is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

BEST LAW, PA

/s/ Tara E. Nauful
Tara E. Nauful, SC DCID 5864
tara@bestlawsc.com
P.O. Box 2374
Mount Pleasant, SC 29465
Phone: 843.793.4744


Attorneys for Zeidman's Jewelry & Loan of Michigan

April 30, 2025

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| In re: | ) | Chapter 13 |
| | ) | |
| Jacqueline Elizabeth Ard and | ) | |
| Terry Frank Nicola, | ) | Case No. 25-01384-jd |
| | ) | |
| Debtors. | ) | |

**CERTIFICATE OF SERVICE**

I, the undersigned, do hereby certify that on April 30, 2025, I caused the foregoing **(AMENDED) NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS** to be served on all parties who are scheduled to receive notice through the Court's CM/ECF system via electronic filing and electronic transmission through CM/ECF, and on the parties shown below via First Class Mail:

Jacqueline Elizabeth Ard
21215 Dartmouth Drive
Southfield, MI 48076

Terry Frank Nicola
21215 Dartmouth Drive
Southfield, MI 48076

BEST LAW, PA

/s/ Tara E. Nauful
Tara E. Nauful, SC DCID 5864
tara@bestlawsc.com
P.O. Box 2374
Mount Pleasant, SC 29465
Phone: 843.793.4744

Attorneys for Zeidman's Jewelry & Loan of Michigan

UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA (CHARLESTON)

IN RE: )
)
JACQUELINE ELIZABETH ARD and )      Case No. 25-001384-jd
TERRY FRANK NICOLA )      Chapter 13
     Debtors. )
)

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF PAPERS

You are hereby given notice that Julie A. Franklin, Esq. appears for Estate at Westbury

Owners Association, Inc., Creditor, to represent its interests in this matter. You are requested

to serve a copy of each notice of any proceeding, hearing and/or report in this matter,

including, but not limited to notices required by Bankruptcy Rule 2002 (g) and the Local Rules

of Bankruptcy Procedure, upon the undersigned at the address indicated below.

         Respectfully Submitted,
         Estate at Westbury Owners Association, Inc.
         By its counsel,

Dated: 4/30/2025          /s/ Julie A. Franklin
         Julie A. Franklin, Esq. SC BAR#104961
         Post Office Drawer 2976
         Bluffton, SC 29910
         (706) 452-1303
         jfranklinlegal@gmail.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA (CHARLESTON)

IN RE:                                    )
                                          )
JACQUELINE ELIZABETH ARD and )            Case No. 25-001384-jd
TERRY FRANK NICOLA           )            Chapter 13
        Debtors.             )
                                          )

## CERTIFICATE OF SERVICE

I, Julie A. Franklin, state that on April 30th, 2025, I electronically filed the foregoing document with the United States Bankruptcy Court for the District of South Carolina (Charleston) on behalf the Creditor, Estate at Westbury Owners Association, Inc., using the CM/ECF System. I served the foregoing document on the following CM/ECF participants:

James M. Wyman
US Trustee's Office

I certify that I have mailed by first class mail, postage prepaid, the documents electronically filed with the Court on the following non CM/ECF participants:

Jacqueline Elizabeth Ard
239 Beach City Rd
Unit 3218
Hilton Head, SC 29926

Terry Frank Nicola
663 William Hilton Pky
Unit 4408
Hilton Head, SC 29928

Respectfully Submitted,
Estate at Westbury Owners Association, Inc.
By its counsel,

Dated: 4/30/2025

/s/ Julie A. Franklin
Julie A. Franklin, Esq. SC BAR#104961
Post Office Drawer 2976
Bluffton, SC 29910
(706) 452-1303
jfranklinlegal@gmail.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA (CHARLESTON)

|  |  |  |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| JACQUELINE ELIZABETH ARD and | ) | Case No. 25-01384-jd |
| TERRY FRANK NICOLA | ) | Chapter 13 |
| Debtors. | ) | |
| | ) | |

### CREDITOR'S OBJECTION TO DEBTORS' MOTION TO IMPOSE AUTOMATIC STAY (DOCKET ENTRY NO. 15) FILED APRIL 18th, 2025

NOW COMES Creditor, Estate at Westbury Owners Association, Inc., (hereinafter "EAW" or "Creditor") by and through its counsel, who hereby files this *Objection to Debtors' Motion to Impose Automatic Stay (Docket Entry No. 15) Filed April 18th, 2025*, as follows:

1. Debtors initially filed a *pro se* Chapter 13 voluntary bankruptcy proceeding in this court on October 4th, 2024, case number 24-03611-jd.

2. That case was dismissed by this Honorable Court for failure to file information timely on November 21st, 2024 and administratively terminated on December 9th, 2024.[1]

3. On January 31st, 2025, Debtors proceeded to file another *pro se* Chapter 13 voluntary proceeding in the Eastern District of Michigan, docket no. 25-40952-mlo.

4. The secondary petition filed was dismissed by the Court in the Eastern District of Michigan on March 3rd, 2025 and terminated on March 6th, 2025 (also for failure to file information and, according to the Debtors motion filed in this case, for lack of

---

[1] In the initial Chapter 13 case, Debtors' filed a *Motion for Damages for Violation of the Automatic Stay* against Creditor in that action that was timely responded to. A hearing concerning same attended by all parties in interest and their respective counsel was conducted by the Court on March 26th, 2025, and the Court subsequently entered an order denying Debtors' motion on April 29th, 2025.

jurisdiction).

5. And on April 10th, 2025, Debtors' filed a third *pro se* voluntary Chapter 13 bankruptcy petition with this Honorable Court e.g. the instant case.

6. As such, EAW files this objection on the basis that Debtors' motion fails to adequately provide a legal and/or factual basis as to why they are now entitled to an imposition of the automatic stay for their third attempt at a bankruptcy filing. At every juncture in all three matters, Debtors have not only acted in bad faith by failing to comply with bankruptcy requirements, which was entirely their own fault, but also they have failed to conduct themselves in any manner that would indicate good faith efforts to actually reorganize their bankruptcy estate.

7. While the motion they have filed asserts that their third current filing was made in good faith, it is obvious that not only is that *not* the case, but also, that this particular third petition is yet *another* attempt by Debtors to delay and abuse their creditors and for no other purpose.

8. The automatic stay and relief afforded in the Bankruptcy Code is generally always available to the honest but unfortunate Debtor. In this case, however, Debtors have exploited the bankruptcy system by filing three different petitions in two different courts, misrepresenting themselves by reporting variations of their personal identifiers in schedules filed in the different cases, and certainly in all cases objectively engaged in repeated efforts to frustrate, delay, hinder and cause their Creditors to incur additional costs, as to each, without justification.

9. Pursuant to 11 U.S.C. §362(c)(3)(C), Debtors' third filing is presumptively filed in bad faith as to all creditors due to their previous filings, all of which were dismissed

281

due to Debtors' failure to file documents, without a substantial change in the financial and/or personal affairs of either Debtor since the dismissal of the next most previous case. *Id.* at (i)(I-III). The motion to impose the automatic stay filed by Debtors in this case fails to adequately rebut that presumption and as such, the Debtors should not be afforded the benefit of the automatic stay in light of same.

WHEREFORE, for the foregoing reasons, EAW, by and through its counsel, requests this Honorable Court grant its Objection in response and deny the *Debtors' Motion to Impose Automatic Stay (Docket Entry No. 15) Filed April 18th, 2025*, with prejudice, and for any such further relief as this Honorable Court deems just and proper.

Respectfully Submitted,
Estate at Westbury Owners Association, Inc.
By its counsel,

Dated: 4/30/2025

/s/ Julie A. Franklin
Julie A. Franklin, Esq. SC Fed Id: 13933
Post Office Drawer 2976
Bluffton, SC 29910
(706) 452-1303
jfranklinlegal@gmail.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA (CHARLESTON)

IN RE: )
 )
JACQUELINE ELIZABETH ARD and )          Case No. 25-01384-jd
TERRY FRANK NICOLA )          Chapter 13
        Debtors. )
 )

CERTIFICATE OF SERVICE

I, Julie A. Franklin, state that on April 30th, 2025, I electronically filed the foregoing document with the United States Bankruptcy Court for the District of South Carolina (Charleston) on behalf the Creditor, Estate at Westbury Owners Association, Inc., using the CM/ECF System. I served the foregoing document on the following CM/ECF participants:

James M. Wyman
US Trustee's Office

I certify that I have mailed by first class mail, postage prepaid, the documents electronically filed with the Court on the following non CM/ECF participants:

Jacqueline Elizabeth Ard
239 Beach City Rd
Unit 3218
Hilton Head, SC 29926

Terry Frank Nicola
663 William Hilton Pky
Unit 4408
Hilton Head, SC 29928

Respectfully Submitted,
Estate at Westbury Owners Association, Inc.
By its counsel,

Dated: 4/30/2025                    /s/ Julie A. Franklin
                                    Julie A. Franklin, Esq. SC Fed Id: 13933
                                    Post Office Drawer 2976
                                    Bluffton, SC 29910
                                    (706) 452-1303
                                    jfranklinlegal@gmail.com

**United States Bankruptcy Court**
**District of South Carolina**

Case Number: 25–01384–jd                    Chapter: 13

**In re:**

Jacqueline Elizabeth Ard                     Terry Frank Nicola
dba Global Management Group LLC, dba Beachside Estates     dba Beachside Estates LLC, dba Global Management Group
LLC

| | |
|---|---|
| | **Filed By The Court** |
| **DEFICIENCY NOTICE** | **4/28/25**<br>Lauren T Maxwell<br>Clerk of Court<br>US Bankruptcy Court |

To: Jacqueline Elizabeth Ard and Terry Frank Nicola

You have submitted to the Court for filing a document, schedules, statements, and chapter 13 plan, which was received on 04/25/2025. The schedules, statements, and chapter 13 plan is deficient for the following reason(s):

☑  The filing fee has not been paid (28 U.S.C. § 1930 and the Appendix thereto).

☐  No signature (written or conformed (shown by "/s/ John Doe")).

☐  Electronic event and image do not match. Explanation:

☐  Improper or no linkage of document. Explanation:

☐  No B121 Form (Your Statement About Your Social Security Number).

☐  The motion which should be noticed passively has not met all of the requirements of SC LBR 9013–4.   Explanation:

☐  Statement of Monthly Income and Means Test Calculation not in accordance with Fed. R. Bankr. P. 1007.

☐  Filing not in accordance with official forms.

☐  Motion to Avoid Lien/Judicial Lien not in compliance with Court procedures. Please see CM/ECF Participant's Guide for Motion to Avoid Lien – Without Passive Hearing Notice.

☑  Other:  **Additional creditors on schedules E/F were added, filing fee is required. Additionally, a certificate of service is needed for the chapter 13 plan.**

Please cure the deficiency by **May 8, 2025**.

Upon failure to cure, the Court may enter an order striking the document, dismissing the case/adversary proceeding, or providing other adverse ruling without further notice or hearing.

Lauren T Maxwell
Clerk of Court
United States Bankruptcy Court

By:  K Ting, Deputy Clerk
1100 Laurel Street
Columbia, SC 29201–2423
(803) 765–5436

United States Bankruptcy Court

District of South Carolina

In re:                                                                                          Case No. 25-01384-jd

Jacqueline Elizabeth Ard                                                          Chapter 13

Terry Frank Nicola

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0420-2                           User: admin                         Page 1 of 2

Date Rcvd: Apr 28, 2025               Form ID: 320jwBNC              Total Noticed: 2

The following symbols are used throughout this certificate:

**Symbol**          **Definition**

+                 Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 30, 2025:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| db | Email/PDF: jacquelineard72@gmail.com | | |
| | | Apr 28 2025 21:57:00 | Jacqueline Elizabeth Ard, 21215 Dartmouth Dr, Southfield, MI 48076-5634 |
| jdb | + Email/PDF: terrynicola30@gmail.com | | |
| | | Apr 28 2025 21:57:00 | Terry Frank Nicola, 21215 Darthmouth, Southfield, MI 48076-5634 |

TOTAL: 2

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 30, 2025                 Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 28, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Elizabeth H Parrott | |
| | on behalf of Creditor Nationstar Mortgage LLC elizabeth.parrott@mccalla.com mccallaecf@ecf.courtdrive.com |
| James M. Wyman | |
| | 13info@charleston13.com |
| | wyman@charleston13.com;lamontagne@charleston13.com;renno@charleston13.com;d_nobles@bellsouth.net;milligan@charleston13.com;nobles@charleston13.com;jameswymanlaw@gmail.com;charleston13info@gmail.com |
| US Trustee's Office | |
| | USTPRegion04.CO.ECF@usdoj.gov |

District/off: 0420-2                              User: admin                                    Page 2 of 2
Date Rcvd: Apr 28, 2025                           Form ID: 320jwBNC                              Total Noticed: 2
TOTAL: 3

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

IN RE:                                      )         CASE NO. 25-01384-jd
JACQUELINE ELIZABETH ARD       )
TERRY FRANK NICOLA                 )         CHAPTER 13
                                                    )
            Debtors.                          )

**OBJECTION DEBTORS MOTION TO IMPOSE AUTOMATIC STAY**
**PURSUANT TO 11 U.S.C. § 362(C)(3)(B) AND DEMONSTRATE GOOD FAITH**

**TMX Finance dba TitleMax of South Carolina, Inc.** ("TitleMax") hereby objects

to Debtors' Motion to Impose Automatic Stay Pursuant to 11 U.S.C. § 362(C)(3)(B) and

Demonstrate Good Faith.  In support of this objection, TitleMax states and would show to

the Court that:

1.      TitleMax is a secured creditor of the Debtor, Jacqueline Elizabeth Ard,  by

virtue of that certain Supervised Loan Agreement, Promissory Note, and Security

Agreement dated September 10, 2024 ("Contract"), secured by a lien on a 2017 Hyundai

Elantra, VIN 5NPD84LF3HH135859, automobile ("Vehicle").

2.      TitleMax holds a first priority, timely perfected lien on the Vehicle as

electronically noted on the Certificate of Title held by the State of South Carolina.

3.      As of the filing of the current bankruptcy petition, the amount due and

owing to TitleMax by the Debtor was $8,178.63.

4.      Debtors are serial bankruptcy filers having previously filed Chapter 13 Case

No. 24-0311-jd in this Honorable Court on October 4, 2024, dismissed on November 21,

2024, and again on January 31, 2025, Chapter 13 Case No. 25-40952-mlo in the

Bankruptcy Court for the Eastern District of Michigan, dismissed on March 3, 2025.

1

5.      Both of the previous cases were dismissed as a result of Debtors' failure to timely file the Statements, Schedules and other documents required by the Bankruptcy Code and the Courts after requesting and being granted extensions to do so.  Moreover, in each of the previous cases, Debtor, Jacqueline Elizabeth Ard, listed her residential address as 239 Beach City Road, Hilton Head Island, South Carolina 29923.

6.      Prior to the filing of the instant case, on April 9, 2025, TitleMax lawfully repossessed the Vehicle, and is currently in possession of the Vehicle.  Debtor has never made a single payment to TitleMax under the Contract.

7.      Debtors filed the present bankruptcy case on April 10, 2025, and are seeking to have the automatic stay imposed, retroactive to April 10, 2025.

8.      While Debtors' Motion incorrectly references imposition of the automatic stay in accordance with 11 U.S.C. § 362(c)(3), the applicable statute with respect to imposition of the automatic stay for the purposes of Debtors' Motion and this Objection is 11 U.S.C. § 362(c)(4) as a result of Debtors' two (2) previous bankruptcy cases pending and being dismissed within a year of the filing of the current case.

9.      Section 362(c)(4) of the Bankruptcy Code provides:

**(A)**
   **(i)** if a single or joint case is filed by or against a debtor who is an individual under this title, and if 2 or more single or joint cases of the debtor were pending within the previous year but were dismissed, other than a case refiled under a chapter other than chapter 7 after dismissal under section 707(b), the stay under subsection (a) shall not go into effect upon the filing of the later case; and
   **(ii)** on request of a party in interest, the court shall promptly enter an order confirming that no stay is in effect;
**(B)** if, within 30 days after the filing of the later case, a party in interest requests the court may order the stay to take effect in the case as to any or all creditors (subject to such conditions or limitations as the court may impose), after notice and a hearing, only if the party in interest

2

demonstrates that the filing of the later case is in good faith as to the creditors to be stayed;

(C) a stay imposed under subparagraph (B) <u>shall be effective on the date of the entry of the order allowing the stay to go into effect</u>; and

(D) for purposes of subparagraph (B), a <u>case is presumptively filed not in good faith</u> (but such presumption may be rebutted by <u>clear and convincing evidence</u> to the contrary)—

    (i) as to all creditors if—

        (I) 2 or more previous cases under this title in which the individual was a debtor were pending within the 1-year period;

        (II) a previous case under this title in which the individual was a debtor was dismissed within the time period stated in this paragraph <u>after the debtor failed to file or amend the petition or other documents as required by this title or the court without substantial excuse (but mere inadvertence or negligence shall not be substantial excuse unless the dismissal was caused by the negligence of the debtor's attorney)</u>, failed to provide adequate protection as ordered by the court, or failed to perform the terms of a plan confirmed by the court; or

        (III) <u>there has not been a substantial change in the financial or personal affairs of the debtor since the dismissal of the next most previous case</u> under this title, or any other reason to conclude that the later case will not be concluded, if a case under chapter 7, with a discharge, and if a case under chapter 11 or 13, with a confirmed plan that will be fully performed; or…

<u>11 U.S.C.§ 362(c)(4)</u>, Emphasis added.

10.    Debtors' previous two (2) bankruptcy cases were pending and dismissed within the previous year of the filing of the current case.  Both of the previous bankruptcy cases were dismissed as a result of Debtors' failure to timely file the Statements, Schedules and other documents required by the Bankruptcy Code and the Courts after requesting and being granted extensions to do so. Debtors have yet to provide a substantial excuse for their failure to file the Statements, Schedules and other documents required by the Bankruptcy Code and Bankruptcy Court in their previous cases, particularly after multiple extension requests were made by Debtors and granted.

11.     Debtor, Jacqueline Elizabeth Ard, has had the same residential address of 239 Beach City Road, Hilton Head Island, South Carolina 29923 as listed in the petition in all three (3) bankruptcies.

12.     While Debtor filed a petition in the previous two (2) bankruptcy cases, Debtor failed to file payment advices, the Statement of Financial Affairs, Schedule I and Schedule J in the previous two bankruptcy cases disclosing Debtors' financial affairs in those two prior bankruptcy cases.

13.     Debtors have filed the Statement of Financial Affairs, Schedule I and Schedule J in the current bankruptcy case, however, much of the information contained therein is unsubstantiated, speculative and lacks detail and/or proof.  Moreover, based upon Debtors indicating that they are unemployed and a disabled retiree in Schedule I, with the majority of their stated income coming from rental income from businesses they have been associated with since September 24, 2009 and March 3, 2022[1], Debtors have not likely had any substantial change in the financial or personal affairs since the dismissal of their last bankruptcy case.

14.     With respect to TitleMax and the Vehicle, Debtors filed the instant bankruptcy case the day after the Vehicle was repossessed, have not provided TitleMax proof of insurance on the Vehicle, is demanding turnover of the Vehicle even though ther is not an automatic stay in effect, and have filed a Ch. 13 Plan proposing to unlawfully avoid TitleMax's consensual and perfected lien on the Vehicle as if it were a judgment lien.

---

[1] See Statement of Financial Affairs, Part 11.

4

15. Moreover, on April 10, 2025, TitleMax mailed Debtor a Notice of intent to sell the Vehicle, stating that the Vehicle will be privately sold after April 30, 2025. While the Vehicle has not been sold as of the filing of this Objection, TitleMax still wishes to sell its collateral since no automatic stay is in effect.

16. The current bankruptcy case along with the previous two bankruptcy cases filed by Debtors appear to be attempts to hinder and delay TitleMax in the enforcement of their lien on the Vehicle, particularly since Debtor, Jacqueline Elizabeth Ard, has never made a payment to TitleMax under the Contract and is now seeking to impose an automatic stay to prevent TitleMax's sale of the Vehicle, recover possession of the Vehicle, and then unlawfully avoid TitleMax's lien on the Vehicle through the Chapter 13 Plan.

17. As a result of the foregoing, the Debtors have not rebutted the presumption by clear and convincing evidence that this case was not filed in good faith in accordance with the requirements 11 U.S.C. §362(c)(4) with respect to TitleMax (and likely all other creditors), and the automatic stay should not be imposed.

**WHEREFORE**, TitleMax prays that the Court:

1. That Debtors' Motion to Impose Automatic Stay Pursuant to 11 U.S.C. § 362(C)(3)(B) be denied; and

2. For such other relief to which it may be entitled.

TURNER, PADGET, GRAHAM & LANEY, P.A.

Columbia, South Carolina     By:    /s/John B. Kelchner
May 2, 2025                       John B. Kelchner (ID #6987)
                                       PO Box 1473 (29202)
                                         1901 Main St., Suite 900
                                         Columbia, SC 29201
                                         Telephone: 803-227-4234
OF COUNSEL:                        jkelchner@turnerpadget.com
EVANS PETREE, PC           Attorneys for TitleMax

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 25-01384-jd |
| JACQUELINE ELIZABETH ARD | ) | |
| TERRY FRANK NICOLA | ) | CHAPTER 13 |
| | ) | |
| Debtors. | ) | |

**CERTIFICATE OF SERVICE**

I, John B. Kelchner, the undersigned, do hereby certify that on May 2, 2025, I served on the persons below a copy of the Objection to Debtors' Motion to Impose Automatic Stay Pursuant to 11 U.S.C. § 362(C)(3)(B) and Demonstrate Good Faith in the above-referenced case by either electronic mail in accordance with U.S. Bankruptcy Court, District of South Carolina, Operating Order 08-07, with respect to CM/ECF Participants, or depositing same in the United States Mail with sufficient postage affixed and addressed as follows, with respect to all other persons

Jacqueline Elizabeth Ard
21215 Dartmouth Dr.
Southfield, MI 48076-5634
*Pro Se Debtor*

Terry Frank Nicola                          US Trustee's Office
21215 Dartmouth Dr.                     Via CM/ECF
Southfield, MI 48076-5634            *U.S. Trustee*
*Pro Se Debtor*

Jacqueline Elizabeth Ard
239 Beach City Rd. #3218
Hilton Head Island, SC 29926
jacquelineard72@gmail.com
*Pro Se Debtor*

Terry Frank Nicola
663 William Horton Pky #4408
Hilton Head Island, SC 29928
terrynicola30@gmail.com
*Pro Se Debtor*

James M. Wyman
Via CM/ECF
*Trustee*

/s/John B. Kelchner
John B. Kelchner (ID #6987)

6

292

## SUPERVISED LOAN AGREEMENT, PROMISSORY NOTE AND SECURITY AGREEMENT

**THIS AGREEMENT CONTAINS A WAIVER OF JURY TRIAL AND ARBITRATION CLAUSE (THE "*CLAUSE*"). UNLESS I OPT OUT OF THE CLAUSE, IT WILL SUBSTANTIALLY IMPACT MY RIGHTS IF I HAVE A DISPUTE WITH LENDER, INCLUDING MY RIGHT TO TAKE PART IN A CLASS ACTION. READ THE CLAUSE CAREFULLY.**

| | |
|---|---|
| **Lender:**<br>TitleMax of South Carolina, Inc. d/b/a TITLEMAX<br>1294 FORDING ISLAND RD, STE A<br>BLUFFTON, SC 29910 | **Loan Date:** 09/10/2024<br>**Loan Number:** ▮▮▮▮▮▮<br>**Lender Customer Service:** ▮▮▮▮▮ |
| **Borrower:**<br>JACQUELINE ELIZABETH ARD<br>239 Beach City Rd<br>Hilton Head Island, SC 29926 | **Co-Borrower:**<br>N/A |

| **Motor Vehicle Year:** | **Motor Vehicle Make:** | **Motor Vehicle Model:** | **Motor Vehicle ID #:** |
|---|---|---|---|
| 2017 | Hyundai | Elantra | 5NPD84LF3HH135859 |

In this Supervised Loan Agreement, Promissory Note and Security Agreement (the "*Note*"), "*I*", "*me*" and "*my*" mean each Borrower and Co-Borrower who signs this Note. "*Lender*", "*you*" and "*your*" refer to TitleMax of South Carolina, Inc. "*Loan*" means the loan made by Lender to Borrower under this Note pursuant to South Carolina Consumer Protection Code § 37-3-501 et seq. This Loan *is not* a short-term vehicle secured loan as defined by South Carolina Consumer Protection Code § 37-3-413. "*Vehicle*" means the motor vehicle identified above. Lender is a Supervised Lender licensed and regulated by the South Carolina Board of Financial Institutions, 3rd Floor, Edgar Brown Building, Suite 306, 1205 Pendleton Street, Columbia, SC 29201, Phone: 803-734-2020, Fax: 803-734-2025, Email: cfd@bofi.sc.gov.

### FEDERAL TRUTH-IN-LENDING DISCLOSURES

| **ANNUAL PERCENTAGE RATE**<br>The cost of my credit as a yearly rate. | **FINANCE CHARGE**<br>The dollar amount the credit will cost me. | **Amount Financed**<br>The amount of credit provided to me or on my behalf. | **Total of Payments**<br>The amount I will have paid after I have made all payments as scheduled. |
|---|---|---|---|
| 171.45 % | $29,035.68 | $4,565.00 | $33,600.68 |

**Payment Schedule:**　　My payment schedule will be:

| **Number of Payments** | **Amount of Payments** | **When Payments Are Due (each a "Payment Due Date")*** |
|---|---|---|
| 47 | $ 699.97 | Monthly, beginning on 10/25/2024 |
| 1 | $ 702.09 | 09/25/2028 |

\*　If the first Payment Due Date is the 29th or 30th, payments will be due the same day each month (or for February, the last day). If the first Payment Due Date is the 31st, payments will be due the last day each month.

**Security:**　　　　　　I am giving a security interest in the motor vehicle identified above.

**Lien Filing Fee:**　　 $15.00

**Delinquency Charge:**　5% of the unpaid amount of any installment not paid by the end of the 10th day after the Payment Due Date for such installment or $18.50, whichever amount is less.

**Prepayment:**　　　　Lender will not charge a prepayment penalty/charge if I pay all or part of the principal balance before the date on which the principal is due.

*See the remainder of this document for additional information about non-payment, default, any required repayment in full before the scheduled date, and prepayment penalties.*

**Itemization of Amount Financed:**

| | | |
|---|---|---|
| Amount given to me directly: | | $4,550.00 |
| Plus: Amount paid on my account with Lender (loan # N/A | ) | $0.00 |
| Plus: Amount paid to public official for Lien Filing Fee | | $15.00 |
| Plus: Amounts paid to other parties on my behalf | | |
| 　Payment to: N/A | | $0.00 |
| 　Payment to: N/A | | $0.00 |

TitleMax-TitleBucks – SC Supervised Loan Agreement – V 5.0 02.23.2023　　　　　　　　　　　Page 1 of 7

| Equals: Amount Financed/Principal Loan Amount | $4,565.00 |
|---|---|

1. **Promise to Pay; Co-Borrower Obligations:** I promise to pay Lender, or to Lender's order, the principal sum of $4,565.00 plus interest. I also promise to pay all other fees and charges in this Note. I must pay the amounts on or before the Payment Due Dates in the Payment Schedule above. If this Note is signed by more than one Borrower, each Borrower agrees to be liable to Lender jointly, and each Borrower will also be liable to Lender individually, for the Loan and other obligations under this Note. Time is of the essence.

2. **Interest; Application of Payments; Prepayment:** Interest will accrue daily on the outstanding principal balance. The interest rate is 179.8800 % per year. Interest accrues from the Loan Date until the Loan is paid in full. Interest accrues based on the number of days elapsed over a 365-day year. Lender calculates and charges interest, including interest on past due principal, under South Carolina law. If any finance charge or other fee is held invalid, the remainder shall remain in effect. Lender applies payments first to unpaid interest, then to fees, and then to unpaid principal. The Payment Schedule and Finance Charge above assume that I pay all installments in full on the Payment Due Dates. I will owe less interest if I pay early or prepay. If I pay late or do not pay in full, I will owe more interest. I may prepay this Loan at any time without penalty.

3. **Usury Savings Clause:** Lender does not intend to charge or receive any rate or charge higher than South Carolina law allows. The rate and charges under this Note will never exceed the highest lawful rate or charge. Lender will promptly refund or credit to my Loan any unlawful excess amount. Lender will reduce any excessive rate or charge to the maximum lawful rate or charge.

4. **Loan Funding and Payment; Refinance:** Lender will fund the proceeds of the Loan by check. Lender may offer other funding methods in its discretion. I may make payments to Lender during Lender's normal business hours at the location at which I obtained this Loan. Lender accepts payments by cash, cashier's check, money order, debit card or other method specified by Lender from time to time. Lender does not accept personal checks or credit cards. Lender may agree to refinance this Loan in its sole discretion. As a condition to any refinance, I must pay to Lender the minimum refinance payment amount, satisfy Lender's other underwriting criteria for refinances, and enter into a new Supervised Loan Agreement, Promissory Note and Security Agreement with Lender.

5. **Lien Filing Fee; Delinquency Charge:** Lender charges the Lien Filing Fee identified above to place its lien on the Vehicle. On any installment not paid in full by the end of the 10th day after the Payment Due Date for such installment, Lender may impose a delinquency charge in an amount equal to (a) $18.50 or (b) 5% of the unpaid amount of the delinquent installment, whichever amount is less, subject to a minimum delinquency charge $7.40 even if such minimum charge is greater than the 5% amount.

6. **Right to Cancel:** I may cancel this Note, without cost, no later than the close of business on the first business day after the Loan Date, by returning the Loan proceeds to Lender at the store at which I obtained the Loan. Upon the timely cancellation and return of the Loan proceeds, Lender will credit my account for any accrued interest and cancel the Loan. If I do not cancel this Note in compliance with this Section 6, the Loan and this Note remain in full force and effect.

7. **Collateral; Security Agreement; Co-Owner Obligations**: To secure this Note and my obligations hereunder, I grant to Lender a security interest in the Collateral. "*Collateral*" means the Vehicle and all Vehicle improvements, attachments, insurance proceeds and refunds and sale proceeds. But "Collateral" does not include any non-purchase money household goods (as defined in 16 C.F.R. Part 444), or other consumer goods that I may acquire more than ten days after giving value unless such consumer goods are installed in or affixed to the Vehicle. I am the only owner of the Collateral. The Collateral is not stolen. The Collateral has no liens. Lender may file any documents and take any actions to ensure Lender's security interest in the Collateral. If Lender asks, I will sign other documents and take other actions to support Lender's security interest.

As a condition to Lender making this Loan, any co-owner of the Vehicle who is not a Borrower under this Note must execute a separate Co-Owner Consent, Grant of Security Interest, and Waiver of Jury Trial and Arbitration Agreement to grant to Lender a security interest in the Vehicle. Any co-owner who is not a Borrower under this Note shall not be personally obligated to Lender for satisfying Borrower's obligations under this Note.

8. **Promises About the Collateral:** At all times while I owe any amount under this Note:
   a. I will keep the Vehicle in good condition and repair.
   b. I will pay all taxes and charges on the Vehicle.
   c. I will not abuse the Vehicle.
   d. I will not allow damage, destruction, theft, loss or impound of the Vehicle.
   e. I will tell Lender immediately if the Vehicle is damaged, destroyed, stolen, lost or impounded.
   f. I will not use the Vehicle for illegal or business purposes.
   g. I will let Lender inspect the Vehicle from time to time.
   h. I will not sell or transfer any interest in the Collateral.

    i.     I will not remove the Vehicle from the U.S. without Lender's written consent.

    j.     I will not permanently remove the Vehicle from my home state without Lender's written consent.

    k.    I will tell Lender immediately if I move or change my telephone number.

    l.     I will not get or try to get another title to the Vehicle.

    m.   I will not allow any other liens on the Vehicle.

9.    **Risk of Loss:** I am liable for Vehicle damage and loss. I hold Lender harmless for all claims and costs arising from my using the Vehicle. This includes all judgments, attorneys' fees, court costs and expenses.

10.    **Events of Default:** I will be in default under this Note if:

    a.    I fail to make any payment when due;

    b.    Lender's prospect of payment or performance is significantly impaired, which may occur if (i) I fail to satisfy any other promise or agreement I make herein, (ii) I make any untrue statement to Lender or any statement I made becomes untrue, (iii) I start any federal or state bankruptcy proceeding, or someone starts a proceeding against me, (iv) the security interest in the Vehicle is or becomes invalid or impaired, or (v) Lender's ability to realize on the Collateral is or becomes impaired.

Lender bears the burden of establishing the prospect of significant impairment.

11.    **Lender's Rights After Default:** Lender's rights after default are cumulative and not exclusive. If I default, Lender may make me immediately pay the full outstanding amount of the Loan, including accrued charges and interest. Upon default Lender may repossess the Vehicle with or without judicial process. I may turn over the Vehicle to Lender any time after default. In exercising its rights, Lender must always act lawfully and may not breach the peace. Unless otherwise prohibited by applicable law, I agree to pay Lender reasonable attorneys' fees consistent with South Carolina Consumer Protection Code § 37-3-404.

12.    **Vehicle Repossession:** If Lender repossesses the Vehicle, the following applies:

    a    *Notice*. Lender will send notice at least 10 days before selling the Vehicle. The notice will tell me how to buy back the Vehicle. To buy back the Vehicle, I must pay all I owe under the Note.

    b.    *Vehicle Buy Back*. I may buy back the Vehicle at any time before Lender sells it. If I do not buy it back before Lender sells it, I lose all rights in the Collateral.

    c.    *Sale*. If I do not buy back the Vehicle, Lender will sell the Vehicle. Lender will apply the sale proceeds first to unpaid interest, then to fees and costs listed in Section 12(e), and then to unpaid principal.

    d.    *Surplus or Deficiency*. If there is money left, Lender will pay it to me. If there is not enough money to pay what I owe, Lender may require me to pay what is still owed.

    e.    *Costs*. I agree to pay Lender reasonable costs to take, store, prepare for sale, and sell the Vehicle.

13.    **Limited Recourse:** If Lender takes and sells the Vehicle, Lender will not sue me for the Loan balance unless I have engaged in fraud or have wrongfully transferred any interest in the Vehicle while the Loan is outstanding.

14.    **Waivers: If Lender delays or does not enforce it rights every time, Lender can still do so later. I waive presentment, demand for payment, notice of intent to accelerate, notice of acceleration, protest, and notice of dishonor. Lender need not sue, arbitrate or show diligence in collecting against me or others. Lender need not go against the Vehicle. Lender may require that any Borrower pay the whole Loan without asking anyone else to pay. Lender may sue any Borrower without giving up any of its rights against any other Borrower. Lender may sue or arbitrate with a person without joining or suing others. Lender may release or modify a person's liability without changing other persons' liability.**

15.    **Communications: Send *all* correspondence to Lender to TitleMax of South Carolina, Inc., Legal Department, P.O. Box 8323, Savannah, Georgia 31412 (the "*Notice Address*"). Send *all* correspondence to me to my address above or any other address I give to Lender in writing (the "*Borrower Address*"). This Section 15 covers all correspondence between Lender and Borrower, including correspondence after default or Borrower's bankruptcy.**

16.    **Notice and Cure:** Before suing or starting arbitration about (i) Borrower's credit application, (ii) this Note, (iii) the Vehicle, or (iv) the Loan, each party agrees to do all of the following:

    a.    The party filing the dispute (the "*Claimant*") must tell all other parties (the "*Defending Party*") of the dispute (the "*Dispute Notice*"). Each Dispute Notice must describe the nature of the claim and relief requested. Each Dispute Notice must be written and, except for collections letters from Lender, must give at least 30 days to solve the dispute.

    b.    Claimant must mail Dispute Notices to the Notice Address for Lender and the Borrower Address for Borrower. Dispute Notices to Lender must include the Loan Number and Borrower's mailing address and phone number.

    c.    If Defending Party asks for more information about the dispute, Claimant must give it.

17.    **Reporting to Credit Bureaus: Lender may report information concerning my account and/or transactions with Lender to credit bureaus. Late payments, missed payments or other defaults on my account may be reflected in my credit report.**

18.  **Important Information about Opening Accounts:**  To help fight terrorism and money laundering, Lender must identify each person who opens an account.  I must give Lender my name, address, date of birth and other requested information and documents, such as my driver's license.

19.  **Telephone Recording:**  Lender may monitor and record any phone conversation Lender and I have.

20.  **Severability:**  Invalid terms hereof will be changed to comply with law.  Such change will not affect any other term hereof.  If a class action suit or class-wide arbitration is allowed, either party may require that a judge (with no jury) hear the dispute.  Such judge will apply relevant court rules and procedures.

21.  **Successors and Assigns:**  This Note binds each Borrower's heirs, personal representatives in probate, successors and assigns and Lender's successors and assigns.  Lender may assign all of its rights hereunder.  No Borrower may assign its rights hereunder without Lender's written consent.

22.  **Governing Law:**  This Note and the Loan involve interstate commerce.  South Carolina law governs this Note, but the Federal Arbitration Act governs the Waiver of Jury Trial and Arbitration Clause in Section 24.

23.  **WAIVER OF RIGHT TO TRIAL BY JURY:  TRIAL BY JURY IS A CONSTITUTIONAL RIGHT.  UNDER CERTAIN CONDITIONS THE LAW ALLOWS PARTIES TO WAIVE THIS RIGHT. LENDER AND I KNOWINGLY AND FREELY WAIVE ALL RIGHTS TO A JURY TRIAL FOR ANY SUIT RELATED DIRECTLY OR INDIRECTLY TO (A) THIS NOTE AND (B) THE LOAN.  THIS JURY TRIAL WAIVER WILL NOT CHANGE ANY ARBITRATION CLAUSE TO WHICH LENDER AND I AGREE.  SUCH CLAUSE HAS ITS OWN SEPARATE JURY TRIAL WAIVER.**

24.  **WAIVER OF JURY TRIAL AND ARBITRATION CLAUSE: By signing below, Lender and I agree to this Waiver of Jury Trial and Arbitration Clause, including a waiver of class actions (the "*Clause*"). This Clause is in Q & A form so it is easier to understand. This Clause is a legally binding part of this Note.**

| BACKGROUND AND SCOPE | | |
|---|---|---|
| **Question** | **Short Answer** | **Further Detail** |
| **What is a Dispute?** | A disagreement | In this Clause, "*Dispute*" has a broad meaning.  "*Dispute*" includes all claims and disagreements related to my application, this Note, the Vehicle, the Loan, or my dealings with Lender. It includes claims and disagreements about any prior applications and agreements. It includes extensions, renewals, refinancings, and payment plans. It includes claims related to collections, privacy, and customer information. It includes claims and disagreements that usually would be resolved in court.  "Dispute" also includes claims and disagreements I have with Related Parties. |
| **Who is a "Related Party"?** | Usually a person or company related to Lender | "*Related Parties*" are Lender's affiliates.  They also are employees, directors, officers, shareholders, members, and representatives of Lender and its affiliates. "Related Parties" also means any person or company involved in a Dispute I pursue while I pursue a Dispute with Lender (like a repossession company). |
| **What is arbitration?** | An alternative to court | In arbitration, a third party arbitrator ("*TPA*") solves Disputes in a hearing ("*hearing*"). It is less formal than a court case. |
| **Is it different from court and jury trials?** | Yes | The hearing is private. There is no jury. It is usually less formal, faster, and less costly than a lawsuit. Pre-hearing fact finding is limited. Appeals are limited. Courts rarely overturn arbitration awards. |
| **Is it confidential?** | Yes, it can be | Lender or I can ask that arbitration be confidential.  That means things people say, and documents and information disclosed as part of the arbitration, will be used only for the arbitration and will not be shared with anyone who is not part of the arbitration.  That also means that people involved in the arbitration may be asked to sign a separate confidentiality agreement.  Confidential information may be used to appeal or enforce an arbitration award. |
| **Can I opt out of this Clause?** | Yes, within 60 days | If I do not want this Clause to apply, I have 60 days from the Loan Date to opt out.  To opt out, I must tell Lender in a writing I send to the Notice Address. I must give my name, address, Loan Number, and Loan Date and state that I "opt out" of this Clause. I may not send my notice electronically. |
| **What is this Clause about?** | The parties' agreement to arbitrate Disputes | Lender and I agree that any party may arbitrate or demand arbitration of any Dispute unless I opt out or the law does not allow it. |
| **Who does the Clause cover?** | Lender and me | This Clause covers Lender and me.  This Clause also applies if I have a Dispute with a Related Party related in some way to my application, this Note, the Vehicle, the Loan, or my dealings with Lender.  Related Parties |

| | | are not bound by this Clause. I may not compel a Related Party to arbitration. A Related Party may compel me to arbitrate Disputes that are covered by this Clause. |
|---|---|---|
| **What Disputes does the Clause cover?** | **Most Disputes that normally would go to court (except certain Disputes about this Clause)** | This Clause covers Disputes involving Lender (or a Related Party) and me. **But, "Disputes" does not include disputes about the validity, coverage, or scope of this Clause or any part of this Clause. These are for a court to decide, not the TPA.** Also, this Clause does not cover any case I file to stop Lender from taking or selling the Vehicle. |
| **Who handles the arbitration?** | **A Third Party Arbitrator** | Arbitrations must be conducted under this Clause. The TPA will be one of the following: <br>• An individual, independent TPA the parties choose together; <br>• JAMS, 620 Eighth Avenue, 34th Floor, New York, NY 10018, www.jamsadr.org; or <br>• Any other arbitration company the parties choose together. <br>**No arbitration may be held without Lender's consent by an arbitration company or TPA that would allow class arbitration under this Clause.** Unless Lender and you agree otherwise, the TPA must be a lawyer with 10+ years of experience or a retired judge. |
| **What rules apply to the arbitration?** | **Usually, the arbitration company rules** | If the parties use an arbitration company such as JAMS, that company's consumer arbitration rules will apply. If the parties chose an individual TPA, then such TPA will follow the JAMS consumer arbitration rules, unless the parties mutually agree to an alternative. In any case, the TPA will not apply any state or federal rules of civil procedure or evidence. Arbitration rules that conflict with this Clause do not apply. |
| **Can Disputes be brought in court?** | **Sometimes** | Either party may sue if the other party does not demand arbitration. Lender will not demand arbitration of any lawsuit I bring for myself in small claims court. But, Lender may demand arbitration of any appealed small claims decision or any small claims action brought as a class. |
| **Am I giving up any rights?** | **Yes** | **For Disputes subject to this Clause, I give up my right to:** <br>1. **Have a jury decide Disputes.** <br>2. **Have a court, other than a small claims court, decide Disputes.** <br>3. **Serve as a private attorney general or in a representative capacity.** <br>4. **Join a Dispute I have with a dispute by other consumers.** <br>5. **Bring or be a class member in a class action or class arbitration.** <br>**Lender also waives its jury trial right and its right to have a court decide Disputes Lender starts.** |
| **Can I or anyone else start class arbitration?** | **No** | TPAs <u>may not</u> handle a class or representative Dispute. All Disputes under this Clause must be arbitrated or decided by individual small claims case. This Clause will be void if a court allows a TPA to decide a Dispute on a class basis and such ruling is not reversed on appeal. |
| **What law applies?** | **The Federal Arbitration Act ("FAA")** | The FAA governs this Clause. The TPA must apply law consistent with the FAA. The TPA must honor statutes of limitation and privilege rights. Constitutional standards that apply in court proceedings govern punitive damage awards. |
| **Will anything I do negate this Clause?** | **No, though I can opt out** | This Clause stays in force if I: (1) cancel the Loan; (2) default, refinance, prepay or pay the Loan in full; or (3) go into bankruptcy. I can opt out as described above. |
| **PROCESS** | | |
| **Question** | **Short Answer** | **Further Detail** |
| **What must be done before starting a lawsuit or arbitration?** | **Send a written Dispute Notice and work to resolve the Dispute** | Before starting a lawsuit or arbitration, Claimant must give a Dispute Notice as Section 16 above requires. If I am the Claimant, I or my attorney must sign the Dispute Notice. I must give the Loan number and a contact number for me or my attorney. Collections letters from Lender are Dispute |

| | | Notices. Each Dispute Notice (other than collections letters) must give at least 30 days to settle the dispute. |
|---|---|---|
| **How does arbitration start?** | **Follow the rules of the arbitration company** | If the parties do not settle the Dispute within the 30-day period, Claimant may file a small claims case or start arbitration. To start arbitration, the Claimant picks the arbitration company. If one party sues or threatens to sue, the other party can demand arbitration. This demand can be made in court papers. It can be made if a party sues on an individual basis and then tries to pursue a class action. Once an arbitration demand is made, no suit can be brought and any current suit must stop. |
| **Will any hearing be held nearby?** | **Yes** | Any in-person hearing must be at a place convenient to me. The TPA may decide that an in-person hearing is not needed. A Dispute may be resolved in writing and by conference call. |
| **What if I need an accommodation for a disability or due to language?** | **Lender shall work with me on accommodations** | If I require assistance in a language other than English, or special services to accommodate a disability, Lender and I shall agree to proceed in a way that accommodates my needs. |
| **What about appeals?** | **Very limited** | The FAA limits appeal rights. For Disputes over $50,000, any party may appeal the award to a panel of three TPAs. The arbitration company or the parties choose the panel. This panel will review anything appealed in the initial award. The panel's decision will be final, except for any FAA appeal right. Any suitable court may enter judgment upon the TPA panel's award. |

| ARBITRATION FEES AND AWARDS | | |
|---|---|---|
| **Question** | **Short Answer** | **Further Detail** |
| **Who pays arbitration fees?** | **Usually Lender does** | Lender will pay all filing, hearing, and TPA fees if I act in good faith, cannot get a fee waiver and ask Lender to pay. |
| **When will Lender cover my legal fees and costs?** | **If I win** | If the TPA finds for me, Lender will pay my reasonable fees and costs for attorneys, experts, and witnesses. Lender also will pay these costs if the law or the TPA rules require or if required to enforce this Clause. Even if my Dispute is for a small amount, the TPA will not limit the award of such costs. |
| **Will I ever owe Lender for fees or costs?** | **If I act in bad faith** | The TPA can make me pay Lender's arbitration, attorney, expert, and witness fees and costs if it finds that I have acted in bad faith (per the Fed. Rules of Civ. Proc. § 11(b) standard). This power does not void this Clause. |
| **Can a failure to resolve a Dispute informally mean a larger recovery for me?** | **Yes** | If Borrower wins the arbitration, Borrower may be entitled to a minimum award of $7,500. To get the minimum award, I first must comply with this Clause. Secondly, the TPA must award money damages to me in an amount that is greater than the last amount I asked for in settlement, if I asked for such amount at least ten days before arbitration began. The base award is separate from attorneys' fees and expenses, and expert witness costs which I may get. The minimum award applies to all Disputes I raise or could raise. This Clause does not allow multiple awards of $7,500. Settlement demands and offers are confidential. They may not be used in any way by either party except to support a minimum award. |
| **Can an award be explained?** | **Yes** | Within 14 days of the ruling, a party may ask the TPA to explain its ruling. Upon such request, the TPA will explain the ruling in writing. |

25.    **Borrower Representations:**  By signing this Note:

a.    I promise that all information I gave to Lender in my application is true, complete and correct.

b.    I have read, understand and agree to this entire Note, including the Waiver of Jury Trial and Arbitration Clause in Section 24.  I may opt out of arbitration as described in Section 24.  If I do not timely opt out of arbitration, my right to sue Lender is limited.

c.    I have received an exact copy of this fully completed Note, all blank spaces in which had been completed before I signed.

d.    I am 18 years of age or older.  I have full legal authority and capacity to sign this Note.

e.    I have received Lender's Privacy Policy.

f.    I am a rightful owner of the Vehicle.

g.    I am not a debtor in bankruptcy.  I do not intend to file a federal bankruptcy petition.

h.    I have the ability to repay the Loan.

i.    I AM NOT a regular or reserve member of the Army, Navy, Marine Corps, Air Force, or Coast Guard, serving on active duty under a call or order that does not specify a period of 30 days or fewer (or a dependent of such a member).

26.    **Entire Agreement:**  This Note is the only agreement between Lender and me for this Loan. Lender and I have no oral agreements about the Loan.  Lender and I may change this Note only by a writing signed by both of us.

**BORROWER:**

JACQUELINE ELIZABETH ARD

_____    9/10/2024
Borrower Signature                              Date

**By signing this Note, Lender agrees to all of the terms and conditions of this Note, including the Waiver of Jury Trial and Arbitration Clause.**

**LENDER:**
**TitleMax of South Carolina, Inc. d/b/a  TITLEMAX**

**CO-BORROWER:**

N/A

By: _____
Its Authorized Representative

_____
Co-Borrower Signature                        Date

**THIS DOCUMENT IS SUBJECT TO A SECURITY INTEREST IN FAVOR OF, AND PLEDGED AS COLLATERAL TO, BP COMMERCIAL FUNDING TRUST II, SERIES SPL-XVI, AS ADMINISTRATIVE AGENT FOR THE SECURED PARTIES UNDER THAT CERTAIN MASTER LOAN AND SECURITY AGREEMENT, DATED AS OF FEBRUARY 10, 2023, BY AND AMONG TMX MP SPE, LLC, THE ADMINISTRATIVE AGENT AND THE LENDERS FROM TIME TO TIME PARTY THERETO, AS AMENDED.**



# Electronic Title Copy

| Vehicle ID Number | Year | Make | Model | Body Style | Lic Plate | Reg Exp |
|---|---|---|---|---|---|---|
| 5NPD84LF3HH135859 | 2017 | HYUN | ELANTR | SD | | |

| Weight | New/Used | Vehicle Color | Odometer | State | Date Issued |
|---|---|---|---|---|---|
| 3767 | Used | | 85660 | SC | 09-20-2024 |

**Title Number**
0580471677055

**Full Name of Owner(s)**
JACQUELINE ELIZABETH ARD
239 BEACH CITY RD APT 3218
HILTON HEAD ISLAND, SC 299264718

**Liens(s)**
TITLEMAX OF SOUTH CAROLINA INC
DBA
1294 FORDING ISLAND RD
BLUFFTON, SC 299106523

Lien Date: 09-10-2024
ELT Number: ███████████
LTN: ████████████████

\* Information has been supplied by the lienholder, not the state titling agency.

Document ID: ███████████

### THIS IS NOT A TITLE
This is an official Premier eTitleLien® Report
generated by a customer of DDI Technology.



1294 FORDING ISLAND, STE A
BLUFFTON, SC 29910
843-735-5254

## NOTICE OF OUR PLAN TO SELL

| Borrower: | Co-Borrower: |
|---|---|
| JACQUELINE ELIZABETH ARD<br>239 Beach City Rd<br>Hilton Head Island, SC 29926 | N/A |

| Motor Vehicle Description ("Motor Vehicle"): | | |
|---|---|---|
| **Year:**<br>2017 | **Make:**<br>Hyundai | **Model:**<br>Elantra |
| **Notice Date:**<br>04/10/2025 | **Account #:**<br>████████ 2680 | **Motor Vehicle ID Number:**<br>5NPD84LF3HH135859 |

"*Motor Vehicle*" refers to the Motor Vehicle described above, which secures your obligations under the Loan Agreement. "*Loan Agreement*" means the supervised loan with the account number described above. We have your Motor Vehicle because you broke promises in our Loan Agreement.

☐ **For a public disposition**:

We will sell the Motor Vehicle at public sale. The sale will be held as follows:

Date: _____  Time: _____  Place: _____

You may attend the sale and bring bidders if you want.

☒ **For a private disposition:**

We will sell the Motor Vehicle privately sometime after   04/30/2025   .

The money that we get from the sale (after paying our costs) will reduce the amount you owe. If we get less money than you owe, you will <u>not</u> owe us the difference. If we get more money than you owe, you will get the extra money, unless we must pay it to someone else.

You can get the Motor Vehicle back at any time before we sell it by paying us the full amount you owe (not just the past due payments), including our expenses, which is:

|  |  |
|---|---|
| Principal: | $4,565.00 |
| Charges: | $3,113.63 |
| Expenses: | $500.00 |
| **Total:** | $8,178.63 |

If you want us to explain to you in writing how we have figured the amount that you owe us, you may call us at the phone number listed above or write us at the address listed above and request a written explanation.

If you need more information about the sale, call us at phone number listed above or write us at the address listed above.

We are sending this notice to the following other people who have an interest in Motor Vehicle or who owe money under your Loan Agreement:

Sincerely,

*[signature]*

Manager

**Notice:** This is an attempt to collect a debt. Any information obtained will be used for that purpose. *If you are entitled to the protections of the United States Bankruptcy Code (11 U.S.C. §§ 362; 524) regarding the subject matter of this letter, the following applies to you*: THIS COMMUNICATION IS NOT AN ATTEMPT TO COLLECT, ASSESS, OR RECOVER A CLAIM IN VIOLATION OF THE BANKRUPTCY CODE AND IS FOR INFORMATIONAL PURPOSES ONLY.

Notice of Our Plan to Sell Property-V.1 03.07.2019

9:25-ac-23567384-MBoc 38-Date Filed 05/02/26  Entered 05/02/25 10:23:40  Page 10 of
Exhibit  Page 10 of 10

## UNITED STATES POSTAL SERVICE

**Firm Mailing Book For Accountable Mail**

| Name and Address of Sender | Check type of mail or service |
|---|---|
| TITLEMAX<br>1294 Fording Island Rd Ste<br>Bluffton, SC 29910 | ☐ Adult Signature Required ☐ Priority Mail Express<br>☐ Adult Signature Restricted Delivery ☐ Registered Mail<br>☐ Certified Mail ☐ Return Receipt for Merchandise<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery (COD) ☐ Signature Confirmation<br>☐ Insured Mail ☐ Signature Confirmation Restricted Delivery<br>☐ Priority Mail |

U.S. POSTAGE PAID
BLUFFTON, SC
29910
APR 10, 25
AMOUNT
**$1.95**
S2322P501507-17

0000

| USPS Tracking/Article Number | Addressee (Name, Street, City, State, & ZIP Code™) | Postage | (Extra Service) Fee | Handling Charge | if Registered | Value | Sender COD | SC Fee | SCRD Fee |
|---|---|---|---|---|---|---|---|---|---|
| 1. Jacqueline Elizabeth Ard (Pts) | 239 Beach City Rd Hilton Head Island, SC 29926 | | | | | | | | |
| | | | | | | | | | |
| 5. | | | | | | | | | |
| 6. | | | | | | | | | |
| 7. | | | | | | | | | |
| 8. | | | | | | | | | |

| Total Number of Pieces Listed by Sender | Total Number of Pieces Received at Post Office | Postmaster, Per (Name of receiving employee) |
|---|---|---|
| | | |

302

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| In re: | ) | Chapter 13 |
| | ) | |
| Jacqueline Elizabeth Ard and | ) | |
| Terry Frank Nicola, | ) | Case No.: 25-01384-jd |
| | ) | |
| Debtors. | ) | |

**<u>NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS</u>**

PLEASE TAKE NOTICE that pursuant to Bankruptcy Rule 9010(b), the undersigned, as counsel for Hilton Head Resort Four Seasons Centre Horizontal Property Regime Council of Co-Owners, Inc. ("HHR"), requests that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon:

Dean S. Haskell, Esquire
Jones, Simpson & Newton, P.A.
Post Office Box 1938
Bluffton, South Carolina 29910
Dhaskell@jsplaw.net

PLEASE TAKE FURTHER NOTICE that, the foregoing request includes the notices and papers referred to in Bankruptcy Rule 2002 and also includes, without limitation, notices of any orders, pleadings, motions, applications, complaints, demands, hearing, request or petitions, disclosure statements, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other document brought before this Court with respect to these proceedings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, email, facsimile transmission or otherwise.

PLEASE TAKE FURTHER NOTICE that neither this notice nor any later appearance, pleading, claim or suit shall waive any rights to: (1) challenge the jurisdiction of the Court to adjudicate any matter, including, without limitation, any non-core matter; (2) have final orders in non-core matters entered only after *de novo* review by the District Court; (3) trials by jury in any proceeding so triable in this case or any case, controversy or proceeding related to this case; (4) have the District Court withdraw that reference in any matter subject to mandatory or discretionary withdrawal; or (5) any other rights, claims, actions, setoffs, or recoupments to which HHR is or may be entitled, in or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

*Signature Page to Follow*

JONES, SIMPSON & NEWTON, P.A.

*/s/ Dean S. Haskell*
Dean S. Haskell, SC DID 11208
DHaskell@jsplaw.net
Post Office Box 1938
Bluffton, South Carolina 29910
Phone: (843) 415-1138

Attorneys for Hilton Head Resort Four
Seasons Centre Horizontal Property Regime
Council of Co-Owners, Inc.

May 2, 2025

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| In re: | ) | Chapter 13 |
| | ) | |
| Jacqueline Elizabeth Ard and | ) | |
| Terry Frank Nicola, | ) | Case No.: 25-01384-jd |
| | ) | |
| Debtors. | ) | |

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that on May 2, 2025, I caused the foregoing NOTICE OF APPEARANCE to be served on all parties who are scheduled to receive notice through the Court's CM/ECF system via electronic filing and electronic transmission through CM/ECF, and on the parties shown below via First Class Mail:

Jacqueline Elizabeth Ard
21215 Dartmouth Drive
Southfield, Michigan 48076-5634

Terry Frank Nicola
21215 Dartmouth Drive
Southfield, Michigan 48076

JONES, SIMPSON & NEWTON, P.A.

/s/    Dean S. Haskell
Dean S. Haskell, SC DID 11208
DHaskell@jsplaw.net
Post Office Box 1938
Bluffton, South Carolina 29910
Phone: (843) 415-1138

Attorneys for Hilton Head Resort Four Seasons Centre Horizontal Property Regime Council of Co-Owners, Inc.

305

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**

IN RE:                                                    CASE NO:  25-01384-JD

Jacqueline Elizabeth Ard                                 (CHAPTER 13)
Terry Frank Nicola

                                                         **RESPONSE TO:**
                                                         **MOTION TO IMPOSE STAY**

                          Debtors

Please take notice that the trustee responds to the MOTION TO IMPOSE STAY   for the following reason(s):


    **The case was "presumptively filed not in good faith" because the Debtors were involved in more than 1 previous case under chapter 13 within the 1 year period preceding the filing of the current case pursuant to 11  U.S.C. §362(c)(3)(C)(i)(I).   The "presumption may be rebutted by clear and convincing evidence to the contrary" pursuant to 11 U.S.C. §362(c)(3)(C).  The Trustee is uncertain whether the Debtors have proven by clear and convincing evidence that the present case will be concluded "with a confirmed plan that will be fully performed."**


Trustee requests a hearing for the response to be heard .


Dated:  May 02, 2025                                     /s/ James M. Wyman

                                                         James Wyman, Trustee Dist Ct ID 5552
                                                         Beth Renno, Staff Attorney Dist Ct ID 5627
                                                         PO Box 997
                                                         Mt. Pleasant, SC  29465-0997
                                                         Phone: (843) 388-9844
                                                         Fax: (843) 388-9877
                                                         Email: 13info@charleston13.com

<u>**CERTIFICATE OF SERVICE**</u>

I did this date serve the attached document(s) on the parties listed below by placing the same in the United States mail with proper postage affixed thereto and addressed as follows:

Jacqueline Elizabeth Ard
Terry Frank Nicola
21215 Dartmouth Dr
Southfield, MI 48076

Dated: May 02, 2025

/s/ Beth Renno

PO Box 997
Mt. Pleasant, SC 29465-0997
Email: 13info@charleston13.com

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| JACQUELINE ELIZABETH ARD, AND TERRY FRANK NICOLA | Case No. 25-01384-JD |
| Debtors. | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned, as counsel for Spa on Port Royal Sound Horizontal Property Regime, Inc., a creditor herein, hereby enters his appearance in the above-captioned case and requests that his name and address be added to the mailing matrix for purpose of receiving copies of all pleadings, notices, and orders.

<div style="text-align:right">

*s/ Lucas S. Fautua*

Lucas S. Fautua
District Court No. #13455
Smith Debnam Narron Drake Saintsing
& Myers, LLP
171 Church Street, Suite 120C (29401)
Post Office Box 22795
Charleston, SC 29413
Telephone: (843) 714-2533
Attorney for Spa on Port Royal Sound
Horizontal Property Regime, Inc

</div>

Charleston, South Carolina
May 2, 2025

1

308

<table>
<tr><td>

**IN RE:**

**JACQUELINE ELIZABETH ARD, AND
TERRY FRANK NICOLA**

**Debtors.**

</td><td>

**CHAPTER 13**

**Case No.  25-01384-JD**

</td></tr>
</table>

### CERTIFICATE OF SERVICE

I, Janet Craig Jackson, Paralegal to J. Ronald Jones, Jr. do hereby certify that I served on the persons below a copy of the Notice of Appearance in the above-referenced matter either by CM/ECF electronic mail or by depositing same in the United States Mail with sufficient postage affixed and addressed as follows:

Jacqueline Elizabeth Ard
21215 Dartmouth Dr.
Southfield, MI 48076
*Debtor*

James M. Wyman
Via CM/ECF
*Trustee*

Terry Frank Nicola
21215 Dartmouth Dr.
Southfield, MI 48076
*Debtor*

US Trustee's Office
Via CM/ECF
*U.S. Trustee*

/s/ Janet Craig Jackson
Janet Craig Jackson, paralegal to
J. Ronald Jones, Jr., ID: 5874
Smith Debnam Narron Drake
Saintsing & Myers, LLP
171 Church Street, Suite 120C
Charleston, SC 29401
Telephone: (843) 714-2535
rjones@smithdebnamlaw.com

Charleston, South Carolina
May 2, 2025

2

309

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF SOUTH CAROLINA**

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| JACQUELINE ELIZABETH ARD, AND TERRY FRANK NICOLA | Case No. 25-01384-JD |
| **Debtors.** | **OBJECTION TO DEBTOR'S MOTION** |

NOW COMES a creditor, Spa on Port Royal Sound Horizontal Property Regime, Inc. ("Creditor"), by and through the undersigned counsel, and hereby objects to Debtors' Motion to Impose Automatic Stay. In support thereof, Creditor states the following:

**BACKGROUND**

1. Creditor is a fully organized horizontal property regime and/or owners association operating as a nonprofit corporate entity under the laws of the State of South Carolina, is authorized to do business in Beaufort County, and is charged with administering the affairs of the Spa on Port Royal Sount Horizontal Property Regime in the Town of Hilton Head Island, Beaufort County, South Carolina.

2. Debtors own real property located at 239 Beach City Road, Apartment #3218, Hilton Head Island, South Carolina 29926 (the "Property").

3. Creditor initiated foreclosure proceedings regarding the Property on September 25, 2023 (*See* C/A # 2023-CP-07-01818), due to unpaid assessments, fines, late charges, and/or other valid charges on their account. Creditor was granted an Order of Judgment and Foreclosure on September 11, 2024, in the amount of $31,084.41.

4. Creditor's first attempt to sell the Property at public auction was set and noticed for October 7, 2024.

5. Debtors filed bankruptcy in the District of South Carolina under chapter 13 on October

310

4, 2024 (*See* 24-3611-JD) (hereinafter "First Case"). Debtors' First Case was dismissed on November 21, 2024, pursuant to 11 U.S.C. § 521(i)(2) for failure to file required documents.

6.  Creditor's second attempt to sell the Property at public auction was set and noticed for February 3, 2025.

7.  Debtors filed bankruptcy in the Eastern District of Michigan under chapter 13 on January 31, 2025 (*See* 25-40952-MLO) (hereinafter "Second Case"). Debtors' Second Case was dismissed on March 3, 2025. The Court's order granting dismissal was based on Debtors' failure to file required documents including Schedules A-J, a Chapter 13 Plan, Statement of Financial Affairs, and Statement of Current Monthly Income.

8.  Creditor's third attempt to sell the Property at public auction was set and noticed for April 7, 2025.

9.  Debtor Jacqueline Ard filed an Emergency Motion to Stay Foreclosure and Vacate Judgment in the state court action on April 1, 2025. An emergency hearing was held on April 3, 2025, whereby the state court denied the Motion to Stay Foreclosure and Vacate Judgment, finding that Debtor provided no evidence to support her position and allowing Creditor to proceed with foreclosure. Debtor Jacqueline Ard then filed a Notice of Appeal and Emergency Motion to Stay on April 7, 2025, further delaying Creditor from its just state court remedy.

10. Debtors filed the herein bankruptcy on April 10, 2025 ("Third Case"), and filed a Motion to impose the automatic stay under 11 U.S.C. § 362(c)(3).

## **LEGAL ARGUMENT**

11. Debtors' Motion pursuant to § 362(c)(3) cites the incorrect statute because Debtors

have filed more than one case under the same chapter within the previous year. Debtors' Motion provides the First Case was filed on October 4, 2024, and the Second Case filed on January 31, 2025. The proper statute for Debtors to seek imposition of the automatic stay is § 362(c)(4).

12. Pursuant to § 362(c)(4)(D), this current case has a presumption of being filed not in good faith and it is the Debtors' burden to rebut that presumption by clear and convincing evidence to the contrary.

13. Although good faith is not defined by the Bankruptcy Code, this Court has adopted a totality of the circumstances test that considers the following factors: (1) Debtors' past bankruptcy filings and any change in circumstances; (2) period of time that elapsed between filings; (3) Debtors' prepetition behavior; and (4) the effect of Debtors' repeated filings on creditors. *See In re Thomas*, 352 B.R. 751, 756-757 (Bankr. D.S.C. 2006).

14. Creditor objects to the imposition of the automatic stay because this current filing constitutes Debtors third attempt to delay completion of the foreclosure action and the sale of the Property. Debtors' past two filings were done on the eve of a foreclosure sales and were both dismissed due to lack of filing required documents. The two prior filings were clearly done to frustrate Creditor's attempt to foreclose on the Property and Creditor asserts that this current case serves the same purpose. Creditor further asserts that Debtors' attempt to file emergency motions to stay, vacate, and appeal the state court decision is baseless and part of Debtors' scheme to delay Creditor.

15. Debtors' affidavit in support of the Motion provides that the Second Case was dismissed due to a jurisdictional error and lack of understanding the filing

312

requirements. However, a review of the Second Case will reflect that the dismissal was for lack of filing documents, not jurisdictional issues. Additionally, although Debtors assert they lack an understanding of the chapter 13 filing requirements, they again have chosen to file without help from counsel.

16. With respect to the time elapsed between filings, this is Debtors' third bankruptcy filing under Chapter 13 in just seven months. Debtors have not shown any change of circumstances since their Second Case and the Motion provides no additional evidence that the current filing was made in good faith.

17. Lastly, the effect of Debtors' repeated filings has been to delay, hinder, or defraud Creditor from the just remedy it is entitled to under South Carolina law.

**WHEREFORE**, and for the reasons set forth above, Spa on Port Royal Sound Horizontal Property Regime, Inc., respectfully OBJECTS to Debtors' Motion to Impose Automatic Stay, and respectfully submits that the Motion must be DENIED.

Respectfully submitted this 2nd day of May, 2025.

By:   s/ Lucas S. Fautua
      Lucas S. Fautua
      District Court No. #13455
      Smith Debnam Narron Drake Saintsing
      & Myers, LLP
      171 Church Street, Suite 120C (29401)
      Post Office Box 22795
      Charleston, SC 29413
      Telephone: (843) 714-2533
      Attorney for Creditor

313

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| JACQUELINE ELIZABETH ARD, AND TERRY FRANK NICOLA | Case No. 25-01384-JD |
| Debtors. | |

CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that on today's date, I served on the persons below a copy of the **Objection to Debtors' Motion,** in the above-referenced case by either electronic mail in accordance with U.S. Bankruptcy Court, District of South Carolina, Operating Order 08-07, with respect to CM/ECF Participants, or depositing same in the United States Mail with sufficient postage affixed and addressed as follows, with respect to all other persons:

Jacqueline Elizabeth Ard
21215 Dartmouth Dr.
Southfield, MI 48076
*Debtor*

Terry Frank Nicola
21215 Dartmouth Dr.
Southfield, MI 48076
*Debtor*

James M. Wyman
Via CM/ECF
*Trustee*

US Trustee's Office
Via CM/ECF
*U.S. Trustee*

DATE: May 2, 2025

By:  *s/ Lucas S. Fautua*

Lucas S. Fautua
District Court No. #13455
Smith Debnam Narron Drake Saintsing
& Myers, LLP
171 Church Street, Suite 120C (29401)
Post Office Box 22795
Charleston, SC 29413
Telephone: (843) 714-2533
Attorneys for Creditor

314

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**

IN RE:

Jacqueline Elizabeth Ard
Terry Frank Nicola

CASE NO:  25-01384-JD

(CHAPTER 13)

**RESPONSE  TO:  MOTION**
**TO IMPOSE STAY**

Debtors

Please take notice that the trustee responds to the MOTION TO IMPOSE STAY   for the following reason(s):

    **The case was "presumptively filed not in good faith (but such presumption may be rebutted by clear and convincing evidence to the contrary)" pursuant to 11 U.S.C. §362(c)(4)(D), because the Debtors were involved in more than 1 previous case under chapter 13 within the 1 year period preceding the filing of the current case.  The Trustee is uncertain whether the Debtors have proven by clear and convincing evidence that the present case will be concluded "with a confirmed plan that will be fully performed."**

Trustee requests a hearing for the response to be heard .

Dated:  May 02, 2025

/s/ James M. Wyman

James Wyman, Trustee Dist Ct ID 5552
Beth Renno, Staff Attorney Dist Ct ID 5627
PO Box 997
Mt. Pleasant, SC  29465-0997
Phone: (843) 388-9844
Fax: (843) 388-9877
Email: 13info@charleston13.com

## CERTIFICATE OF SERVICE

I did this date serve the attached document(s) on the parties listed below by placing the same in the United States mail with proper postage affixed thereto and addressed as follows:

Jacqueline Elizabeth Ard
21215 Dartmouth Dr
Southfield, MI  48076

Terry Frank Nicola
21215 Dartmouth Dr
Southfield, MI  48076

Dated:  May 02, 2025

/s/ Beth Renno

PO Box 997
Mt. Pleasant, SC  29465-0997
Email: 13info@charleston13.com

316

Filed By The Court
5/8/2025 5:37 PM
U.S. BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF SOUTH CAROLINA

IN RE:

CASE NO: 25-01384-JD

CHAPTER: 13

JACQUELINE ELIZABETH ARD and
TERRY FRANK NICOLA

STATEMENT OF CHANGE
(Fed. R. Bankr P. 1009; SC LBR 1009-1)

DEBTOR(S)

**Please take notice** the debtor(s) named above has filed with the Bankruptcy Court an amendment to documents submitted on April 10, 2025.

1. Amended Creditor Matrix with Verification of Amended Creditor Matrix

2. The Chapter 13 Plan has been amended

3. Statement of Financial Affairs has been amended

4. Schedules D, E/F, and H have been amended with removal/corrections of additional creditors

5. Receipt for filing fee of Additional Creditors

Notice of the Statement of change and the above-mentioned documents have been provided to all affected parties, via First Class Mail to each of the affected parties' known address, and to the US Trustee, and the case Trustee via Electronic Mail.

I, hereby, certify that all information provided is true and accurate to the best of my knowledge.

Date: 5/8/25

Jacqueline E. Ard *Pro Se* Debtor
239 Beach City Rd Unit 3218
Hilton Head Island, SC 29926
Jacquelineard72@gmail.com

317

Date:____5-8-25____

_____
Terry F. Nicola *Pro Se* Debtor
Mailing Address:
21215 Dartmouth Dr.
Southfield, MI 48076
Terrynicola30@gmail.com

Fill in this information to identify your case:

| Debtor 1 | Jacqueline | Elizabeth | Ard |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | Terry | Frank | Nicola |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: District of **South Carolina**

Case number (if known) **25-01384-JD**

☑ Check if this is an amended filing

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property     12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).**

1.  **Do any creditors have claims secured by your property?**

    ❑ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

    ☑ Yes. Fill in all of the information below.

| Part 1: | List All Secured Claims |
|---|---|

2.  **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** | Column C **Unsecured portion** If any |
|---|---|---|---|---|

**2.1** Estate At Westbury Owners Assoc, Inc

Creditor's Name

**Board of Directors**

**85 Kensington Blvd**

Number        Street

**Bluffton, SC 29910-4884**

City         State      ZIP Code

**Who owes the debt?** Check one.

☑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another

❑ **Check if this claim relates to a community debt**

**Date debt was incurred** _____

Describe the property that secures the claim:    **$22,625.02**    **$91,950.00**    **$0.00**

PIN R600 031 000 0266 1106

100 Kensington Blvd Unit 1106 Bluffton, SC 29910-7484 **Estate at Westbury (violation of the automatic stay)**

**As of the date you file, the claim is:** Check all that apply.

❑ Contingent
❑ Unliquidated
☑ Disputed

**Nature of lien.** Check all that apply.

❑ An agreement you made (such as mortgage or secured car loan)
❑ Statutory lien (such as tax lien, mechanic's lien)
☑ Judgment lien from a lawsuit
❑ Other (including a right to offset) _____

**Last 4 digits of account number**  **1  4  0  7**

**Add the dollar value of your entries in Column A on this page. Write that number here:**    **$22,625.02**

| Debtor 1 | **Jacqueline** | **Elizabeth** | **Ard** | Case number *(if known)* | **25-01384-JD** |
|---|---|---|---|---|---|
| Debtor 2 | **Terry** | **Frank** | **Nicola** | | |
| | First Name | Middle Name | Last Name | | |

| Part 1: | Additional Page **After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.** | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** | *Column C* **Unsecured portion** If any |
|---|---|---|---|---|

**2.2** **Hilton Head Resort Four Seasons Centre**

Creditor's Name

**Wm Weston J Newton Jones, Simpson & Newton, PA**

**Po Box 1938**

Number        Street

**Bluffton, SC 29910-1938**

City        State        ZIP Code

**Describe the property that secures the claim:**        **$43,493.32**        **$139,200.00**        **$0.00**

| PIN R510 012 000 025B 4408 |
|---|
| 663 William Hilton Pkwy Unit 4408 Hilton Head Island, SC 29928-3537 |

**As of the date you file, the claim is:** Check all that apply.

❑ Contingent
❑ Unliquidated
☑ Disputed

**Who owes the debt?** Check one.

❑ Debtor 1 only
❑ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another

❑ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

❑ An agreement you made (such as mortgage or secured car loan)
❑ Statutory lien (such as tax lien, mechanic's lien)
☑ Judgment lien from a lawsuit
❑ Other (including a right to offset) _____

**Date debt was incurred** _____        **Last 4 digits of account number** **4 4 0 8**

**Remarks:** Alleged HOA fees

| Add the dollar value of your entries in Column A on this page. Write that number here: | **$43,493.32** | |
|---|---|---|
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | | |

Official Form 106D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page **2** of **14**

| | | Debtor 1 | | Jacqueline | Elizabeth | Ard | | Case number *(if known)* 25-01384-JD |
|---|---|---|---|---|---|---|---|---|

Debtor 2 **Terry  Frank  Nicola**

First Name    Middle Name    Last Name

| | | Column A | Column B | Column C |
|---|---|---|---|---|
| **Part 1:** | **Additional Page** After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** | *Column C* **Unsecured portion** If any |

---

**2.3** **Nationstar Mortgage, LLC**

Creditor's Name

**Attn: Bankruptcy Department**

**PO Box 619096**

Number    Street

**Dallas, TX 75261-9741**

City    State    ZIP Code

**Who owes the debt?** Check one.

- ❑ Debtor 1 only
- ❑ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ❑ At least one of the debtors and another
- ❑ **Check if this claim relates to a community debt**

Date debt was incurred  **01/27/2022**

**Describe the property that secures the claim:**

| **PIN R510 012 000 025B 4408** |
|---|
| 663 William Hilton Pkwy Unit 4408 Hilton Head Island, SC 29928-3537 |

**As of the date you file, the claim is:** Check all that apply.

- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

**Nature of lien.** Check all that apply.

- ☑ An agreement you made (such as mortgage or secured car loan)
- ☑ Statutory lien (such as tax lien, mechanic's lien)
- ❑ Judgment lien from a lawsuit
- ❑ Other (including a right to offset) _____

Last 4 digits of account number  **4  1  9  2**

Amount of claim: **$211,866.31**  Value of collateral: **$139,200.00**  Unsecured portion: **$72,666.31**

---

**2.4** **Norman Jewelry and Loan**

Creditor's Name

**24777 Telegraph Suite B**

Number    Street

**Southfield, MI 48034**

City    State    ZIP Code

**Who owes the debt?** Check one.

- ☑ Debtor 1 only
- ❑ Debtor 2 only
- ❑ Debtor 1 and Debtor 2 only
- ❑ At least one of the debtors and another
- ❑ **Check if this claim relates to a community debt**

Date debt was incurred  **08/18/2024**

**Describe the property that secures the claim:**

| **Woman's custom made engagement ring** |
|---|

**As of the date you file, the claim is:** Check all that apply.

- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

**Nature of lien.** Check all that apply.

- ☑ An agreement you made (such as mortgage or secured car loan)
- ❑ Statutory lien (such as tax lien, mechanic's lien)
- ❑ Judgment lien from a lawsuit
- ❑ Other (including a right to offset) _____

Last 4 digits of account number  **1  6  4  7**

Amount of claim: **$3,260.73**  Value of collateral: **$25,000.00**  Unsecured portion: **$0.00**

**Remarks:** Refuse to Turnover Property of the Estate

---

| **Add the dollar value of your entries in Column A on this page. Write that number here:** | **$215,127.04** |
|---|---|
| **If this is the last page of your form, add the dollar value totals from all pages. Write that number here:** | _____ |

Official Form 106D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page **3** of **14**

321

| Debtor 1 | Jacqueline | Elizabeth | Ard | Case number *(if known)* **25-01384-JD** |
|---|---|---|---|---|
| Debtor 2 | **Terry** | **Frank** | **Nicola** | |
| | First Name | Middle Name | Last Name | |

| | | Column A | Column B | Column C |
|---|---|---|---|---|
| **Part 1:** | **Additional Page** | **Amount of claim** | **Value of collateral that supports this claim** | **Unsecured portion** |
| | After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | Do not deduct the value of collateral. | | If any |

**2.5**

| | |
|---|---|
| **Polly Nicola** | **Describe the property that secures the claim:** |
| Creditor's Name | |
| **2583 Lower Assembly Drive** | **Komatsu: Northern Trust (1)** |
| Number      Street | |

Amount of claim: **unknown**   Value of collateral: **$2,508.87**   Unsecured portion: **$0.00**

**Fort Mill, SC 29708**
City            State        ZIP Code

**As of the date you file, the claim is:** Check all that apply.
- ❏ Contingent
- ❏ Unliquidated
- ☑ Disputed

**Who owes the debt?** Check one.
- ❏ Debtor 1 only
- ❏ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ❏ At least one of the debtors and another
- ❏ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
- ❏ An agreement you made (such as mortgage or secured car loan)
- ❏ Statutory lien (such as tax lien, mechanic's lien)
- ❏ Judgment lien from a lawsuit
- ☑ Other (including a right to offset)    **Domestic: MSA (Non-Qualifying DSO)**

**Date debt was incurred** _____    **Last 4 digits of account number** ___ ___ ___ ___

**Remarks:** Marital Settlement Agreement payment (Non-Alimony, Non-Spousal Support, Non-Separate Maintenance). Ex-spouse refuses to turnover collected funds

**2.6**

| | |
|---|---|
| **Polly Nicola** | **Describe the property that secures the claim:** |
| Creditor's Name | |
| **2583 Lower Assembly Drive** | **Komatsu: Northern Trust (2)** |
| Number      Street | |

Amount of claim: **unknown**   Value of collateral: **$2,356.94**   Unsecured portion: **$0.00**

**Fort Mill, SC 29708**
City            State        ZIP Code

**As of the date you file, the claim is:** Check all that apply.
- ❏ Contingent
- ❏ Unliquidated
- ☑ Disputed

**Who owes the debt?** Check one.
- ❏ Debtor 1 only
- ❏ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ❏ At least one of the debtors and another
- ❏ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
- ❏ An agreement you made (such as mortgage or secured car loan)
- ❏ Statutory lien (such as tax lien, mechanic's lien)
- ❏ Judgment lien from a lawsuit
- ☑ Other (including a right to offset)    **Domestic: Non-Qualifying DSO**

**Date debt was incurred** _____    **Last 4 digits of account number** ___ ___ ___ ___

**Remarks:** Marital Settlement Agreement payment (Non-Alimony, Non-Spousal Support, Non-Separate Maintenance). Ex-spouse refuses to turnover collected funds

| | |
|---|---|
| **Add the dollar value of your entries in Column A on this page. Write that number here:** | **$0.00** |
| **If this is the last page of your form, add the dollar value totals from all pages. Write that number here:** | _____ |

Official Form 106D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page **4** of **14**

| Debtor 1 | Jacqueline | Elizabeth | Ard | | Case number *(if known)* | 25-01384-JD |
|---|---|---|---|---|---|---|
| Debtor 2 | **Terry** | **Frank** | **Nicola** | | | |
| | First Name | Middle Name | Last Name | | | |

| | | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|---|
| **Part 1:** | Additional Page<br>**After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.** | | | | |

**2.7**

| | |
|---|---|
| **Polly Nicola** | **Describe the property that secures the claim:** |
| Creditor's Name | |
| **2583 Lower Assembly Drive** | **Komatsu: Joy Global** |
| Number          Street | |

| Column A | Column B | Column C |
|---|---|---|
| unknown | $1,242.06 | $0.00 |

**Fort Mill, SC 29708**
City          State          ZIP Code

**As of the date you file, the claim is:** Check all that apply.
- ❏ Contingent
- ❏ Unliquidated
- ☑ Disputed

**Who owes the debt?** Check one.
- ❏ Debtor 1 only
- ❏ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ❏ At least one of the debtors and another
- ❏ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
- ❏ An agreement you made (such as mortgage or secured car loan)
- ❏ Statutory lien (such as tax lien, mechanic's lien)
- ❏ Judgment lien from a lawsuit
- ☑ Other (including a right to offset)          **Domestic: Non-Qualifying DSO**

Date debt was incurred _____          Last 4 digits of account number ___ ___ ___ ___

**Remarks:** Marital Settlement Agreement payment (Non-Alimony, Non-Spousal Support, Non-Separate Maintenance). Ex-spouse refuses to turnover collected funds

**2.8**

| | |
|---|---|
| **The Spa on Port Royal Sound** | **Describe the property that secures the claim:** |
| Creditor's Name | |
| **Board of Directors** | **PIN R510 005 000 008B 3218** |
| **239 Beach City Rd** | **239 Beach City Rd Unit 3218 Hilton Head Island, SC 29926-4718** |
| Number          Street | |

| Column A | Column B | Column C |
|---|---|---|
| $47,933.53 | $132,450.00 | $0.00 |

**Hilton Head, SC 29926-4707**
City          State          ZIP Code

**As of the date you file, the claim is:** Check all that apply.
- ❏ Contingent
- ❏ Unliquidated
- ☑ Disputed

**Who owes the debt?** Check one.
- ☑ Debtor 1 only
- ❏ Debtor 2 only
- ❏ Debtor 1 and Debtor 2 only
- ❏ At least one of the debtors and another
- ❏ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
- ❏ An agreement you made (such as mortgage or secured car loan)
- ❏ Statutory lien (such as tax lien, mechanic's lien)
- ☑ Judgment lien from a lawsuit
- ❏ Other (including a right to offset) _____

Date debt was incurred   **09/25/2023**          Last 4 digits of account number   **1  8  1  8**

| | |
|---|---|
| **Add the dollar value of your entries in Column A on this page. Write that number here:** | **$47,933.53** |
| **If this is the last page of your form, add the dollar value totals from all pages. Write that number here:** | _____ |

Official Form 106D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page **5** of **14**

323

| Debtor 1 | Jacqueline | Elizabeth | Ard | | Case number *(if known)* | 25-01384-JD |
|---|---|---|---|---|---|---|
| Debtor 2 | **Terry** | **Frank** | **Nicola** | | | |
| | First Name | Middle Name | Last Name | | | |

| | | | Column A | Column B | Column C |
|---|---|---|---|---|---|
| | | | *Column A* | *Column B* | *Column C* |
| **Part 1:** | Additional Page | | **Amount of claim** | **Value of collateral that supports this claim** | **Unsecured portion** |
| | **After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.** | | Do not deduct the value of collateral. | | If any |

**2.9**

| **Title Max Corporation** | Describe the property that secures the claim: | **$4,565.00** | **$5,736.00** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**15 Bull St**

Number        Street

┌─────────────────────────────────┐
│ **2017 Hyundai Elantra** │
│ **Needs Radiator and Transmission Work** │
└─────────────────────────────────┘

**Savannah, GA 31401-2685**

City        State        ZIP Code

**As of the date you file, the claim is:** Check all that apply.

❏ Contingent
❏ Unliquidated
☑ Disputed

**Who owes the debt?** Check one.

☑ Debtor 1 only
❏ Debtor 2 only
❏ Debtor 1 and Debtor 2 only
❏ At least one of the debtors and another
❏ **Check if this claim relates to a community debt**

Date debt was incurred   **09/01/2024**

**Nature of lien.** Check all that apply.

❏ An agreement you made (such as mortgage or secured car loan)
❏ Statutory lien (such as tax lien, mechanic's lien)
❏ Judgment lien from a lawsuit
☑ Other (including a right to offset)   **Title Loan**

Last 4 digits of account number   ___ ___ ___ ___

**2.10**

| **West-Aircomm FCU** | Describe the property that secures the claim: | **$11,243.32** | **$10,904.00** | **$339.32** |
|---|---|---|---|---|

Creditor's Name

**Weltman, Weinberg & Reis Co LPA**

**5990 W Creek Rd Ste 200**

Number        Street

**Independence, OH 44131-2191**

City        State        ZIP Code

┌─────────────────────────────────┐
│ **2018 Jeep Grand Cherokee** │
│ **Needs Transmission Work** │
└─────────────────────────────────┘

**As of the date you file, the claim is:** Check all that apply.

❏ Contingent
❏ Unliquidated
☑ Disputed

**Who owes the debt?** Check one.

❏ Debtor 1 only
☑ Debtor 2 only
❏ Debtor 1 and Debtor 2 only
❏ At least one of the debtors and another
❏ **Check if this claim relates to a community debt**

Date debt was incurred   **09/21/2018**

**Nature of lien.** Check all that apply.

☑ An agreement you made (such as mortgage or secured car loan)
❏ Statutory lien (such as tax lien, mechanic's lien)
❏ Judgment lien from a lawsuit
❏ Other (including a right to offset)   _____

Last 4 digits of account number   **6  2  0  2**

| Add the dollar value of your entries in Column A on this page. Write that number here: | **$15,808.32** |
|---|---|
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | |

| Official Form 106D | Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property** | page **6** of **14** |
|---|---|---|

| Debtor 1 | Jacqueline | Elizabeth | Ard | | Case number *(if known)* | 25-01384-JD |
|---|---|---|---|---|---|---|
| Debtor 2 | **Terry** | **Frank** | **Nicola** | | | |
| | First Name | Middle Name | Last Name | | | |

| | | | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** | Column C **Unsecured portion** If any |
|---|---|---|---|---|---|
| **Part 1:** | **Additional Page** After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | | | | |

**2.11**   **Westlake Financial**
Creditor's Name

**2 Equity Way Ste 200**
Number    Street

**Westlake, OH 44145-1045**
City    State    ZIP Code

**Describe the property that secures the claim:**

| **2020 Ram Truck ProMaster** **Needs Transmission Work Commercial Use** |
|---|

| $35,584.44 | $7,475.00 | $28,109.44 |
|---|---|---|

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who owes the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
- ☑ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

**Date debt was incurred**   **03/28/2023**    **Last 4 digits of account number**   **7 0 8 3**

---

**2.12**   **Zeidmans Jewelry & Loan of MI**
Creditor's Name

**Best Law Tara E. Nauful**

**Po Box 2374**
Number    Street

**Mt Pleasant, SC 29465-2374**
City    State    ZIP Code

**Describe the property that secures the claim:**

| **Earrings Ladies Hoop diamonds** |
|---|

| $990.00 | $3,500.00 | $0.00 |
|---|---|---|

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

**Date debt was incurred**   **07/29/2024**    **Last 4 digits of account number**   **6 2 1 2**

**Remarks:** Refused to turnover property of the Estate

| **Add the dollar value of your entries in Column A on this page. Write that number here:** | $36,574.44 | |
|---|---|---|
| **If this is the last page of your form, add the dollar value totals from all pages. Write that number here:** | | |

Official Form 106D     Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**     page **7** of **14**

| | | | Column A | Column B | Column C |
|---|---|---|---|---|---|
| Debtor 1 | Jacqueline Elizabeth Ard | | Case number *(if known)* **25-01384-JD** | | |
| Debtor 2 | Terry Frank Nicola | | | | |
| | First Name Middle Name Last Name | | | | |

| | | | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** | Column C **Unsecured portion** If any |
|---|---|---|---|---|---|
| **Part 1:** | **Additional Page** After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | | | | |

**2.13**

| Zeidmans Jewelry & Loan of MI | Describe the property that secures the claim: | **$172.50** | **$700.00** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**Best Law Tara E. Nauful**

Describe the property that secures the claim:

**Ring Men Wedding Ring**

**Po Box 2374**

Number        Street

**As of the date you file, the claim is:** Check all that apply.

❑ Contingent
❑ Unliquidated
❑ Disputed

**Mt Pleasant, SC 29465-2374**

City        State        ZIP Code

**Who owes the debt?** Check one.

❑ Debtor 1 only
❑ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another

❑ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

☑ An agreement you made (such as mortgage or secured car loan)
❑ Statutory lien (such as tax lien, mechanic's lien)
❑ Judgment lien from a lawsuit
❑ Other (including a right to offset) _____

**Date debt was incurred    08/08/2024**    **Last 4 digits of account number    8  3  0  8**

**2.14**

| Zeidmans Jewelry & Loan of MI | Describe the property that secures the claim: | **$172.50** | **$600.00** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**Best Law Tara E. Nauful**

Describe the property that secures the claim:

**Earrings Ladies**

**Po Box 2374**

Number        Street

**As of the date you file, the claim is:** Check all that apply.

❑ Contingent
❑ Unliquidated
❑ Disputed

**Mt Pleasant, SC 29465-2374**

City        State        ZIP Code

**Who owes the debt?** Check one.

❑ Debtor 1 only
❑ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another

❑ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

☑ An agreement you made (such as mortgage or secured car loan)
❑ Statutory lien (such as tax lien, mechanic's lien)
❑ Judgment lien from a lawsuit
❑ Other (including a right to offset) _____

**Date debt was incurred    08/09/2024**    **Last 4 digits of account number    8  7  0  0**

**Remarks:** Refused to Turnover Property of the Estate

| **Add the dollar value of your entries in Column A on this page. Write that number here:** | **$345.00** |
|---|---|
| **If this is the last page of your form, add the dollar value totals from all pages. Write that number here:** | |

Official Form 106D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page **8** of **14**

| Debtor 1 | Jacqueline | Elizabeth | Ard | Case number *(if known)* | 25-01384-JD |
|---|---|---|---|---|---|
| Debtor 2 | **Terry** | **Frank** | **Nicola** | | |
| | First Name | Middle Name | Last Name | | |

| Part 1: | Additional Page<br><br>**After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.** | *Column A*<br>**Amount of claim**<br>Do not deduct the value of collateral. | *Column B*<br>**Value of collateral that supports this claim** | *Column C*<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|

**2.15**

| | | Column A | Column B | Column C |
|---|---|---|---|---|
| **Zeidmans Jewelry & Loan of MI** | Describe the property that secures the claim: | **$308.75** | **$1,200.00** | **$0.00** |

Creditor's Name

**Best Law Tara E. Nauful**

**Po Box 2374**

Number     Street

**Bracelet Ladies**

**Mt Pleasant, SC 29465-2374**

City          State          ZIP Code

**As of the date you file, the claim is:** Check all that apply.

❏ Contingent
❏ Unliquidated
❏ Disputed

**Who owes the debt?** Check one.

☑ Debtor 1 only
❏ Debtor 2 only
❏ Debtor 1 and Debtor 2 only
❏ At least one of the debtors and another

❏ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

☑ An agreement you made (such as mortgage or secured car loan)
❏ Statutory lien (such as tax lien, mechanic's lien)
❏ Judgment lien from a lawsuit
❏ Other (including a right to offset) _____

**Date debt was incurred** **08/09/2024**    **Last 4 digits of account number** **8  7  0  1**

**Remarks:** Refused to Turnover Property of the Estate

**2.16**

| | | Column A | Column B | Column C |
|---|---|---|---|---|
| **Zeidmans Jewelry & Loan of MI** | Describe the property that secures the claim: | **$554.00** | **$1,800.00** | **$0.00** |

Creditor's Name

**Best Law Tara E. Nauful**

**Po Box 2374**

Number     Street

**Bracelet Ladies**

**Mt Pleasant, SC 29465-2374**

City          State          ZIP Code

**As of the date you file, the claim is:** Check all that apply.

❏ Contingent
❏ Unliquidated
❏ Disputed

**Who owes the debt?** Check one.

☑ Debtor 1 only
❏ Debtor 2 only
❏ Debtor 1 and Debtor 2 only
❏ At least one of the debtors and another

❏ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

☑ An agreement you made (such as mortgage or secured car loan)
❏ Statutory lien (such as tax lien, mechanic's lien)
❏ Judgment lien from a lawsuit
❏ Other (including a right to offset) _____

**Date debt was incurred** **08/10/2024**    **Last 4 digits of account number** **8  7  7  5**

**Remarks:** Refuse to Turnover Property of the Estate

| | | |
|---|---|---|
| **Add the dollar value of your entries in Column A on this page. Write that number here:** | **$862.75** | |
| **If this is the last page of your form, add the dollar value totals from all pages. Write that number here:** | | |

Official Form 106D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page **9** of **14**

327

| | | | | Column A | Column B | Column C |
|---|---|---|---|---|---|---|

Debtor 1 **Jacqueline** **Elizabeth** **Ard**     Case number *(if known)* **25-01384-JD**

Debtor 2 **Terry** **Frank** **Nicola**

First Name     Middle Name     Last Name

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|
| **Part 1:** | Additional Page<br>**After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.** | | | |

**2.17** **Zeidmans Jewelry & Loan of MI**

Creditor's Name

**Best Law Tara E. Nauful**

**Po Box 2374**

Number     Street

**Mt Pleasant, SC 29465-2374**

City     State     ZIP Code

**Describe the property that secures the claim:**

| **Bracelet Ladies** |
|---|

Column A: **$336.00**   Column B: **$1,500.00**   Column C: **$0.00**

**As of the date you file, the claim is:** Check all that apply.
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

**Who owes the debt?** Check one.
- ☑ Debtor 1 only
- ❑ Debtor 2 only
- ❑ Debtor 1 and Debtor 2 only
- ❑ At least one of the debtors and another
- ❑ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
- ☑ An agreement you made (such as mortgage or secured car loan)
- ❑ Statutory lien (such as tax lien, mechanic's lien)
- ❑ Judgment lien from a lawsuit
- ❑ Other (including a right to offset) _____

**Date debt was incurred** **08/10/2024**   **Last 4 digits of account number** **8 7 7 6**

**2.18** **Zeidmans Jewelry & Loan of MI**

Creditor's Name

**Best Law Tara E. Nauful**

**Po Box 2374**

Number     Street

**Mt Pleasant, SC 29465-2374**

City     State     ZIP Code

**Describe the property that secures the claim:**

| **Gold Herring Bone Heirloom Necklace** |
|---|

Column A: **$663.00**   Column B: **$2,500.00**   Column C: **$0.00**

**As of the date you file, the claim is:** Check all that apply.
- ❑ Contingent
- ❑ Unliquidated
- ☑ Disputed

**Who owes the debt?** Check one.
- ❑ Debtor 1 only
- ❑ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ❑ At least one of the debtors and another
- ❑ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
- ☑ An agreement you made (such as mortgage or secured car loan)
- ❑ Statutory lien (such as tax lien, mechanic's lien)
- ❑ Judgment lien from a lawsuit
- ❑ Other (including a right to offset) _____

**Date debt was incurred** **08/30/2024**   **Last 4 digits of account number** **2 4 5 0**

**Remarks:** Refuse to Turnover Property of the Estate

**Add the dollar value of your entries in Column A on this page. Write that number here:**   **$999.00**

**If this is the last page of your form, add the dollar value totals from all pages. Write that number here:**   _____

Official Form 106D     Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**     page **10** of **14**

| Debtor 1 | Jacqueline | Elizabeth | Ard | | Case number *(if known)* | 25-01384-JD |
|----------|------------|-----------|-----|--|--------------------------|-------------|
| Debtor 2 | Terry | Frank | Nicola | | | |
| | First Name | Middle Name | Last Name | | | |

| | | | Column A | Column B | Column C |
|--|--|--|----------|----------|----------|
| **Part 1:** | Additional Page | | **Amount of claim** | **Value of collateral that supports this claim** | **Unsecured portion** |
| | After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | | Do not deduct the value of collateral. | | If any |

**2.19**

| | |
|--|--|
| **Zeidmans Jewelry & Loan of MI** | Describe the property that secures the claim: |
| Creditor's Name | |
| **Best Law Tara E. Nauful** | **Ladies Custom made Wedding Ring** |
| **Po Box 2374** | |
| Number          Street | **As of the date you file, the claim is:** Check all that apply. |
| **Mt Pleasant, SC 29465-2374** | ☐ Contingent |
| City          State          ZIP Code | ☐ Unliquidated |
| | ☐ Disputed |

Column A: **$3,344.40**    Column B: **$23,740.00**    Column C: **$0.00**

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Date debt was incurred**    **11/30/2024**

**Nature of lien.** Check all that apply.

☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

**Last 4 digits of account number**    **2   4   5   1**

**Remarks:** Refuse to Turnover Property of the Estate

| | |
|--|--|
| Add the dollar value of your entries in Column A on this page. Write that number here: | **$3,344.40** |
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | **$387,112.82** |

| | | |
|--|--|--|
| Official Form 106D | Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property** | page **11** of **14** |

| Debtor 1 | **Jacqueline** | **Elizabeth** | **Ard** | | Case number *(if known)* | **25-01384-JD** |
|---|---|---|---|---|---|---|

| Debtor 2 | **Terry** | **Frank** | **Nicola** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Part 2: | List Others to Be Notified for a Debt That You Already Listed |
|---|---|

**Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.**

1.
**Bromley Law Firm LLC**
Name
**Evan K. Bromley**
**211 Goethe Rd Ste B**
Number          Street
**Bluffton, SC 29910-6014**
City                          State          ZIP Code

On which line in Part 1 did you enter the creditor? **2.1**
Last 4 digits of account number ___ ___ ___ ___

2.
**Julie A. Franklin, Esq**
Name
**Po Box 2976**
Number          Street

**Bluffton, SC 29910-2976**
City                          State          ZIP Code

On which line in Part 1 did you enter the creditor? **2.1**
Last 4 digits of account number ___ ___ ___ ___

3.
**Jones, Simpson, and Newton PA**
Name
**Attn: Wm Weston J Newton**
**7 Plantation Park Drive Suite 3**
Number          Street
**Bluffton, SC 29910**
City                          State          ZIP Code

On which line in Part 1 did you enter the creditor? **2.2**
Last 4 digits of account number ___ ___ ___ ___

4.
**Nationstar Mortgage, LLC**
Name
**Attn: Bankruptcy Department**
**PO Box 619096**
Number          Street
**Dallas, TX 75261-9741**
City                          State          ZIP Code

On which line in Part 1 did you enter the creditor? **2.3**
Last 4 digits of account number ___ ___ ___ ___

5.
**Taybron Law Firm LLC**
Name
**3399 Churchview Ave**
Number          Street

**Pittsburgh, PA 15227-4358**
City                          State          ZIP Code

On which line in Part 1 did you enter the creditor? **2.5**
Last 4 digits of account number ___ ___ ___ ___

6.
**Morgan Lewis & Bockius LLP**
Name
**Attn: Matt Hawes**
**One Oxford Centre, Thirty-Second FLR**
Number          Street
**Pittsburgh, PA 15219-6401**
City                          State          ZIP Code

On which line in Part 1 did you enter the creditor? **2.5**
Last 4 digits of account number ___ ___ ___ ___

Official Form 106D          Part 2 of **Schedule D: Creditors Who Have Claims Secured by Property**          page **12** of **14**

| Debtor 1 | Jacqueline | Elizabeth | Ard | | Case number *(if known)* | 25-01384-JD |
|---|---|---|---|---|---|---|
| Debtor 2 | Terry | Frank | Nicola | | | |
| | First Name | Middle Name | Last Name | | | |

## Part 2: List Others to Be Notified for a Debt That You Already Listed - Additional Page

**7.**

**Komatsu Benefit Dept**
Name

**Mark Harder**

**401 E Greenfield Ave**
Number          Street

**Milwaukee, WI 53204-2941**
City                          State          ZIP Code

On which line in Part 1 did you enter the creditor? **2.5**

Last 4 digits of account number ___ ___ ___ ___

---

**8.**

**Taybron Law Firm LLC**
Name

**3399 Churchview Ave**
Number          Street

**Pittsburgh, PA 15227-4358**
City                          State          ZIP Code

On which line in Part 1 did you enter the creditor? **2.6**

Last 4 digits of account number ___ ___ ___ ___

---

**9.**

**Komatsu Benefit Dept**
Name

**Mark Harder**

**401 E Greenfield Ave**
Number          Street

**Milwaukee, WI 53204-2941**
City                          State          ZIP Code

On which line in Part 1 did you enter the creditor? **2.6**

Last 4 digits of account number ___ ___ ___ ___

---

**10.**

**Morgan Lewis & Bockius LLP**
Name

**Attn: Matt Hawes**

**One Oxford Centre, Thirty-Second FLR**
Number          Street

**Pittsburgh, PA 15219-6401**
City                          State          ZIP Code

On which line in Part 1 did you enter the creditor? **2.6**

Last 4 digits of account number ___ ___ ___ ___

---

**11.**

**Taybron Law Firm LLC**
Name

**3399 Churchview Ave**
Number          Street

**Pittsburgh, PA 15227-4358**
City                          State          ZIP Code

On which line in Part 1 did you enter the creditor? **2.7**

Last 4 digits of account number ___ ___ ___ ___

---

**12.**

**Komatsu Benefit Dept**
Name

**Mark Harder**

**401 E Greenfield Ave**
Number          Street

**Milwaukee, WI 53204-2941**
City                          State          ZIP Code

On which line in Part 1 did you enter the creditor? **2.7**

Last 4 digits of account number ___ ___ ___ ___

---

Official Form 106D          Part 2 of **Schedule D: Creditors Who Have Claims Secured by Property**          page **13** of **14**

| Debtor 1 | Jacqueline | Elizabeth | Ard | | Case number *(if known)* | 25-01384-JD |
|---|---|---|---|---|---|---|
| Debtor 2 | **Terry** | **Frank** | **Nicola** | | | |
| | First Name | Middle Name | Last Name | | | |

| Part 2: | List Others to Be Notified for a Debt That You Already Listed - Additional Page |
|---|---|

**13.** **Morgan Lewis & Bockius LLP**
Name

**Attn: Matt Hawes**

**One Oxford Centre, Thirty-Second FLR**
Number          Street

**Pittsburgh, PA 15219-6401**
City                          State          ZIP Code

On which line in Part 1 did you enter the creditor? **2.7**

Last 4 digits of account number    ___ ___ ___ ___

---

**14.** **Law Office of Scott M. Wild LLC**
Name

**Scott M. Wild**

**37 New Orleans Road Suite F**
Number          Street

**Hilton Head Island, SC 29928**
City                          State          ZIP Code

On which line in Part 1 did you enter the creditor? **2.8**

Last 4 digits of account number    ___ ___ ___ ___

---

**15.** **Mutterer Law Firm, LLC**
Name

**Jannine M. Mutterer, Esq**

**5 Red Cedar Street Suite 102**
Number          Street

**Bluffton, SC 29910**
City                          State          ZIP Code

On which line in Part 1 did you enter the creditor? **2.8**

Last 4 digits of account number    ___ ___ ___ ___

---

**16.** **Smith Debnam Narron Drake Saintsing**
Name

**& Myers, LLP Lucas S. Fautua**

**171 Church St Ste 120c**
Number          Street

**Charleston, SC 29401-3136**
City                          State          ZIP Code

On which line in Part 1 did you enter the creditor? **2.8**

Last 4 digits of account number    ___ ___ ___ ___

---

Official Form 106D          Part 2 of **Schedule D: Creditors Who Have Claims Secured by Property**          page **14** of **14**

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Jacqueline** | **Elizabeth** | **Ard** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Terry** | **Frank** | **Nicola** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: District of **South Carolina**

Case number **25-01384-JD**
(if known)

☑ Check if this is an amended filing

Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B:* Property (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Have Claims Secured by Property*. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).**

| Part 1: | List All of Your PRIORITY Unsecured Claims |
|---|---|

**1. Do any creditors have priority unsecured claims against you?**

☐ No. Go to Part 2.
☑ Yes.

**2. List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

(For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|
| **2.1 Beaufort County Treasurer** | Last 4 digits of account number **3 2 1 8** | $3,702.32 | unknown | $3,702.32 |

Priority Creditor's Name

**Property Tax**

**Po Box 105176**
Number          Street

**Atlanta, GA 30348-5176**
City          State          ZIP Code

When was the debt incurred?          **01/15/2025**

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify  **Real Estate Taxes**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Remarks:** PIN: R510-005-000-008B-3218

| Debtor 1 | Jacqueline | Elizabeth | Ard | | | |
| Debtor 2 | Terry | Frank | Nicola | Case number (if known) | 25-01384-JD | |
| | First Name | Middle Name | Last Name | | | |

| Part 1: | Your PRIORITY Unsecured Claims — Continuation Page |
|---|---|

After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|

**2.2**

**Beaufort County Treasurer**
Priority Creditor's Name

**Property Tax**

**Po Box 105176**
Number        Street

**Atlanta, GA 30348-5176**
City        State        ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    **1  1  0  6**

**When was the debt incurred?**        **01/15/2025**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify    **Real Estate Taxes**

**Total claim** $2,021.07    **Priority amount** unknown    **Nonpriority amount** $2,021.07

**Remarks:** PIN: R600-031-000-0266-1106

**2.3**

**Beaufort County Treasurer**
Priority Creditor's Name

**Property Tax**

**Po Box 105176**
Number        Street

**Atlanta, GA 30348-5176**
City        State        ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    **4  4  0  5**

**When was the debt incurred?**        **01/15/2025**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify    **Real Estate Taxes**

**Total claim** $3,761.77    **Priority amount** unknown    **Nonpriority amount** $3,761.77

**Remarks:** PIN: R510-012-000-025B-4405

Official Form 106E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page **2** of **39**

| | | | | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|---|---|---|

Debtor 1    **Jacqueline**    **Elizabeth**    **Ard**    Case number *(if known)* **25-01384-JD**

Debtor 2    **Terry**    **Frank**    **Nicola**

First Name    Middle Name    Last Name

---

## Part 1:    Your PRIORITY Unsecured Claims — Continuation Page

| After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|

**2.4**  **City of Detroit Water and Sewerage Dept**

Priority Creditor's Name

**735 Randolph St**

Number        Street

**Detroit, MI 48226-2830**

City        State        ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    **0  3  0  1**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify    **Utilities**

Total claim **$1,383.51**    Priority amount **unknown**    Nonpriority amount **$1,383.51**

---

**2.5**  **City of Detroit Water and Sewerage Dept**

Priority Creditor's Name

**735 Randolph St**

Number        Street

**Detroit, MI 48226-2830**

City        State        ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    **3  3  0  1**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify    **Utilities**

Total claim **$1,782.38**    Priority amount **unknown**    Nonpriority amount **$1,782.38**

---

| Debtor 1 | Jacqueline | Elizabeth | Ard | Case number *(if known)* **25-01384-JD** |
|---|---|---|---|---|
| Debtor 2 | **Terry** | **Frank** | **Nicola** | |
| | First Name | Middle Name | Last Name | |

| **Part 1:** | **Your PRIORITY Unsecured Claims — Continuation Page** |
|---|---|

| After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | **Total claim** | **Priority amount** | **Nonpriority amount** |
|---|---|---|---|

**2.6**

**Consumer Energy Company**
Priority Creditor's Name

**Attn: Legal Dept**

**One Energy Plaza Dr**
Number        Street

**Jackson, MI 49201-2357**
City        State        ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Remarks:** Utility Services

Last 4 digits of account number    **8  5  2  5**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify    **Utilities**

**Total claim** $347.83    **Priority amount** $347.83    **Nonpriority amount** $0.00

**2.7**

**County of Allegheny Treasurer**
Priority Creditor's Name

**Room 108 Courthouse**

**436 Grant St**
Number        Street

**Pittsburgh, PA 15219**
City        State        ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    **P  1  4  6**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify    **Real Estate Taxes**

**Total claim** $116.36    **Priority amount** unknown    **Nonpriority amount** $116.36

Official Form 106E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**                page **4** of **39**

337

| Debtor 1 | **Jacqueline** | **Elizabeth** | **Ard** | Case number *(if known)* **25-01384-JD** |
|---|---|---|---|---|
| Debtor 2 | **Terry** | **Frank** | **Nicola** | |
| | First Name | Middle Name | Last Name | |

| **Part 1:** | **Your PRIORITY Unsecured Claims — Continuation Page** |
|---|---|

| After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|

**2.8** **East Pittsburgh Borough**
Priority Creditor's Name

**813 Linden Ave**
Number       Street

**East Pittsburgh, PA 15112**
City       State       ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**   **P  1  4  6**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of PRIORITY unsecured claim:**
- ☐ Domestic support obligations
- ☐ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☑ Other. Specify   **Real Estate Taxes**

Total claim: **$363.96**   Priority amount: **unknown**   Nonpriority amount: **$363.96**

**Remarks:** 513 Main

**2.9** **Jordan Tax Service**
Priority Creditor's Name

**102 Rahway Rd**
Number       Street

**McMurray, PA 15317**
City       State       ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**   **P  1  4  6**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of PRIORITY unsecured claim:**
- ☐ Domestic support obligations
- ☐ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☑ Other. Specify   **Real Estate Taxes**

Total claim: **$1,179.46**   Priority amount: **unknown**   Nonpriority amount: **$1,179.46**

Official Form 106E/F       Schedule E/F: Creditors Who Have Unsecured Claims       page **5** of **39**

| Debtor 1 | **Jacqueline** | **Elizabeth** | **Ard** | | Case number *(if known)* **25-01384-JD** |
|---|---|---|---|---|---|
| Debtor 2 | **Terry** | **Frank** | **Nicola** | | |
| | First Name | Middle Name | Last Name | | |

| **Part 1:** | **Your PRIORITY Unsecured Claims — Continuation Page** |
|---|---|

| After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|

**2.10** **Lincoln Township**
Priority Creditor's Name

**P.O. Box 239**
Number      Street

**Lake George, MI 48633**
City      State      ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number   **7  0  0  1**       $1,638.11   unknown   $1,638.11

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of PRIORITY unsecured claim:**
- ☐ Domestic support obligations
- ☐ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☑ Other. Specify   **Real Estate Taxes**

---

**2.11** **Lincoln Township**
Priority Creditor's Name

**P.O. Box 239**
Number      Street

**Lake George, MI 48633**
City      State      ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number   **1  6  0  0**       $1,711.02   unknown   $1,711.02

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of PRIORITY unsecured claim:**
- ☐ Domestic support obligations
- ☐ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☑ Other. Specify   **Real Estate Taxes**

**Remarks:** 5154 Oak Run

| Official Form 106E/F | Schedule E/F: Creditors Who Have Unsecured Claims | page **6** of **39** |
|---|---|---|

| Debtor 1 | Jacqueline | Elizabeth | Ard | Case number *(if known)* __25-01384-JD__ |
|---|---|---|---|---|
| Debtor 2 | **Terry** | **Frank** | **Nicola** | |
| | First Name | Middle Name | Last Name | |

| Part 1: | Your PRIORITY Unsecured Claims — Continuation Page |
|---|---|

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|
| After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | | | | |

**2.12**

**Pittsburgh Water**
Priority Creditor's Name

**Penn Liberty Plaza I**

**1200 Penn Avenue**
Number          Street

**Pittsburgh, PA 15222**
City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number   **M A I N**

**When was the debt incurred?**   **03/23/2019**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of PRIORITY unsecured claim:**
- ☐ Domestic support obligations
- ☐ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☑ Other. Specify   **Utilities**

Total claim: **unknown**   Priority amount: **unknown**   Nonpriority amount: **unknown**

**2.13**

**SC Department of Revenue**
Priority Creditor's Name

**Office of General Counsel**

**300A Outlet Point Blvd**
Number          Street

**Columbia, SC 29210**
City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number   **3 7 4 8**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of PRIORITY unsecured claim:**
- ☐ Domestic support obligations
- ☑ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☐ Other. Specify

Total claim: **$0.00**   Priority amount: **unknown**   Nonpriority amount: **$0.00**

Official Form 106E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page __7__ of __39__

340

| Debtor 1 | **Jacqueline** | **Elizabeth** | **Ard** | Case number *(if known)* | **25-01384-JD** |
|---|---|---|---|---|---|
| Debtor 2 | **Terry** | **Frank** | **Nicola** | | |
| | First Name | Middle Name | Last Name | | |

| Part 1: | Your PRIORITY Unsecured Claims — Continuation Page |
|---|---|

| After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|

**2.14**

**Wayne Co Treasurer**
Priority Creditor's Name

**400 Monroe 5th floor**
Number        Street

**Detroit, MI 48226**
City        State        ZIP Code

**Who incurred the debt?** Check one.
- ❑ Debtor 1 only
- ❑ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ❑ At least one of the debtors and another
- ❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ❑ Yes

Last 4 digits of account number    **7  3  7  1**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ❑ Contingent
- ❑ Unliquidated
- ☑ Disputed

**Type of PRIORITY unsecured claim:**
- ❑ Domestic support obligations
- ❑ Taxes and certain other debts you owe the government
- ❑ Claims for death or personal injury while you were intoxicated
- ☑ Other. Specify  **Real Estate Taxes**

Total claim **$1,238.00**   Priority amount **unknown**   Nonpriority amount **$1,238.00**

---

**2.15**

**Wayne Co Treasurer**
Priority Creditor's Name

**400 Monroe 5th Floor**
Number        Street

**Detroit, MI 48266**
City        State        ZIP Code

**Who incurred the debt?** Check one.
- ❑ Debtor 1 only
- ❑ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ❑ At least one of the debtors and another
- ❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ❑ Yes

Last 4 digits of account number    **1  1  0  9**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ❑ Contingent
- ❑ Unliquidated
- ☑ Disputed

**Type of PRIORITY unsecured claim:**
- ❑ Domestic support obligations
- ❑ Taxes and certain other debts you owe the government
- ❑ Claims for death or personal injury while you were intoxicated
- ☑ Other. Specify  **Real Estate Taxes**

Total claim **$1,006.69**   Priority amount **unknown**   Nonpriority amount **$1,006.69**

---

Official Form 106E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**          page **8** of **39**

341

| Debtor 1 | **Jacqueline** | **Elizabeth** | **Ard** | | Case number *(if known)* **25-01384-JD** |
| Debtor 2 | **Terry** | **Frank** | **Nicola** | | |
| | First Name | Middle Name | Last Name | | |

## Part 2:   List All of Your NONPRIORITY Unsecured Claims

**3.   Do any creditors have nonpriority unsecured claims against you?**

❏ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☑ Yes

**4.   List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

|  | **Total claim** |
| --- | --- |

**4.1   ADT Security Services**
Nonpriority Creditor's Name

**Po Box 371878**

Number          Street

**Pittsburgh, PA 15250-7878**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
❏ Debtor 2 only
❏ Debtor 1 and Debtor 2 only
❏ At least one of the debtors and another
❏ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
❏ Yes

**Last 4 digits of account number    9   0   9   4**          **$1,599.69**

**When was the debt incurred?    10/01/2024**

**As of the date you file, the claim is:** Check all that apply.

❏ Contingent
❏ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

❏ Student loans
❏ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❏ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Consumer debt**

---

**4.2   Advantage Aviator Bankruptcy Dept**
Nonpriority Creditor's Name

**Portfolio Recovery Associates, LLC**

**130 Corporate Blvd**

Number          Street

**Norfolk, VA 23502-4952**

City          State          ZIP Code

**Who incurred the debt?** Check one.

❏ Debtor 1 only
☑ Debtor 2 only
❏ Debtor 1 and Debtor 2 only
❏ At least one of the debtors and another
❏ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
❏ Yes

**Last 4 digits of account number    7   5   4   0**          **$20,400.68**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.

❏ Contingent
❏ Unliquidated
❏ Disputed

**Type of NONPRIORITY unsecured claim:**

❏ Student loans
❏ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❏ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Credit Card**

---

Official Form 106E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**          page **9** of **39**

| Debtor 1 | **Jacqueline** | **Elizabeth** | **Ard** | Case number *(if known)* **25-01384-JD** |
|---|---|---|---|---|
| Debtor 2 | **Terry** | **Frank** | **Nicola** | |
| | First Name | Middle Name | Last Name | |

| Part 2: | Your NONPRIORITY Unsecured Claims — Continuation Page |
|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | Total claim |
|---|---|

**4.3**

| **American Express National Bank** | Last 4 digits of account number   **4   0   0   2** | **$42,254.50** |
|---|---|---|

Nonpriority Creditor's Name

**Becket and Lee LLP**

When was the debt incurred?   **07/1/2023**

**P.O. Box 3001**

Number          Street

**Malvern, PA 19355**

City          State          ZIP Code

As of the date you file, the claim is: Check all that apply.

❑ Contingent
❑ Unliquidated
❑ Disputed

**Who incurred the debt?** Check one.

❑ Debtor 1 only
☑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another
❑ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

❑ Student loans
❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Credit Card**

**Is the claim subject to offset?**

☑ No
❑ Yes

**4.4**

| **American Express National Bank** | Last 4 digits of account number   **2   0   0   6** | **$1,172.92** |
|---|---|---|

Nonpriority Creditor's Name

**Becket and Lee LLP**

When was the debt incurred?   **06/01/2024**

**P.O. Box 3001**

Number          Street

**Malvern, PA 19355**

City          State          ZIP Code

As of the date you file, the claim is: Check all that apply.

❑ Contingent
❑ Unliquidated
❑ Disputed

**Who incurred the debt?** Check one.

❑ Debtor 1 only
☑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another
❑ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

❑ Student loans
❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Credit Card**

**Is the claim subject to offset?**

☑ No
❑ Yes

| Official Form 106E/F | **Schedule E/F: Creditors Who Have Unsecured Claims** | page **10** of **39** |
|---|---|---|

| Debtor 1 | **Jacqueline** | **Elizabeth** | **Ard** | Case number *(if known)* **25-01384-JD** |
|---|---|---|---|---|
| Debtor 2 | **Terry** | **Frank** | **Nicola** | |
| | First Name | Middle Name | Last Name | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | Total claim |
|---|---|

**4.5** **Armstrong Cable**

Nonpriority Creditor's Name

**PO Box 37749**

Number          Street

**Philadelphia, PA 19101-5049**

City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** **1 1 0 3**          **$306.17**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Ultilies**

**4.6** **AT&T**

Nonpriority Creditor's Name

**Valor Intelligent Processing, LLC**

**PO Box 5014**

Number          Street

**Carol Stream, IL 60197-5014**

City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** **8 8 2 7**          **$606.86**

**When was the debt incurred?** **09/15/2024**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Utilities**

| Debtor 1 | **Jacqueline** | **Elizabeth** | **Ard** | | Case number *(if known)* | **25-01384-JD** |
|---|---|---|---|---|---|---|
| Debtor 2 | **Terry** | **Frank** | **Nicola** | | | |
| | First Name | Middle Name | Last Name | | | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims ─ Continuation Page** |
|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim** |
|---|---|

**4.7**

**AWA Collections**
Nonpriority Creditor's Name

**Santa Rosa Emergency**

**PO Box 6605**
Number          Street

**Orange, CA 92863**
City          State          ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Medical Bill**

**unknown**

---

**4.8**

**Capital One Auto Finance**
Nonpriority Creditor's Name

**AIS Portfolio Services, LLC**

**4515 N Santa Fe Ave. Dept. APS**
Number          Street

**Oklahoma City, OK 73118**
City          State          ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** 7 7 4 3

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Consumer Debt**

**$0.00**

| Debtor 1 | **Jacqueline** | **Elizabeth** | **Ard** | Case number *(if known)* **25-01384-JD** |
|---|---|---|---|---|
| Debtor 2 | **Terry** | **Frank** | **Nicola** | |
| | First Name | Middle Name | Last Name | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim** |
|---|---|

**4.9** **CitiBank Best Buy**
Nonpriority Creditor's Name

**P.O. Box 790034**
Number          Street

**Saint Louis, MO 63179-0034**
City          State          ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**   **6  6  9  2**

**When was the debt incurred?**   **09/12/2024**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

**$2,942.86**

---

**4.10** **Comenity Caesars Rewards**
Nonpriority Creditor's Name

**PO Box 650960**
Number          Street

**Dallas, TX 75265**
City          State          ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**   **0  3  0  5**

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Credit Card**

**$5,181.32**

Official Form 106E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**          page **13** of **39**

| Debtor 1 | Jacqueline | Elizabeth | Ard | | Case number *(if known)* **25-01384-JD** |
|---|---|---|---|---|---|
| Debtor 2 | **Terry** | **Frank** | **Nicola** | | |
| | First Name | Middle Name | Last Name | | |

| Part 2: | Your NONPRIORITY Unsecured Claims — Continuation Page |
|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | Total claim |
|---|---|

**4.11** **Coyne Oil**

Nonpriority Creditor's Name

**Attn: Rose**

**513 W 5th St**

Number          Street

**Clare, MI 48617-9405**

City          State          ZIP Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number    **3  1  2  9**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Utilities**

**$64.00**

---

**4.12** **DirectTV, LLC**

Nonpriority Creditor's Name

**CT Corporation**

**1209 N Orange St**

Number          Street

**Wilmington, DE 19801-1120**

City          State          ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number    **8  8  2  7**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify

**$620.81**

---

Official Form 106E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**          page **14** of **39**

| Debtor 1 | **Jacqueline** | **Elizabeth** | **Ard** | Case number *(if known)* **25-01384-JD** |
|---|---|---|---|---|
| Debtor 2 | **Terry** | **Frank** | **Nicola** | |
| | First Name | Middle Name | Last Name | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | Total claim |
|---|---|

**4.13**

**DTE Energy**
Nonpriority Creditor's Name

**Attention Legal Department**

**PO Box 740786**
Number                Street

**Cincinnati, OH 45274-0786**
City               State          ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Remarks:** Utility Services 15826 Appoline

Last 4 digits of account number   **8   9   1   4**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Utilities**

**$1,271.71**

**4.14**

**DTE Energy**
Nonpriority Creditor's Name

**Attention Legal Department**

**PO Box 740786**
Number                Street

**Cincinnati, OH 45274-0786**
City               State          ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   **8   9   2   2**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Utilities**

**$1,730.37**

| Official Form 106E/F | **Schedule E/F: Creditors Who Have Unsecured Claims** | page **15** of **39** |
|---|---|---|

| Debtor 1 | **Jacqueline** | **Elizabeth** | **Ard** | Case number *(if known)* **25-01384-JD** |
|---|---|---|---|---|
| Debtor 2 | **Terry** | **Frank** | **Nicola** | |
| | First Name | Middle Name | Last Name | |

| Part 2: | Your NONPRIORITY Unsecured Claims — Continuation Page |
|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim** |
|---|---|

**4.15**

**First Energy**
Nonpriority Creditor's Name

**Penn Power**

**Po Box 16001**
Number          Street

**Reading, PA 19612-6001**
City          State          ZIP Code

**Who incurred the debt?** Check one.

❏ Debtor 1 only
❏ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
❏ At least one of the debtors and another
❏ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
❏ Yes

**Last 4 digits of account number**  **7  2  8  4**

**When was the debt incurred?**          **07/25/2024**

**As of the date you file, the claim is:** Check all that apply.
❏ Contingent
❏ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

❏ Student loans
❏ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❏ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

**$2,780.70**

---

**4.16**

**Fortiva Bobs Discount**
Nonpriority Creditor's Name

**TBOM - ATLSA**

**6 Concourse Parkway Second Floor**
Number          Street

**Atlanta, GA 30328**
City          State          ZIP Code

**Who incurred the debt?** Check one.

❏ Debtor 1 only
☑ Debtor 2 only
❏ Debtor 1 and Debtor 2 only
❏ At least one of the debtors and another
❏ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
❏ Yes

**Last 4 digits of account number**  **3  5  6  2**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
❏ Contingent
❏ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

❏ Student loans
❏ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❏ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Credit Card**

**$2,182.29**

---

Official Form 106E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page __16__ of __39__

349

| Debtor 1 | **Jacqueline** | **Elizabeth** | **Ard** | Case number *(if known)* **25-01384-JD** |
|---|---|---|---|---|
| Debtor 2 | **Terry** | **Frank** | **Nicola** | |
| | First Name | Middle Name | Last Name | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim** |
|---|---|

**4.17**

**Go-Store It**
Nonpriority Creditor's Name

**33 Parmenter Rd.**
Number          Street

**Bluffton, SC 29910**
City          State          ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another
❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
❑ Yes

**Remarks:** D0013-15x15x8

Last 4 digits of account number  **1  0  5  4**

**When was the debt incurred?**          **09/30/2024**

**As of the date you file, the claim is:** Check all that apply.
❑ Contingent
❑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
❑ Student loans
❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Storage Bill**

**$608.20**

---

**4.18**

**Go-Store It**
Nonpriority Creditor's Name

**33 Parmenter Rd.**
Number          Street

**Bluffton, SC 29910**
City          State          ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another
❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
❑ Yes

**Remarks:** A0002

Last 4 digits of account number  **8  8  0  4**

**When was the debt incurred?**          **11/01/2024**

**As of the date you file, the claim is:** Check all that apply.
❑ Contingent
❑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
❑ Student loans
❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Storage Bill**

**$96.00**

---

Official Form 106E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**          page **17** of **39**

| Debtor 1 | Jacqueline | Elizabeth | Ard | | Case number *(if known)* | **25-01384-JD** |
| Debtor 2 | **Terry** | **Frank** | **Nicola** | | | |
| | First Name | Middle Name | Last Name | | | |

| Part 2: | Your NONPRIORITY Unsecured Claims — Continuation Page |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

**Total claim**

### 4.19 Go-Store It
Nonpriority Creditor's Name

**33 Parmenter Rd.**
Number          Street

**Bluffton, SC 29910**
City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Remarks:** C0029

**Last 4 digits of account number** 1 0 9 6

**When was the debt incurred?** 10/01/2024

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Storage Bill**

**$507.60**

### 4.20 Go-Store It
Nonpriority Creditor's Name

**33 Parmenter Rd.**
Number          Street

**Bluffton, SC 29910**
City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Remarks:** E0004A

**Last 4 digits of account number** 1 0 6 8

**When was the debt incurred?** 10/01/2024

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Storage Bill**

**$343.20**

Official Form 106E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page **18** of **39**

| Debtor 1 | **Jacqueline** | **Elizabeth** | **Ard** | Case number *(if known)* **25-01384-JD** |
|---|---|---|---|---|
| Debtor 2 | **Terry** | **Frank** | **Nicola** | |
| | First Name | Middle Name | Last Name | |

---

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim** |
|---|---|

**4.21**

**Go-Store It**
Nonpriority Creditor's Name

**33 Parmenter Rd.**
Number        Street

**Bluffton, SC 29910**
City        State        ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Remarks:** A0003

Last 4 digits of account number   **1   0   9   5**

**When was the debt incurred?**   **10/01/2024**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Storage Bill**

**$291.80**

---

**4.22**

**Hilton Head Resort Four Seasons Centre**
Nonpriority Creditor's Name

**Wm Weston J Newton Jones, Simpson & Newton, PA**

**Po Box 1938**
Number        Street

**Bluffton, SC 29910-1938**
City        State        ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number   **1   3   0   5**

**When was the debt incurred?**   **06/30/2023**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **HOA fines**

**$5,297.63**

---

| Debtor 1 | **Jacqueline** | **Elizabeth** | **Ard** | | |
| | First Name | Middle Name | Last Name | | |
| Debtor 2 | **Terry** | **Frank** | **Nicola** | Case number *(if known)* **25-01384-JD** |
| | First Name | Middle Name | Last Name | | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim** |

**4.23** **Home Depot Commercial**
Nonpriority Creditor's Name

**Centralized bankruptcy**

**PO Box 790034**
Number          Street

**Saint Louis, MO 63179**
City          State          ZIP Code

**Who incurred the debt?** Check one.
❑ Debtor 1 only
☑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another
❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
❑ Yes

**Last 4 digits of account number**   **2 8 0 8**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
❑ Contingent
❑ Unliquidated
❑ Disputed

**Type of NONPRIORITY unsecured claim:**
❑ Student loans
❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Credit Card**

**$10,381.06**

---

**4.24** **Home Depot Loan #3877**
Nonpriority Creditor's Name

**Po Box 2730**
Number          Street

**Alpharetta, GA 30023-2730**
City          State          ZIP Code

**Who incurred the debt?** Check one.
❑ Debtor 1 only
☑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another
❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
❑ Yes

**Last 4 digits of account number**   **6 7 1 9**

**When was the debt incurred?**   **03/13/2018**

**As of the date you file, the claim is:** Check all that apply.
❑ Contingent
❑ Unliquidated
❑ Disputed

**Type of NONPRIORITY unsecured claim:**
❑ Student loans
❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Credit Card**

**$2,672.38**

353

| Debtor 1 | **Jacqueline** | **Elizabeth** | **Ard** | | Case number *(if known)* **25-01384-JD** |
|---|---|---|---|---|---|
| Debtor 2 | **Terry** | **Frank** | **Nicola** | | |
| | First Name | Middle Name | Last Name | | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | | Total claim |
|---|---|---|

**4.25** **Hughes Network Systems**

Nonpriority Creditor's Name

**PO Box 96874**

Number          Street

**Chicago, IL 60693-6874**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number   **2  9  3  6**

**When was the debt incurred?**   **11/01/2024**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Utilities**

**Total claim: $0.00**

---

**4.26** **JPMC**

Nonpriority Creditor's Name

**c/o National Bankruptcy Services, LLC**

**PO Box 9013**

Number          Street

**Addison, TX 75001**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number   **5  6  7  1**

**When was the debt incurred?**   **01/03/2024**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Credit Card**

**Total claim: $17,242.49**

| Debtor 1 | **Jacqueline** | **Elizabeth** | **Ard** | | Case number *(if known)* **25-01384-JD** |
|---|---|---|---|---|---|
| Debtor 2 | **Terry** | **Frank** | **Nicola** | | |
| | First Name | Middle Name | Last Name | | |

| Part 2: | Your NONPRIORITY Unsecured Claims — Continuation Page |
|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | Total claim |
|---|---|

**4.27**

**JPMorgan Chase Bank, N.A.**
Nonpriority Creditor's Name

**Robertson, Anschutz, Schneid, Crane**

**6409 Congress Avenue Ste. 100**
Number            Street

**Boca Raton, FL 33487**
City            State            ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number     5   0   4   2**

**When was the debt incurred?     03/22/2024**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Credit Card**

**$17,349.55**

---

**4.28**

**JPMorgan Chase Bank, N.A.**
Nonpriority Creditor's Name

**Robertson, Anschutz, Schneid, Crane**

**6409 Congress Avenue 100**
Number            Street

**Boca Raton, FL 33487**
City            State            ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number     0   9   4   9**

**When was the debt incurred?     03/28/2024**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Credit Card**

**$33,411.50**

---

Official Form 106E/F            Schedule E/F: Creditors Who Have Unsecured Claims            page **22** of **39**

| Debtor 1 | **Jacqueline** | **Elizabeth** | **Ard** | Case number *(if known)* **25-01384-JD** |
|---|---|---|---|---|
| Debtor 2 | **Terry** | **Frank** | **Nicola** | |
| | First Name | Middle Name | Last Name | |

| Part 2: | Your NONPRIORITY Unsecured Claims — Continuation Page |
|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | Total claim |
|---|---|

**4.29** **Kohls**

Nonpriority Creditor's Name

**Khols Payment Center**

**PO Box 3043**

Number           Street

**Milwaukee, WI 53201-3043**

City           State           ZIP Code

**Who incurred the debt?** Check one.

❑ Debtor 1 only
❑ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another
❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
❑ Yes

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

❑ Contingent
❑ Unliquidated
❑ Disputed

**Type of NONPRIORITY unsecured claim:**

❑ Student loans
❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Credit Card**

**Total claim: $1,405.66**

---

**4.30** **LVNV Funding, LLC**

Nonpriority Creditor's Name

**Resurgent Captial Services**

**PO Box 10587**

Number           Street

**Greenville, SC 29603-0587**

City           State           ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another
❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
❑ Yes

**Last 4 digits of account number** 5 1 4 3

**When was the debt incurred?** 10/09/2024

**As of the date you file, the claim is:** Check all that apply.

❑ Contingent
❑ Unliquidated
❑ Disputed

**Type of NONPRIORITY unsecured claim:**

❑ Student loans
❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Credit Card**

**Total claim: $267.15**

**Remarks:** Uniform Claim ID: RSG-00248-804400462

---

Official Form 106E/F     Schedule E/F: Creditors Who Have Unsecured Claims     page **23** of **39**

356

| Debtor 1 | **Jacqueline** | **Elizabeth** | **Ard** | Case number *(if known)* **25-01384-JD** |
|---|---|---|---|---|
| Debtor 2 | **Terry** | **Frank** | **Nicola** | |
| | First Name | Middle Name | Last Name | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim** |
|---|---|

**4.31** **LVNV Funding, LLC**
Nonpriority Creditor's Name

**Resurgent Captial Services**

**PO Box 10587**
Number          Street

**Greenville, SC 29603-0587**
City          State          ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Remarks:** Uniform Claim ID: RSG-00248-804407818

Last 4 digits of account number   **6   9   7   8**

**When was the debt incurred?**   **10/09/2024**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Credit Card**

**$801.28**

---

**4.32** **Medical University of South Carolina**
Nonpriority Creditor's Name

**1 Poston Rd Ste 220**
Number          Street

**Charleston, SC 29407**
City          State          ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   **7   2   7   5**

**When was the debt incurred?**   **04/08/2025**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Medical Bill**

**unknown**

---

Official Form 106E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**          page **24** of **39**

| Debtor 1 | Jacqueline | Elizabeth | Ard | | Case number *(if known)* | **25-01384-JD** |
|---|---|---|---|---|---|---|
| Debtor 2 | **Terry** | **Frank** | **Nicola** | | | |
| | First Name | Middle Name | Last Name | | | |

| Part 2: | Your NONPRIORITY Unsecured Claims — Continuation Page |
|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | Total claim |
|---|---|

### 4.33 NES

Nonpriority Creditor's Name

**PNC Bank**

**2479 Edison Blvd Unit A**
Number          Street

**Twinsburg, OH 44087**
City          State          ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number** 3 7 1 3

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify _____

**Total claim: $10,323.49**

### 4.34 NES

Nonpriority Creditor's Name

**PNC Bank**

**2479 Edison Blvd Unit A**
Number          Street

**Twinsburg, OH 44087**
City          State          ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number** 3 4 0 3

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify _____

**Total claim: $8,960.51**

| Debtor 1 | **Jacqueline** | **Elizabeth** | **Ard** | | Case number *(if known)* | **25-01384-JD** |
| --- | --- | --- | --- | --- | --- | --- |
| Debtor 2 | **Terry** | **Frank** | **Nicola** | | | |
| | First Name | Middle Name | Last Name | | | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims ─ Continuation Page** |
| --- | --- |

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim** |
| --- | --- |

### 4.35 Office Depot Commercial

Nonpriority Creditor's Name

**PO Box 70612**

Number                Street

**Philadelphia, PA 19176-0612**

City                State                ZIP Code

**Who incurred the debt?** Check one.

❑ Debtor 1 only
❑ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another
❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
❑ Yes

**Last 4 digits of account number**    **0  3  6  0**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

❑ Contingent
❑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

❑ Student loans
❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

**Total claim: $1,889.18**

---

### 4.36 Ohio Turnpike Easy Pass

Nonpriority Creditor's Name

**PO Box 94672**

Number                Street

**Cleveland, OH 44101**

City                State                ZIP Code

**Who incurred the debt?** Check one.

❑ Debtor 1 only
❑ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another
❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
❑ Yes

**Last 4 digits of account number**    ___ ___ ___ ___

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

❑ Contingent
❑ Unliquidated
❑ Disputed

**Type of NONPRIORITY unsecured claim:**

❑ Student loans
❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Toll charges**

**unknown**

---

Official Form 106E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**          page **26** of **39**

| Debtor 1 | Jacqueline | Elizabeth | Ard | Case number *(if known)* **25-01384-JD** |
|---|---|---|---|---|
| Debtor 2 | **Terry** | **Frank** | **Nicola** | |
| | First Name | Middle Name | Last Name | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | Total claim |
|---|---|

**4.37**

**Pacer Service Center**
Nonpriority Creditor's Name

**PO Box 780549**

Number          Street

**San Antonio, TX 78278**

City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number   **3  3  6  3**        **$1,035.20**

**When was the debt incurred?**   **03/10/2025**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Consumer Debt**

**4.38**

**Palmetto Electric Cooperative Inc**
Nonpriority Creditor's Name

**Michelle Tyler**

**111 Matthews Drive**
Number          Street

**Hilton Head Island, SC 29926**
City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Remarks:** Utility Services for 3218

Last 4 digits of account number   **4  0  0  7**        **$856.04**

**When was the debt incurred?**   **01/27/2025**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Utilities**

Official Form 106E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**          page **27** of **39**

| Debtor 1 | **Jacqueline** | **Elizabeth** | **Ard** | Case number *(if known)* | **25-01384-JD** |
|---|---|---|---|---|---|
| Debtor 2 | **Terry** | **Frank** | **Nicola** | | |
| | First Name | Middle Name | Last Name | | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims ─ Continuation Page** |
|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim** |
|---|---|

**4.39** **Peoples Gas**

Nonpriority Creditor's Name

**National Recovery Agency**

**PO Box 644760**

Number          Street

**Pittsburgh, PA 15264-4760**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    **1   6   3   9**          **$860.53**

**When was the debt incurred?**          **04/23/2019**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Utilities**

**4.40** **PODS Enterprises, LLC**

Nonpriority Creditor's Name

**Legal Department**

**5585 Rio Vista Dr.**

Number          Street

**Clearwater, FL 33760**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    **4   6   1   4**          **$1,883.00**

**When was the debt incurred?**          **10/01/2024**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Storage Bill**

Official Form 106E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**          page **28** of **39**

| Debtor 1 | Jacqueline | Elizabeth | Ard | | Case number *(if known)* **25-01384-JD** |
|---|---|---|---|---|---|
| Debtor 2 | **Terry** | **Frank** | **Nicola** | | |
| | First Name | Middle Name | Last Name | | |

| Part 2: | Your NONPRIORITY Unsecured Claims — Continuation Page |
|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | Total claim |
|---|---|

**4.41**

**Quantum3 Group LLC**
Nonpriority Creditor's Name

**Agent for Crown Asset Management LLC**

**PO Box 788**
Number          Street

**Kirkland, WA 98083-0788**
City          State          ZIP Code

**Who incurred the debt?** Check one.
❑ Debtor 1 only
☑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another
❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
❑ Yes

**Remarks:** Uniform Claim ID: Q2141424518

Last 4 digits of account number    **7  0  0  2**

**When was the debt incurred?**    **09/05/2023**

**As of the date you file, the claim is:** Check all that apply.
❑ Contingent
❑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
❑ Student loans
❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Credit Card**

**$4,073.98**

**4.42**

**Resurgent Receivables, LLC**
Nonpriority Creditor's Name

**Resurgent Capital Services**

**PO Box 10587**
Number          Street

**Greenville, SC 29603-0587**
City          State          ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another
❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
❑ Yes

**Remarks:** Uniform Claim ID: RSG-00248-804427110

Last 4 digits of account number    **7  4  7  8**

**When was the debt incurred?**    **05/15/2024**

**As of the date you file, the claim is:** Check all that apply.
❑ Contingent
❑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
❑ Student loans
❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Credit Card**

**$485.80**

| Debtor 1 | **Jacqueline** | **Elizabeth** | **Ard** | | Case number *(if known)* | **25-01384-JD** |
|---|---|---|---|---|---|---|
| Debtor 2 | **Terry** | **Frank** | **Nicola** | | | |
| | First Name | Middle Name | Last Name | | | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim** |
|---|---|

**4.43**

**SC Department of Motor Vehicles**
Nonpriority Creditor's Name

**SC Driver Records**

**PO Box 1498**
Number          Street

**Blythewood, SC 29016-0028**
City          State          ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another
❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
❑ Yes

Last 4 digits of account number   **7  0  2  5**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
❑ Contingent
❑ Unliquidated
❑ Disputed

**Type of NONPRIORITY unsecured claim:**
❑ Student loans
❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Tickets**

**unknown**

**4.44**

**Synchrony Bank**
Nonpriority Creditor's Name

**Paypal Credit**

**PO Box 669809**
Number          Street

**Dallas, TX 75266**
City          State          ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another
❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
❑ Yes

Last 4 digits of account number   **1  3  5  4**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
❑ Contingent
❑ Unliquidated
❑ Disputed

**Type of NONPRIORITY unsecured claim:**
❑ Student loans
❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

**$3,493.08**

| Debtor 1 | **Jacqueline** | **Elizabeth** | **Ard** | | Case number *(if known)* **25-01384-JD** |
|---|---|---|---|---|---|
| Debtor 2 | **Terry** | **Frank** | **Nicola** | | |
| | First Name | Middle Name | Last Name | | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | Total claim |
|---|---|

**4.45** **Synchrony Bank Sams Business**

Nonpriority Creditor's Name

**PO Box 669809**

Number          Street

**Dallas, TX 75266**

City          State          ZIP Code

**Who incurred the debt?** Check one.

❏ Debtor 1 only
☑ Debtor 2 only
❏ Debtor 1 and Debtor 2 only
❏ At least one of the debtors and another
❏ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
❏ Yes

**Last 4 digits of account number**   **5   4   8   7**          **$6,016.04**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.

❏ Contingent
❏ Unliquidated
❏ Disputed

**Type of NONPRIORITY unsecured claim:**

❏ Student loans
❏ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❏ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Credit Card**

---

**4.46** **Synchrony Bank Sams Master Card**

Nonpriority Creditor's Name

**PO Box 669809**

Number          Street

**Dallas, TX 75266**

City          State          ZIP Code

**Who incurred the debt?** Check one.

❏ Debtor 1 only
☑ Debtor 2 only
❏ Debtor 1 and Debtor 2 only
❏ At least one of the debtors and another
❏ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
❏ Yes

**Last 4 digits of account number**   **7   8   2   2**          **$8,690.41**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.

❏ Contingent
❏ Unliquidated
❏ Disputed

**Type of NONPRIORITY unsecured claim:**

❏ Student loans
❏ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❏ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Credit Card**

| Debtor 1 | **Jacqueline** | **Elizabeth** | **Ard** | Case number *(if known)* | **25-01384-JD** |
|---|---|---|---|---|---|
| Debtor 2 | **Terry** | **Frank** | **Nicola** | | |
| | First Name | Middle Name | Last Name | | |

| Part 2: | Your NONPRIORITY Unsecured Claims – Continuation Page |
|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim** |
|---|---|

**4.47** **Synchrony Bank Score Rewards**

Nonpriority Creditor's Name

**PO Box 669809**

Number          Street

**Dallas, TX 75266**

City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Credit Card**

**$854.71**

**4.48** **TD Bank**

Nonpriority Creditor's Name

**PO Box 840**

Number          Street

**Columbus, GA 31908**

City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** 2 5 7 3

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Bank Account**

**unknown**

| Debtor 1 | Jacqueline | Elizabeth | Ard | | Case number *(if known)* **25-01384-JD** |
|---|---|---|---|---|---|
| Debtor 2 | **Terry** | **Frank** | **Nicola** | | |
| | First Name | Middle Name | Last Name | | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim** |
|---|---|

**4.49**

**TD Bank**
Nonpriority Creditor's Name

**Target Card Services**

**PO Box 673**
Number          Street

**Minneapolis, MN 55440-0673**
City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number     **3  4  7  7**          **$2,398.35**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Credit Card**

**4.50**

**The Huntington National Bank**
Nonpriority Creditor's Name

**PO Box 89424 OPC856**
Number          Street

**Cleveland, OH 44101**
City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number     **3  0  5  8**          **$12,878.39**

**When was the debt incurred?**     **10/26/2023**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Credit Card**

Official Form 106E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**          page **33** of **39**

| Debtor 1 | Jacqueline | Elizabeth | Ard | Case number *(if known)* | **25-01384-JD** |
|---|---|---|---|---|---|
| Debtor 2 | **Terry** | **Frank** | **Nicola** | | |
| | First Name | Middle Name | Last Name | | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims ─ Continuation Page** |
|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim** |
|---|---|

**4.51**

**The Huntington National Bank**
Nonpriority Creditor's Name

**PO Box 89424 OPC856**
Number        Street

**Cleveland, OH 44101**
City        State        ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**    **7  0  4  3**

**When was the debt incurred?**    **07/24/2023**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    **Credit Card**

**$14,395.02**

---

**4.52**

**The Woodlands at Saint Barnabas, inc**
Nonpriority Creditor's Name

**Thomas E. Breath**

**128 West Cunningham St**
Number        Street

**Butler, PA 16001**
City        State        ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**    **1  0  1  8**

**When was the debt incurred?**    **10/04/2024**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    **Rent**

**$58,550.40**

**Remarks:** Dillon, McCandless, King, Coulter & Graham, LLP

Official Form 106E/F        **Schedule E/F: Creditors Who Have Unsecured Claims**        page **34** of **39**

| Debtor 1 | **Jacqueline** | **Elizabeth** | **Ard** | Case number *(if known)* **25-01384-JD** |
|---|---|---|---|---|
| Debtor 2 | **Terry** | **Frank** | **Nicola** | |
| | First Name | Middle Name | Last Name | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim** |
|---|---|

**4.53** **T-Mobile**

Nonpriority Creditor's Name

**Po Box 53410**

Number          Street

**Bellevue, WA 98015-3410**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number   **6   2   3   7**

**When was the debt incurred?**          **10/01/2024**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business Debt**

**$956.78**

**4.54** **Traffic Magistrate**

Nonpriority Creditor's Name

**4819 Bluffton Parkway**

Number          Street

**Bluffton, SC 29910**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number   __  __  __  __

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Ticket**

**unknown**

| Debtor 1 | **Jacqueline** | **Elizabeth** | **Ard** | | Case number *(if known)* **25-01384-JD** |
|---|---|---|---|---|---|
| Debtor 2 | **Terry** | **Frank** | **Nicola** | | |
| | First Name | Middle Name | Last Name | | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim** |
|---|---|

**4.55** **U.S. Department of Education**
Nonpriority Creditor's Name

**Nelnet**

**121 South 13th St**
Number          Street

**Lincoln, NE 68508**
City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    **3    7    4    8**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☑ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

**$76,223.69**

---

**4.56** **Verizon**
Nonpriority Creditor's Name

**Wireless Bankruptcy Administration**

**500 Technology Dr Ste. 500**
Number          Street

**Saint Charles, MO 63304**
City          State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    **0    0    0    1**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

**$987.01**

---

Official Form 106E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**          page **36** of **39**

| Debtor 1 | **Jacqueline** | **Elizabeth** | **Ard** | | Case number *(if known)* **25-01384-JD** |
| Debtor 2 | **Terry** | **Frank** | **Nicola** | | |
| | First Name | Middle Name | Last Name | | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim** |

**4.57** **West Virginia Parkways Authority**
Nonpriority Creditor's Name

**Customer Service Center**

**Po Box 1469**
Number          Street

**Charleston, WV 25325-1469**
City          State          ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    **0   4   8   7**          **unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Ticket**

---

**4.58** **Wright's Custom Body Shop LLC**
Nonpriority Creditor's Name

**Progressive Insurance**

**1216 Leeson Ave**
Number          Street

**Cadillac, MI 49601-9097**
City          State          ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    **2   6   6   1**          **unknown**

**When was the debt incurred?**    **04/14/2023**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

**Remarks:** Progressive Insurance Claim 23-7602661

---

Official Form 106E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**          page **37** of **39**

| Debtor 1 | **Jacqueline** | **Elizabeth** | **Ard** | Case number *(if known)* | **25-01384-JD** |
|---|---|---|---|---|---|
| Debtor 2 | **Terry** | **Frank** | **Nicola** | | |
| | First Name | Middle Name | Last Name | | |

| Part 3: | List Others to Be Notified About a Debt That You Already Listed |
|---|---|

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

---

1.

**Detroit Water and Sewerage Dept**
Name

**P.O. Box 554899**
Number        Street

**Detroit, MI 48255-4899**
City                        State          ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **2.4** of *(Check one):*

☑ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**  ___ ___ ___ ___

---

2.

**Detroit Water and Sewerage Dept**
Name

**P.O. Box 554899**
Number        Street

**Detroit, MI 48255-4899**
City                        State          ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **2.5** of *(Check one):*

☑ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**  ___ ___ ___ ___

---

| Debtor 1 | Jacqueline | Elizabeth | Ard | | Case number *(if known)* 25-01384-JD |
|---|---|---|---|---|---|
| Debtor 2 | Terry | Frank | Nicola | | |
| | First Name | Middle Name | Last Name | | |

| Part 4: | Add the Amounts for Each Type of Unsecured Claim |
|---|---|

6. **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159.**
   **Add the amounts for each type of unsecured claim.**

|  |  |  |  | Total claim |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $0.00 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. + | $20,252.48 |
| | 6e. | **Total.** Add lines 6a through 6d. | 6e. | $20,252.48 |

|  |  |  |  | Total claim |
|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $76,223.69 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. + | $313,378.30 |
| | 6j. | **Total.** Add lines 6f through 6i. | 6j. | $389,601.99 |

Fill in this information to identify your case:

| Debtor 1 | Jacqueline | Elizabeth | Ard |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | Terry | Frank | Nicola |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: District of __South Carolina__

Case number  __25-01384-JD__
(if known)

☑ Check if this is an amended filing

## Official Form 106H

# Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

1. **Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

   ☐ No
   ☑ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

   ☑ No. Go to line 3.
   ☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

      ☐ No

      ☐ Yes. In which community state or territory did you live? _____. Fill in the name and current address of that person.

      _____
      Name of your spouse, former spouse, or legal equivalent

      _____
      Number          Street

      _____
      City          State          ZIP Code

3. **In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on** *Schedule D* **(Official Form 106D),** *Schedule E/F* **(Official Form 106E/F), or** *Schedule G* **(Official Form 106G). Use** *Schedule D, Schedule E/F*, **or** *Schedule G* **to fill out Column 2.**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** |
|---|---|
| | Check all schedules that apply: |

**3.1** **Ard, Louis**
Name

**21215 Dartmouth Dr**
Number          Street

**Southfield, MI 48076-5634**
City          State          ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line __4.6__
☐ Schedule G, line _____

**3.2** **Global Management Group LLC**
Name

**21215 Dartmouth Dr**
Number          Street

**Southfield, MI 48076-5634**
City          State          ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line __4.27, 4.53, 4.58__
☐ Schedule G, line _____

Official Form 106H                    **Schedule H: Codebtors**                    page **1** of __1__

Fill in this information to identify your case:

Debtor 1    **Jacqueline**          **Elizabeth**          **Ard**
            First Name              Middle Name           Last Name

Debtor 2    **Terry**               **Frank**             **Nicola**
(Spouse, if filing)   First Name     Middle Name           Last Name

United States Bankruptcy Court for the:    **District of South Carolina**

Case number    **25-01384-JD**
(if known)

☑ Check if this is an amended filing

Official Form 107

# Statement of Financial Affairs for Individuals Filing for Bankruptcy          04/25

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

## Part 1:    Give Details About Your Marital Status and Where You Lived Before

**1. What is your current marital status?**

☑ Married

❑ Not married

**2. During the last 3 years, have you lived anywhere other than where you live now?**

❑ No

☑ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | ☑ Same as Debtor 1 | ☑ Same as Debtor 1 |
| **21215 Dartmouth Dr**<br>Number    Street<br><br>**Southfield, MI 48076-5634**<br>City            State   ZIP Code | From **10/08/2024**<br>To **03/13/2025** | <br>Number    Street<br><br><br>City            State   ZIP Code | From _____<br>To _____ |
| | | ❑ Same as Debtor 1 | ❑ Same as Debtor 1 |
| <br>Number    Street<br><br><br>City            State   ZIP Code | From _____<br>To _____ | **1006 Laurel Oak Dr**<br>Number    Street<br><br>**Valencia, PA 16059-1338**<br>City            State   ZIP Code | From **07/01/2023**<br>To **07/01/2024** |

**3. Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☑ No

❑ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

Official Form 107          **Statement of Financial Affairs for Individuals Filing for Bankruptcy**          page **1**

| Debtor 1 | Jacqueline | Elizabeth | Ard | Case number *(if known)* **25-01384-JD** |
|----------|------------|-----------|-----|------------------------------------------|
| Debtor 2 | **Terry** | **Frank** | **Nicola** | |
| | First Name | Middle Name | Last Name | |

---

**Part 2:** Explain the Sources of Your Income

---

**4. Did you have any income from employment or from operating a business during this year or the two previous calendar years?**

Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

❏ No

☑ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Check all that apply. | **Gross Income** (before deductions and exclusions) | **Sources of income** Check all that apply. | **Gross Income** (before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ❏ Wages, commissions, bonuses, tips<br>☑ Operating a business | **$6,829.01** | ❏ Wages, commissions, bonuses, tips<br>❏ Operating a business | |
| **For last calendar year:** (January 1 to December 31, **2024** ) YYYY | ❏ Wages, commissions, bonuses, tips<br>☑ Operating a business | **$81,948.16** | ❏ Wages, commissions, bonuses, tips<br>❏ Operating a business | |
| **For the calendar year before that:** (January 1 to December 31, **2023** ) YYYY | ❏ Wages, commissions, bonuses, tips<br>☑ Operating a business | **$59,249.21** | ❏ Wages, commissions, bonuses, tips<br>❏ Operating a business | |

**5. Did you receive any other income during this year or the two previous calendar years?**

Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

❏ No

☑ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Describe below. | **Gross income from each source** (before deductions and exclusions) | **Sources of income** Describe below. | **Gross Income from each source** (before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | | | Retirement | **$27,835.09** |
| **For last calendar year:** (January 1 to December 31, **2024** ) YYYY | | | Retirement | **$126,305.36** |
| **For the calendar year before that:** (January 1 to December 31, **2023** ) YYYY | | | Retirement | **$145,085.26** |

---

Official Form 107 **Statement of Financial Affairs for Individuals Filing for Bankruptcy** page **2**

| Debtor 1 | **Jacqueline** | **Elizabeth** | **Ard** | |
|---|---|---|---|---|
| Debtor 2 | **Terry** | **Frank** | **Nicola** | |
| | First Name | Middle Name | Last Name | |

Case number *(if known)* **25-01384-JD**

| **Part 3:** | List Certain Payments You Made Before You Filed for Bankruptcy |
|---|---|

**6. Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

❏ No.  **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $8,575* or more?

❏ No. Go to line 7.

❏ Yes.  List below each creditor to whom you paid a total of $8,575* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

* Subject to adjustment on 4/01/28 and every 3 years after that for cases filed on or after the date of adjustment.

☑ Yes.  **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☑ No. Go to line 7.

❏ Yes.  List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for… |
|---|---|---|---|---|
| Creditor's Name | | | | ❏ Mortgage |
| Number        Street | | | | ❏ Car |
| | | | | ❏ Credit card |
| | | | | ❏ Loan repayment |
| City        State    ZIP Code | | | | ❏ Suppliers or vendors |
| | | | | ❏ Other _____ |

**7. Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**

*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

☑ No

❏ Yes. List all payments to an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| Insider's Name | | | | |
| Number        Street | | | | |
| City        State    ZIP Code | | | | |

Official Form 107                    **Statement of Financial Affairs for Individuals Filing for Bankruptcy**                    page **3**

376

| Debtor 1 | **Jacqueline** | **Elizabeth** | **Ard** | | |
|----------|----------------|---------------|---------|---|---|
| Debtor 2 | **Terry** | **Frank** | **Nicola** | Case number *(if known)* | **25-01384-JD** |
| | First Name | Middle Name | Last Name | | |

**8. Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

☑ No

❑ Yes. List all payments that benefited an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment Include creditor's name |
|---|---|---|---|---|
| Insider's Name | | | | |
| Number   Street | | | | |
| City           State      ZIP Code | | | | |

## Part 4: Identify Legal Actions, Repossessions, and Foreclosures

**9. Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

❑ No

☑ Yes. Fill in the details.

| | | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|---|
| Case title | **Spa on Port Royal Sound V. Jacqueline Ard** | **Appeal of Foreclosure action/judgement** | **SC Court of Appeals** <br> Court Name <br> **1220 Senate Street** <br> Number      Street <br> **Columbia, SC 29201** <br> City           State      ZIP Code | ☑ Pending <br> ❑ On appeal <br> ❑ Concluded |
| Case number | **2025-000648** | | | |
| Case title | **Thomas S Crook v Cummings Reality Inc.** | **Real Estate Dispute** | **State Of Michigan 55th Clare County** <br> Court Name <br> **225 West Main** <br> Number      Street <br> **Harrison, MI 48625** <br> City           State      ZIP Code | ☑ Pending <br> ❑ On appeal <br> ❑ Concluded |
| Case number | **2022-0000900398CZ** | | | |
| Case title | **HHR Four Seasons v Jacqueline Ard and et al** | | **SC Court of Common Pleas** <br> Court Name <br> Number      Street <br> City           State      ZIP Code | ☑ Pending <br> ❑ On appeal <br> ❑ Concluded |
| Case number | **2023 CP 0701305** | | | |

Official Form 107          **Statement of Financial Affairs for Individuals Filing for Bankruptcy**          page **4**

| Debtor 1 | **Jacqueline** | **Elizabeth** | **Ard** | | |
|----------|----------------|---------------|---------|--|--|
| Debtor 2 | **Terry** | **Frank** | **Nicola** | | |
| | First Name | Middle Name | Last Name | Case number *(if known)* **25-01384-JD** | |

| | | Nature of the case | Court or agency | Status of the case |
|--|--|--------------------|-----------------|--------------------|
| Case title | **HHR Four Seasons v Jacqueline Ard and Terry Nicola** | | **SC Court of Appeals** <br> Court Name <br> **1220 Senate Street** <br> Number     Street <br> **Columbia, SC 29201** <br> City          State     ZIP Code | ☐ Pending <br> ☑ On appeal <br> ☐ Concluded |
| Case number | **2021 CP 0701984** | | | |
| Case title | **in re Jacqueline Ard and Terry Nicola** | **Damages Viloation of Auto stay** | **J. Bratton Davis** <br> Court Name <br> **US Bankruptcy Courthouse** <br> **1100 Laurel St** <br> Number     Street <br> **Columbia, SC 29201-2423** <br> City          State     ZIP Code | ☐ Pending <br> ☑ On appeal <br> ☐ Concluded |
| Case number | **24-03611** | | | |
| Case title | **in re Jacqueline v Zeidman Jewelry** | **Violation of Stay** | **J. Bratton Davis** <br> Court Name <br> **US Bankruptcy Courthouse** <br> **1100 Laurel St** <br> Number     Street <br> **Columbia, SC 29201-2423** <br> City          State     ZIP Code | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| Case number | **25-80005** | | | |
| Case title | **Hilton Head Resorts v Jacqueline Ard et al** | **Violation of Stay** | **J. Bratton Davis** <br> Court Name <br> **US Bankruptcy Courthouse** <br> **1100 Laurel St** <br> Number     Street <br> **Columbia, SC 29201-2423** <br> City          State     ZIP Code | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| Case number | **25 80006** | | | |
| Case title | **Estate at Westbury v. Jacqueline Ard et al** | **foreclosure** | **SC Court of Appeals** <br> Court Name <br> **1220 Senate Street** <br> Number     Street <br> **Columbia, SC 29201** <br> City          State     ZIP Code | ☐ Pending <br> ☑ On appeal <br> ☐ Concluded |
| Case number | **ap2025 000677** | | | |
| Case title | **Phillip Lowman v Jacqueline Ard, Global Management Group, LLC** | **Injury Claim** | **SC Court of Common Pleas** <br> Court Name <br><br> Number     Street <br><br> City          State     ZIP Code | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| Case number | **2024CP0700616** | | | |

**10. Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

☐ No. Go to line 11.

☑ Yes. Fill in the information below.

Official Form 107          **Statement of Financial Affairs for Individuals Filing for Bankruptcy**          page **5**

| Debtor 1 | Jacqueline | Elizabeth | Ard | | |
|---|---|---|---|---|---|
| Debtor 2 | Terry | Frank | Nicola | Case number *(if known)* | 25-01384-JD |
| | First Name | Middle Name | Last Name | | |

| Describe the property | Date | Value of the property |
|---|---|---|
| **2017 Hyundai Elantra** | 04/09/2025 | $4,500.00 |

**Title Max Corporation**
Creditor's Name

**15 Bull St**
Number    Street

**Savannah, GA 31401-2685**
City          State      ZIP Code

**Explain what happened**

☑ Property was repossessed.
☐ Property was foreclosed.
☐ Property was garnished.
☐ Property was attached, seized, or levied.

| Describe the property | Date | Value of the property |
|---|---|---|
| **Jewelry property of the Estate retained and sold** | 03/26/2025 | $35,540.00 |

**Zeidmans Jewelry & Loan of MI**
Creditor's Name

**2669 Gratiot Ave**
Number    Street

**Detroit, MI 48207-3207**
City          State      ZIP Code

**Explain what happened**

☐ Property was repossessed.
☐ Property was foreclosed.
☐ Property was garnished.
☑ Property was attached, seized, or levied.

**11. Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

☑ No
☐ Yes. Fill in the details.

| | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|
| Creditor's Name | | | |
| Number    Street | | | |
| City        State      ZIP Code | Last 4 digits of account number: XXXX–__ __ __ __ | | |

**12. Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

☐ No
☑ Yes

**Part 5:** List Certain Gifts and Contributions

**13. Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☑ No
☐ Yes. Fill in the details for each gift.

Debtor 1  **Jacqueline      Elizabeth      Ard**
Debtor 2  **Terry      Frank      Nicola**                                  Case number *(if known)* **25-01384-JD**
          First Name        Middle Name        Last Name

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| | | | |
| Person to Whom You Gave the Gift | | | |
| | | | |
| Number      Street | | | |
| | | | |
| City                    State      ZIP Code | | | |
| Person's relationship to you _____ | | | |

**14. Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☑ No

❑ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600 | Describe what you contributed | Date you contributed | Value |
|---|---|---|---|
| | | | |
| Charity's Name | | | |
| | | | |
| Number      Street | | | |
| | | | |
| City                    State      ZIP Code | | | |

---

**Part 6:    List Certain Losses**

---

**15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☑ No

❑ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br><br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property*. | Date of your loss | Value of property lost |
|---|---|---|---|
| | | | |

Official Form 107                    **Statement of Financial Affairs for Individuals Filing for Bankruptcy**                    page **7**

| Debtor 1 | **Jacqueline** | **Elizabeth** | **Ard** | |
|---|---|---|---|---|
| Debtor 2 | **Terry** | **Frank** | **Nicola** | Case number *(if known)* **25-01384-JD** |
| | First Name | Middle Name | Last Name | |

**16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☑ No

❏ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Person Who Was Paid | | | |
| Number Street | | | |
| City State ZIP Code | | | |
| Email or website address | | | |
| Person Who Made the Payment, if Not You | | | |

**17. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

☑ No

❏ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Person Who Was Paid | | | |
| Number Street | | | |
| City State ZIP Code | | | |

**18. Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property).
Do not include gifts and transfers that you have already listed on this statement.

☑ No

❏ Yes. Fill in the details.

Official Form 107      **Statement of Financial Affairs for Individuals Filing for Bankruptcy**      page **8**

| Debtor 1 | **Jacqueline** | **Elizabeth** | **Ard** | | |
| Debtor 2 | **Terry** | **Frank** | **Nicola** | Case number *(if known)* | **25-01384-JD** |
| | First Name | Middle Name | Last Name | | |

| | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| Person Who Received Transfer | | | |
| Number    Street | | | |
| City          State     ZIP Code | | | |
| Person's relationship to you _____ | | | |

**19. Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?**
(These are often called *asset-protection devices.*)

☑ No

❑ Yes. Fill in the details.

| | Description and value of the property transferred | Date transfer was made |
|---|---|---|
| Name of trust _____ | | |

<div style="background:black;color:white;display:inline-block;">Part 8:</div> List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

**20. Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☑ No

❑ Yes. Fill in the details.

| | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| **Name of Financial Institution** | **XXXX–** ___ ___ ___ ___ | ❑ Checking<br>❑ Savings<br>❑ Money market<br>❑ Brokerage<br>❑ Other _____ | _____ | _____ |
| **Number      Street** | | | | |
| **City          State     ZIP Code** | | | | |

Official Form 107      **Statement of Financial Affairs for Individuals Filing for Bankruptcy**      page **9**

| Debtor 1 | **Jacqueline** | **Elizabeth** | **Ard** |
|---|---|---|---|
| Debtor 2 | **Terry** | **Frank** | **Nicola** |
| | First Name | Middle Name | Last Name |

Case number *(if known)* **25-01384-JD**

**21. Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☑ No

❏ Yes. Fill in the details.

| | Who else had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| Name of Financial Institution | Name | | ❏ No<br>❏ Yes |
| Number      Street | Number      Street | | |
| City            State     ZIP Code | City               State     ZIP Code | | |

**22. Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

❏ No

☑ Yes. Fill in the details.

| | Who else has or had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| **Go-Store It**<br>Name of Storage Facility | Name | **Assorted Business equipment** | ❏ No<br>☑ Yes |
| **33 Parmenter Rd.**<br>Number      Street | Number      Street | | |
| **Bluffton, SC 29910**<br>City            State     ZIP Code | City               State     ZIP Code | | |
| **PODS**<br>Name of Storage Facility | Name | **Personal belongs.** | ❏ No<br>☑ Yes |
| **280 Leetsdale Industrial Dr. Ste 200**<br>Number      Street | Number      Street | | |
| **Leetsdale, PA 15056**<br>City            State     ZIP Code | City               State     ZIP Code | | |

---

**Part 9:**   Identify Property You Hold or Control for Someone Else

**23. Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

☑ No

❏ Yes. Fill in the details.

Official Form 107                    **Statement of Financial Affairs for Individuals Filing for Bankruptcy**                    page **10**

383

Debtor 1 **Jacqueline** **Elizabeth** **Ard**
Debtor 2 **Terry** **Frank** **Nicola** Case number *(if known)* **25-01384-JD**
First Name Middle Name Last Name

| | Where is the property? | Describe the property | Value |
|---|---|---|---|
| Owner's Name | Number Street | | |
| Number Street | City State ZIP Code | | |
| City State ZIP Code | | | |

---

## Part 10: Give Details About Environmental Information

**For the purpose of Part 10, the following definitions apply:**

- *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

- *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

- *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

**Report all notices, releases, and proceedings that you know about, regardless of when they occurred.**

**24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

☑ No

❏ Yes. Fill in the details.

| | Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| Name of site | Governmental unit | | |
| Number Street | Number Street | | |
| City State ZIP Code | City State ZIP Code | | |

**25. Have you notified any governmental unit of any release of hazardous material?**

☑ No

❏ Yes. Fill in the details.

Debtor 1   **Jacqueline    Elizabeth    Ard**
Debtor 2   **Terry    Frank    Nicola**                                    Case number *(if known)* **25-01384-JD**

| | First Name | Middle Name | Last Name |

| Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|

_____

**Name of site**          **Governmental unit**

_____          _____

**Number    Street**          **Number    Street**

_____          _____

          **City          State    ZIP Code**

_____

**City          State    ZIP Code**

---

**26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No

❑ Yes. Fill in the details.

| | Court or agency | Nature of the case | Status of the case |
|---|---|---|---|

**Case title** _____          _____          ❑ **Pending**

                    **Court Name**                              ❑ **On appeal**

_____                                    ❑ **Concluded**

                    **Number    Street**

**Case number**

                    **City          State    ZIP Code**

---

| **Part 11:** | Give Details About Your Business or Connections to Any Business |
|---|---|

**27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

❑ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

❑ A member of a limited liability company (LLC) or limited liability partnership (LLP)

❑ A partner in a partnership

☑ An officer, director, or managing executive of a corporation

❑ An owner of at least 5% of the voting or equity securities of a corporation

❑ No. None of the above applies. Go to Part 12.

☑ Yes. Check all that apply above and fill in the details below for each business.

| | Describe the nature of the business | Employer Identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |

**Global Management Group LLC**

**Name**

**Property Management**          EIN:  **6  1 – 1  6  0  4  1  1  1**

_____

**21215 Dartmouth Dr**          **Name of accountant or bookkeeper**          **Dates business existed**

**Number    Street**

**Southfield, MI 48076-5634**                              From  **09/24/2009**  To  _____

**City          State    ZIP Code**

---

Official Form 107          **Statement of Financial Affairs for Individuals Filing for Bankruptcy**          page **12**

Debtor 1   **Jacqueline   Elizabeth   Ard**
Debtor 2   **Terry   Frank   Nicola**

     First Name     Middle Name     Last Name

Case number *(if known)* **25-01384-JD**

---

**Beachside Estates LLC**
Name

| Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|
| **Multi-member LLC Partnership** | EIN: 8 8 – 1 0 0 9 4 3 1 |

**100 Kensington Blvd Unit 1106**
Number    Street

| Name of accountant or bookkeeper | Dates business existed |
|---|---|
| | From 03/03/2022 To _____ |

**Bluffton, SC 29910**
City    State    ZIP Code

---

**Global Management Group LLC**
Name

| Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|
| **Property Management** | EIN: 6 1 – 1 6 0 4 1 1 1 |

**21215 Dartmouth Dr**
Number    Street

| Name of accountant or bookkeeper | Dates business existed |
|---|---|
| | From 09/24/2009 To _____ |

**Southfield, MI 48076-5634**
City    State    ZIP Code

---

**Beachside Estates LLC**
Name

| Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|
| **Multi-member LLC Partnership** | EIN: 8 8 – 1 0 0 9 4 3 1 |

**100 Kensington Blvd Unit 1106**
Number    Street

| Name of accountant or bookkeeper | Dates business existed |
|---|---|
| | From 03/03/2022 To _____ |

**Bluffton, SC 29910**
City    State    ZIP Code

---

**28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

☑ No

❑ Yes. Fill in the details below.

| | Date issued |
|---|---|
| | |

_____   _____
Name                  MM / DD / YYYY

_____
Number    Street

_____
City    State    ZIP Code

---

Official Form 107        **Statement of Financial Affairs for Individuals Filing for Bankruptcy**        page **13**

| Debtor 1 | Jacqueline | Elizabeth | Ard | | |
|---|---|---|---|---|---|
| Debtor 2 | Terry | Frank | Nicola | Case number *(if known)* | **25-01384-JD** |
| | First Name | Middle Name | Last Name | | |

---

| **Part 12:** | **Sign Below** |
|---|---|

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

X _____

Signature of Jacqueline Ard, Debtor 1

Date **05/08/2025**

X _____

Signature of Terry Nicola, Debtor 2

Date **05/08/2025**

Did you attach additional pages to your *Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?

☑ No

☐ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?

☑ No

☐ Yes. Name of person _____

Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Official Form 107　　　　Statement of Financial Affairs for Individuals Filing for Bankruptcy　　　　page **14**

387

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Jacqueline** | **Elizabeth** | **Ard** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Terry** | **Frank** | **Nicola** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **District of South Carolina**

Case number **25-01384-JD**
(if known)

☑ Check if this is an amended filing

## Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X _____        X _____
Jacqueline Ard, Debtor 1                    Terry Nicola, Debtor 2

Date **05/08/2025**                              Date **05/08/2025**
MM/ DD/ YYYY                                  MM/ DD/ YYYY

IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

IN RE: **Ard, Jacqueline Elizabeth**
**Nicola, Terry Frank**

CASE NO 25-01384-JD

CHAPTER **13**

## AMENDED

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date    **05/08/2025**    Signature _____

Jacqueline Elizabeth Ard, Debtor

Date    **05/08/2025**    Signature _____

Terry Nicola, Joint Debtor

ADT Security Services

PO Box 371878

Pittsburgh, PA 15250-7878

Advantage Aviator Bankruptcy Dept

Portfolio Recovery Associates, LLC

130 Corporate Blvd

Norfolk, VA 23502-4952

American Express National Bank

Becket and Lee LLP

P.O. Box 3001

Malvern, PA 19355

Armstrong Cable

PO Box 37749

Philadelphia, PA 19101-5049

AT&T

Valor Intelligent Processing, LLC

PO Box 5014

Carol Stream, IL 60197-5014

AWA Collections

Santa Rosa Emergency

PO Box 6605

Orange, CA 92863

Beaufort County Treasurer

Property Tax

Po Box 105176

Atlanta, GA 30348-5176

Bromley Law Firm LLC

Evan K. Bromley

211 Goethe Rd Ste B

Bluffton, SC 29910-6014

Capital One Auto Finance

AIS Portfolio Services, LLC

4515 N Santa Fe Ave. Dept. APS

Oklahoma City, OK 73118

CitiBank Best Buy

P.O. Box 790034

Saint Louis, MO 63179-0034

City of Detroit Water and Sewerage Dept

735 Randolph St

Detroit, MI 48226-2830

Comenity Caesars Rewards

PO Box 650960

Dallas, TX 75265

Consumer Energy Company

Attn: Legal Dept

One Energy Plaza Dr

Jackson, MI 49201-2357

County of Allegheny Treasurer

Room 108 Courthouse

436 Grant St

Pittsburgh, PA 15219

Coyne Oil

Attn: Rose

513 W 5th St

Clare, MI 48617-9405

Detroit Water and Sewerage Dept

P.O. Box 554899

Detroit, MI 48255-4899

DirectTV, LLC

CT Corporation

1209 N Orange St

Wilmington, DE 19801-1120

DTE Energy

Attention Legal Department

PO Box 740786

Cincinnati, OH 45274-0786

East Pittsburgh Borough

813 Linden Ave

East Pittsburgh, PA 15112

Esq. Jannine M. Mutterer

5 Cedar St.

Bluffton, SC 29910-7215

Estate At Westbury Owners Assoc, Inc

Board of Directors

85 Kensington Blvd

Bluffton, SC 29910-4884


First Energy

Penn Power

Po Box 16001

Reading, PA 19612-6001


Fortiva Bobs Discount

TBOM - ATLSA

6 Concourse Parkway Second Floor

Atlanta, GA 30328


Go-Store It

33 Parmenter Rd.

Bluffton, SC 29910


Hilton Head Resort Four Seasons Centre

Wm Weston J Newton

Jones, Simpson & Newton, PA

Po Box 1938

Bluffton, SC 29910-1938

Home Depot Commercial

Centralized bankruptcy

PO Box 790034

Saint Louis, MO 63179

Home Depot Loan #3877

Po Box 2730

Alpharetta, GA 30023-2730

Honorable Nicola Henry-Taylor

Allegheny Court of Common Pleas

712 City Council Building

414 Grant St

Pittsburgh, PA 15219-2409

Hughes Network Systems

PO Box 96874

Chicago, IL 60693-6874

Ian D, Maguire and Tiffany Buffkin

Maguire Law Firm

1600 North Oak St Ste. B

Myrtle Beach, SC 29577-3525

Jordan Tax Service

102 Rahway Rd

McMurray, PA 15317

JPMC

c/o National Bankruptcy Services, LLC

PO Box 9013

Addison, TX 75001

JPMorgan Chase Bank, N.A.

Robertson, Anschutz, Schneid, Crane

6409 Congress Avenue 100

Boca Raton, FL 33487

Julie A. Franklin, Esq

Po Box 2976

Bluffton, SC 29910-2976

Kohls Payment Center

PO Box 3043

Milwaukee, WI 53201-3043

Komatsu Benefit Dept

Mark Harder

401 E Greenfield Ave

Milwaukee, WI 53204-2941

Law Office of Scott M. Wild LLC

Scott M. Wild

37 New Orleans Road Suite F

Hilton Head Island, SC 29928

Lincoln Township

P.O. Box 239

Lake George, MI 48633

Louis Ard

21215 Dartmouth Dr

Southfield, MI 48076-5634

LVNV Funding, LLC

Resurgent Captial Services

PO Box 10587

Greenville, SC 29603-0587

Master in Equity

102 Ribaut Rd 2nd Floor

Beaufort, SC 29902-4453

Medical University of South Carolina

1 Poston Rd Ste 220

Charleston, SC 29407

Midland Credit Management

320 East Big Beaver

Troy, MI 48083-1271

Monevolnc

8910 University Cntr Lane Ste. 400

San Diego, CA 92122-1025

Morgan Lewis & Bockius LLP

Attn: Matt Hawes

One Oxford Centre, Thirty-Second FLR

Pittsburgh, PA 15219-6401

Morgan Templeton

145 King Street Ste. 300

Charleston, SC 29401-2253

Mutterer Law Firm, LLC

Jannine M. Mutterer, Esq

5 Red Cedar Street Suite 102

Bluffton, SC 29910

Nationstar Mortgage, LLC

Attn: Bankruptcy Department

PO Box 619096

Dallas, TX 75261-9741

Nationwide Credit Inc

1225 Washington St Ste. 301

Tempe, AZ 85288-1239

NES

PNC Bank

2479 Edison Blvd Unit A

Twinsburg, OH 44087

Norman Jewelry and Loan

24777 Telegraph Suite B

Southfield, MI 48034

Northstar Location Services

4285 Genesee St.

Buffalo, NY 14225-1943

Office Depot Business Credit

Dept 563-8406380360

PO Box 70612

Philadelphia, PA 19176-0612

Ohio Turnpike Easy Pass

PO Box 94672

Cleveland, OH 44101

PA Dept of Revenue

Bureau of Individual Taxes

PO Box 280504

Philadelphia, PA 19176-0612

PA Turnpike Toll By Plate

PO Box 645631

Pittsburgh, PA 15264-5254

Pacer Service Center

PO Box 780549

San Antonio, TX 78278

Palmetto Electric Cooperative Inc

Michelle Tyler

111 Matthews Drive

Hilton Head Island, SC 29926

Peoples Gas

National Recovery Agency

PO Box 644760

Pittsburgh, PA 15264-4760

Pittsburgh Water

Penn Liberty Plaza I

1200 Penn Avenue

Pittsburgh, PA 15222

Plymouth Rock Assurance

695 Atlantic Ave

Boston, MA 02111-2605


PNC Bank

1900 E 9th St

Cleveland, OH 44114-3484


PODS Enterprises, LLC

Legal Department

5585 Rio Vista Dr.

Clearwater, FL 33760


Polly Nicola

2583 Lower Assembly Drive

Fort Mill, SC 29708


Quantum3 Group LLC

Agent for Crown Asset Management LLC

PO Box 788

Kirkland, WA 98083-0788

Radius Global Solutions

7831 Glenory Rd Ste. 250

Minneapolis, MN 55439-3117

Resurgent Receivables, LLC

Resurgent Capital Services

PO Box 10587

Greenville, SC 29603-0587

S.C. Dept of Revenue amd Taxation

PO Box 125

Columbia, SC 29214-0001

SC Department of Motor Vehicles

SC Driver Records

PO Box 1498

Blythewood, SC 29016-0028

SC Department of Revenue

Office of General Counsel

300A Outlet Point Blvd

Columbia, SC 29210

Semina Delaurentis

66 Quail Run

Torrington, CT 06790-2549



Smith Debnam Narron Drake Saintsing

& Myers, LLP

Lucas S. Fautua

171 Church St Ste 120c

Charleston, SC 29401-3136



South Carolina Dept of Motor Vehicles

PO Box 1498

Blythewood, SC 29016-1498



Synchrony Bank

Paypal Credit

PO Box 669809

Dallas, TX 75266



Synchrony Bank Sams Business

PO Box 669809

Dallas, TX 75266

Synchrony Bank Sams Master Card

PO Box 669809

Dallas, TX 75266

Synchrony Bank Score Rewards

PO Box 669809

Dallas, TX 75266

Synergetic Communication

PO Box 680608

Franklin, TN 37068-0608

Tate and Kirlin Assoc

4800 E Street Rd Ste 170

Fstrvl Trvose, PA 19053-6660

Taybron Law Firm LLC

3399 Churchview Ave

Pittsburgh, PA 15227-4358

TBOM-ATLAS-Fortiva

6 Concourse Pkwy # 2

Atlanta, GA 30328-6117

TD Bank

PO Box 840

Columbus, GA 31908

TD Bank

Target Card Services

PO Box 673

Minneapolis, MN 55440-0673

TD Bank

PO Box 84037

Columbus, GA 31908

The Hertz Corporation

8501 Williams Rd

Estero, FL 33928-3325

The Huntington National Bank

PO Box 89424 OPC856

Cleveland, OH 44101

The Spa on Port Royal Sound

Board of Directors

239 Beach City Rd

Hilton Head, SC 29926-4707



The Woodlands at St Barnabas

Thomas E. Breath

128 West Cunningham St

Butler, PA 16001



Ticket Division

PA Turnpike EZ Pass

300 E Park Dr

Harrisburg, PA 17111-2729



Title Max of South Carolina

Attn: John B Kelchner

1901 Main St. Ste 900

Columbia, SC 29201



T-Mobile

Po Box 53410

Bellevue, WA 98015-3410

Traffic Magistrate

4819 Bluffton Parkway

Bluffton, SC 29910



U.S. Department of Education

Nelnet

121 South 13th St

Lincoln, NE 68508



UPMC

Po Box 371472

Pittsburgh, PA 15250-7472



Verizon

Wireless Bankruptcy Administration

500 Technology Dr Ste. 500

Saint Charles, MO 63304



Viking Client Services

Hertz Damage Recovery Team

7500 Office Ridge Cir Ste 100

Eden Prairie, MN 55344-3763

Wayne Co Treasurer

400 Monroe 5th floor

Detroit, MI 48226

Wells Fargo Bank

Po Box 5058

Portland, OR 97208-5058

West Virginia Parkways Authority

Customer Service Center

Po Box 1469

Charleston, WV 25325-1469

West-Aircomm FCU

Weltman, Weinberg & Reis Co LPA

5990 W Creek Rd Ste 200

Independence, OH 44131-2191

Westlake Financial

2 Equity Way Ste 200

Westlake, OH 44145-1045

Wright's Custom Body Shop LLC

1216 Leeson Ave

Cadillac, MI 49601-9097


Zeidman's Jewelry & Loan of MI

Best Law Tara E. Nauful

Po Box 2374

Mt Pleasant, SC 29465-2374

<table>
<tr><td colspan="4">Fill in this information to identify your case:</td></tr>
<tr><td>Debtor 1:</td><td>Jacqueline<br>First Name</td><td>Elizabeth<br>Middle Name</td><td>Ard<br>Last Name</td></tr>
<tr><td>Debtor 2:<br>(Spouse, if filing)</td><td>Terry<br>First Name</td><td>Frank<br>Middle Name</td><td>Nicola<br>Last Name</td></tr>
</table>

United States Bankruptcy Court for the: District of **South Carolina**

Case Number: **25-01384-JD**
(if known)

☐ Check if this is a modified plan, and list below the sections of the plan that have been changed.

☐ Pre-confirmation modification

☐ Post-confirmation modification

---

**District of South Carolina**

# Chapter 13 Plan

**Filed By The Court**

**5/8/2025 6:10 PM**

U.S. BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

07/24

## Part 1: Notices

**To Debtors:** **This form sets out options that may be appropriate in some cases, but the presence of an option on the form does not indicate that the option is appropriate in your circumstances. Plans that do not comply with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, this Court's local rules, and judicial rulings may not be confirmable.**

*In the following notice to creditors, you must check each box that applies.*

**To Creditors:** **Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated.**

You should read this plan carefully and discuss it with your attorney if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one. Failure to object may constitute an implied acceptance of and consent to the relief requested in this document.

If you oppose the plan's treatment of your claim or any provision of this plan, you or your attorney must file a timely objection to confirmation. **To determine the deadline to object to this plan, you must consult the Notice of Bankruptcy Case or applicable Notice/Motion served with this plan.** The Bankruptcy Court may confirm this plan without further notice if no objection to confirmation is filed. See Bankruptcy Rule 3015. In addition, pursuant to Federal Rule of Bankruptcy Procedure 3002, you must file a timely proof of claim in order to be paid under any plan. Confirmation of this plan does not bar a party in interest from objecting to a claim.

The following matters may be of particular importance. *Debtors must check one box on each line to state whether or not the plan includes each of the following items. If an item is checked as "Not Included" or if both boxes are checked, the provision will be ineffective if set out later in the plan.*

| 1.1 | **A limit on the amount of a secured claim, set out in Section 3.2, which may result in a partial payment or no payment at all to the secured creditor** | ☑ **Included** | ☐ **Not included** |
|---|---|---|---|
| 1.2 | **Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Section 3.4** | ☑ **Included** | ☐ **Not included** |
| 1.3 | **Nonstandard provisions, set out in Part 8** | ☑ **Included** | ☐ **Not included** |
| 1.4 | **Conduit Mortgage Payments: ongoing mortgage payments made by the trustee through plan, set out in Section 3.1(c) and in Part 8** | ☑ **Included** | ☐ **Not included** |

## Part 2: Plan Payments and Length of Plan

**2.1** The debtor will pay the trustee as follows:

**$4,540.32** per month for **2** months

and **$8,540.32** per month for **3** months

411

and **$6,540.32** per month for **5** months

and **$8,540.32** per month for **3** months

and **$10,540.32** per month for **46** months.

The debtor and trustee may stipulate to a higher payment in order to provide adequate funding of the plan without the necessity of a modification to the plan. The stipulation is effective upon filing with the Court, unless otherwise ordered.

**2.2  Regular payments to the trustee will be made from future income in the following manner:**

*Check all that apply.*

☐ The debtor will make payments pursuant to a payroll deduction order.

☑ The debtor will make payments directly to the trustee.

☐ Other (specify method of payment): _____.

**2.3  Income tax refunds.**

*Check one.*

☑ The debtor will retain any income tax refunds received during the plan term.

☐ The debtor will treat income tax refunds as follows:

**2.4  Additional payments.**

*Check one.*

☑ **None.** *If "None" is checked, the rest of § 2.4 need not be completed or reproduced.*

| Part 3: | Treatment of Secured Claims |
|---|---|

To receive a distribution from the trustee, a proof of claim, including adequate supporting documentation and filed in compliance with Official Rules and Forms, must be filed with the Court. For purposes of plan distribution, a claim shall be treated as provided for in a confirmed plan. However, if a claim is treated as secured in a confirmed plan and the affected creditor elects to file an unsecured claim, such claim, unless timely amended, shall be treated as unsecured for purposes of plan distribution. Any creditor holding a claim secured by property that is removed from the protection of the automatic stay by order, surrender, or through operation of the plan will receive no further distribution from the chapter 13 trustee on account of any secured claim. This provision also applies to creditors who may claim an interest in, or lien on, property that is removed from the protection of the automatic stay by another lienholder or released to another lienholder, unless the Court orders otherwise, but does not apply if the sole reason for its application arises under 11 U.S.C. § 362(c)(3) or (c)(4). Any funds that would have otherwise been paid to a creditor, but pursuant to these provisions will not be paid, will be distributed according to the remaining terms of the plan. Any creditor affected by these provisions and who has filed a timely proof of claim may file an itemized proof of claim for any unsecured deficiency within a reasonable time after the removal of the property from the protection of the automatic stay. Secured creditors that will be paid directly by the debtor should continue sending directly to the debtor standard payment and escrow notices, payment coupons, or inquiries about insurance, and such action will not be considered a violation of the automatic stay.

**3.1  Maintenance of payments and cure or waiver of default, if any.**

*Check all that apply. Only relevant sections need to be reproduced.*

☐ **None.** *If "None" is checked, the rest of § 3.1 need not be completed or reproduced.*

☑ **3.1(a)** The debtor is not in default and will maintain the contractual payments on the secured claims listed below, with any changes required by the applicable contract and noticed in conformity with any applicable rules. These payments will be disbursed directly by the debtor.

| Name of Creditor | Collateral |
|---|---|
| City of Detroit Water and Sewerage Dept | |
| City of Detroit Water and Sewerage Dept | |
| Beaufort County Treasurer | |

| Name of Creditor | Collateral |
|---|---|
| Beaufort County Treasurer | |
| Beaufort County Treasurer | |
| County of Allegheny Treasurer | |
| East Pittsburgh Borough | |
| Jordan Tax Service | |
| Lincoln Township | |
| Lincoln Township | |
| Wayne Co Treasurer | |
| Wayne Co Treasurer | |

☑ **3.1(b)** The debtor is in default and will maintain the contractual payments on the secured claims listed below, with any changes required by the applicable contract and noticed in conformity with any applicable rules. These payments will be disbursed directly by the debtor. The arrearage payments will be disbursed by the trustee, with interest, if any, at the rate stated. The trustee shall pay the arrearage as stated in the creditor's allowed claim or as otherwise ordered by the Court.

| Name of Creditor | Collateral | Estimated amount of arrearage | Interest rate on arrearage (if applicable) | Monthly plan payment on arrearage |
|---|---|---|---|---|
| **West-Aircomm FCU** | **2018 Jeep Grand Cherokee** VIN: 1C4RJFAG3JC479405 Needs **Transmission Work** | **$2,747.00** Includes amounts accrued through the _____ payment] | **0.00%** | **Pro-Rata** (or more) |
| **Westlake Financial** | **2020 Ram Truck ProMaster** VIN: 3C6TRVBG8LE103289 Needs **Transmission Work Commercial Use** | **$2,344.09** Includes amounts accrued through the _____ payment] | **0.00%** | **Pro-Rata** (or more) |
| **Norman Jewelry and Loan** | **Woman's custom made engagement ring** | Includes amounts accrued through the _____ payment] | | (or more) |

☑ **3.1(c)** The debtor will make post-petition mortgage payments to the trustee for payment through the Chapter 13 Plan in accordance with SC LBR 3015-1 and as provided in Section 8.1. In the event of a conflict between this document and SC LBR 3015-1, the terms of SC LBR 3015-1 control.

☐ **3.1(d)** The debtor proposes to engage in loss mitigation efforts with _____. Refer to section 8.1 for any nonstandard provisions, if applicable.

☐ **3.1(e) Other.** A secured claim is treated as set forth in section 8.1. This provision will be effective only if the applicable box in Section 1.3 of this plan is checked and a treatment is provided in Section 8.1.

**3.2  Request for valuation of security and modification of undersecured claims.** *Check one.*

☐ **None.** *If "None" is checked, the rest of § 3.2 need not be completed or reproduced.*

***The remainder of this paragraph will be effective only if the applicable box in Part 1 of this plan is checked.***

☑ **Non-governmental claims.** The debtor requests that the Court determine the amount of the secured claims listed below, as set out in the column headed *Amount of secured claim.* Unless otherwise ordered by the Court, a proof of claim sets the total amount of a claim, but the plan controls the amount of the secured claim, unless a lower secured claim amount is acknowledged in the proof of claim. The amount of the secured claim will be paid in full with interest at the rate stated below. The portion of any allowed claim that exceeds the amount of the secured claim will be treated as an unsecured claim under Part 5. Any holder of an allowed secured claim treated in this section shall retain its lien on the property interest of the debtor(s) or the estate(s) until the earlier of payment of the underlying debt under applicable nonbankruptcy law or discharge of the underlying debt under 11 U.S.C. § 1328 and shall be required to satisfy its lien at the earliest of the time required by applicable nonbankruptcy law, order of this court, or discharge under 11 U.S.C. § 1328, unless there is a nonfiling co-debtor who continues to owe an obligation secured by the lien.

Unless otherwise stated in Part 8.1, any applicable taxes and insurance related to the collateral shall be paid directly by the debtor. If the debtor fails to timely pay any such taxes and insurance, then the creditor may pay those amounts.

| Name of creditor | Estimated amount of creditor's total claim | Collateral | Value of collateral | Amount of claims senior to creditor's claim | Amount of secured claim | Interest rate | Estimated monthly payment to creditor (disbursed by the trustee) |
|---|---|---|---|---|---|---|---|
| Westlake Financial | $35,584.44 | 2020 Ram Truck ProMaster<br>VIN: 3C6TRVBG8LE103289<br>Needs Transmission<br>Work Commercial Use | $14,950.00 | $0.00 | $14,950.00 | 7.00% | Pro-Rata |

(or more)

☐ **Governmental claims.** The debtor's proposed *Amount of secured claim* for purposes of estimating plan funding is listed below. After the claim is filed or after the deadline to file a claim, the debtor will file either: (1) a motion to determine the amount of the secured claim, or (2) an objection to the proof of claim. Unless otherwise ordered by the Court, the governmental unit's secured claim amount listed in a proof of claim filed in accordance with the Bankruptcy Rules controls over any contrary amount listed below. The amount of the secured claim will be paid in full with interest at a rate stated below, with any priority amounts of the unsecured claim paid under Part 4, and any general unsecured amounts paid under Part 5.

Unless otherwise stated in Part 8.1, any applicable taxes and insurance related to the collateral shall be paid directly by the debtor.

| Name of creditor | Estimated amount of creditor's total claim | Collateral | Value of collateral | Amount of claims senior to creditor's claim | Amount of secured claim | Interest rate | Estimated monthly payment to creditor (disbursed by the trustee) |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

(or more)

**3.3 Other secured claims excluded from 11 U.S.C. § 506 and not otherwise addressed herein.**

*Check one.*

☐ **None.** *If "None" is checked, the rest of § 3.3 need not be completed or reproduced.*

☑ The claims listed below are being paid in full without valuation or lien avoidance.

These claims will be paid in full under the plan with interest at the rate stated below. Unless otherwise ordered, the applicable proof of claim sets the amount to be paid at the interest rate set below. These payments will be disbursed either by the trustee or directly by the debtor, as specified below. Any holder of an allowed secured claim treated in this section shall retain its lien on the property interest of the debtor(s) or the estate(s) until the earlier of payment of the underlying debt under applicable nonbankruptcy law or discharge of the underlying debt under 11 U.S.C. § 1328 and shall be required to satisfy its lien at the earliest of the time required by applicable nonbankruptcy law, order of this court, or discharge under 11 U.S.C. § 1328, unless there is a nonfiling co-debtor who continues to owe an obligation secured by the lien.

Unless otherwise stated in Part 8.1, any applicable taxes and insurance shall be paid directly by the debtor. If the debtor fails to timely pay any such taxes and insurance, then the creditor may pay those amounts.

| Name of creditor | Collateral | Estimated amount of claim | Interest rate | Estimated monthly payment to creditor |
|---|---|---|---|---|
| West-Aircomm FCU | **2018 Jeep Grand Cherokee** VIN: 1C4RJFAG3JC479405 Needs Transmission Work | $11,243.32 | 5.09% | Pro-Rata (or more) Disbursed by ☑ Trustee ❏ Debtor |
| Zeidmans Jewelry & Loan of MI | Earrings Ladies Hoop diamonds | $990.00 | 0.00% | Pro-Rata (or more) Disbursed by ☑ Trustee ❏ Debtor |
| Zeidmans Jewelry & Loan of MI | Ring Men Wedding Ring | $172.50 | 0.00% | Pro-Rata (or more) Disbursed by ☑ Trustee ❏ Debtor |
| Zeidmans Jewelry & Loan of MI | Earrings Ladies | $172.50 | 0.00% | Pro-Rata (or more) Disbursed by ☑ Trustee ❏ Debtor |
| Zeidmans Jewelry & Loan of MI | Bracelet Ladies | $308.75 | 0.00% | Pro-Rata (or more) Disbursed by ☑ Trustee ❏ Debtor |
| Zeidmans Jewelry & Loan of MI | Bracelet Ladies | $554.00 | 0.00% | Pro-Rata (or more) Disbursed by ☑ Trustee ❏ Debtor |

| Name of creditor | Collateral | Estimated amount of claim | Interest rate | Estimated monthly payment to creditor |
|---|---|---|---|---|
| **Zeidmans Jewelry & Loan of MI** | **Bracelet Ladies** | **$336.00** | **0.00%** | **Pro-Rata** |
| | | | | (or more) |
| | | | | Disbursed by ☑ Trustee ❑ Debtor |
| **Zeidmans Jewelry & Loan of MI** | **Gold Herring Bone Heirloom Necklace** | **$663.00** | **0.00%** | **Pro-Rata** |
| | | | | (or more) |
| | | | | Disbursed by ☑ Trustee ❑ Debtor |
| **Zeidmans Jewelry & Loan of MI** | **Ladies Custom made Wedding Ring** | **$3,344.40** | **0.00%** | **Pro-Rata** |
| | | | | (or more) |
| | | | | Disbursed by ☑ Trustee ❑ Debtor |
| **SC Department of Revenue** | | | **0.00%** | **Pro-Rata** |
| | | | | (or more) |
| | | | | Disbursed by ☑ Trustee ❑ Debtor |

**3.4    Lien avoidance.**

*Check one.*

❑ **None.** *If "None" is checked, the rest of § 3.4 need not be completed or reproduced.*

***The remainder of this paragraph will be effective only if the applicable box in Part 1 of this plan is checked.***

☑ The Debtor(s) state that the judicial liens or nonpossessory, nonpurchase money security interests securing the claims listed below impair exemptions to which the debtor would have been entitled under 11 U.S.C. § 522(b). Unless otherwise ordered by the Court, a judicial lien or security interest securing a claim listed below will be avoided to the extent that it impairs such exemptions upon entry of an order, whether included in the order confirming the plan or otherwise avoiding liens or security interests. The amount of the judicial lien or security interest that is avoided will be treated as an unsecured claim in Part 5.1 to the extent allowed. The amount, if any, of the judicial lien or security interest that is not avoided will be paid as a secured claim under the plan. See 11 U.S.C. § 522(f) and Bankruptcy Rule 4003(d). *If more than one lien is to be avoided, provide the information separately for each lien.*

 *Choose the appropriate form for lien avoidance.*

| Name of creditor and description of property securing lien | Estimated amount of lien | Total of all senior/unavoidable liens | Applicable Exemption and Code Section | Value of debtor's interest in property | Amount of lien not avoided (to be paid in 3.2 above | Amount of lien avoided |
|---|---|---|---|---|---|---|
| Title Max of South Carolina 2017 Hyundai Elantra VIN: 5NPD84LF3HH135859 Needs Radiator and Transmission Work | $4,565.00 | $0.00 | $1,171.00 S.C. Code Ann. § 15-41-30(A)(2) | $5,736.00 | $4,565.00 | $0.00 |

*Use this form for avoidance of liens on co-owned property only.*

| Name of creditor and description of property securing lien | Total equity (value of debtor's property less senior/unavoidable liens) | Debtor's equity (Total equity multiplied by debtor's proportional interest in property | Applicable Exemption and Code Section | Non-exempt equity (Debtor's equity less exemption) | Estimated lien | Amount of lien not avoided (to be paid in 3.2 above) | Amount of lien avoided |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

**3.5   Surrender of collateral.**

*Check one.*

☑ **None.** *If "None" is checked, the rest of § 3.5 need not be completed or reproduced.*

---

| Part 4: | Treatment of Fees and Priority Claims |
|---|---|

**4.1   General**

The debtor shall pay all post-petition priority obligations, including but not limited to taxes and post-petition domestic support, and pay regular payments on assumed executory contracts or leases, directly to the holder of the claim as the obligations come due, unless otherwise ordered by the Court. Trustee's fees and all allowed priority claims, including domestic support obligations other than those treated in § 4.5, will be paid in full without postpetition interest.

**4.2   Trustee's fees**

Trustee's fees are governed by statute and may change during the course of the case.

**4.3   Attorney's fees**

    a.   The debtor and the debtor's attorney have agreed to an attorney's fee for the services identified in the Rule 2016(b) disclosure statement filed in this case. Fees entitled to be paid through the plan and any supplemental fees as approved by the Court shall be disbursed by the trustee as follows: Following confirmation of the plan and unless the Court orders otherwise, the trustee shall disburse a dollar amount consistent with either the Judge's guidelines or SC LBR 2016-1(b), as applicable, to the attorney from the initial disbursement. Thereafter, the balance of the attorney's compensation as allowed by the Court shall be paid, to the extent then due, with all funds remaining each month after payment of trustee fees, allowed secured claims and pre-petition arrearages on domestic support obligations. In instances where an attorney assumes representation in a pending *pro se* case and a plan is confirmed, a separate order may be entered by the Court, without further notice, which allows for the payment of a portion of the attorney's fees in advance of payments to creditors.

    b.   If, as an alternative to the above treatment, the debtor's attorney has received a retainer and cost advance and agreed to file fee applications for compensation and expenses in this case pursuant to 11 U.S.C. § 330, the retainer and cost advance shall be held in trust until fees and expense reimbursements are approved by the Court. Prior to the filing of this case, the attorney has received _____ and for plan confirmation purposes only, the fees and expenses of counsel are estimated at _____ or less.

**4.4   Priority claims other than attorney's fees and those treated in § 4.5.**

The trustee shall pay all allowed pre-petition 11 U.S.C. § 507 priority claims, other than domestic support obligations treated below, on a *pro rata* basis. If funds are available, the trustee is authorized to pay any allowed priority claim without further modification of the plan.

*Check box below if there is a Domestic Support Obligation.*

☐ **Domestic Support Claims.** 11 U.S.C. § 507(a)(1):

    a.   Pre-petition arrearages. The trustee shall pay the pre-petition domestic support obligation arrearage to _____ (state name of DSO recipient) , at the rate of _____ or more per month until the balance, without interest, is paid in full. *Add additional creditors as needed.*

b.   The debtor shall pay all post-petition domestic support obligations as defined in <u>11 U.S.C. § 101(14A)</u> on a timely basis directly to the creditor.

c.   Any party entitled to collect child support or alimony under applicable non-bankruptcy law may collect those obligations from property that is not property of the estate or with respect to the withholding of income that is property of the estate or property of the debtor for payment of a domestic support obligation under a judicial or administrative order or a statute.

**4.5   Domestic support obligations assigned or owed to a governmental unit and paid less than full amount.**

*Check one.*

☑ **None.** *If "None" is checked, the rest of § 4.5 need not be completed or reproduced.*

| Part 5: | Treatment of Nonpriority Unsecured Claims |

**5.1   Nonpriority unsecured claims not separately classified.** *Check one.*

Allowed nonpriority unsecured claims that are not separately classified will be paid, pro rata by the trustee to the extent that funds are available after payment of all other allowed claims.

☐ The debtor estimates payments of less than 100% of claims.

☑ The debtor proposes payment of 100% of claims.

☐ The debtor proposes payment of 100% of claims plus interest at the rate of _____.

**5.2   Maintenance of payments and cure of any default on nonpriority unsecured claims.** *Check one.*

☐ **None.** *If "None" is checked, the rest of § 5.2 need not be completed or reproduced.*

☑ The debtor will maintain the contractual payments and cure, through the trustee, any prepetition default in payments on the unsecured claims listed below.

| Name of creditor | Contractual payment (paid by the debtor) | Estimated amount of arrearage through month of filing or conversion | Monthly payment on arrearage to be disbursed by the trustee |
|---|---|---|---|
| **Consumer Energy Company** | **Pro-Rata** | | |
| | | | (or more) |
| **T-Mobile** | **Pro-Rata** | | |
| | | | (or more) |

**5.3   Other separately classified nonpriority unsecured claims.** *Check one.*

☐ **None.** *If "None" is checked, the rest of § 5.3 need not be completed or reproduced.*

☑ The nonpriority unsecured allowed claims listed below are separately classified and will be treated as follows:

| Name of creditor | Total amount to be paid on the claim | Interest rate (if applicable) |
|---|---|---|
| JPMorgan Chase Bank, N.A. | $17,349.55 | 0.00% |

Specify the amount and frequency of payments and whether disbursed by the trustee or the debtor. _____

Provide a brief statement of the basis for separate classification and treatment. **Other** _____

| Name of creditor | Total amount to be paid on the claim | Interest rate (if applicable) |
|---|---|---|
| Home Depot Loan #3877 | $2,672.38 | 0.00% |

418

Specify the amount and frequency of payments and whether disbursed by the trustee or the debtor. _____

Provide a brief statement of the basis for separate classification and treatment. **Other** _____

| Name of creditor | Total amount to be paid on the claim | Interest rate (if applicable) |
|---|---|---|
| American Express National Bank | $42,254.50 | 0.00% |

Specify the amount and frequency of payments and whether disbursed by the trustee or the debtor. _____

Provide a brief statement of the basis for separate classification and treatment. **Other** _____

| Name of creditor | Total amount to be paid on the claim | Interest rate (if applicable) |
|---|---|---|
| American Express National Bank | $1,172.92 | 0.00% |

Specify the amount and frequency of payments and whether disbursed by the trustee or the debtor. _____

Provide a brief statement of the basis for separate classification and treatment. **Other** _____

| Name of creditor | Total amount to be paid on the claim | Interest rate (if applicable) |
|---|---|---|
| DTE Energy | $1,271.71 | 0.00% |

Specify the amount and frequency of payments and whether disbursed by the trustee or the debtor. _____

Provide a brief statement of the basis for separate classification and treatment. **Other** _____

| Name of creditor | Total amount to be paid on the claim | Interest rate (if applicable) |
|---|---|---|
| DTE Energy | $1,730.37 | 0.00% |

Specify the amount and frequency of payments and whether disbursed by the trustee or the debtor. _____

Provide a brief statement of the basis for separate classification and treatment. **Other** _____

| Name of creditor | Total amount to be paid on the claim | Interest rate (if applicable) |
|---|---|---|
| The Huntington National Bank | $12,878.39 | 0.00% |

Specify the amount and frequency of payments and whether disbursed by the trustee or the debtor. _____

Provide a brief statement of the basis for separate classification and treatment. **Other** _____

| Name of creditor | Total amount to be paid on the claim | Interest rate (if applicable) |
|---|---|---|
| The Huntington National Bank | $14,395.02 | 0.00% |

Specify the amount and frequency of payments and whether disbursed by the trustee or the debtor. _____

Provide a brief statement of the basis for separate classification and treatment. **Other** _____

| Name of creditor | Total amount to be paid on the claim | Interest rate (if applicable) |
|---|---|---|
| JPMC | $17,242.49 | 0.00% |

Specify the amount and frequency of payments and whether disbursed by the trustee or the debtor. _____

Provide a brief statement of the basis for separate classification and treatment. **Other** _____

| Name of creditor | Total amount to be paid on the claim | Interest rate (if applicable) |
|---|---|---|
| JPMorgan Chase Bank, N.A. | $33,411.50 | 0.00% |

Specify the amount and frequency of payments and whether disbursed by the trustee or the debtor. _____

Provide a brief statement of the basis for separate classification and treatment. **Other** _____

| Name of creditor | Total amount to be paid on the claim | Interest rate (if applicable) |
|---|---|---|
| LVNV Funding, LLC | $267.15 | 0.00% |

Specify the amount and frequency of payments and whether disbursed by the trustee or the debtor. _____

Provide a brief statement of the basis for separate classification and treatment. **Other** _____

| Name of creditor | Total amount to be paid on the claim | Interest rate (if applicable) |
|---|---|---|
| LVNV Funding, LLC | $801.28 | 0.00% |

Specify the amount and frequency of payments and whether disbursed by the trustee or the debtor. _____

Provide a brief statement of the basis for separate classification and treatment. **Other** _____

| Name of creditor | Total amount to be paid on the claim | Interest rate (if applicable) |
|---|---|---|
| Palmetto Electric Cooperative Inc | $856.04 | 0.00% |

Specify the amount and frequency of payments and whether disbursed by the trustee or the debtor. _____

Provide a brief statement of the basis for separate classification and treatment. **Other** _____

| Name of creditor | Total amount to be paid on the claim | Interest rate (if applicable) |
|---|---|---|
| Quantum3 Group LLC | $4,073.98 | 0.00% |

Specify the amount and frequency of payments and whether disbursed by the trustee or the debtor. _____

Provide a brief statement of the basis for separate classification and treatment. **Other** _____

| Name of creditor | Total amount to be paid on the claim | Interest rate (if applicable) |
|---|---|---|
| Resurgent Receivables, LLC | $485.80 | 0.00% |

Specify the amount and frequency of payments and whether disbursed by the trustee or the debtor. _____

Provide a brief statement of the basis for separate classification and treatment. **Other** _____

| Name of creditor | Total amount to be paid on the claim | Interest rate (if applicable) |
|---|---|---|
| Peoples Gas | $860.53 | 0.00% |

Specify the amount and frequency of payments and whether disbursed by the trustee or the debtor. _____

Provide a brief statement of the basis for separate classification and treatment. **Other** _____

| Name of creditor | Total amount to be paid on the claim | Interest rate (if applicable) |
|---|---|---|
| ADT Security Services | $1,599.69 | 0.00% |

Specify the amount and frequency of payments and whether disbursed by the trustee or the debtor. _____

Provide a brief statement of the basis for separate classification and treatment. **Other** _____

| Name of creditor | Total amount to be paid on the claim | Interest rate (if applicable) |
|---|---|---|
| AT&T | $606.86 | 0.00% |

Specify the amount and frequency of payments and whether disbursed by the trustee or the debtor. _____

Provide a brief statement of the basis for separate classification and treatment. **Other** _____

| Name of creditor | Total amount to be paid on the claim | Interest rate (if applicable) |
|---|---|---|
| Go-Store It | $608.20 | 0.00% |

Specify the amount and frequency of payments and whether disbursed by the trustee or the debtor. _____

Provide a brief statement of the basis for separate classification and treatment. **Other** _____

| Name of creditor | Total amount to be paid on the claim | Interest rate (if applicable) |
|---|---|---|
| Go-Store It | $96.00 | 0.00% |

Specify the amount and frequency of payments and whether disbursed by the trustee or the debtor. _____

Provide a brief statement of the basis for separate classification and treatment. **Other** _____

| Name of creditor | Total amount to be paid on the claim | Interest rate (if applicable) |
|---|---|---|
| Go-Store It | $507.60 | 0.00% |

Specify the amount and frequency of payments and whether disbursed by the trustee or the debtor. _____

Provide a brief statement of the basis for separate classification and treatment. **Other** _____

**Name of creditor** | **Total amount to be paid on the claim** | **Interest rate** (if applicable)

Go-Store It     $343.20     0.00%

Specify the amount and frequency of payments and whether disbursed by the trustee or the debtor. _____

Provide a brief statement of the basis for separate classification and treatment. **Other** _____

**Name of creditor** | **Total amount to be paid on the claim** | **Interest rate** (if applicable)

Go-Store It     $291.80     0.00%

Specify the amount and frequency of payments and whether disbursed by the trustee or the debtor. _____

Provide a brief statement of the basis for separate classification and treatment. **Other** _____

**Name of creditor** | **Total amount to be paid on the claim** | **Interest rate** (if applicable)

PODS Enterprises, LLC     $1,883.00     0.00%

Specify the amount and frequency of payments and whether disbursed by the trustee or the debtor. _____

Provide a brief statement of the basis for separate classification and treatment. **Other** _____

**Name of creditor** | **Total amount to be paid on the claim** | **Interest rate** (if applicable)

The Woodlands at Saint Barnabas, inc     $58,550.40     0.00%

Specify the amount and frequency of payments and whether disbursed by the trustee or the debtor. _____

Provide a brief statement of the basis for separate classification and treatment. **Other** _____

**Name of creditor** | **Total amount to be paid on the claim** | **Interest rate** (if applicable)

First Energy     $2,780.70     0.00%

Specify the amount and frequency of payments and whether disbursed by the trustee or the debtor. _____

Provide a brief statement of the basis for separate classification and treatment. **Other** _____

**Name of creditor** | **Total amount to be paid on the claim** | **Interest rate** (if applicable)

Office Depot Commercial     $1,889.18     0.00%

Specify the amount and frequency of payments and whether disbursed by the trustee or the debtor. _____

Provide a brief statement of the basis for separate classification and treatment. **Other** _____

**Name of creditor** | **Total amount to be paid on the claim** | **Interest rate** (if applicable)

NES     $10,323.49     0.00%

Specify the amount and frequency of payments and whether disbursed by the trustee or the debtor. _____

Provide a brief statement of the basis for separate classification and treatment. **Other** _____

| Name of creditor | Total amount to be paid on the claim | Interest rate (if applicable) |
|---|---|---|
| NES | $8,960.51 | 0.00% |

Specify the amount and frequency of payments and whether disbursed by the trustee or the debtor. _____

Provide a brief statement of the basis for separate classification and treatment. **Other** _____

| Name of creditor | Total amount to be paid on the claim | Interest rate (if applicable) |
|---|---|---|
| Advantage Aviator Bankruptcy Dept | $20,400.68 | 0.00% |

Specify the amount and frequency of payments and whether disbursed by the trustee or the debtor. _____

Provide a brief statement of the basis for separate classification and treatment. **Other** _____

| Name of creditor | Total amount to be paid on the claim | Interest rate (if applicable) |
|---|---|---|
| Armstrong Cable | $306.17 | 0.00% |

Specify the amount and frequency of payments and whether disbursed by the trustee or the debtor. _____

Provide a brief statement of the basis for separate classification and treatment. **Other** _____

| Name of creditor | Total amount to be paid on the claim | Interest rate (if applicable) |
|---|---|---|
| CitiBank Best Buy | $2,942.86 | 0.00% |

Specify the amount and frequency of payments and whether disbursed by the trustee or the debtor. _____

Provide a brief statement of the basis for separate classification and treatment. **Other** _____

| Name of creditor | Total amount to be paid on the claim | Interest rate (if applicable) |
|---|---|---|
| Comenity Caesars Rewards | $5,181.32 | 0.00% |

Specify the amount and frequency of payments and whether disbursed by the trustee or the debtor. _____

Provide a brief statement of the basis for separate classification and treatment. **Other** _____

| Name of creditor | Total amount to be paid on the claim | Interest rate (if applicable) |
|---|---|---|
| Fortiva Bobs Discount | $2,182.29 | 0.00% |

Specify the amount and frequency of payments and whether disbursed by the trustee or the debtor. _____

Provide a brief statement of the basis for separate classification and treatment. **Other** _____

**Name of creditor** | **Total amount to be paid on the claim** | **Interest rate** (if applicable)

Home Depot Commercial | $10,381.06 | 0.00%

Specify the amount and frequency of payments and whether disbursed by the trustee or the debtor. _____

Provide a brief statement of the basis for separate classification and treatment. **Other** _____

**Name of creditor** | **Total amount to be paid on the claim** | **Interest rate** (if applicable)

Kohls | $1,405.66 | 0.00%

Specify the amount and frequency of payments and whether disbursed by the trustee or the debtor. _____

Provide a brief statement of the basis for separate classification and treatment. **Other** _____

**Name of creditor** | **Total amount to be paid on the claim** | **Interest rate** (if applicable)

SC Department of Motor Vehicles | | 0.00%

Specify the amount and frequency of payments and whether disbursed by the trustee or the debtor. _____

Provide a brief statement of the basis for separate classification and treatment. **Other** _____

**Name of creditor** | **Total amount to be paid on the claim** | **Interest rate** (if applicable)

Synchrony Bank Sams Master Card | $8,690.41 | 0.00%

Specify the amount and frequency of payments and whether disbursed by the trustee or the debtor. _____

Provide a brief statement of the basis for separate classification and treatment. **Other** _____

**Name of creditor** | **Total amount to be paid on the claim** | **Interest rate** (if applicable)

Synchrony Bank Sams Business | $6,016.04 | 0.00%

Specify the amount and frequency of payments and whether disbursed by the trustee or the debtor. _____

Provide a brief statement of the basis for separate classification and treatment. **Other** _____

**Name of creditor** | **Total amount to be paid on the claim** | **Interest rate** (if applicable)

Synchrony Bank Score Rewards | $854.71 | 0.00%

Specify the amount and frequency of payments and whether disbursed by the trustee or the debtor. _____

Provide a brief statement of the basis for separate classification and treatment. **Other** _____

**Name of creditor** | **Total amount to be paid on the claim** | **Interest rate** (if applicable)

Synchrony Bank | $3,493.08 | 0.00%

Specify the amount and frequency of payments and whether disbursed by the trustee or the debtor. _____

Provide a brief statement of the basis for separate classification and treatment. **Other** _____

| Name of creditor | Total amount to be paid on the claim | Interest rate (if applicable) |
|---|---|---|
| TD Bank | | 0.00% |

Specify the amount and frequency of payments and whether disbursed by the trustee or the debtor. _____

Provide a brief statement of the basis for separate classification and treatment. **Other** _____

| Name of creditor | Total amount to be paid on the claim | Interest rate (if applicable) |
|---|---|---|
| TD Bank | $2,398.35 | 0.00% |

Specify the amount and frequency of payments and whether disbursed by the trustee or the debtor. _____

Provide a brief statement of the basis for separate classification and treatment. **Other** _____

| Name of creditor | Total amount to be paid on the claim | Interest rate (if applicable) |
|---|---|---|
| Traffic Magistrate | | 0.00% |

Specify the amount and frequency of payments and whether disbursed by the trustee or the debtor. _____

Provide a brief statement of the basis for separate classification and treatment. **Other** _____

| Name of creditor | Total amount to be paid on the claim | Interest rate (if applicable) |
|---|---|---|
| Verizon | $987.01 | 0.00% |

Specify the amount and frequency of payments and whether disbursed by the trustee or the debtor. _____

Provide a brief statement of the basis for separate classification and treatment. **Other** _____

| Name of creditor | Total amount to be paid on the claim | Interest rate (if applicable) |
|---|---|---|
| West Virginia Parkways Authority | | 0.00% |

Specify the amount and frequency of payments and whether disbursed by the trustee or the debtor. _____

Provide a brief statement of the basis for separate classification and treatment. **Other** _____

| Name of creditor | Total amount to be paid on the claim | Interest rate (if applicable) |
|---|---|---|
| Pacer Service Center | $1,035.20 | 0.00% |

Specify the amount and frequency of payments and whether disbursed by the trustee or the debtor. _____

Provide a brief statement of the basis for separate classification and treatment. **Other** _____

☐ **Other.** An unsecured claim is treated as set forth in section 8.1. This provision will be effective only if the applicable box in Section 1.3 of this plan is checked and a treatment is provided in Section 8.1.

| Part 6: | Executory Contracts and Unexpired Leases |
|---|---|

**6.1 The executory contracts and unexpired leases listed below are assumed and will be treated as specified. All other executory contracts and unexpired leases are rejected.** *Check one.*

☑ **None.** *If "None" is checked, the rest of § 6.1 need not be completed or reproduced.*

| Part 7: | Vesting of Property of the Estate |
|---|---|

**7.1 Property of the estate will vest in the debtor as stated below:**

*Check the applicable box:*

☑ Upon confirmation of the plan, property of the estate will remain property of the estate, but possession and use of property of the estate shall remain with the debtor. The chapter 13 trustee shall have no responsibility regarding the use or maintenance of property of the estate. The debtor is responsible for protecting the estate from any liability resulting from operation of a business by the debtor.

☐ **Other.** The debtor is proposing a non-standard provision for vesting, which is set forth in section 8.1. This provision will be effective only if the applicable box in Section 1.3 of this plan is checked and a proposal for vesting is provided in Section 8.1.

| Part 8: | Nonstandard Plan Provisions |
|---|---|

**8.1 Check "None" or List Nonstandard Plan Provisions**

☐ **None.** *If "None" is checked, the rest of Part 8 need not be completed or reproduced.*

*Under Bankruptcy Rule 3015(c), nonstandard provisions must be set forth below. A nonstandard provision is a provision not otherwise included in this form or deviating from it. Nonstandard provisions set out elsewhere in this plan are ineffective.*

**The following plan provisions will be effective only if there is a check in the box "Included" in § 1.3.**

**8.1 (a) Mortgage payments to be disbursed by the Trustee ("Conduit"):**

Mortgage payments, including pre-petition arrears, will be paid and cured by the Trustee as follows:

| Name of Creditor | Description of Collateral (note if principal residence; include county tax map number and complete street address) | Current installment payment (ongoing payment amount) * | Monthly payment to cure GAP ** (postpetition mortgage payments for the two (2) months immediately following the event beginning conduit) | Estimated amount of PRE-PETITION ARREARAGE** (including the month of filing or conversion) | Monthly payment on pre-petition arrearage |
|---|---|---|---|---|---|
| Nationstar Mortgage, LLC | PIN R510 012 000 025B 4408<br>663 William Hilton Pkwy Unit 4408 Hilton Head Island, SC 29928-3537 | $1,626.00<br><br>Escrow for taxes:<br>☑ Yes<br>❑ No<br>Escrow for insurance:<br>☑ Yes<br>❑ No | Or more | $38,281.98 | Pro-Rata Or more |

\* Unless otherwise ordered by the Court, the amounts listed on a Compliant Proof of Claim or a Notice filed under Fed. R. Bankr. P. 3002.1 control over any contrary amounts above, and any Notice of Mortgage Payment Change that might be filed to amend the ongoing monthly payment amount.

\*\* The GAP will be calculated from the payment amounts reflected in the Official Form 410A Mortgage Proof of Claim Attachment and any Notice of Mortgage Payment Change that might be filed to amend the monthly payment amount, but should not be included in the prepetition arrears amount.

**All payments due to the mortgage creditor as described in any allowed Notice of Fees, Expenses, and Charges under Fed. R. Bankr. 3002.1, filed with the Court, will be paid by the Trustee according to the requirements of SC LBR 3015-1 on a pro rata basis as funds are available.**

Once the trustee has filed a Notice of Final Cure under Fed. R. Bankr. P. 3002.1(f), the debtor shall be directly responsible for ongoing mortgage payments and any further post-petition fees and charges.

## Part 9: Signature(s)

**9.1 Signatures of the debtor and the debtor's attorney**

*The debtor and the attorney for the debtor, if any, must sign below.*

X _____

Jacqueline Ard
Signature of Debtor 1

Executed on _____**05/08/2025**_____
             MM / DD / YYYY

X _____

Terry Nicola
Signature of Debtor 2

Executed on _____**05/08/2025**_____
             MM / DD / YYYY

X _____

Signature of Attorney for the debtor

Date: _____
          MM / DD / YYYY

**By filing this document, the debtor, if not represented by an attorney, or the debtor and the attorney for the debtor certify(ies) that this Chapter 13 plan contains no nonstandard provision other than those set out in Part 8.**

428