UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| In re: Jacqueline Elizabeth Ard and Terry Frank Nicola, | ) ) ) | C/A No. 9:25-cv-12567-BHH-MHC |
| Debtors, | ) ) ) | **ORDER** |
| Jacqueline Elizabeth Ard, Terry Frank Nicola, | ) ) ) | |
| Appellants, | ) ) | |
| v. | ) ) | |
| John B. Kelchner, Lucas S. Fautua, Julie Franklin, Benjamin E. Grimsley, James Wyman, | ) ) ) ) | |
| Appellees. | ) ) | |

This is a pro se appeal from the United States Bankruptcy Court for the District of South Carolina (Bankruptcy Court) filed by Appellants Jacqueline Elizabeth Ard and Terry Frank Nicola. Under Local Civil Rule 73.02(B)(2) of the United States District Court for the District of South Carolina, pretrial proceedings in this action have been referred to the assigned United States Magistrate Judge. Appellants filed their statement of issues on appeal on April 2, 2026. ECF No. 6. The designated record was filed on April 16, 2026. ECF No. 9.

The docket number for the Bankruptcy Court action is Case No. 25-01384-JD. The parties must use the civil action number listed above (9:25-cv-12567-BHH-MHC) when they file subsequent briefs, motions, or other documents in this case.

This Court generally has appellate jurisdiction to hear appeals pursuant to 28 U.S.C. § 158(a) and reviews the bankruptcy court's factual findings for clear error, while reviewing its conclusions of law de novo. *Kielisch v. Educ. Credit Mgmt. Corp.*, 258 F.3d 315, 319 (4th Cir. 2011). The parties are directed to file briefs with this standard of review in mind and according to the schedule set out below.

## NOTICE OF FILING AND BRIEFING FOR BANKRUPTCY APPEAL:

The parties are advised that Fed. R. Bankr. P. 8011, 8014, and 8015 address the filing and form of briefs. Pursuant to Fed. R. Bankr. P. 8018:

Appellants shall serve and file their brief(s) within thirty days from the date this order is entered.

Appellees shall serve and file their brief(s) within thirty days after the service of Appellant's brief.

Appellants shall serve and file any reply brief(s) within fourteen days after the service of the Appellees' briefs.

**TO THE CLERK OF COURT:**

The Clerk of Court shall mail a copy of this Order to each Appellant.

The Office of the Clerk of Court shall not enter any change of address submitted by Appellants which directs that mail be sent to a person other than that party unless that person is an attorney admitted to practice before this court who has entered a formal appearance.

**IT IS SO ORDERED.**

Molly H. Cherry
United States Magistrate Judge

April 20, 2026
Charleston, South Carolina