IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| In re: Jacqueline Elizabeth Ard and Terry Frank Nicola,<br><br>Debtors, | C/A No. 9:25-cv-12567-BHH-MHC |
| Jacqueline Elizabeth Ard, Terry Frank Nicola,<br><br>Appellants,<br><br>v.<br><br>John B. Kelchner, Lucas S. Fautua, Julie Franklin, Benjamin E. Grimsley, and James Wyman,<br><br>Appellees. | **ORDER** |

This is a pro se appeal from the United States Bankruptcy Court for the District of South Carolina (Bankruptcy Court) filed by Appellants Jacqueline Elizabeth Ard and Terry Frank Nicola. Under Local Civil Rule 73.02(B)(2) of the United States District Court for the District of South Carolina, pretrial proceedings in this action have been referred to the assigned United States Magistrate Judge. Appellants filed their statement of issues on appeal on April 2, 2026. ECF No. 6. The designated record was filed on April 16, 2026. ECF No. 9.

On April 20, 2026, the Court issued an Order directing Appellants to serve and file their Appellant Brief(s) within thirty days, i.e., by May 20, 2026. ECF No. 10. That Order was mailed to Appellants at their address of record on April 20, 2026. ECF No. 11. However, to date, Appellants have not filed any brief in this case. *See* docket.

**TO APPELLANTS:**

**Appellants have until August 21, 2026, to file a written brief in support of their appeal. If Appellants fail to file a brief, the Court may dismiss the case for failure to prosecute, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.**

**IT IS SO ORDERED.**

Molly H. Cherry
United States Magistrate Judge

July 31, 2026
Charleston, South Carolina